## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RECEIVED
DISTRICT COURT
OF COLUMBIA

2006 JUL 18 PM 4: 21

NANCY M.
MAYER-WHITTINGTON
CLERK

|  |  |  |
|---|---|---|
| AMERICAN NURSES ASSOCIATION, NEW YORK STATE NURSES ASSOCIATION, and WASHINGTON STATE NURSES ASSOCIATION | ) ) ) ) ) ) | |
| v. | ) ) | CIV. ACTION NO. 06 1087 (HHK) |
| MICHAEL O. LEAVITT, et al. | ) ) ) | |

### AFFIDAVIT OF SERVICE

I, Catherine Hodgetts, hereby declare that on the 16th day of June, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Michael O. Leavitt. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael O. Leavitt, Secretary
U.S. Dep't Health & Human Serv.
200 Independence Ave SW
Washington, DC 20009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
LAWRENCE    6-19-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from servi    7002 0860 0004 9553 7259

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Respectfully submitted,

_Catherine Hodgetts_
Catherine Hodgetts
American Nurses Association
8515 Georgia Avenue, Suite 400
Silver Spring, MD 20910
301-628-5136

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit of Service was mailed by first class mail, postage prepaid, on this 18th day of July, 2006 to the United States Attorney, counsel to defendants, as follows:

Kenneth L. Wainstein
U.S. Attorney
555 4th Street NW
Washington, DC 20530

_Alice L. Bodley_
Alice L. Bodley
DC Bar No. 939009
General Counsel
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RECEIVED

2006 JUL 18 PM 4: 22

NANCY M.
MAYER-WHITTINGTON
CLERK

AMERICAN NURSES ASSOCIATION,  )
NEW YORK STATE NURSES         )
ASSOCIATION, and              )
WASHINGTON STATE NURSES       )
ASSOCIATION                   )
                              )
         v.                   )  CIV. ACTION NO. 06 1087 (HHK)
                              )
MICHAEL O. LEAVITT, et al.    )
                              )

## AFFIDAVIT OF SERVICE

I, Catherine Hodgetts, hereby declare that on the 16th day of June, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Mark McClellan. Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark McClellan
Administrator
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 6/19/06
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 0860 0004 9553 7266

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Respectfully submitted,

*Catherine Hodgetts*

Catherine Hodgetts
American Nurses Association
8515 Georgia Avenue,  Suite 400
Silver Spring, MD 20910
301-628-5136

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit of Service was mailed by

first class mail, postage prepaid, on this 18th day of July, 2006 to the United States

Attorney, counsel to defendants, as follows:

Kenneth L. Wainstein
U.S. Attorney
555 4th Street NW
Washington, DC 20530

*Alice L. Bodley*

Alice L. Bodley
DC Bar No. 939009
General Counsel
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD  20910
301-628-5127