UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, <br> NEW YORK STATE NURSES <br> ASSOCIATION, and <br> WASHINGTON STATE NURSES <br> ASSOCIATION <br><br> v. <br><br> MICHAEL O. LEAVITT, et al. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACTION NO. 06 1087 (HHK) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Catherine Hodgetts, hereby declare that on the 16th day of June, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Alberto R. Gonzalez. Attached hereto is the certified green card acknowledging service.

[Domestic Return Receipt card addressed to:]

Alberto R. Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-001

Article Number: 7002 0860 0004 9553 7273

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Respectfully submitted,

*[signature: Catherine Hodgetts]*

Catherine Hodgetts
American Nurses Association
8515 Georgia Avenue, Suite 400
Silver Spring, MD 20910
301-628-5136

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit of Service was mailed by first class mail, postage prepaid, on this 18th day of July, 2006 to the United States Attorney, counsel to defendants, as follows:

Kenneth L. Wainstein
U.S. Attorney
555 4th Street NW
Washington, DC 20530

*[signature: Alice L. Bodley]*

Alice L. Bodley
DC Bar No. 939009
General Counsel
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127