UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, NEW YORK STATE NURSES ASSOCIATION, and WASHINGTON STATE NURSES ASSOCIATION<br><br>v.<br><br>MICHAEL O. LEAVITT, et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIV. ACTION NO. 06 1087 (HHK)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Catherine Hodgetts, hereby declare that on the 16th day of June, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Kenneth L. Wainstein. Attached hereto is the certified green card acknowledging service.

[Attached: USPS PS Form 3811 Domestic Return Receipt addressed to Kenneth L. Wainstein, U.S. Attorney, c/o Civil Process Clerk, 555 4th Street, NW, Washington, DC 20530; Article Number 7002 0860 0004 9553 7297; Certified Mail; signed and dated Jun 20 2006.]

Respectfully submitted,

_____
Catherine Hodgetts
American Nurses Association
8515 Georgia Avenue, Suite 400
Silver Spring, MD 20910
301-628-5136


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit of Service was mailed by first class mail, postage prepaid, on this 18th day of July, 2006 to the United States Attorney, counsel to defendants, as follows:

Kenneth L. Wainstein
U.S. Attorney
555 4th Street NW
Washington, DC 20530

_____
Alice L. Bodley
DC Bar No. 939009
General Counsel
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127