IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06cv1087 |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sheila M. Lieber and Peter Robbins enter their appearances on behalf of defendants in the above-captioned matter. Further communications and correspondence in this case should be directed to the following address:

> Peter Robbins
> U.S. Department of Justice
> 20 Massachusetts Ave, NW, Room 7142
> Washington, DC 20530

Respectfully submitted,

OF COUNSEL:
PAULA M. STANNARD                          PETER D. KEISLER
Acting General Counsel                     Assistant Attorney General

KATHLEEN H. MCGUAN                         KENNETH L. WAINSTEIN
Associate General Counsel                  United States Attorney

-2-

| | |
|---|---|
| MARK D. POLSTON<br>Deputy Associate General<br>Counsel | /s/ Peter Robbins<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| TRACY GLOVER<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C.  20530<br>Tel:  (202) 514-3953<br>Attorneys for Defendants |