IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, et al., )<br>)<br>Defendants. )<br>_____ ) | Civ. Action No. 1:06cv1087 |

**DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

     Defendants in the above-captioned action respectfully move this Court for an enlargement of time up to and including September 5, 2006 in which to file their answer and/or responsive motion.  Defendants' answer or responsive motion is currently due to be filed on August 21, 2006.  No previous enlargements of time have been requested.  Defendants request this two-week enlargement to give them an opportunity to confer fully with their counsel and to provide the Court with the most complete and useful statement of their position.  Counsel for defendants have discussed this motion with counsel for plaintiffs and are authorized to state that plaintiffs do not oppose it.  A proposed order is attached.

                                       Respectfully submitted,

OF COUNSEL:
PAULA M. STANNARD                                        PETER D. KEISLER
Acting General Counsel                                       Assistant Attorney General

KATHLEEN H. MCGUAN                                   KENNETH L. WAINSTEIN
Associate General Counsel                                  United States Attorney

-2-

| | |
|---|---|
| MARK D. POLSTON<br>Deputy Associate General<br>Counsel | /s/ Peter Robbins<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| TRACY GLOVER<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C.  20530<br>Tel:  (202) 514-3953<br>Attorneys for Defendants |

**Certificate of Service**

I hereby certify that, this 9th day of August, 2006, I caused copies of Defendants' Unopposed Motion, and Memorandum in Support Thereof, for an Enlargement of Time and accompanying proposed order, as well as Defendants' Notice of Appearance and the Notices of Electronic Filing associated with those documents, to be sent by first class mail, postage prepaid, to counsel of record for plaintiffs at the following address:

>Alice Lane Bodley
>AMERICAN NURSES ASSOCIATION
>8515 Georgia Avenue
>Suite 400
>Silver Spring, MD 20910

>/s/ Peter Robbins
>PETER ROBBINS
>Department of Justice
>20 Massachusetts Avenue, N.W., Room 7142
>Washington, D.C. 20530
>Tel: (202) 514-3953
>Attorneys for Defendants