THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. Action No. 1:06cv1087 ) |
| MICHAEL O. LEAVITT, et al., | ) ) |
| Defendants. | ) ) ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME**

Upon consideration of defendants unopposed motion for an enlargement of time, it is hereby

ORDERED that defendants' motion is GRANTED, and defendants shall have up to and including September 5, 2006 in which to file their answer and/or responsive motion in the above-captioned action.

_____                              _____
DATE                                                            UNITED STATES DISTRICT COURT