IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. Action No. 1:06cv1087 |
| MICHAEL O. LEAVITT, et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned action respectfully move this Court for an enlargement of time up to and including September 19, 2006 in which to file their answer and/or responsive motion. Defendants' answer or responsive motion is currently due to be filed on September 5, 2006. One previous two-week enlargement has been granted. Defendants request this two-week enlargement to give them an opportunity to confer fully with their counsel and to provide the Court with the most complete and useful statement of their position. Counsel for defendants have discussed this motion with counsel for plaintiffs and are authorized to state that plaintiffs do not oppose it. A proposed order is attached.

Respectfully submitted,

OF COUNSEL:
PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

| | |
|---|---|
| MARK D. POLSTON<br>Deputy Associate General<br>Counsel | /s/ Peter Robbins<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice |
| TRACY GLOVER<br>Attorney<br>Department of Health<br>and Human Services | 20 Massachusetts Avenue, N.W., Room 7142<br>Washington, D.C. 20530<br>Tel: (202) 514-3953<br>Attorneys for Defendants |