IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al., )
                                      )
            Plaintiffs,               )
                                      )
        v.                            )    Civ. Action No. 1:06cv1087 (HHK)
                                      )
MICHAEL O. LEAVITT, et al.,           )
                                      )
            Defendants.               )
_____)

## DEFENDANTS' EXHIBITS

A.    Excerpts from State Operations Manual, App. A, Survey Protocol, Regulations and Interpretative Guidelines for Hospitals (HHS Rev. 1, September 21, 2004)

B.    Excerpts from Comprehensive Accreditation Manual for Hospitals: The Official Handbook((JCAHO 2006)