IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:06cv1087 (HHK) |
| | ) | |
| MICHAEL O. LEAVITT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' EXHIBIT B**

# The Joint Commission Accreditation Process

## Overview

The Joint Commission's accreditation process focuses on systems critical to the safety and the quality of care, treatment, and services. It represents a shift from a focus on survey preparation to a focus on continuous operational improvement by encouraging hospitals to incorporate the standards as a guide for routine operations.

Under this accreditation process, the unannounced full survey is the on-site evaluation piece of a continuous process. (Initial surveys will continue to be announced, and surveys of organizations such as the Department of Defense and Bureau of Prisons, and "very small" facilities, will be "short notice," such as five days.) The accreditation process encourages organizations to embed the standards into routine operations in order to achieve and maintain excellent operational systems on an ongoing basis. Initiatives such as the continuous Periodic Performance Review (PPR) (discussed on page ACC-4) and the sharing of Priority Focus Process (PFP) information (discussed on pages ACC-4–ACC-6) facilitate this.

This chapter explains the following:
- Key milestones in a continuous accreditation process
- Standards and scoring format
- Periodic Performance Review
- Priority Focus Process
- Priority focus areas
- Clinical/service groups
- Tracer methodology and changes in the on-site survey process
- Evidence of Standards Compliance and measures of success
- Accreditation decision process and decision rules

## Key Milestones in a Continuous Accreditation Process

- As of January 1, 2006, each accredited organization is expected to update its PPR annually.
- For initial surveys, the Joint Commission will electronically send PPR access (after the application and deposit are received at the Joint Commission), the output of the PFP (*see* pages ACC-4–ACC-6 for more information), and instructions to your organization on how to proceed. (Although access is granted to the electronic PPR, its completion is not required for organizations undergoing initial survey.)
- Your hospital is encouraged to use this continuous PPR access to evaluate compliance with standards using elements of performance (EPs) on an ongoing basis to ensure the continuous provision of safe, high quality care (*see* the section "Standards and Scoring Format" on pages ACC-2–ACC-4 for more information). For standards identified as "not compliant," your hospital will develop a plan of action with measures of success (MOS), if required.
- The PPR process will also evaluate compliance with all applicable Accreditation Participation Requirements and National Patient Safety Goals.
- Full PPR or option 1: Your organization must annually update and transmit its PPR to the Joint Commission, and, if appropriate, its plan(s) of action and relevant MOS. The plan(s) of action must address all noncompliant standards areas as identified in the PPR. (*See* Table 1 on page ACC-5 for more information, and the "Accreditation Participation Requirements" chapter for the full text of the PPR and its options.)
- Organizations that select PPR option 2 or option 3 are required to undergo annual announced option 2 or option 3 surveys. Each year you may choose the full, option 1, option 2, or option 3 PPR process.

- After the annual update and transmission of your PPR, your organization may elect to participate in an optional conference call with Joint Commission staff to reach final agreement on the plan of action and MOS and/or discuss standards-related issues.
- For organizations that selected the full PPR, option 1, or option 2, at the time of your organization's full survey, surveyors will ask to see your MOS data which will indicate that performance has been achieved and sustained. Surveyors will use this information as a data source similar to PFP data.
- Your accreditation decision is not affected by the results of your PPR.
- On the day of your survey, your organization will receive PFP information for its top Priority Focus Areas (PFAs) and Clinical/Service Groups (CSGs) on its secure extranet site. (For more information on this process, please *see* the PFP component on page ACC-4.) The surveyor(s) scheduled to conduct your survey will also receive the PFP output for your organization. This information will help the surveyor(s) develop a survey process that focuses on issues that are unique to your organization.
- Full on-site survey occurs. The surveyor(s) will visit various units/programs or services using tracer methodology. (For more information on this process, please *see* the tracer methodology component on pages ACC-14–ACC-15.)
- After evaluating your organization's performance, the surveyor(s) will review the results of his or her findings. Before the closing conference, the surveyor(s) will enter his or her findings into laptop computers, thus producing a report of survey findings. After the report has been rendered, the survey team leader will meet with your organization's chief executive officer (CEO) to provide him or her with a copy of the report. It is up to the CEO to decide whether the report will be distributed at the exit conference; however, the surveyor(s) will use the contents of the report during the exit conference. (For more information on this process, please *see* the "Accreditation Policies and Procedures" chapter.) In special surveys (announced and unannounced), no survey report will be left on-site.
- Shortly after your survey has taken place, the Joint Commission will post your report of survey findings on a secure automated area of the Jayco® extranet site that is password protected for each organization. If the surveyor(s) find requirements for improvement in your organization, you have 45 days following the posting of your organization's Accreditation Report on the extranet to submit an Evidence of Standards Compliance (ESC). During the 45-day period, your organization's prior accreditation decision will remain in effect.
- Clarification (optional): If your organization believes that it was in compliance with a standard identified as "Not Compliant" at the time of survey and that there was adequate evidence of compliance available to the survey team, you may submit narrative clarifying evidence to support that contention. All submissions of clarifying evidence must be included as part of the ESC submission. An organization may also submit detailed evidence of information that was not immediately available at the time of survey. The submission of clarifying evidence should include an explanation as to why the surveyor(s) did not have access to the information or why it was not provided to the surveyor(s) at the time of survey. Such information must be from the time of survey, not generated after the survey date. If an organization submits clarifying evidence, it may not also submit corrective action, an evaluation method, and an MOS goal for that same EP.
- If, at the end of the 45-day period, your organization successfully addresses its requirements for improvement, it will be moved to an accreditation decision of "Accredited" provided you had not met a rule for Conditional Accreditation or Preliminary Denial of Accreditation. After the 45-day time frame, either the ESC report is received and approved or your hospital is moved to an accreditation decision of "Provisional Accreditation." Your Quality Report will be made available to the public on Joint Commission's Quality Check®. (For more information on the Joint Commission Quality Report, please *see* pages QR-1–QR-4.)

## Standards and Scoring Format

As part of the Joint Commission's accreditation process, the Joint Commission conducted a major review of the standards and will "renew" the standards periodically. During this process, all standards are reviewed and subsequently streamlined to enhance the focus on key quality and safety issues. The revisions achieve the following:

- Reduce redundancy
- Improve the clarity of standards language
- Reduce the associated paperwork and documentation of compliance burden

The scoring framework provides for the scoring of EPs to determine if standards are compliant or not compliant. The accreditation decision will be based on a simple count of the standards that are judged not compliant. The EPs for each standard will be scored on the following scale:

| | |
|---|---|
| **0** | Insufficient compliance |
| **1** | Partial compliance |
| **2** | Satisfactory compliance |
| **NA** | Not applicable |

The determination as to whether an organization is compliant with a given standard is based on the scoring of that standard's EPs. An EP is a specific performance expectation related to a standard that details the specific structures or processes that must be in place for an organization to provide quality care, treatment, and services.

Two components are scored for each EP: (1) compliance with the requirement itself **and** (2) compliance with the track record* for that requirement. (**Note:** *The track record is not applicable when assessing compliance in the PPR.*)

To determine your compliance with an EP, first look at the EP scoring category listed immediately preceding the scoring scale in the margin next to the EP. There are three scoring categories: A, B, and C. For more information on these scoring categories, please refer to the "How to Use This Manual" chapter.

In addition to the requirements specifically stated in the EPs, EPs are also scored in accordance with the following track record achievements:

| Score | Initial Survey† | Full Survey |
|---|---|---|
| 2 | 4 months | 12 months |
| 1 | 2 to 3 months | 6 to 11 months |
| 0 | Fewer than 2 months | Fewer than 6 months |

If during an on-site survey, your hospital has been found to be not compliant with one or more standards, you must submit an ESC‡ for each standard that is not compliant. The ESC must address compliance at the EP level; when an EP within a noncompliant standard requires an MOS,§ your hospital must establish an MOS compliance goal for each EP when completing the ESC.‖ Also *see* page ACC-2 for information on submitting an optional clarification as part of the ESC for standards identified as not compliant.

*See* the "How to Use This Manual" chapter for detailed information on sample sizes. *See* page ACC-23 in this chapter for more information on the MOS decision rules.

---

* **Track record** The amount of time that an organization has been in compliance with a standard, element of performance, or other requirement.

† **Initial survey** An accreditation survey of a health care organization not previously accredited by the Joint Commission, or an accreditation survey of an organization performed without reference to any prior survey findings.

‡ **Evidence of Standards Compliance (ESC)** A report submitted by a surveyed organization within 45 days of its survey, which details the action(s) that it took to bring itself into compliance with a standard or clarifies why the organization believes that was in compliance with the standard for which it received a recommendation. An ESC must address compliance at the element of performance (EP) level and include a measure of success (MOS) (*see* definition) for all appropriate EP corrections.

§ **Measure of success (MOS)** A numerical or quantifiable measure usually related to an audit that determines whether an action was effective and sustained due four months after Evidence of Standards Compliance (*see* definition) approval.

‖ **Note:** *Not every EP requires an MOS. EPs that do require an MOS are clearly marked in the standards chapters in this manual. Organizations are required to demonstrate achievement with an MOS only for EPs within a noncompliant standard that require an MOS. Organizations* do not *need to demonstrate achievement with an MOS for any EP within a compliant standard.*

Once you have evaluated and scored each EP for a particular standard, use these simple rules to determine your compliance with the standard itself:

- Your organization is not in compliance (that is, "not compliant") with the standard if any EP is scored 0
- Your organization is not in compliance (that is, "not compliant") with the standard if 35% or more of its EPs are scored 1

# Revised Accreditation Process

## Periodic Performance Review

The Joint Commission's accreditation process is designed to shift the focus from survey preparation and passing the full survey to continuous standards compliance and operational improvement in the provision of safe, high-quality care, treatment, and services. One component of the accreditation process that supports this paradigm shift is the Periodic Performance Review (PPR), a compliance assessment tool designed to facilitate your organization's own continuous monitoring and performance improvement. The PPR is an Accreditation Participation Requirement for ambulatory care, behavioral health care, home care, hospitals, laboratories, and long term care organizations.

The PPR helps your organization review applicable standards, Accreditation Participation Requirements, and National Patient Safety Goals; assess compliance; develop and implement plans of action; and identify measures by which you will gauge your success in carrying out those plans. By participating in the PPR, your organization will be better able to incorporate Joint Commission standards into routine operations, which in turn will help to ensure the provision of safe, high-quality care on an ongoing basis.

Beginning January 1, 2006, organizations will be required to update and submit their PPR annually. This modification supports a continuous accreditation process.

Due dates for annual PPR updates will be at one-year intervals after the organization's last full survey. For example, if an organization had its last full survey end on January 1, 2006, its next annual PPR update would be due January 1, 2007, and the following annual PPR updates would be due January 1, 2008, and January 1, 2009. If a full survey occurs before an organization's anticipated PPR update due date, the PPR due date will reset accordingly. Each accredited organization must either submit its updated PPR to the Joint Commission or select option 1, option 2, or option 3 on an annual basis. An organization may change its selection or options as often as annually.

Table 1 on page ACC-5 outlines some of the activities in each of these options.

## Plans of Action

A plan of action is a detailed description of how an organization plans to bring into compliance any standard identified as "not compliant" in the PPR (plans of action are not required for standards where some EPs are marked "partial compliance" but where the standard does not meet the level of "not compliant"). The plan of action should include the planned action to be taken and target implementation dates. If the EP requires an MOS when there is lack of compliance, you must also describe the MOS or how you plan to measure successful implementation of your plans of action.

The PPR will only affect an organization's accreditation decision if the organization fails to participate in the PPR process, whether the full or one of the three options, or through the PPR process, an immediate threat to life situation* is identified and a special survey is conducted.

If you need more information while completing your PPR, please contact your account representative at 630/792-3007.

## Priority Focus Process

An important component of the Joint Commission's accreditation process is the Priority Focus Process (PFP), which guides surveyors in planning and conducting your on-site survey. The PFP uses an automated tool, which takes available data from a variety of sources—including electronic

---

* See page APP-21 of this manual for more information.

## Table 1. PPR Options Effective January 1, 2006

### Full PPR

- Organization uses the automated PPR tool to assess and score compliance with elements of performance (EPs) for each applicable standard
- Organization creates a plan of action* addressing each EP scored partial or insufficient compliance within any standards found not compliant
- Organization identifies a measure of success (MOS), if required, for each EP scored partial or insufficient compliance within any standards scored not compliant
- Organization submits PPR to Joint Commission annually
- Organization may elect to participate in a conference call with Joint Commission staff to discuss plan(s) of action, MOS, and other standards-related issue of their choosing. If a conference call is not requested, the data will be reviewed by Joint Commission staff. Should they determine a conference call is needed, your organization will be contacted to schedule a call.
- Joint Commission staff reviews and approves plan(s) of action during conference call
- Surveyors review any required MOS at full survey

### Option 1

- Organization uses PPR tool to annually affirm that, for substantive reasons, legal counsel advises organization not to participate in the full PPR and instead will complete a PPR and plan of action and identify appropriate MOS
- Organizations can use the PPR tool to score compliance, and can print and view standards and EPs to conduct its assessment on paper. These data are not submitted to the Joint Commission.
- Organization affirms that it has completed an assessment of its compliance with applicable EPs and developed plans of action and MOS, as necessary, but does not submit data to Joint Commission
- Organization can submit standards-related issues in the PPR tool for telephone discussion with Joint Commission staff, if desired, and receive design approval
- Surveyors review any required MOS at full survey

### Option 2

- Organization uses PPR tool to annually attest that, after careful consideration with legal counsel, it has decided not to participate in full PPR and instead intends to undergo a limited survey
- Survey will be approximately one-third the length of the full survey; a fee will be charged
- Survey will be conducted using tracer methodology and Priority Focus Process (PFP) output; all standards are subject to review
- Surveyor leaves written report of findings with organization
- The organization must submit the tool again within 30 days of the survey. This submission addresses noncompliant standards, choice of a conference call, and any other topics for discussion with Joint Commission staff.
- Organization creates a plan of action and any required MOS for each standard scored not compliant and submits data to Joint Commission via the PPR tool within 30 days of survey
- Organization may elect to participate in a conference call with Joint Commission staff to discuss the plan(s) of action and MOS. If a conference call is not requested, the data will be reviewed by Joint Commission staff. Should they determine a conference call is needed, your organization will be contacted to schedule a call.
- Joint Commission staff reviews and approves plan(s) of action during conference call
- Surveyors will review any required MOS at full survey

*continued on next page*

---

* A plan of action details the action(s) an organization will take to come into compliance with each standard identified as not compliant.

## Table 1. PPR Options Effective January 1, 2006 (continued)

### Option 3

- Organization uses the PPR tool to annually attest that after careful consideration with legal counsel, it has decided not to participate in the full PPR and instead intends to undergo a limited survey
- Survey will be approximately one-third the length of the full survey; a fee will be charged
- Survey will be conducted using tracer methodology and Priority Focus Process (PFP) output; all standards are subject to review
- Unlike option 2, however, option 3 stipulates that no written report of findings will be left at the organization. The surveyor delivers an oral report of findings at the closing conference of the on-site survey.
- The organization must submit the tool again within 30 days of the survey. This submission addresses the choice of a conference call and any topics for discussion with Joint Commission staff.
- At the time of the organization's full survey, the surveyors will receive no information relating to the organization's option 3 survey findings.

applications (e-Apps) for accreditation, previous survey findings, complaint data, ORYX core measure data, and publicly available external data (such as MedPAR or OASIS)—and integrates them to identify CSGs and PFAs for your organization. The PFP converts these data into information that focuses survey activities, increases consistency in the accreditation process, and customizes the accreditation process to make it specific to your hospital.

Your organization will receive PFP information for its top PFAs and CSGs on its secure extranet site. Complex organizations that are surveyed under more than one accreditation program will receive program-specific PFP information and organization-level PFP information that is a summary of all programs' data and information.

Surveyors will receive their information and insight about an organization before the on-site survey. The PFP integrates various presurvey data (listed below) on each organization and recommends the PFAs and CSGs for the on-site survey. This information will guide tracer activities (*see* pages ACC-14–ACC-15 for more information on the tracer methodology) and is a starting point for the survey.

From these sources, the PFP identifies PFAs for each organization on which surveyors initially will focus during the initial part of the on-site survey. Surveyors will use the PFP in the following ways:
- The surveyor(s) assigned to your organization will have access to your organization's PFP information via the surveyor extranet
- Surveyors will review the PFP information for organization-specific PFAs as well as for organization-specific CSGs
- As part of the planning process, surveyors will begin to assess and plan their tracer activities
- During the on-site survey, the surveyors will use the organization's active patient list to select tracer patients

As the survey progresses, the surveyor(s) may find other priority areas that need addressing and they may begin to focus less on the PFP suggested list and more on what they are finding.

The PFP will also be used for an organization undergoing its initial survey. The only difference with this type of organization (versus an organization that has already gone through a survey) is in the available data inputs that feed the PFP. Organizations undergoing initial survey will not have previous requirements for improvement (referred to as "type I recommendations" before January 1, 2004) or ORYX data available to feed into the PFP. For initial surveys, the Joint Commission will only be able to feed e-App data, external data (as applicable), and Office of Quality Monitoring (OQM) data into the PFP.

After these data are transformed to become the PFP information, the process for initial surveys is no different from the process for any other type of survey. The data will be aggregated in the same

manner to determine the PFAs and CSGs for the organization. Each year, your organization will receive its PFAs 90 days before the PPR submission due date.

### Priority Focus Areas

Priority focus areas (PFAs) are processes, systems, or structures in a health care organization that significantly impact safety and/or the quality of care provided. The list of PFAs was developed from information gathered through Joint Commission experience, published literature, and consensus. Joint Commission categorized the different processes, systems, and structures leading to improved health care in 14 PFAs. The PFAs evolved from this process of identifying common patterns that are useful in building positive health care outcomes and safe, high-quality health care.

The PFAs provide a consistent yet customized approach to providing an initial focus for the on-site survey process, and they may assist the organization at the time of its PPR.

The PFAs are the following:
- Assessment and Care/Services
- Communication
- Credentialed Practitioners
- Equipment Use
- Infection Control
- Information Management
- Medication Management
- Organizational Structure
- Orientation & Training
- Patient Safety
- Physical Environment
- Quality Improvement Expertise/Activities
- Rights & Ethics
- Staffing

PFAs guide the surveyor with assessing standards compliance in relation to the individual tracer activities. Outside of formal conferences/interviews, much of the survey will consist of reviewing issues in the form of tracer methodology (for more information, please *see* the "Tracer Methodology" section on page ACC-14). The tracer methodology incorporates the use of the PFP information, follows the care experience for individuals initially identified by CSGs, and allows the surveyor to identify performance issues that may be related to PFAs for your organization.

Definitions for the PFAs follow.

**Assessment and Care/Services**    Assessment and Care/Services for patients comprise the execution of a series of processes including, as relevant: assessment; planning care, treatment, and/or services; provision of care; ongoing reassessment of care; and discharge planning, referral for continuing care, or discontinuation of services. Assessment and Care/Services are fluid in nature to accommodate a patient's needs while in a care setting. While some elements of Assessment and Care/Services may occur only once, other aspects may be repeated or revisited as the patient's needs or care delivery priorities change. Successful implementation of improvements in Assessment and Care/Services rely on the full support of leadership.

Subprocesses of Assessment and Care/Services include the following:
- Assessment
- Reassessment
- Planning care, treatment, and services
- Provision of care, treatment, and services
- Discharge planning or discontinuation of services

**Communication**    Communication is the process by which information is exchanged between individuals, departments, or organizations. Effective communication successfully permeates every aspect of an organization, from the provision of care to performance improvement, resulting in a marked improvement in the quality of care delivery and functioning.

Subprocesses of Communication include the following:
- Provider and/or staff–patient communication
- Patient and family education
- Staff communication and collaboration
- Information dissemination
- Multidisciplinary teamwork

**Credentialed Practitioners**   Credentialed Practitioners are health care professionals whose qualifications to provide patient care services have been verified and assessed, resulting in the granting of clinical privileges. The category varies from organization to organization and from state to state. It includes licensed independent practitioners and others who are permitted to provide patient care services under the direction of a sponsoring physician. Licensed independent practitioners are permitted by law and the organization to provide care and services without clinical supervision or direction within the scope of their license and consistent with individually granted clinical privileges.

**Equipment Use**   Equipment Use incorporates the selection, delivery, setup, and maintenance of equipment and supplies to meet patient and staff needs. It generally includes movable equipment, as well as management of supplies that staff members use (for example, gloves, syringes). (Equipment Use does not include fixed equipment such as built-in oxygen and gas lines and central air-conditioning systems; such items are included in the Physical Environment PFA.) Equipment Use includes planning and selecting; maintaining, testing, and inspecting; educating and providing instructions; delivery and setup; and risk prevention related to equipment and/or supplies.

Subprocesses of Equipment Use include the following:
- Selection
- Maintenance strategies
- Periodic evaluation
- Orientation and training

**Infection Control**   Infection Control includes the surveillance/identification, prevention, and control of infections among patients, employees, physicians, and other licensed independent practitioners, contract service workers, volunteers, students, and visitors. This is a systemwide, integrated process that is applied to all programs, services, and settings.

Subprocesses of Infection Control include the following:
- Surveillance/identification
- Prevention and control
- Reporting
- Measurement

**Information Management**   Information Management is the interdisciplinary field concerning the timely and accurate creation, collection, storage, retrieval, transmission, analysis, control, dissemination, and use of data or information, both within an organization and externally, as allowed by law and regulation. In addition to written and verbal information, supporting information technology and information services are also included in Information Management.

Subprocesses of Information Management include the following:
- Planning
- Procurement
- Implementation
- Collection
- Recording
- Protection
- Aggregation
- Interpretation
- Storage and retrieval
- Data integrity
- Information dissemination

**Medication Management**    Medication Management encompasses the systems and processes an organization uses to provide medication to individuals served by the organization. This is usually a multidisciplinary, coordinated effort of health care staff, implementing, evaluating, and constantly improving the processes of selecting, procuring, storing, ordering, transcribing, preparing, dispensing, administering (including self-administering), and monitoring the effects of medications throughout the patients' continuum of care. In addition, Medication Management involves educating patients and, as appropriate, their families, about each medication, its administration and use, and potential side effects.

Subprocesses of Medication Management include the following:
- Selection
- Procurement
- Storage
- Prescribing or ordering
- Preparing
- Dispensing
- Administration
- Monitoring

**Organizational Structure**    The Organizational Structure is the framework for a hospital to carry out its vision and mission. The implementation is accomplished through corporate bylaws and governing body policies, organization management, compliance, planning, integration and coordination, and performance improvement. Included are the organization's governance, as well as business ethics, contracted organizations, and management requirements.

Subprocesses of Organizational Structure include the following:
- Management requirements
- Corporate by-laws and governing body plans
- Organization management
- Compliance
- Planning
- Business ethics
- Contracted services

**Orientation & Training**    Orientation is the process of educating newly hired staff in organizations to organizationwide, departmental, and job-specific competencies before they provide patient care services. "Newly hired staff" include, but are not limited to, regular staff employees, contracted staff, agency (temporary) staff, float staff, volunteer staff, students, housekeeping, and maintenance staff.

Training refers to the development and implementation of programs that foster staff development and continued learning, address skill deficiencies, and thereby help to ensure staff retention. More specifically, training entails providing opportunities for staff to develop enhanced skills related to revised processes that may have been addressed during orientation, new patient care techniques, or expanded job responsibilities. Whereas orientation is a one-time process, training is a continuous one.

Subprocesses of Orientation & Training include the following:
- Organizationwide orientation
- Departmental orientation
- Job-specific orientation
- Training and continuing or ongoing education

**Patient Safety**    Effective Patient Safety entails proactively identifying the potential and actual risks to safety, identifying the underlying cause(s) of the potential, and making the necessary improvements in order to reduce risk. It also entails establishing processes to respond to sentinel events, identifying risks through root cause analysis, and making necessary improvements. This involves a systems-based approach that examines all activities within an organization that contribute to the maintenance and improvement of patient safety, such as performance improvement

and risk management, to ensure that the activities work together, not independently, to improve care and safety. The systems-based approach is driven by organization leadership; anchored in the organization's mission, vision, and strategic plan; endorsed and actively supported by medical staff and nursing leadership; implemented by directors; integrated and coordinated throughout the organization's staff; and continuously re-engineered using proven, proactive performance improvement modalities. In addition, effective reduction of errors and other factors that contribute to unintended adverse outcomes in an organization requires an environment in which patients, their families, and organization staff and leaders can identify and manage actual and potential risks to safety.

Subprocesses of Patient Safety include the following:
- Planning and designing services
- Directing services
- Integrating and coordinating services
- Error reduction and prevention
- The use of Sentinel Event Alerts
- Joint Commission's National Patient Safety Goals
- Clinical practice guidelines
- Active patient involvement in their care

**Physical Environment**   The Physical Environment refers to safe, accessible, functional, supportive, and effective Physical Environment for patients, staff members, workers, and other individuals, by managing physical design; construction and redesign; maintenance and testing; planning and improvement; and risk prevention, defined in terms of utilities, fire protection, security, privacy, storage, and hazardous materials and waste. The Physical Environment may include the home in the case of home care and foster care.

Subprocesses of Physical Environment include the following:
- Physical design
- Construction and redesign
- Maintenance and testing
- Planning and improvement
- Risk prevention

**Quality Improvement Expertise/Activities**   Quality Improvement identifies the collaborative and interdisciplinary approach to the continuous study and improvement of the processes of providing health care services to meet the needs of consumers and others. Quality Improvement depends on understanding and revising processes on the basis of data and knowledge about the processes themselves. Quality Improvement involves identifying, measuring, implementing, monitoring, analyzing, planning, and maintaining processes to ensure they function effectively. Examples of Quality Improvement Activities include designing a new service, flowcharting a clinical process, collecting and analyzing data about performance measures or patient outcomes, comparing the organization's performance to that of other organizations, selecting areas for priority attention, and experimenting with new ways of carrying out a function.

Subprocesses of Quality Improvement Expertise/Activities include the following:
- Identifying issues and establishing priorities
- Developing measures
- Collecting data to evaluate status on outcomes, processes, or structures
- Analyzing and interpreting data
- Making and implementing recommendations
- Monitoring and sustaining performance improvement

**Rights & Ethics**   Rights & Ethics includes patient rights and organizational ethics as they pertain to patient care. Rights & Ethics addresses issues such as patient privacy, confidentiality and protection of health information, advance directives (as appropriate), organ procurement, use of restraints, informed consent for various procedures, and the right to participate in care decisions.

Subprocesses of Rights & Ethics include the following:

- Patient rights
- Organizational ethics pertaining to patient care
- Organizational responsibility
- Consideration of patient
- Care sensitivity
- Informing patients and/or family

**Staffing**   Effective Staffing entails providing the optimal number of competent personnel with the appropriate skill mix to meet the needs of an organization's patients based on that organization's mission, values, and vision. As such, it involves defining competencies and expectations for all staff (the competencies of licensed independent practitioners and medical staff are addressed in the Credentialed Practitioners PFA for all accreditation programs). Staffing includes assessing those defined competencies and allocating the human resources necessary for patient safety and improved patient outcomes.

Subprocesses of Staffing include the following:
- Competency
- Skill mix
- Number of staff

### Clinical/Service Groups
Clinical/service groups (CSGs) categorize patients and/or services into distinct populations for which data can be collected. The Joint Commission created the list of CSGs based on data gathered from e-Apps from each accreditation program and on publicly available data from external sources. The list then underwent a thorough review to make sure that all categories were actually representative of populations served or services provided by the organizations surveyed by the individual accreditation programs. Joint Commission surveyors use an organization's CSGs combined with other organization-specific data to get a better understanding of the organization's systems and the patients it serves. Tracer patients are selected according to CSGs.

The CSGs for hospitals follow.

**Clinical/Service Groups for Hospitals**
- Cardiac surgery
- Cardiology*
- Dentistry
- Dermatology
- Endocrinology
- Gastroenterology
- General medicine
- General surgery
- Gynecology
- Hematology
- HIV infection
- Neonatology*
- Nephrology
- Neurology
- Neurosurgery
- Normal newborns
- Obstetrics*
- Oncology
- Ophthalmology
- Orthopedic
- Otolaryngology
- Pediatrics*
- Psychiatry
- Pulmonary*

---

* ORYX core measure areas.

- Rehabilitation
- Rheumatology
- Substance abuse
- Thoracic surgery
- Trauma
- Urology
- Vascular surgery
- Other

## On-Site Survey Activities
### Survey Agenda

The on-site survey process shifts the focus from survey preparation and scores to continuous operational improvement in support of safe, high-quality care, treatment, and services.

The survey agenda will include the following elements (in no particular order):*

- *Opening Conference and Orientation to the Organization.* The opening session will be an opportunity for introductions and for an orientation to the structure and content of the survey. At this time, your organization will briefly explain its structures, mission, vision, and relationship with the community.
- *Surveyor Planning Session.* During this session, the surveyor(s) will review data and information about the organization, measures of success generated from the full PPR, option 1, or option 2, and plan the survey agenda. The surveyor(s) will also select initial tracer patients.
- *Leadership Session.* The surveyor(s) will discuss the following with leaders:
  - Information gathering and baseline assessment of leadership-level, system issues—system standards, management oversight and direction, and other leadership responsibilities
  - Leadership's approach to the PPR including physician involvement, and methods used to address areas needing improvement
  - Ongoing initiatives to improve delivery of health care
  - Safety program and National Patient Safety Goals
  - Oversight by trustees or board
- *Individual Tracer Activity.* During the individual tracer activity, the surveyor(s) will do the following:
  - Follow the course of a type of care, treatment, and service provided to the patient by the hospital
  - Assess the interrelationships among disciplines and departments (where applicable) and the important functions in the care, treatment, and services provided
  - Evaluate the performance of processes relevant to the care, treatment, and service needs of the patient, with particular focus on the integration and coordination of distinct but related processes
  - Identify vulnerabilities in the care processes
- *Special Issue Resolution.* This session provides an opportunity for the surveyor(s) to follow up on potential findings that could not be resolved in other survey activities or address any requested Public Information Interviews.
- *Daily Briefing.* During the daily briefing, the surveyor(s) will do the following:
  - Facilitate leadership's understanding of the survey process and the findings that contribute to the accreditation decision
  - Report on findings from the previous day's survey activities
  - Emphasize patterns or trends of significant concern that could lead to noncompliance determinations
  - Highlight any positive findings or exemplary performance
  - Allow the organization to provide information that may have been missed during the previous survey day
  - Review the agenda for the survey day ahead and make any necessary adjustments based on organization needs or the need for more intensive assessment of an issue

---

* Please see the *Survey Activity Guide*, which is available on your extranet site. For more detailed information on the survey process, call your Account Representative at 630/792-3007.

- *Competence Assessment Process.* This process will help the organization and the surveyor(s) to do the following:
  - ○ Identify the competence-assessment, process-related strengths and vulnerabilities of the organization
  - ○ Begin the assessment or determine the degree of compliance with relevant standards
  - ○ Identify human resources issues requiring further exploration
- *Medical Staff Credentialing and Privileging.* This activity will help the organization and the surveyor(s) to identify specific issues related to the following:
  - ○ Evaluation of the process the organization uses to collect relevant data for decisions for appointment
  - ○ Evaluation of consistent implementation of the credentialing and privileging process
  - ○ Evaluation of processes for the granting and the appropriate delineation of privileges
  - ○ Determination that practitioners practice within the limited scope of delineated privileges
  - ○ Link results of peer review and focused monitoring to the credentialing and privileging process
  - ○ Identify vulnerabilities in the credentialing, privileging, and appointment process
- *Environment of Care Session.* This session will help the organization and the surveyor(s) do the following:
  - ○ Identify vulnerabilities and strengths in their processes
  - ○ Begin to identify or determine the action(s) necessary to address any identified vulnerabilities
  - ○ Begin the assessment or determine the organization's actual degree of compliance with relevant standards
  - ○ Identify EC processes requiring further evaluation of implementation
  - ○ Identify issues requiring further exploration
- *Individual-Based System Tracer Sessions.* Individual-based system tracers are interactive sessions with the surveyor(s) and organization staff that explore the performance of important patient-related functions that cross the organization. The surveyor(s) and organization staff will address critical risk points and provide education during the individual-based system tracer sessions. The following are the individual-based system tracers:
  - ○ Medication management
  - ○ Infection control
  - ○ Data use
- *CEO Exit Briefing and Organization Exit Conference.* During this conference, the surveyor(s) will do the following:
  - ○ Report the outcome of the survey and present the Accreditation Report if desired by the CEO or administrator
  - ○ Review the issues of standards compliance that have been identified during the survey
  - ○ Allow the organization a final on-site opportunity to question the survey findings or provide additional material regarding standards compliance
  - ○ Gain agreement between the surveyor(s) and the organization regarding the survey findings, when possible
  - ○ Review required follow-up actions, as applicable
- *Life Safety Code® (LSC) Building Tour.* This session will help the organization and the surveyor(s) do the following:
  - ○ Identify areas of concern in the organization's processes for designing buildings to *LSC* requirements
  - ○ Identify areas of concern in the organization's processes for maintaining buildings to *LSC* requirements
  - ○ Identify areas of concern in the organization's processes for identifying and resolving *LSC* problems
  - ○ Determine the organization's degree of compliance with relevant *LSC* requirements
  - ○ Identify or determine the action(s) necessary to address any identified *LSC* problems
- *Surveyor Team Meeting.* On surveys being conducted by more than one surveyor, scheduled team meetings provide an opportunity for the surveyor(s) to share information and observa-

tions, plan for upcoming survey activities, and plan for communication and coordination with the organization.

- *Surveyor Report Preparation.* The surveyor(s) will use this time to compile, analyze, and organize the data he or she has collected throughout the survey into a report reflecting the organization's compliance with standards.

## Tracer Methodology

The tracer methodology is the cornerstone of the Joint Commission survey process. The tracer methodology does the following:

- Incorporates the use of PFP information
- Follows the experience of care for a number of individuals (initially identified by CSGs) through the organization's entire health care process
- Allows the surveyor(s) to identify performance issues (that may be related to PFAs) in one or more steps of the process, or in the interfaces between processes

### Individual Tracer Activity

The individual tracer activity is an evaluation method that is conducted during an on-site survey and designed to "trace" the care experiences that a patient had while at the organization. The tracer methodology is a way to analyze a hospital's systems of providing care, treatment, and services using actual patients as the framework for assessing standards compliance. The surveyor(s) will use the following general criteria to select initial individual tracers:

- Patients in top CSGs for that organization
- Patients who cross programs (for example, long term care residents who present at a hospital or some care patients received from a hospital in complex organizations)
- Patients related to individual-based system tracer topics (*see* the "Individual-Based System Tracer Activity" section below), such as infection control or medication management
- Patients receiving complex services, such as surgery or treatment in an intensive care unit*

The typical patients selected for initial individual tracer activity will be those identified in the organization's PFP information as listed in the CSGs. Based on identified CSGs, the surveyor(s) will identify individual tracers and follow specific patients through the organization's processes. A surveyor will not only examine the individual components of a system but will also evaluate how the components of a system interact with each other. In other words, a surveyor will look at the care, treatment, and services provided by each department/unit/program and service, as well as how departments/units/programs and services work together. The surveyor(s) may start where the patient is currently located. He or she can then move to where the patient first entered the organization's systems, an area of care provided to the patient that may be a priority for that organization, or to any areas in which the patient received care, treatment, and services. The order will vary. Along the way, the surveyor(s) will speak with the health care staff member(s) who actually provided the care to that individual tracer patient—or, if that staff member(s) is not available, will speak with another staff member(s) who provides the same type of care.

Based on the findings of the surveyor(s), he or she may select similar patients to trace. The tracer methodology permits surveyors to "pull the threads" if there is a reason to believe that an issue needs further exploration.

### Individual-Based System Tracer Activity

Individual-based system tracers differ from individual tracers in that during individual tracers, the surveyor follows an individual through his or her course of care, evaluating all aspects of care. Individual-based system tracers explore one specific system or process across the organization, focusing, when possible, on the experiences of specific patients or activities relevant to specific patients. During the individual-based system tracer sessions, surveyor(s) evaluate the system/process including, the integration of related processes, and the coordination and communication among disciplines and departments in those processes.

---

* Please *see* the *Survey Activity Guide*, which is available by calling your Account Representative, for more detailed information on other program-specific criteria for tracer selection.

An individual-based system tracer includes an interactive session (involving a surveyor and relevant staff members). Points of discussion in the interactive session include the following:

- The flow of the process across your organization, including identification and management of risk points, integration of key activities, and communication among staff/units involved in the process
- Strengths in the process and possible actions to be taken in areas needing improvement
- Issues requiring further exploration in other survey activities
- A baseline assessment of standards compliance
- Education by the surveyor, as appropriate

The three topics evaluated with individual-based system tracers are data use, infection control, and medication management, although the number of individual-based system tracers varies based on survey length. Despite survey length, the data use individual-based system tracer is always performed.

**Data Use**  The data use individual-based system tracer focuses on how your organization collects, analyzes, interprets, and uses data to improve patient safety and care.

**Infection Control**  The infection control individual-based system tracer explores your organization's infection control processes. The goals of this session are to assess your organization's compliance with the relevant infection control standards, identify infection control issues that require further exploration, and determine actions that may be necessary to address any identified risks and improve patient safety.

**Medication Management**  The medication management individual-based system tracer explores your organization's medication management processes, while focusing on subprocesses and potential risk points (such as hand-off points). This tracer activity helps the surveyor(s) evaluate the continuity of medication management from procurement of medications through the monitoring of their effects on patients.

### The Role of Organization Staff in Tracer Methodology

To help the surveyor(s) in the tracer methodology process, staff will be asked to provide the surveyor(s) with a list of active patients including the patients' names, current locations in the organization, and diagnoses, as appropriate. The surveyor(s) may request assistance from organization staff for selection of appropriate tracer patients. As the surveyor(s) move around an organization, he or she will ask to speak with the staff members who have been involved in the tracer patient's care, treatment, and services. If those staff members are not available, the surveyor(s) will ask to speak to another staff member who would perform the same function(s) as the member who has cared for or is caring for the tracer patient. Although it is preferable to speak with the direct caregiver, it is not mandatory because the questions that will be asked are questions that any caregiver should be able to answer in providing care to the patient being traced.

## The Accreditation Decision Process

The goal of the accreditation decision and reporting approach is to move organizations away from focusing on achieving high scores to achieving and maintaining safe, high-quality systems of care, treatment, and services. During the decision process, there are no numerical scores, and thus no scores are disclosed to the organizations or to the public. The lack of scores facilitates shifting the focus from passing the exam to continuous operational improvement. For more information on the organization accreditation decision rules, *see* pages ACC–17–ACC–24.

Key elements of the accreditation decision process include the following:

- Scoring of EPs is on the following scale: satisfactory compliance (2), partial compliance (1), insufficient compliance (0), or not applicable (NA)
- Standards are identified as compliant or not compliant
- The surveyor(s) leaves an Accreditation Report of findings on site (for special surveys, no report is left on site)
- The Accreditation Report will be posted on the organization's secure, password-protected extranet Web site space shortly after survey

- If the surveyor(s) find requirements for improvement, there is a 45-day window to submit an ESC report.

For more information on the scoring process, *see* pages HM-21–HM-24 in the "How to Use This Manual" chapter.

## Accreditation Decision Categories

The Joint Commission's six accreditation decision categories are as follows:

- **Accredited**—The organization is in compliance with all standards at the time of the on-site survey or has successfully addressed all requirements for improvement in an ESC within 45 days following the survey.
- **Provisional Accreditation**—The organization fails to successfully address all requirements for improvement in an ESC within 45 days following the survey or does not pass their first MOS.
- **Conditional Accreditation**—The organization is not in substantial compliance with the standards, as usually evidenced by a count of the number of standards identified as not compliant at the time of survey that is between two and three standard deviations above the mean number of noncompliant standards for organizations in that accreditation program. The organization must remedy identified problem areas through preparation and submission of ESC and subsequently undergo an on-site, follow-up survey.
- **Preliminary Denial of Accreditation**—There is a preliminary finding of justification to deny accreditation to the organization as usually evidenced by a count of the number of noncompliant standards at the time of survey that is at least three standard deviations above the mean number of standards identified as not compliant for organizations in that accreditation program. The decision is subject to review and appeal prior to the determination of a final denial of accreditation.
- **Denial of Accreditation**—The organization has been denied accreditation. All review and appeal opportunities have been exhausted.
- **Preliminary Accreditation**—The organization demonstrates compliance with selected standards in the first of two surveys conducted under the Early Survey Policy option 1.

## Components of the Decision Process

This section provides an overview of the Joint Commission's accreditation decision process.

When the surveyor(s) leaves the accreditation decision report with the organization, the survey findings will be organized by the following:

- Primary PFAs
- Standard number
- Applicable program
- Standard text
- Secondary PFA (as applicable)
- EP text
- Surveyor findings

After the on-site survey, the surveyor(s) will transmit the results described above to Joint Commission Central Office.

Reports that contain flagged items or contain findings that under applicable accreditation rules would likely lead to a Preliminary Denial of Accreditation or Conditional Accreditation decision will be processed by Central Office staff shortly after the survey. At the time of survey, an item can be flagged for Central Office review by the surveyor(s) if there is a question about interpreting or scoring a standard. Once that review is completed, the results of the survey are then posted to the secure automated area of the Jayco® extranet site. The report includes, as appropriate, requirements for improvement and supplemental findings.

If an organization is in compliance with all standards at the time of the on-site survey, it will be Accredited at that time. The official Accreditation Decision Categories for 2006 are included in this chapter beginning above. If the organization is not compliant with one or more standards at the time of survey, it is required to submit an acceptable ESC report within 45 days of the Accreditation

Report being posted on the Jayco extranet. As part of its ESC submission, the organization is required to demonstrate "correction" of not compliant standards (that is, detail the action[s] that it has taken—not just planned—to come into compliance with a standard) or "clarification" (that is, explain why the organization believes that it was compliant with a standard judged to be not compliant at the time of survey). The organization's acceptable ESC must address compliance at the EP level and include an MOS, if applicable, for each EP found to be partially (1) or insufficiently (0) compliant.

The acceptable ESC report is due within 45 calendar days following the posting of the Accreditation Report; however, the organization's accreditation decision is retroactive to the day after the last day of the survey, unless the organization is undergoing its first Joint Commission survey. In that case, the effective date for accreditation is the date on which the acceptable ESC is submitted.

The organization's ESC submission will be evaluated by Central Office staff using the same scoring guidelines used by the surveyors at the time of survey and by health care organizations when they conduct their PPR. The ESC will be considered acceptable when the organization has demonstrated resolution of all requirements for improvement. If the organization has not met a rule for Conditional Accreditation or Preliminary Denial of Accreditation and its first ESC submission is determined to be acceptable, its decision will be Accredited, and it will be required to submit the data for applicable MOS, if required, for each EP four months later.

If the organization has not met a rule for Conditional Accreditation or Preliminary Denial of Accreditation and it is determined that the organization's ESC submission is unacceptable, its accreditation decision will be Provisional Accreditation, and it will be required to submit an acceptable ESC within 30 days. If the second ESC is determined to be acceptable, the organization's accreditation decision will remain Provisional Accreditation until it has submitted acceptable results of the corresponding MOS four months later. If the second ESC is determined to be unacceptable, a recommendation for Conditional Accreditation will be presented to the Accreditation Committee.

Central Office staff will evaluate the MOS results, when required. If it is determined that the MOS results are acceptable, no further action will be required of the organization, and if the organization had a Provisional Accreditation decision, its accreditation decision will be changed to Accredited. If it is determined that an organization's MOS submission is unacceptable and its accreditation decision is not currently Provisional Accreditation, its accreditation decision will be changed to Provisional Accreditation; the organization will be required to submit a second set of MOS results in another four months. If an organization whose accreditation decision is Provisional Accreditation because of an unacceptable first ESC submission submits an unacceptable first MOS submission, a recommendation for Conditional Accreditation will be presented to the Accreditation Committee.

If the organization's first ESC submission is determined to be acceptable and the second MOS submission is determined to be acceptable, its accreditation decision will be changed to Accredited, and no further action will be required of the organization. If the second MOS submission is determined to be unacceptable, a recommendation for Conditional Accreditation will be presented to the Accreditation Committee. *See* Figures 1 and 2, page ACC-18, for a time line of ESC and MOS submissions.

The organization's ESC submission and sustained implementation of it, including the MOS, are subject to review in random unannounced surveys.

A final decision letter will be posted to the organization's secure, password protected area of the Jayco extranet Web site when its ESC has been reviewed and an accreditation decision has been rendered. A Quality Report will then be posted on Quality Check® on the Joint Commission's Web site. For more information, *see* "The Joint Commission Quality Report" chapter, page QR-1.

## 2006 Accreditation Decision Rules for Hospitals

The Joint Commission makes accreditation decisions by applying decision rules to the scored standards. Decision rules determine an accreditation decision that appropriately represents an organization's overall performance as measured by evidence of compliance with the applicable



**Figure 1.** *This figure shows the Evidence of Standards Compliance (ESC) time line for 2006.*



**Figure 2.** *This figure shows the measure of success (MOS) submission time line for 2006.*

---

\* Those that go directly to the extranet are 2 days. If an account representative has to process it, it normally takes 14 days.

standards. Decision rules are approved by the Accreditation Committee. The Committee may exercise reasonable discretion in individual cases to determine whether to vary from applicable decision rules in furtherance of the Joint Commission's mission to help enhance the quality and safety of care.

Since January 2001, "weighted" decision rules have been in place to limit the impact that the performance of small or secondary components of a complex organization may have on the organization's overall accreditation decision. These rules were established based on the rationale that the poor performance of a small component of a large complex organization, as determined by standards noncompliance, should not determine the accreditation decision of the entire organization. As such, the performance factors contributing to the overall accreditation decision for a complex organization were "weighted" to account for a proportional impact on overall care. The current "weighted" decision rules can be found on page APP-25 in the "Accreditation Policies and Procedures" chapter.

The decision rules for hospitals follow.

## Denial of Accreditation

Denial of Accreditation will be recommended when one or more of the following conditions are met:

**DA01**    The organization does not permit the performance of any survey by the Joint Commission. (Accreditation Participation Requirement 3)

**DA02**    The organization, which was previously in Conditional Accreditation for failure to submit data and information to the Joint Commission within 61 days of the due date(s) has failed to meet all requirements for timely submission of data and information to the Joint Commission, within 91 days of the due date(s). The submissions include, but are not limited to, the Accreditation Contract, annual updates to the organization's application for Accreditation, and annual PPR updates. (Accreditation Participation Requirement 19)

**DA03**    The organization, which was previously in Conditional Accreditation for failure to submit the PPR 61 days after the due date, has failed to submit a PPR, and corrective action plan as appropriate, 91 days after the due date. The organization may also be required to participate in a scheduled consultative phone call with Central Office staff as specified in the description of the full PPR and the PPR options. (Accreditation Participation Requirement 19)

## Preliminary Denial of Accreditation

Preliminary Denial of Accreditation will be recommended when one or more of the following conditions are met:

**PDA01**    An immediate threat to patient/public health or safety exists within the organization.

**PDA02**    An individual who does not possess a license, registration, or certification is providing or has provided health care services in the organization that would, under applicable law or regulation, require such a license, registration, or certification and which placed the organization's patients at risk for a serious adverse outcome.

**PDA03**    The Joint Commission is reasonably persuaded that the organization submitted falsified documents or misrepresented information in seeking to achieve or retain accreditation. Information provided by an organization and used by the Joint Commission for accreditation purposes must be accurate and truthful and may:
- Be provided verbally, in writing, or electronically
- Be obtained through direct observation or interview by Joint Commission surveyors

- Be derived from documents supplied by the organization to the Joint Commission including, but not limited to, an organization's root cause analysis in response to a sentinel event, or an organization's request for survey
- Involve data or documents transmitted electronically to the Joint Commission, including but not limited to data or documents provided as part of the PPR process or the electronic application process
- Involve an attestation that an organization has not knowingly used Joint Commission full-time, part-time, or intermittent surveyors to provide any accreditation-related consulting services

If accreditation is denied following implementation of this rule, the organization shall be prohibited from participating in the accreditation process for a period of one year unless the president of the Joint Commission, for good cause, waives all or a portion of this waiting period. (Accreditation Participation Requirement 10)

**PDA04**    The organization has been conditionally accredited twice in a six-year period.

**PDA05**    A number of Not Compliant standards at the time of survey is three or more standard deviations above the mean.

**PDA06**    The organization does not possess a license, certificate, and/or permit, as, or when, required by applicable law and regulation, to provide the health care services for which the organization is seeking accreditation. (LD.1.30)

**PDA07**    The organization with a decision of Conditional Accreditation, as the result of a survey event, has failed to clear not compliant standards after two opportunities to do so (as the result of two failed Evidence of Standards Compliance [ESC] submissions, two failed Measure of Success [MOS] submissions, or a combination of one failed ESC submission, one failed MOS submission and/or a failed Conditional Accreditation follow-up survey).

**Note:** *The opportunity is considered failed when the organization has not demonstrated resolution of all not compliant standards and continues to meet any of the decision rules requiring additional monitoring in the form of on-site follow-up, an ESC submission, or an MOS submission. In addition, a Conditional Accreditation follow-up survey is considered an opportunity to clear not compliant standards.*

**PDA08**    The result of a Conditional Accreditation follow-up survey is unacceptable.

**Note:** *The result of the Conditional Accreditation follow-up survey will be considered unacceptable if the organization continues to meet any of the rules or an exception to the rules that caused a recommendation of Conditional Accreditation or Preliminary Denial of Accreditation.*

**PDA09**    An organization placed on Accreditation Watch fails to respond to a serious adverse event (sentinel event) within the defined time frame in a manner acceptable to the Joint Commission as specified in the Sentinel Event Policy.

## Conditional Accreditation

Conditional accreditation will be recommended when any one of the following conditions are met:

**CON01**    The number of not compliant standards at the time of survey is between two and three standard deviations above the mean.

**CON02**    An individual who does not possess a license, registration, or certification is providing or has provided health care services in the organization that would, under applicable law or regulation, require such a license, registration, or certification.

Note: *Except as provided under rule PDA02.*

**CON03**    The organization has failed to clear not compliant standards after two opportunities to do so (as the result of two failed Evidence of Standards Compliance [ESC] submissions, two failed Measure of Success [MOS] submissions, or a combination of one failed ESC submission and one failed MOS submission).

Note: *The opportunity is considered failed when the organization has not demonstrated resolution of all not compliant standards and continues to meet any of the decision rules requiring additional monitoring in the form of on-site follow-up, an ESC submission, or an MOS submission.*

**CON04**    The organization has failed to implement or make sufficient progress toward the corrective actions described in an approved Statement of Conditions™, Part 4, Plan for Improvement or has failed to implement or enforce applicable interim life safety measures.

**CON05**    The total number of delinquent medical records averaged over the 12 months prior to survey is greater than or equal to twice the average monthly patient discharge rate. (IM.6.10)

Note: *The organization will be placed in Conditional Accreditation status if they fail to provide four quarters of medical record delinquency data at the time of survey.*

**CON06**    The organization, which was previously in Provisional Accreditation for failure to submit data and information to the Joint Commission within 31 days of the due date(s), did not meet all requirements for timely submission of data and information to the Joint Commission, within 61 days of the due date(s). The submissions include, but are not limited to, the Accreditation Contract, annual updates to the organization's application for accreditation, and annual PPR updates. (Accreditation Participation Requirement 19)

**CON07**    The organization, which was previously in Provisional Accreditation for failure to submit the PPR 31 days after the due date, has failed to submit a PPR, and corrective action plan as appropriate, 61 days after the due date. The organization may also be required to participate in a scheduled consultative phone call with Central Office staff as specified in the description of the full PPR and the PPR options. (Accreditation Participation Requirement 19)

## Conditional Accreditation Follow-up

**CONF01**    A conditional follow-up survey will be scheduled for organizations with a Conditional Accreditation decision.

Note: *The date of the survey will be established at the time the final Conditional Accreditation decision is awarded (conditional follow-up surveys typically occur at approximately six months from the date when the organization is notified of its official Conditional Accreditation decision).*

**CONF02**    A second Conditional Accreditation follow-up survey will be scheduled when as the result of a conditional follow-up survey, one or more of the original requirements for improvement remain unresolved.

**Note:** *This accreditation decision results when the organization which was awarded Conditional Accreditation as the result of an on-site survey has passed its first ESC submission, but the Conditional Accreditation follow-up survey finds that one or more of the original requirements for improvement remain unmet, and none of the other rules for Preliminary Denial of Accreditation or Conditional Accreditation have been met.*

## Provisional Accreditation

Provisional Accreditation will be recommended when the following rules are met:

**PROV01** The organization has failed to demonstrate resolution of all requirements for improvement at the time of its first ESC or first MOS submission. This accreditation decision results when at least one standard is scored not compliant and none of the rules for Preliminary Denial of Accreditation or Conditional Accreditation have been met.

**Note 1:** *Not compliant standards must be resolved within stipulated time frames (through an on-site MOS as provided in rule MOS03, submission of an ESC, or as indicated, submission of an MOS by the organization) to maintain accreditation.*

**Note 2:** *When an organization is placed in Provisional Accreditation as the result of a failed first ESC or failed first MOS submission, it will remain in Provisional Accreditation until an MOS submission has been determined to be acceptable.*

**PROV02** The organization did not meet all requirements for timely submission of data and information to the Joint Commission, within 31 days of the due date(s). The submissions include, but are not limited to, the Accreditation Contract, annual updates to the organization's application for accreditation, and annual PPR updates. (Accreditation Participation Requirement 19)

**PROV03** The organization has failed to submit a PPR, and corrective action plan as appropriate, 31 days after the due date. The organization may also be required to participate in a scheduled consultative phone call with Central Office staff as specified in the description of the full PPR and the PPR options. (Accreditation Participation Requirement 14)

## One-Month Survey

A one-month survey will be scheduled when the rule below is met:

**FOC01** A full laboratory survey will be conducted when an organization providing laboratory services cannot demonstrate to the Joint Commission their laboratory accreditation decision is in good standing with a Joint Commission recognized accreditor (such as CAP), or the accreditation is more than 30 months old.

## Evidence of Standards Compliance (ESC)

An Evidence of Standards Compliance (ESC) is a report submitted by a surveyed organization within 45 days of its survey, which details the action(s) that it took to bring itself into compliance with a standard or clarifies why the organization believes that it was in compliance with the standard for which it received a recommendation. An ESC must address compliance at the EP level and include an MOS for all applicable EP corrections.

An ESC will be required when one or more of the following conditions exist:

**ESC01** An organization has one or more standards scored not compliant at the time of a survey event.

**ESC02**     Failure to demonstrate continued compliance with all not compliant standards in the first ESC submission will result in Provisional Accreditation. The organization will be required to submit a second ESC within 30 days of the official notification that the first ESC was unacceptable.

## On-site ESC survey
An on-site ESC survey, due in 45 days, will be scheduled when the following condition is met:

**ESC03**     If a determination is made that on-site evaluation is required to assess compliance with the relevant standards, the assigned follow-up activity may be in the form of an on-site ESC survey rather than an ESC submission.

**Note:** *The Executive Vice President of Accreditation and Certification Operations (or designee) must approve changes to the follow-up time frames and/or nature of follow-up activity.*

# Measure of Success (MOS)
A Measure of Success (MOS) is a numerical or quantifiable measure, usually related to an audit that determines if an action was effective and sustained, due four months after ESC approval.

An MOS for all applicable EP corrections will be required when one or more of the following conditions exist:

**MOS01**     An organization has submitted a successful ESC.

**MOS02**     Failure to demonstrate continued compliance with all not compliant standards in the first MOS submission will require the submission of a second MOS four months after official notification of the failure of the first MOS.

**Note:** *If the organization determines that the corrective action documented in its first ESC submission was not effective, the organization may elect to submit a second ESC that identifies new corrective action, rather than submitting a second MOS. In this case, the first MOS submission will be considered failed. If this second ESC or the second MOS fails, the organization's decision will be changed to Conditional or Preliminary Denial of Accreditation as appropriate.*

## On-site MOS survey
A four-month on-site MOS survey will be scheduled when the following condition is met:

**MOS03**     If a determination is made that on-site evaluation is required to assess compliance with the relevant standards, the assigned follow-up activity may be in the form of an on-site MOS survey rather than an MOS submission.

**Note:** *The Executive Vice President of Accreditation and Certification Operations (or designee) must approve changes to the follow-up time frames and/or nature of follow-up activity.*

# Preliminary Accreditation
**PA01**     Preliminary Accreditation will be recommended when an organization has demonstrated compliance with the selected standards used in the first of two surveys conducted under the Early Survey Policy option 1.

**Note:** *The first survey is conducted using a defined subset of applicable standards. The second survey is a full survey conducted approximately six months later to allow the organization sufficient time to demonstrate a track record of performance. Preliminary Accreditation remains until the organization completes the second—that is, initial—survey and any required ESC follow-up.*

## Accredited

**A01**     An organization's accreditation decision will be changed to Accredited when it is in compliance with all standards at the time of the on-site survey or has successfully addressed all requirements for improvement, in its first ESC submission.

**Note:** *Organizations that are in Provisional Accreditation will have their accreditation decision changed to Accredited when their MOS submission has been determined to be acceptable.*

**A02**     An organization's accreditation decision will be changed to accredited when as a result of a Conditional Accreditation follow-up survey, all of the original requirements for improvement have been met.

**Note:** *The organization must provide ESC for standards that were not the subject of the Conditional Accreditation follow-up survey and that are identified as not compliant at the time of the follow-up survey. An organization which is in Conditional Accreditation as a result of two failed ESC submissions, will have its accreditation decision changed to Accredited when its MOS submission has been determined to be acceptable.*

## Administrative Rules

Considerations for changing the time frames for demonstrating compliance with not compliant standards include the following:

**ADM01**     The follow-up time frames and nature of follow-up activity for demonstrating compliance with all not compliant standards may be changed from that stated in these decision rules when the severity of the issue requires an earlier response.

**Note:** *The Executive Vice President of Accreditation and Certification Operations (or designee) must approve changes to the follow-up time frames and/or nature of follow-up activity.*

## Sentinel Event Policy Follow-up

**SE01**     An organization that has experienced a sentinel event being reviewed under the Sentinel Event Policy is required to complete a thorough and credible root cause analysis and action plan and submit them to the Joint Commission, or otherwise provide evidence of an acceptable response to the sentinel event, in a manner and time frame acceptable to the Joint Commission as specified in the Sentinel Event Policy.

**SE02**     Accreditation Watch will be assigned when a sentinel event subject to review by the Joint Commission has occurred, and the Joint Commission has reason to believe the organization has not completed a thorough and credible root cause analysis and action plan (or otherwise provided evidence of an acceptable response to the sentinel event) in a manner and time frame acceptable to the Joint Commission as specified in the Sentinel Event Policy.

**SE03**     An organization placed on Accreditation Watch is required to complete a thorough and credible root cause analysis and action plan and submit them to the Joint Commission (or otherwise provide evidence of an acceptable response to the sentinel event) in a manner and time frame acceptable to the Joint Commission as specified in the Sentinel Event Policy.

**SE04**     Follow-up will be scheduled, per the Sentinel Event Policy, when a sentinel event the Joint Commission has reviewed under the Sentinel Event Policy, has occurred and the Joint Commission has determined that the organization has completed a thorough and credible root cause analysis and action plan. The purpose of the follow-up activity is to assess the implementation and effectiveness of the organization's action plan.