# Nursing

## Overview

The quality of a hospital's nursing services is built upon the leadership of a nurse executive and the work of a qualified staff. The nurse executive ensures the continuous and timely availability of nursing services to patients. The nurse executive also ensures the quality of nursing standards of patient care and practice by incorporating current nursing research findings, nationally recognized professional standards, and other literature into the policies and procedures governing the provision of nursing care, treatment, and services. In addition, the nurse executive develops, presents, and manages the nursing services' portion of the hospital's budget.

A qualified staff provides patient care and nursing services on a continuous basis, 24 hours a day, 7 days a week, to those patients requiring such care, treatment, and services. Nursing staff monitors each patient's status and coordinates the provision of nursing care while assisting other professionals in implementing plans of care. To achieve the goal of providing quality nursing care, treatment, and services, the nurse executive participates with hospital leaders in defining the nursing care needs of the patient population served. The nurse executive also participates with hospital leaders in providing for a sufficient number of appropriately qualified nursing staff members to assess each patient's nursing care needs, plan and provide nursing care interventions, prevent complications, promote improvement in the patient's comfort and wellness, and alert other care professionals to the patient's condition, as appropriate.

---

**Glossary Terms**
These key terms have specific Joint Commission definitions. Please access the Glossary found near the end of your manual for the Joint Commission definition and appropriate use.

| | |
|---|---|
| leader | nursing staff |
| nurse executive | plan |
| nursing care | policies and procedures |
| nursing services | registered nurse |

---

## Standards

The following is a list of all standards for this function. They are presented here for your convenience without footnotes or other explanatory text. If you have a question about a term used here, please check the Glossary.

**NR.1.10**   A nurse executive directs the hospital's nursing services.

**NR.2.10**   The nurse executive is a licensed professional registered nurse qualified by advanced education and management experience.

**NR.3.10**   The nurse executive establishes nursing policies and procedures, nursing standards of patient care, treatment, and services, standards of nursing practice, and a nurse staffing plan(s).

# Understanding the Parts of This Chapter

To help you navigate this reformatted standards chapter, it may be helpful to think of its parts this way:

- The **standard** is the "goal."
- The **rationale** explains why it's important to achieve this goal.
- The **elements of performance** identify the step(s) needed to achieve this goal.

These parts are defined as follows.

**Standard**  A statement that defines the performance expectations and/or structures or processes that must be in place in order for an organization to provide safe, high-quality care, treatment, and services. An organization is either "compliant" or "not compliant" with a standard as reflected by the check boxes in the margin by the standard:

❑ Compliant
❑ Not Compliant

Accreditation decisions are based on simple counts of the standards that are determined to be "not compliant."

**Rationale**  A statement that provides background, justification, or additional information about a standard. A standard's rationale is not scored. In some instances, the rationale for a standard is self-evident. Therefore, not every standard has a written rationale.

**Elements of performance (EPs)**  The specific performance expectations and/or structures or processes that must be in place in order for an organization to provide safe, high-quality care, treatment, and services. The scoring of EP compliance determines an organization's overall compliance with a standard. EPs are evaluated on the following scale:

| | |
|---|---|
| **0** | Insufficient compliance |
| **1** | Partial compliance |
| **2** | Satisfactory compliance |
| **NA** | Not applicable |

You will find a **measure of success** icon—Ⓜ—next to some EPs. Measures of success (MOS) need to be developed for certain EPs when a standard is judged to be out of compliance through either the Periodic Performance Review (PPR) or the onsite survey. An MOS is defined as a quantifiable measure, usually related to an audit, that can be used to determine whether an action has been effective and is being sustained.*

# Using the Self-Assessment Grid to Assess Your Compliance

Once you are familiar with the parts of this chapter, you can begin to assess your compliance with its requirements. A self-assessment grid (otherwise known as a scoring grid) has been provided in the margins for your convenience. If you would like to assess your hospital's performance, mark your scores for the EPs on the scoring grid by following the simple steps described below.
**Note:** *You are **not** required to complete this scoring grid. It is provided simply to help you assess your own performance.*

Two components are scored for each EP: (1) compliance with the requirement itself **and** (2) compliance with the track record† for that requirement. Scoring has been simplified from past editions of the manual, and track record achievements (which have always been part of the scoring) have been appropriately modified.

---

* For more information about Measures of Success, *see* "The Joint Commission Accreditation Process" chapter in this manual.

† **Track record**  The amount of time that an organization has been in compliance with a standard, element of performance, or other requirement.

**Note:** *Some standards and EPs do not apply to a particular type of organization; these standards and EPs are marked "not applicable" and the related text is not included. Your hospital is not expected to comply with standards and EPs marked "not applicable."*

*In addition, some standards and EPs that do apply to organizations may not apply to the specific care, treatment, and services that your individual organization provides. Although these standards and EPs are included in the manual, you are not expected to comply with them. If you are unsure about the standards or EPs that apply to your hospital, please contact the Joint Commission's Standards Interpretation Group at 630/792-5900.*

## Step 1: Score Your Compliance with Each Element of Performance

Before you can determine your compliance with the standards, you must score your compliance with each EP. First look at the EP scoring criterion category listed immediately preceding the scoring scale in the margin next to the EP. There are three scoring criterion categories: A, B, and C (described below). Please note that for each EP scoring criterion category, your hospital must meet the performance requirement itself and the track record achievements (*see* below).

### Category A

These EPs relate to the presence or absence of the requirement(s) and are scored either yes (2) or no (0); however, score 1 for partial compliance is also possible based on track record achievements (*see* below).

If an A EP has multiple components designated by bullets, your hospital must be compliant with all the bullets to receive a score of 2. If your hospital does not meet one or more requirements in the bullets, you will receive a score of 0.

### Category B

Category B EPs are scored in two steps:
1. As with category A EPs, category B EPs relate to the presence or absence of the requirement(s). If your hospital *does not meet* the requirement(s), the EP is scored 0; there is no need to assess your compliance with the principles of good process design (*see* below).
2. If your hospital *does meet* the requirement(s), but there is concern about the quality or comprehensiveness of the effort, then and only then should you assess the qualitative aspect of the EP. That is, review the applicable principles of good process design and ask how the principles were applied in the situation under discussion. Good process design has the following characteristics:
   - Is consistent with your hospital's mission, values, and goals
   - Meets the needs of patients
   - Reflects the use of currently accepted practices (doing the right thing, using resources responsibly, using practice guidelines)
   - Incorporates current safety information and knowledge such as sentinel event data and National Patient Safety Goals
   - Incorporates relevant performance improvement results

This two-part evaluation applies to both simple and bulleted B EPs. First, the EPs are assessed to determine if the requirements are present. If the EP has multiple components designated by bullets, as with the category A EPs, your hospital must meet the requirements in *all* the bulleted items to get a score of 2. If your hospital meets *none* of the requirements in the bullets, it receives a score of 0. If your hospital meets *at least one, but not all*, of the bulleted requirements, it will receive a score of 1 for the EPs.

Use the following rules to determine your EP score:
- Your EP score is 0 if your hospital does not meet the requirement(s); you *do not* need to assess your compliance with the preceding applicable principles of good process design
- Your EP score is 1 if your hospital does meet the requirement(s), but considered only *some* of the preceding applicable principles of good process design
- Your EP score is 2 if your hospital does meet the requirement(s) *and* considered *all* the preceding principles of good process design

## Category C

C EPs are scored 0, 1, or 2 based on the number of times your hospital does not meet the EP. These EPs are frequency based and require totaling the number of occurrences (that is, results of performance or nonperformance) related to a particular EP. Each situation discovered by a surveyor(s) will be counted as a separate occurrence.

**Note:** *Multiple events of the same type related to a single patient and single practitioner/staff member are counted as* one occurrence only.

Use the following rules to determine your EP score:
- Your EP score is 2 if you find one or fewer occurrences of noncompliance with the EP
- Your EP score is 1 if you find two occurrences of noncompliance with the EP
- Your EP score is 0 if you find three or more occurrences of noncompliance with the EP

If an EP in the C category has multiple requirements designated by bullets, the following scoring guidelines apply:
- If there are fewer than 2 findings in all bullets, the EP is scored 2
- If there are three or more findings in all bullets, the EP is scored 0
- In all other combinations of findings, the EP is scored 1

## Track Record Achievements

In addition to meeting the requirement(s) in each EP, regardless of category, your hospital must also meet the following track record achievements:

| Score | Initial Survey | Full Survey |
|---|---|---|
| 2 | 4 months or more | 12 months or more |
| 1 | 2 to 3 months | 6 to 11 months |
| 0 | Fewer than 2 months | Fewer than 6 months |

## Sample Sizes

If during an onsite survey, your hospital has been found to be not compliant with one or more standards, you must demonstrate Evidence of Standards Compliance (ESC) for each standard that is not compliant. The ESC must address compliance at the EP level; when an EP within a noncompliant standard requires an MOS, your hospital must demonstrate achievement with the MOS when completing the ESC.

**Note:** *Not every EP requires an MOS. EPs that do require an MOS are clearly marked in this chapter. Organizations are required to demonstrate achievement with an MOS* only *for EPs within a noncompliant standard that require an MOS. Organizations* do not *need to demonstrate achievement with an MOS for any EP within a compliant standard.*

When demonstrating achievement with an MOS during the ESC process, your hospital is **required** to use the following sample sizes, which were established because of their statistical significance, their relative simplicity in application, and their sensitivity to an organization's population size:
- For a population size of fewer than 30 cases, sample 100% of available cases
- For a population size of 30 to 100 cases, sample 30 cases
- For a population size of 101 to 500 cases, sample 50 cases
- For a population size greater than 500 cases, sample 70 cases

**Note:** *Organizations are* encouraged, but not required, *to follow this sample size when demonstrating achievement with an MOS for an EP within a noncompliant standard after conducting a full, Option 1, or Option 2 Periodic Performance Review (PPR).*

When conducting PPR (optional use) or demonstrating an ESC (mandatory use), use the following percentages to determine your EP score: 90% through 100% of your sample size is in compliance = score 2; 80% through 89% of your sample size is in compliance = score 1; less than 80% of your sample size is in compliance = score 0.

*Comprehensive Accreditation Manual for Hospitals: The Official Handbook*

In addition, the following information should govern your hospital's selection of samples:
- The appropriate sample size should be determined by the specific population related to the survey findings
- The sampling approach should involve either systematic random sampling (for example, your hospital selects every second or third case for review) or simple random sampling (for example, your hospital uses a series of random numbers generated by a computer to identify the cases to be reviewed)
- If your hospital chooses not to use these sample sizes while conducting PPR options 1 or 2, you should make sure that your sample size is sufficiently large enough to ensure statistical significance
- When submitting a clarifying ESC, if your hospital selects records as part of its sample, the records should be from a period of no more than three months before the last date of the survey
- Assessment of MOS compliance is conducted for a four-month period following the date of ESC approval. Your hospital should select records as a part of your sample following the date of ESC approval and use the required sample sizes. MOS percentage compliance rates are derived from the average of all four months.

## Step 2:  Use Your EP Scores to Gauge Your Compliance with the Standards

Now that you have evaluated and scored each EP for a particular standard, use these simple rules to determine your compliance with the standard itself:
- Your hospital is not in compliance (that is, "not compliant") with the standard if any EP is scored 0
- Otherwise, your hospital is in compliance with a standard if 65% or more of its EPs are scored 2

*Nursing*

# Standards, Rationales, Elements of Performance, and Scoring

## Standard NR.1.10

A nurse executive directs the hospital's nursing services.

❑ Compliant
❑ Not Compliant

## Elements of Performance for NR.1.10

1. An identified nurse leader at the executive level coordinates the following functions:

   ◉ Development of hospitalwide patient care programs, policies, and procedures that describe how patients' nursing care needs, or the needs of patient populations receiving nursing care, treatment, and services, are assessed, evaluated, and met
   ◉ Development and implementation of the hospital's plans for providing nursing care, treatment, and services to those patients requiring nursing care, treatment, and services
   ◉ Participation with governing body, management, medical staff, and clinical leaders in the hospital's decision-making structures and processes
   ◉ Implementation of an effective, ongoing program to measure, assess, and improve the quality of nursing care, treatment, and services delivered to patients

   **B** [ 0 | 1 | 2 | NA ]

2. The nurse executive's authority and responsibility are defined in a contract, a written agreement, a letter, a memorandum, a job or position description, or other document.

   **A** [ 0 | 1 | 2 | NA ]

3. The nurse executive or a designee(s) approves nursing policies and procedures, nursing standards of patient care, treatment, and services, and standards of nursing practice before implementation.

   **A** [ 0 | 1 | 2 | NA ]

4. Decentralized hospital structures with geographically distant sites have an established process for selecting, electing, or appointing one appropriately prepared nurse as its nurse executive.

   **B** [ 0 | 1 | 2 | NA ]

5. The nurse executive functions at the executive level to provide effective and coordinated leadership to deliver nursing care, treatment, and services.

   **B** [ 0 | 1 | 2 | NA ]

6. The nurse executive participates in defined and established meetings of the hospital's corporate leaders (when such leaders exist) and with other clinical and managerial leaders.

   **A** [ 0 | 1 | 2 | NA ]

7. The nurse executive has the authority to speak on behalf of nursing to the same extent that other hospital leaders speak for their respective disciplines or departments.

   **A** [ 0 | 1 | 2 | NA ]

## Standard NR.2.10

The nurse executive is a licensed professional registered nurse qualified by advanced education and management experience.

❑ Compliant
❑ Not Compliant

## Rationale for NR.2.10

A nurse who possesses the requisite education to become a nurse executive has acquired extensive and valuable knowledge of the nursing profession.

## Elements of Performance for NR.2.10

1. The nurse executive is currently licensed as a registered professional nurse in the state, commonwealth, or territory as required by law.

   **A** [ 0 | 1 | 2 | NA ]

The following factors are considered when appointing the nurse executive:

2. Whether the prospective nurse executive possesses the knowledge and skills associated with a master's degree in nursing or a related field or another appropriate postgraduate degree, or has a written plan to obtain these qualifications

   **B** [ 0 | 1 | 2 | NA ]

**Scoring Grid**
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

**B**  [ 0 | 1 | 2 | NA ]    3.  The hospital's scope and complexity and the position's authority and responsibility

**B**  [ 0 | 1 | 2 | NA ]    4.  The scope and complexity of the nursing care needs of the major patient population(s) served

**B**  [ 0 | 1 | 2 | NA ]    5.  The availability of adequate nursing support staff and services to help the nurse executive address the responsibilities required in this chapter

**B**  [ 0 | 1 | 2 | NA ]    6.  The education and experience required for peer leadership positions*

❑ Compliant
❑ Not Compliant

## Standard NR.3.10

The nurse executive establishes nursing policies and procedures, nursing standards of patient care, treatment, and services, standards of nursing practice, and a nurse staffing plan(s).

### Elements of Performance for NR.3.10

**A**  [ 0 | 1 | 2 | NA ]    1.  The nurse executive, registered nurses, and other designated nursing staff members write nursing policies and procedures; nursing standards of patient care, treatment, and services; standards of nursing practice; a nurse staffing plan(s); and standards to measure, assess, and improve patient outcomes.

**A**  [ 0 | 1 | 2 | NA ]    2.  The nurse executive is responsible for ensuring that nursing policies, procedures, and standards describe and guide how the nursing staff provides the nursing care, treatment, and services required by all patients and patient populations served by the hospital and as defined in the hospital's plan(s) for providing nursing care, treatment, and services.

**A**  [ 0 | 1 | 2 | NA ]    3.  All nursing policies, procedures, and standards are defined, documented, and accessible to the nursing staff in written or electronic format.

**A**  [ 0 | 1 | 2 | NA ]    4.  The nurse executive or a designee(s) exercises final authority over those associated with providing nursing care, treatment, and services.

---

* For example, when leadership peers are expected to have a masters or doctoral degree or appropriate professional certification, the nurse executive possesses similar qualifications.

# Management of Human Resources

## Overview

The **goal** of the human resources function is to ensure that the hospital determines the qualifications and competencies for all staff positions (individuals such as employees, contractors, or temporary agency personnel who provide services in the hospital) based on its mission, population(s), and care, treatment, and services. Hospitals must also provide the right number of competent staff to meet patients' needs. To meet this goal, the hospital carries out the following processes and activities:

- **Providing an adequate number of staff.** The hospital determines the appropriate level of staffing to fulfill its mission and meet the needs of the population(s) served. There is a sufficient number of staff based on the hospital's determination of the appropriate level of staffing.
- **Providing competent staff.** The hospital provides for competent staff either through traditional employer–employee arrangements or through contractual arrangements with other entities or persons. An initial review of credentials and qualifications is performed. Experience, education, and abilities are confirmed during orientation.
- **Orienting, training, and educating staff.** The hospital provides ongoing in-service and other education and training to increase staff knowledge of specific work-related issues.
- **Assessing, maintaining, and improving staff competence.** Ongoing, periodic competence assessment evaluates staff members' continuing abilities to perform throughout their association with the hospital.

---

**Glossary Terms**
These key terms have specific Joint Commission definitions. Please access the Glossary found near the end of your manual for the Joint Commission definition and appropriate use.

| | |
|---|---|
| control chart | licensure |
| indicator | run chart |
| licensed independent practitioner | staff |

---

## Standards

The following is a list of all standards for this function. They are presented here for your convenience without footnotes or other explanatory text. If you have a question about a term used here, please check the Glossary.

### Planning

**HR.1.10**   The hospital provides an adequate number and mix of staff that are consistent with the hospital's staffing plan.

**HR.1.20**   The hospital has a process to ensure that a person's qualifications are consistent with his or her job responsibilities.

**HR.1.30**   The hospital uses data from clinical/service screening indicators and human resource screening indicators to assess and continuously improve staffing effectiveness.

### Orientation, Training, and Education

**HR.2.10**   Orientation provides initial job training and information.

**HR.2.20**   Staff members, licensed independent practitioners, students, and volunteers, as appropriate, can describe or demonstrate their roles and responsibilities, based on specific job duties or responsibilities, relative to safety.

**HR.2.30**   Ongoing education, including in-services, training, and other activities, maintains and improves competence.

### Competence Assessment

**HR.3.10**   Competence to perform job responsibilities is assessed, demonstrated, and maintained.

**HR.3.20**   The hospital periodically conducts performance evaluations.

# Understanding the Parts of This Chapter

To help you navigate this reformatted standards chapter, it may be helpful to think of its parts this way:

- The **standard** is the "goal."
- The **rationale** explains why it's important to achieve this goal.
- The **elements of performance** identify the step(s) needed to achieve this goal.

These parts are defined as follows.

**Standard**  A statement that defines the performance expectations and/or structures or processes that must be in place in order for a hospital to provide safe, high-quality care, treatment, and services. A hospital is either "compliant" or "not compliant" with a standard as reflected by the check boxes in the margin by the standard:

❑ Compliant
❑ Not Compliant

Accreditation decisions are based on simple counts of the standards that are determined to be "not compliant."

**Rationale**  A statement that provides background, justification, or additional information about a standard. A standard's rationale is not scored. In some instances, the rationale for a standard is self-evident. Therefore, not every standard has a written rationale.

**Elements of performance (EPs)**  The specific performance expectations and/or structures or processes that must be in place in order for a hospital to provide safe, high-quality care, treatment, and services. The scoring of EP compliance determines a hospital's overall compliance with a standard. EPs are evaluated on the following scale:

- 0  Insufficient compliance
- 1  Partial compliance
- 2  Satisfactory compliance
- NA  Not applicable

You will find a **measure of success** icon—ⓜ—next to some EPs. Measures of success (MOS) need to be developed for certain EPs when a standard is judged to be out of compliance through either the Periodic Performance Review (PPR) or the onsite survey. An MOS is defined as a quantifiable measure, usually related to an audit, that can be used to determine whether an action has been effective and is being sustained.*

# Using the Self-Assessment Grid to Assess Your Compliance

Once you are familiar with the parts of this chapter, you can begin to assess your compliance with its requirements. A self-assessment grid (otherwise known as a scoring grid) has been provided in the margins for your convenience. If you would like to assess your hospital's performance, mark your scores for the EPs and the standards on the scoring grid by following the simple steps described below. **Note:** *You are not required to complete this scoring grid. It is provided simply to help you assess your own performance.*

Two components are scored for each EP: (1) compliance with the requirement itself and (2) compliance with the track record† for that requirement. Scoring has been simplified from past editions of the manual, and track record achievements (which have always been part of the scoring) have been appropriately modified.

---

* For more information about Measures of Success, *see* "The Joint Commission Accreditation Process" chapter in this manual.

† **Track record**  The amount of time that an organization has been in compliance with a standard, element of performance, or other requirement.

**Note:** *Some standards and EPs do not apply to a particular type of organization; these standards and EPs are marked "not applicable" and the related text is not included. Your hospital is not expected to comply with standards and EPs marked "not applicable."*

*In addition, some standards and EPs that do apply to organizations may not apply to the specific care, treatment, and services that your individual hospital provides. Although these standards and EPs are included in the manual, you are not expected to comply with them. If you are unsure about the standards or EPs that apply to your hospital, please contact the Joint Commission's Standards Interpretation Group at 630/792-5900.*

## Step 1: Score Your Compliance with Each Element of Performance

Before you can determine your compliance with the standards, you must score your compliance with each EP. First look at the EP scoring criterion category listed immediately preceding the scoring scale in the margin next to the EP. There are three scoring criterion categories: A, B, and C (described below). Please note that for each EP scoring criterion category, your hospital must meet the performance requirement itself and the track record achievements (*see* below).

### Category A

These EPs relate to the presence or absence of the requirement(s) and are scored either yes (2) or no (0); however, score 1 for partial compliance is also possible based on track record achievements (*see* below).

If an A EP has multiple components designated by bullets, your hospital must be compliant with all the bullets to receive a score of 2. If your hospital does not meet one or more requirements in the bullets, you will receive a score of 0.

### Category B

Category B EPs are scored in two steps:

1. As with category A EPs, category B EPs relate to the presence or absence of the requirement(s). If your hospital *does not meet* the requirement(s), the EP is scored 0; there is no need to assess your compliance with the principles of good process design (*see* below).
2. If your hospital *does meet* the requirement(s), but there is concern about the quality or comprehensiveness of the effort, then and only then should you assess the qualitative aspect of the EP. That is, review the applicable principles of good process design and ask how the principles were applied in the situation under discussion. Good process design has the following characteristics:
   - Is consistent with your hospital's mission, values, and goals
   - Meets the needs of patients
   - Reflects the use of currently accepted practices (doing the right thing, using resources responsibly, using practice guidelines)
   - Incorporates current safety information and knowledge such as sentinel event data and National Patient Safety Goals
   - Incorporates relevant performance improvement results

This two-part evaluation applies to both simple and bulleted B EPs. First, the EPs are assessed to determine if the requirements are present. If the EP has multiple components designated by bullets, as with the category A EPs, your hospital must meet the requirements in *all* the bulleted items to get a score of 2. If your hospital meets *none* of the requirements in the bullets, it receives a score of 0. If your hospital meets *at least one, but not all,* of the bulleted requirements, it will receive a score of 1 for the EPs.

Use the following rules to determine your EP score:
- Your EP score is 0 if your hospital does not meet the requirement(s); you *do not* need to assess your compliance with the preceding applicable principles of good process design
- Your EP score is 1 if your hospital does meet the requirement(s), but considered only *some* of the preceding applicable principles of good process design

- Your EP score is 2 if your hospital does meet the requirement(s) *and* considered *all* the preceding principles of good process design

## Category C

C EPs are scored 0, 1, or 2 based on the number of times your hospital *does not* meet the EP. These EPs are frequency based and require totaling the number of occurrences (that is, results of performance or nonperformance) related to a particular EP. Each situation discovered by a surveyor(s) will be counted as a separate occurrence.

**Note:** *Multiple events of the same type related to a single patient and single practitioner/staff member are counted as one occurrence only.*

Use the following rules to determine your EP score:
- Your EP score is 2 if you find one or fewer occurrences of noncompliance with the EP
- Your EP score is 1 if you find two occurrences of noncompliance with the EP
- Your EP score is 0 if you find three or more occurrences of noncompliance with the EP

If an EP in the C category has multiple requirements designated by bullets, the following scoring guidelines apply:
- If there are fewer than 2 findings in all bullets, the EP is scored 2
- If there are three or more findings in all bullets, the EP is scored 0
- In all other combinations of findings, the EP is scored 1

## Track Record Achievements

In addition to meeting the requirement(s) in each EP, regardless of category, your hospital must also meet the following track record achievements:

| Score | Initial Survey | Full Survey |
|-------|----------------|-------------|
| 2 | 4 months or more | 12 months or more |
| 1 | 2 to 3 months | 6 to 11 months |
| 0 | Fewer than 2 months | Fewer than 6 months |

## Sample Sizes

If during an onsite survey, your hospital has been found to be not compliant with one or more standards, you must demonstrate Evidence of Standards Compliance (ESC) for each standard that is not compliant. The ESC must address compliance at the EP level; when an EP within a noncompliant standard requires an MOS, your hospital must demonstrate achievement with the MOS when completing the ESC.

**Note:** *Not every EP requires an MOS. EPs that do require an MOS are clearly marked in this chapter. Organizations are required to demonstrate achievement with an MOS only for EPs within a noncompliant standard that require an MOS. Organizations do not need to demonstrate achievement with an MOS for any EP within a compliant standard.*

When demonstrating achievement with the MOS during the ESC process, your hospital is **required** to use the following sample sizes, which were established because of their statistical significance, their relative simplicity in application, and their sensitivity to an organization's population size:
- For a population size of fewer than 30 cases, sample 100% of available cases
- For a population size of 30 to 100 cases, sample 30 cases
- For a population size of 101 to 500 cases, sample 50 cases
- For a population size greater than 500 cases, sample 70 cases

**Note:** *Hospitals are encouraged, but not required, to follow this sample size when demonstrating achievement with an MOS for an EP within a noncompliant standard after conducting a full, Option 1, or Option 2 Periodic Performance Review (PPR).*

When conducting PPR (optional use) or demonstrating an ESC (mandatory use), use the following percentages to determine your score: 90% through 100% of your sample size is in compliance =

score 2; 80% through 89% of your sample size is in compliance = score 1; less than 80% of your sample size is in compliance = score 0.

In addition, the following information should govern your hospital's selection of samples:

- The appropriate sample size should be determined by the specific population related to the survey findings
- The sampling approach should involve either systematic random sampling (for example, your hospital selects every second or third case for review) or simple random sampling (for example, your hospital uses a series of random numbers generated by a computer to identify the cases to be reviewed)
- If your hospital chooses not to use these sample sizes while conducting PPR options 1 or 2, you should make sure that your sample size is sufficiently large enough to ensure statistical significance
- When submitting a clarifying ESC, if your hospital selects records as part of its sample, the records should be from a period of no more than three months before the last date of the survey
- Assessment of MOS compliance is conducted for a four-month period following the date of ESC approval. Your hospital should select records as a part of your sample following the date of ESC approval and use the required sample sizes. MOS percentage compliance rates are derived from the average of all four months.

## Step 2:  Use Your EP Scores to Gauge Your Compliance with the Standards

Now that you have evaluated and scored each EP for a particular standard, use these simple rules to determine your compliance with the standard itself:

- Your hospital is not in compliance (that is, "not compliant") with the standard if any EP is scored 0
- Otherwise, your hospital is in compliance with a standard if 65% or more of its EPs are scored 2

0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

# Standards, Rationales, Elements of Performance, and Scoring

## Planning

### Standard HR.1.10

The hospital provides an adequate number and mix of staff that are consistent with the hospital's staffing plan.

☐ Compliant
☐ Not Compliant

#### Element of Performance for HR.1.10

1. The hospital has an adequate number and mix of staff to meet the care, treatment, and service needs of the patients.

**B** [ 0 | 1 | 2 | NA ]

### Standard HR.1.20

The hospital has a process to ensure that a person's qualifications are consistent with his or her job responsibilities.

☐ Compliant
☐ Not Compliant

#### Rationale for HR.1.20

This requirement pertains to staff and students as well as volunteers who work in the same capacity as staff when they provide care, treatment, and services.

#### Elements of Performance for HR.1.20

1. The leaders define the required competence and qualifications of staff in all program(s) or service(s).

**B** [ 0 | 1 | 2 | NA ]

2. The leaders define the required competence and qualifications of staff who make decisions about and implement and monitor restraint or seclusion use (*see standard PC.12.30*).

**B** [ 0 | 1 | 2 | NA ]

Ⓜ 3. When the hospital requires current licensure, certification, or registration, but these credentials are not required by law or regulation, the hospital verifies these credentials at the time of hire and upon expiration of the credentials.

**C** [ 0 | 1 | 2 | NA ]

4. When current licensure, certification, or registration are required by law or regulation to practice a profession,* the hospital verifies these credentials with the primary source at the time of hire and upon expiration of the credentials.

**A** [ 0 | 1 | 2 | NA ]

   **Note 1:** *It is acceptable to verify current licensure, certification, or registration with the primary source via a secure electronic communication or by telephone, if this verification is documented.*

   **Note 2:** *A primary source of information may designate another agency to communicate credentials information. The designated agency can then be used as a primary source.*

   **Note 3:** *Any hospital that bases its decisions in part on information obtained from a credentials verification organization (CVO) should have confidence in the completeness, accuracy, and timeliness of that information. To achieve this level of confidence, the hospital should evaluate the agency providing the information initially and then periodically as appropriate. The principles that guide such an evaluation include the following:*

---

* **Profession** is a specialized work function within society, generally performed by a professional. It often refers specifically to fields that require extensive study and mastery of specialized knowledge and skills. Examples of a profession include but are not limited to a nurse, pharmacist, medical technologist, respiratory care practitioner, radiology technician and social worker.

Scoring Grid
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

- ◉ *The agency makes known to the user the data and information it can provide*
- ◉ *The agency provides documentation to the user describing how its data collection, information development, and verification process(es) are performed*
- ◉ *The user is given sufficient, clear information on database functions, including any limitations of information available from the agency (e.g., practitioners not included in the database), the time frame for agency responses to requests for information, and a summary overview of quality control processes related to data integrity, security, transmission accuracy, and technical specifications*
- ◉ *The user and agency agree on the format for transmitting credentials information about an individual from the CVO*
- ◉ *The user can easily discern what information transmitted by the CVO is primary source and what is not*
- ◉ *For information transmitted by the agency that can go out of date (e.g., licensure, board certification), the date the information was last updated from the primary source is provided by the CVO*
- ◉ *The CVO certifies that the information transmitted to the user accurately presents the information obtained by it*
- ◉ *The user can discern whether the information transmitted by the CVO from a primary source is all the primary source information in the CVO's possession pertinent to a given item or, if not, where additional information can be obtained*
- ◉ *The user can engage the CVO's quality control processes when necessary to resolve concerns about transmission errors, inconsistencies, or other data issues that may be identified from time to time*
- ◉ *The user has a formal arrangement with the CVO for communicating changes in credentialing information*

The hospital also verifies the following (EPs 5–7):

**C** [ 0 | 1 | 2 | NA ]   Ⓜ 5.   Education, experience, and competence appropriate for assigned responsibilities

**C** [ 0 | 1 | 2 | NA ]   Ⓜ 6.   Information on criminal background if required by law and regulation or hospital policy

**C** [ 0 | 1 | 2 | NA ]   Ⓜ 7.   Compliance with applicable health screening requirements established by the hospital*

8. Through 17.  Not applicable

**A** [ 0 | 1 | 2 | NA ]   18.   All staff that provide patient care possess a license, certification, or registration as required by law and regulation.

> **Note 1:** *If it is determined that a staff member is providing care, treatment, or services without the required license, certification, or registration a preliminary decision of Conditional Accreditation will be given.*

> **Note 2:** *If it is determined that a staff member is providing care, treatment, or services without the required license, certification, or registration, and patients are placed at risk for a serious adverse outcome, a decision of Provisional Denial of Accreditation will be given.*

19. Through 45.  Not applicable

**C** [ 0 | 1 | 2 | NA ]   Ⓜ 46.   Staff supervises students when they provide patient care, treatment, and services as part of their training.

---

* The Americans with Disabilities Act (ADA) bars certain discrimination based on physical or mental impairments. To prevent such discrimination, the act prohibits or mandates various activities. Hospitals should examine their hiring and evaluation procedures for activities prohibited or mandated. For example, health care organizations need to determine whether the ADA applies to some or all applicants to their organization. If applicable, the ADA would prohibit an inquiry about the applicant's overall health status. The inquiry must be limited to dealing with the applicant's ability to perform essential job functions, perhaps defined by the privileges or position requirements sought. The Joint Commission has and will absolutely construe these standards to be consistent with the hospital's effort to meet ADA compliance efforts.

| | | |
|---|---|---|
| 0 | Insufficient compliance | |
| 1 | Partial compliance | |
| 2 | Satisfactory compliance | |
| NA | Not applicable | |

## Introduction for HR.1.30

Staffing effectiveness is defined as the number, competency, and skill mix of staff in relation to the provision of needed care, treatment, and services. Effective staffing has been linked to positive patient outcomes and improved quality and safety of care. This standard is designed to help hospitals determine and continuously improve the effectiveness of their nurse staffing (including registered nurses, licensed practical nurses, and nursing assistants or aides) through an objective, evidence-based approach. Other types of practitioners may be included if the hospital chooses to do so. The described goal relies on the use of relevant clinical/service outcome and human resource screening indicators to monitor for, identify, and trigger nursing-related improvement opportunities in the provision of patient care. In its simplest conception, the standard reflects the application of continuous quality improvement methods to the performance of staffing effectiveness.

This staffing standard requires hospitals to collect data on relevant human resource and clinical/service screening indicators for a minimum of two units/divisions,* determine the desired performance for each indicator, trend the data over time, and analyze variation from desired performance. It may be appropriate to rotate the units/divisions being monitored over time, after sufficient data have been reviewed to conclude that care on these units is stable. The use of multiple indicators increases the likelihood that existing problems will be identified and appropriately characterized. The use of nursing-sensitive measures makes it likely that problems identified will be staffing-related. However, this will not be universally true—the types of root causes may be identified and will need to be addressed.

Many hospitals will find that they are already collecting the types of data contemplated by this standard. Since indicators selected are hospital-specific and part of internal performance improvement activities, and are not designed for comparison with other hospitals, it may be appropriate to rotate indicator selection, after sufficient data have been reviewed to conclude that performance is stable and acceptable.

Methods of data collection and tools for data analysis do not need to be sophisticated and may vary based on the availability of resources. Simple control charts or other graphics to display data may be sufficient. The purpose of collecting data for these indicators is to screen for possible nurse staffing issues and then to analyze underlying causes when the data do not meet performance expectations. Identification of statistical correlations among measure results is not required; however, identified relationships among results may provide clues to underlying causes.

The data for each screening indicator are analyzed to identify any variations from desired performance by individual measure. Variations in performance trigger further analysis to determine the causes of the variation and whether staffing effectiveness issues might be affecting outcomes of care. When variation from desired performance is detected in one indicator, other indicator results are reviewed to identify information that may assist in clarifying the potential cause of variation. In the analysis of data that varies from expectations, the hospital should drill down to determine the cause(s) of variation and undertake steps leading to appropriate actions that are likely to remedy identified problems. For example, analysis of the data may indicate the need for evaluation of the hospital's staffing practices. If so, the hospital should take specific actions to improve its performance. Examples of strategies that may be used to address identified staffing issues include the following:

- Staff recruitment
- Education/training

---

\* **Unit/division** refers to level at which staffing is planned and is provided within the hospital. For example, staffing may be planned for individual units or for a group of units, such as all medical/surgical units.

**Scoring Grid**
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

- Service curtailment
- Increased technology support
- Reorganization of work flow
- Provision of additional ancillary or support staff
- Adjustment of skill mix

❑ Compliant
❑ Not Compliant

## Standard HR.1.30

The hospital uses data from clinical/service screening indicators and human resource screening indicators to assess and continuously improve staffing effectiveness.

### Rationale for HR.1.30

Significant changes in nurse staffing levels and the skill mix of nursing personnel in hospitals raise questions about potential adverse effects on the quality and safety of patient care related to staffing effectiveness. The Joint Commission has developed a comprehensive approach to the management of staffing effectiveness that looks at staffing as more than just "numbers." The approach relies on data-driven quality improvement principles and is objective and methodologically sound. Since the causes and consequences of diminished staffing effectiveness differ from hospital to hospital, the approach allows flexibility to reflect characteristics unique to individual heath care settings.

### Elements of Performance for HR.1.30

**A** [ 0 | 1 | 2 | NA ]

1. The hospital identifies no fewer than two inpatient units/divisions for which data on staffing effectiveness are to be collected.

   **Note:** *If the hospital has only one unit/division, the hospital may collect data for that single unit/division.*

**B** [ 0 | 1 | 2 | NA ]

2. The hospital identifies the units/divisions (no less than two) based on assessment of relevant information or risk, including the following:
   - Knowledge about staffing issues likely to impact patient safety or quality of care
   - Patient population served
   - Type of setting
   - Review of existing data (for example, incident logs, sentinel event data, performance improvement reports)
   - Input from clinical staff who provide patient care

   **Note:** *If the hospital only has one unit/division, the hospital need not apply these criteria.*

**A** [ 0 | 1 | 2 | NA ]

3. A minimum set of four indicators is selected for each of the identified inpatient units/divisions.

   **Note:** *Hospitals are free to choose the same set, the same set in part, or completely different measure sets for each identified unit/division.*

**B** [ 0 | 1 | 2 | NA ]

4. The hospital determines the indicators for each unit/division based on assessment of relevant information or risk, including the following:
   - Knowledge about staffing issues likely to impact patient safety or quality of care
   - Patient population served
   - Type of setting
   - Review of existing data (for example, incident logs, sentinel event data, performance improvement reports)
   - Input from clinical staff who provide patient care

**A** [ 0 | 1 | 2 | NA ]

5. Of the four indicators required for each unit/division, two must be clinical/service indicators and two must be human resource indicators.

6. One of the human resource indicators and one of the clinical/service indicators must be selected from the Joint Commission's list of approved indicators (listed below).*

   **Note:** *Additional indicators may be selected from among the hospital's own indicators.*

   A ☐ 0 ☐ 1 ☐ 2 ☐ NA

7. All nursing staff (including registered nurses, licensed practical nurses, and nursing assistants or aides) are included in the human resource indicators for all identified units/divisions.

   **Note:** *Decisions regarding stratification of data by discipline are left to the hospital.*

   A ☐ 0 ☐ 1 ☐ 2 ☐ NA

8. When the hospital chooses to include other practitioner groups (in addition to nursing staff) in the human resource indicators for the identified units/divisions, this decision is based on the impact the absence of such care/service providers would be expected to have on patient outcomes.

   B ☐ 0 ☐ 1 ☐ 2 ☐ NA

9. The hospital does the following:
   - Defines the numerator and denominator for indicators chosen
   - Standardizes the data element definitions for each indicator, including those indicators applied in more than one setting
   - Determines acceptable ranges/parameters/trigger levels† for the indicators

   B ☐ 0 ☐ 1 ☐ 2 ☐ NA

10. The hospital does the following:
    - Collects data for all indicators selected
    - Analyzes data for all indicators selected
    - Reviews all indicator data together when analyzing variation from desired performance for additional information that may assist in identifying any potential causes of variation
    - Investigates to identify any staffing effectiveness issues when indicator data varies from expected
    - Takes appropriate action in response to analyzed data

    B ☐ 0 ☐ 1 ☐ 2 ☐ NA

11. The hospital reports at least annually to the leaders on the results of data analyses related to staffing effectiveness (*see* PI.1.10 and PI.2.20) and any actions taken to resolve identified problems.

    A ☐ 0 ☐ 1 ☐ 2 ☐ NA

## List of Joint Commission Approved Subjects for Screening Indicators for Hospitals

1. Patient/family complaints/satisfaction (Clinical/Service)
2. Adverse drug events (Clinical/Service)
3. Injuries to patients (Clinical/Service)
4. Skin breakdown (Clinical/Service)
5. Pneumonia (Clinical/Service)
6. Postoperative infections (Clinical/Service)
7. Urinary tract infections (Clinical/Service)
8. Upper gastrointestinal bleeding (Clinical/Service)
9. Shock/cardiac arrest (Clinical/Service)
10. Length of stay (Clinical/Service)
11. Death among surgical inpatients with treatable serious complications (failure to rescue) (Clinical/Service) (National Quality Forum measure)
12. Pressure ulcer prevalence (Clinical/Service) (National Quality Forum measure)
13. Falls prevalence (Clinical/Service) (National Quality Forum measure)
14. Falls with injury (Clinical/Service) (National Quality Forum measure)
15. Restraint prevalence (vest and limb only) (Clinical/Service) (National Quality Forum measure)
16. Urinary catheter-associated urinary tract infection for intensive care unit patients (Clinical/Service) (National Quality Forum measure)

---

\* The Joint Commission's list of approved screening indicators consists of National Quality Forum [NQF] nursing-sensitive patient care measures and Joint Commission consensus measures.

† Acceptable ranges/parameters/trigger levels may be reflective of past performance, expert opinion, expert literature, or a combination of these. The ranges/parameters/trigger levels should be reasonable goals that are possible to attain. When desired ranges/parameters/trigger levels are not met, an investigation into the cause(s) is needed.

Scoring Grid

0  Insufficient compliance
1  Partial compliance
2  Satisfactory compliance
NA Not applicable

*Comprehensive Accreditation Manual for Hospitals: The Official Handbook*

Case 1:06-cv-01087-HHK    Document 8-5    Filed 09/19/2006    Page 20 of 24

17. Central line catheter-associated blood stream infection rate for intensive care unit and high-risk nursery patients (Clinical/Service) (National Quality Forum measure)
18. Ventilator-associated pneumonia for intensive care unit and high risk nursery patients (Clinical/Service) (National Quality Forum measure)
19. Smoking cessation counseling for acute myocardial infarction (Clinical/Service) (National Quality Forum measure)
20. Smoking cessation counseling for heart failure (Clinical/Service) (National Quality Forum measure)
21. Smoking cessation counseling for pneumonia (Clinical/Service) (National Quality Forum measure)
22. Overtime (Human Resource)
23. Staff vacancy rate (Human Resource)
24. Staff satisfaction (Human Resource)
25. Staff turnover rate (Human Resource)
26. Understaffing as compared to organization's staffing plan (Human Resource)
27. Staff injuries on the job (Human Resource)
28. On-call or per diem use (Human Resource)
29. Sick time (Human Resource)
30. Agency staff use (Human Resource)
31. Skill mix (registered nurse, licensed vocational nurse/licensed practical nurse, unlicensed assistive personnel, and contract) (Human Resource) (National Quality Forum measure)
32. Nursing care hours per patient day (registered nurse, licensed practical nurse, and unlicensed assistive personnel) (Human Resource) (National Quality Forum measure)
33. Practice Environment Scale-Nursing Work Index (PES-NWI) composite and five subscales (Human Resource) (National Quality Forum measure)
34. Voluntary turnover (Human Resource) (National Quality Forum measure)

**Note:** *Information on National Quality Forums National Voluntary Consensus Standards for Nursing-Sensitive Care, including the specific definitions for each indicator, can be found at http://www.qualityforum.org and at http://www.qualityforum.org/txNCappCspec2-7-04.pdf.*

## Orientation, Training, and Education

❑ Compliant
❑ Not Compliant

### Standard HR.2.10
Orientation provides initial job training and information.

### Rationale for HR.2.10
Staff members, students, and volunteers are oriented to their jobs as appropriate and the work environment before providing care, treatment, and services.

### Elements of Performance for HR.2.10
As appropriate, each staff member, student, and volunteer is oriented to the following:



C [0] [1] [2] [NA]  Ⓜ 1. The hospital's mission and goals

C [0] [1] [2] [NA]  Ⓜ 2. Hospitalwide policies and procedures (including safety and infection control) and relevant unit, setting, or program-specific policies and procedures

C [0] [1] [2] [NA]  Ⓜ 3. Specific job duties and responsibilities and service, setting, or program-specific job duties and responsibilities related to safety and infection control

4. Not applicable

C [0] [1] [2] [NA]  Ⓜ 5. Cultural diversity and sensitivity

0    Insufficient compliance
1    Partial compliance
2    Satisfactory compliance
NA   Not applicable

Ⓜ 6.  Staff, students, and volunteers are educated about the rights of patients and ethical aspects of care, treatment, and services and the process used to address ethical issues.

C  0  1  2  NA

7.  Not applicable

Ⓜ 8.  Orientation and education for forensic staff include how to interact with patients; procedures for responding to unusual clinical events and incidents; the hospital's channels of clinical, security, and administrative communication; and distinctions between administrative and clinical seclusion and restraint.

C  0  1  2  NA

Comprehensive Accreditation Manual for Hospitals: The Official Handbook

0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

❑ Compliant
❑ Not Compliant

## Standard HR.2.20
Staff members, licensed independent practitioners, students, and volunteers, as appropriate, can describe or demonstrate their roles and responsibilities, based on specific job duties or responsibilities, relative to safety.

### Rationale for HR.2.20
The human element is the most critical factor in any process, determining whether the right things are done correctly. The best policies and procedures for minimizing risks in the environment where care, treatment, and services are provided are meaningless if staff, licensed independent practitioners, if applicable, students, and volunteers do not know and understand them well enough to perform them properly.

It is important that everyday precautions identified by the health care hospital for minimizing various risks, including those related to patient safety and environmental safety,* are properly implemented. It is also important that the appropriate emergency procedures be instituted should an incident or failure occur in the environment.

### Elements of Performance for HR.2.20
Staff members, licensed independent practitioners, students, and volunteers, as appropriate, can describe or demonstrate the following:

C [0 1 2 NA]  Ⓜ 1.  Risks within the hospital's environment
C [0 1 2 NA]  Ⓜ 2.  Actions to eliminate, minimize, or report risks
C [0 1 2 NA]  Ⓜ 3.  Procedures to follow in the event of an incident
C [0 1 2 NA]  Ⓜ 4.  Reporting processes for common problems, failures, and user errors

## Standard HR.2.30
Ongoing education, including in-services, training, and other activities, maintains and improves competence.

### Elements of Performance for HR.2.30
The following occurs for staff, students, and volunteers who work in the same capacity as staff providing care, treatment, and services:

B [0 1 2 NA]     1.  Training occurs when job responsibilities or duties change
C [0 1 2 NA]  Ⓜ 2.  Participation in ongoing in-services, training, or other activities occurs to increase staff, student, or volunteer knowledge of work-related issues
C [0 1 2 NA]  Ⓜ 3.  Ongoing in-services and other education and training are appropriate to the needs of the population(s) served and comply with law and regulation
C [0 1 2 NA]  Ⓜ 4.  Ongoing in-services, training, or other activities emphasize specific job-related aspects of safety and infection prevention and control
C [0 1 2 NA]  Ⓜ 5.  Ongoing in-services, training, or other education incorporate methods of team training, when appropriate
C [0 1 2 NA]  Ⓜ 6.  Ongoing in-services, training, or other education reinforce the need and ways to report unanticipated adverse events

---

* The "Management of the Environment of Care" chapter of this manual identifies risks associated with the following categories: safety, security, hazardous materials and waste, emergency management, laboratory/medical equipment, and utility management.

| | |
|---|---|
| 0 | Insufficient compliance |
| 1 | Partial compliance |
| 2 | Satisfactory compliance |
| NA | Not applicable |

Ⓜ 7. Ongoing in-services or other education are offered in response to learning needs identified through performance improvement findings and other data analysis (that is, data from staff surveys, performance evaluations, or other needs assessments)  **C [0 1 2 NA]**

Ⓜ 8. Ongoing education is documented  **C [0 1 2 NA]**

## Competence Assessment

### Standard HR.3.10
Competence to perform job responsibilities is assessed, demonstrated, and maintained.

❑ Compliant
❑ Not Compliant

### Rationale for HR.3.10
Competence assessment is systematic and allows for a measurable assessment of the person's ability to perform required activities. Information used as part of competence assessment may include data from performance evaluations, performance improvement, and aggregate data on competence, as well as the assessment of learning needs.

### Elements of Performance for HR.3.10
The competence assessment process for staff, students, and volunteers who work in the same capacity as staff providing care, treatment, and services is based on the following (EPs 1–7):

1. Populations served  **B [0 1 2 NA]**
2. Defined competencies to be required  **B [0 1 2 NA]**
3. Defined competencies to be assessed during orientation  **B [0 1 2 NA]**
4. Defined competencies that need to be assessed and reassessed on an ongoing basis, based on techniques, procedures, technology, equipment, or skills needed to provide care, treatment, and services  **B [0 1 2 NA]**
5. A defined time frame for how often competence assessments are performed for each person, minimally, once in the three-year accreditation cycle and in accordance with law and regulation  **B [0 1 2 NA]**
6. Assessment methods (appropriate to determine the skill being assessed)  **B [0 1 2 NA]**
7. The use of qualified individuals to assess competence  **B [0 1 2 NA]**
Ⓜ 8. The hospital assesses and documents each person's ability to carry out assigned responsibilities safely, competently, and in a timely manner upon completion of orientation.  **C [0 1 2 NA]**
Ⓜ 9. The hospital assesses each person according to its competence assessment process.  **C [0 1 2 NA]**
10. When improvement activities lead to a determination that a person with performance problems is unable or unwilling to improve, the hospital modifies the person's job assignment or takes other appropriate action.  **B [0 1 2 NA]**

### Standard HR.3.20
The hospital periodically conducts performance evaluations.

❑ Compliant
❑ Not Compliant

**Scoring Grid**
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

## Rationale for HR.3.20

Performance is evaluated as an ongoing process for providing positive and negative feedback to staff and students as well as volunteers who work in the same capacity as staff providing care, treatment, and services. Formal performance evaluations can be conducted concurrently with competence assessments or can be completed at a separate time.

## Elements of Performance for HR.3.20

C [ 0 | 1 | 2 | NA ]

Ⓜ  1.  The hospital conducts performance evaluations periodically at time frames identified by the hospital (at a minimum, at least once in the three-year accreditation cycle).

C [ 0 | 1 | 2 | NA ]

Ⓜ  2.  Performance is evaluated based on the performance expectations described in job descriptions.

    3.  Not applicable

C [ 0 | 1 | 2 | NA ]

Ⓜ  4.  Performance evaluations are documented.