# Glossary

**abuse**  Intentional maltreatment of an individual which may cause injury, either physical or psychological. *See also* neglect.

**mental abuse**  Includes humiliation, harassment, and threats of punishment or deprivation.

**physical abuse**  Includes hitting, slapping, pinching, or kicking. Also includes controlling behavior through corporal punishment.

**sexual abuse**  Includes sexual harassment, sexual coercion, and sexual assault.

**accountability**  *See* information management.

**accreditation**  Determination by the Joint Commission's accrediting body that an eligible health care organization complies with applicable Joint Commission standards. *See also* accreditation decisions.

**accreditation cycle**  A period of accreditation at the conclusion of which, accreditation expires unless a full survey is performed.

**accreditation decisions**  Categories of accreditation that an organization can achieve based on a Joint Commission survey. These decision categories are

- **Accredited**  The organization is in compliance with all standards at the time of the on-site survey or has successfully addressed all requirements for improvement in an Evidence of Standards Compliance (*see* definition) within 45 days following the survey (90 days prior to January 1, 2006).

- **Provisional Accreditation**  The organization fails to successfully address all requirements for improvement in an ESC within 45 days following the survey or does not pass their first MOS (90 days prior to January 1, 2006).

- **Conditional Accreditation**  The organization is not in substantial compliance with the standards, as usually evidenced by a count of the number of standards identified as not compliant at the time of survey which is between two and three standard deviations above the mean num-

ber of noncompliant standards for organizations in that accreditation program. The organization must remedy identified problem areas through preparation and submission of an ESC and subsequently undergo an on-site, follow-up survey.

- **Preliminary Denial of Accreditation**  There is a preliminary finding of justification to deny accreditation to the organization as usually evidenced by a count of the number of noncompliant standards at the time of survey which is at least three standard deviations above the mean number of standards identified as not compliant for organizations in that accreditation program. The decision is subject to review and appeal prior to the determination of a final denial of accreditation.

- **Denial of Accreditation**  The organization has been denied accreditation. All review and appeal opportunities have been exhausted.

- **Preliminary Accreditation**  The organization demonstrates compliance with selected standards in the first of two surveys conducted under the Early Survey Policy Option 1 (*see* definition).

**accreditation process**  A continuous process whereby health care organizations are required to demonstrate to the Joint Commission that they are providing safe, high quality of care, as determined by compliance with Joint Commission standards, National Patient Safety Goals recommendations, and performance measurement requirements. Key components of this process are an on-site evaluation of an organization by Joint Commission surveyors, a Periodic Performance Review, and quarterly submission of performance measurement data to the Joint Commission, as applicable.

**accreditation report**  A report of an organization's survey findings; the report includes requirements for improvement (*see* definition) and supplemental findings (*see* definition), as appropriate.

**accreditation survey findings**  Findings from an on-site evaluation conducted by

Joint Commission's surveyors that result in an organization's accreditation decision.

**activity services**    Structured activities designed to help an individual develop or maintain creative, physical, and social skills through participation in recreation, art, dance, drama, social, or other activities.

**administration**    **1.** The fiscal and general management of an organization, as distinct from the direct provision of services. **2.** *See* medication management/administration.

**administrative/financial measures**    Measures that address the organizational structure for coordinating and integrating services, functions, or activities across operational components, including financial management (for example, financial stability, utilization/length of stay, credentialing).

**admitting privileges**    Authority issued to admit individuals to a health care organization. Individuals with admitting privileges may practice only within the scope of the clinical privileges granted by the organization's governing body.

**advance directive**    A document or documentation allowing a person to give directions about future medical care or to designate another person(s) to make medical decisions if the individual loses decision-making capacity. Advance directives may include living wills, durable powers of attorney, do-not-resuscitate (DNRs) orders, right to die, or similar documents listed in the Patient Self-Determination Act which express the patient's preferences.

**advanced practice nurse**    A registered nurse who has gained additional knowledge and skills through successful completion of an organized program of nursing education that prepares nurses for advanced practice roles and has been certified by the Board of nursing to engage in the practice of advanced practice nursing.

**adverse drug event**    A patient injury resulting from a medication, either because of a pharmacological reaction to a normal dose, or because of a preventable adverse reaction to a drug resulting from an error.

**adverse drug reaction (ADR)**    Unintended, undesirable, or unexpected effects of prescribed medications or of medication errors that require discontinuing a medication or

modifying the dose; require initial or prolonged hospitalization; result in disability; require treatment with a prescription medication; result in cognitive deterioration or impairment; are life threatening; result in death; or result in congenital anomalies.

**advocate**    A person who represents the rights and interests of another individual as though they were the person's own, in order to realize the rights to which the individual is entitled, obtain needed services, and remove barriers to meeting the individual's needs. *See also* surrogate decision maker.

**ambulatory health care**    All types of health services provided to individuals on an outpatient basis. Ambulatory care services are provided in many settings ranging from freestanding ambulatory surgical facilities to cardiac catheterization centers.

**ambulatory health care occupancy**    *See* occupancy.

**analyzing**    *See* information management.

**anesthesia and sedation**    The administration to an individual, in any setting, for any purpose, by any route, medication to induce a partial or total loss of sensation for the purpose of conducting an operative or other procedure. Definitions of four levels of sedation and anesthesia include the following:

>    **minimal sedation (anxiolysis)**    A drug-induced state during which patients respond normally to verbal commands. Although cognitive function and coordination may be impaired, ventilatory and cardiovascular functions are unaffected.

>    **moderate sedation/analgesia ("conscious sedation")**    A drug-induced depression of consciousness during which patients respond purposefully to verbal commands, either alone or accompanied by light tactile stimulation. Reflex withdrawal from a painful stimulus is not considered a purposeful response. No interventions are required to maintain a patent airway, and spontaneous ventilation is adequate. Cardiovascular function is usually maintained.

>    **deep sedation/analgesia**    A drug-induced depression of consciousness during which patients cannot be easily aroused, but respond purposefully following repeated or painful stimulation. The

ability to independently maintain ventilatory function may be impaired. Patients may require assistance in maintaining a patent airway and spontaneous ventilation may be inadequate. Cardiovascular function is usually maintained.

**anesthesia**   Consists of general anesthesia and spinal or major regional anesthesia. It does *not* include local anesthesia. General anesthesia is a drug-induced loss of consciousness during which patients are not arousable, even by painful stimulation. The ability to independently maintain ventilatory function is often impaired. Patients often require assistance in maintaining a patent airway, and positive pressure ventilation may be required because of depressed spontaneous ventilation or drug-induced depression of neuromuscular function. Cardiovascular function may be impaired.

**anesthetic gases**   Any gas delivered throughout the respiratory system as a component of general anesthesia or sedation. This may include inhalation anesthetics distributed in liquid form that when vaporized produce an anesthetic gas (for example, isoflurane, sevoflurane) or nonliquid compressed gases (for example, nitrous oxide). Oxygen is not included in this definition.

**anesthetizing location**   Any area used for the administration of anesthetic agents.

**appeal process**   The process afforded to an organization that receives a Preliminary Denial of Accreditation (see definition), which includes the organization having a right to make a presentation to a Review Hearing Panel (see definition) before the Accreditation Committee takes final action to deny accreditation.

**assessment**   **1.** For purposes of patient assessment, the process established by an organization for obtaining appropriate and necessary information about each individual seeking entry into a health care setting or service. The information is used to match an individual's need with the appropriate setting, care level, and intervention. **2.** For purposes of performance improvement, the systematic collection and review of patient-specific data.

**auditability**   *See* information management.

**authenticate**   To verify that an entry is complete, accurate, and final.

**authentication**   *See* information management.

**aversive procedures**   Procedures in which the patient is exposed to an unpleasant or noxious stimulus (the aversion) when engaging in the target behavior, the goal being to create an association of the aversion to the target behavior. Positive punishment is considered to be a type of aversive procedure. Positive punishment is a procedure in which target behavior is followed by the presentation of an unpleasant or noxious stimulus to decrease probability that the behavior will occur again, for example, spraying water mist in the individual's face. Negative punishment is not an aversive procedure. Negative punishment is a procedure in which the target behavior is followed by the removal of a desirable stimulus to decrease probability behavior will occur again, for example, turning off the television.

**behavior management and treatment**   The use of basic behavioral or learning-based techniques designed to help the patient develop socially appropriate and safe replacement behavior. Characteristics of a behavior management and treatment program are that all the direct care staff are trained in the application of the program; it is a written, planned program; it is applied at all times the patient is under the supervision of direct care staff; it is individualized; and it is distinct from routine interactions with the patient.

**behavioral health**   A broad array of mental health, chemical dependency, habilitation, and rehabilitation services provided in settings such as inpatient, residential, and outpatient.

**best practices**   Clinical, scientific, or professional practices that are recognized by a majority of professionals in a particular field. These practices are typically evidence based and consensus-driven.

**biologicals**   Medicines made from living organisms and their products, including serums, vaccines, antigens, and antitoxins.

**blood component**   A fraction of separated whole blood, for example, red blood cell, plasma, platelets, and granulocytes.

**blood derivative**   A pooled blood product, such as albumin, gamma globulin, or Rh immune globulin whose use is considered significantly lower in risk than that of blood or blood components.

**blood transfusion services**   Services relating to transfusing and infusing individuals with blood, blood components, or blood derivatives.

**blood usage measurement**   An activity that entails measuring, assessing, and improving the ordering, distributing, handling, dispensing, administering, and monitoring of blood and blood components.

**business occupancy**   *See* occupancy.

**bylaws**   A governance framework that establishes the roles and responsibilities of a body and its members.

**capture**   *See* information management.

**care plan**   A written plan, based on data gathered during assessment, that identifies care needs, describes the strategy for providing services to meet those needs, documents treatment goals and objectives, outlines the criteria for terminating specified interventions, and documents the progress in meeting goals and objectives. The format of the plan in some organizations may be guided by patient-specific policies and procedures, protocols, practice guidelines, clinical paths, care maps, or a combination thereof. The care plan may include care, treatment, habilitation, and rehabilitation.

**care planning (or planning of care)**   Individualized planning and provision of services that addresses the needs, safety, and well-being of the patient. The plan, which formulates strategies, goals, and objectives, may include narratives, policies and procedures, protocols, practice guidelines, clinical paths, care maps, or a combination of these.

**chemical restraint**   *See* restraint.

**CLIA '88**   The Clinical Laboratory Improvement Amendments of 1988.

**clinical laboratory**   A facility that is equipped to examine material derived from the human body to provide information for use in the diagnosis, prevention, or treatment of disease; also called medical laboratory.

**clinical privileges**   Authorization granted by the appropriate authority (for example, the governing body) to a practitioner to provide specific care, treatment, and services in an organization within well-defined limits, based on the following factors, as applicable: license, education, training, experience, competence, health status, and judgment.

**clinical respiratory services**   The provision of health care services by respiratory care practitioners or respiratory therapists to individuals in their place of residence, associated with provision of home medical equipment services. This includes, but is not limited to, performing assessments and testing, administration of treatment, provision of education, and/or monitoring of the patient's respiratory status.

**clinical service groups**   Groups of patients in distinct, clinical populations for which data are collected. Tracer patients are selected according to clinical service groups.

**community**   The individuals, families, groups, agencies, facilities, or institutions within the geographic area served by a health care organization.

**competence or competency**   A determination of an individual's skills, knowledge, and capability to meet defined expectations.

**complex organization**   An organization that provides or provides for more than one level of care (for example, acute, subacute, chronic) and type (for example, pediatric, dental, behavioral health) of health care service, usually in more than one type of setting (for example, hospital, behavioral, home). An example is an organization that provides acute care, long term care, and home care services.

**complex organization survey**   A Joint Commission survey in which standards from more than one accreditation manual are used in assessing compliance. This type of survey may include using specialist surveyors appropriate to the standards selected for survey.

**compliance with a standard (***see* **definition)**   Meeting the requirements of a Standard through compliance with its element(s) of performance.

**component**   A health care delivery entity (for example, service, program, related entity) that meets survey eligibility criteria under one of the Joint Commission accreditation programs. Multiple components comprise a complex organization.

**confidentiality**   An individual's right, within the law, to personal and informational privacy, including his or her health care records. *See also* information management.

**consultation**   1. Provision of professional advice or services. 2. For purposes of Joint Commission accreditation, advice that is given to staff members of surveyed organizations relating to compliance with standards that are the subject of the survey.

**consultation report**   1. A written opinion by a consultant that reflects, when appropriate, an examination of the individual and the individual's medical record(s). 2. Information given verbally by a consultant to a care provider that reflects, when appropriate, an examination of the individual. The individual's care provider usually documents those opinions in the clinical/case record.

**continuing care**   Care provided over time; in various settings, programs, or services; spanning the illness-to-wellness continuum.

**continuing education**   Education beyond initial professional preparation that is relevant to the type of care delivered in an organization, that provides current knowledge relevant to an individual's field of practice or service responsibilities, and that may be related to findings from performance improvement activities.

**continuity**   The degree to which the care of individuals is coordinated among practitioners, among organizations, and over time.

**continuum of care**   Matching the individual's ongoing needs with the appropriate level and type of care, treatment, and service within an organization or across multiple organizations.

**contract**   A formal agreement for care, treatment, and services with any organization, agency, or individual that specifies the services, personnel, products, or space provided by, to, or on behalf of the organization and specifies the consideration to be expended in exchange. The agreement is approved by the governing body or comparable entity.

**contracted services**   Services provided through a written agreement with another organization, agency, or individual. The agreement specifies the services or personnel to be provided on behalf of the applicant

organization and the fees to provide these services or personnel.

**control chart**   A graphic display of data in the order they occur with statistically determined upper and lower limits of expected common-cause variation. A control chart is used to identify special causes of variation, to monitor a process for maintenance, and to determine if process changes have had the desired effect.

**control limit**   In statistics, an expected limit of common-cause variation, sometimes referred to as either an upper or a lower limit. Variation beyond a control limit is evidence that special causes are affecting a process. Control limits are calculated from process data and are not to be confused with engineering specifications or tolerance limits. Control limits are typically plotted on a control chart.

**coordination of care**   The process of coordinating care, treatment, and services provided by a health care organization, including referral to appropriate community resources and liaison with others (such as the individual's physician, other health care organizations, or community services involved in care, treatment, and services) to meet the ongoing identified needs of individuals, to ensure implementation of the plan of care, and to avoid unnecessary duplication of services.

**credentialing**   The process of obtaining, verifying, and assessing the qualifications of a health care practitioner to provide patient care services in or for a health care organization.

**credentials**   Documented evidence of licensure, education, training, experience, or other qualifications.

**criteria**   1. Expected level(s) of achievement, or specifications against which performance or quality may be compared. 2. For purposes of eligibility for a Joint Commission survey, the conditions necessary for health care organizations and networks to be surveyed for accreditation by the Joint Commission.

**critical access hospital**   A hospital that offers limited services and is located more than 35 miles from a hospital or another critical access hospital, or is certified by the state as being a necessary provider of health care services to residents in the area. It maintains

no more than 25 beds that could be used for inpatient care. A critical access hospital provides acute inpatient care for a period that does not exceed, on an annual average basis, 96 hours per patient.

**data** *See* information management.

**decentralized laboratory testing** *See* point-of-care testing.

**decentralized pharmaceutical services** *See* pharmaceutical care and services.

**deemed status** Status conferred by the Centers for Medicare & Medicaid Services (CMS) on a health care provider when that provider is judged or determined to be in compliance with relevant Medicare Conditions of Participation because it has been accredited by a voluntary organization whose standards and survey process are determined by CMS to be equivalent to those of the Medicare program or other federal laws, such as the Clinical Laboratory Improvement Amendments of 1988 (CLIA '88).

**delineation of clinical privileges** The listing of the specific clinical privileges an organization's staff member is permitted to perform in the organization.

**dental services** Services provided by a dentist, or a qualified individual under the supervision of a dentist, to improve or maintain the health of an individual's teeth, oral cavity, and associated structures.

**dentist** An individual who has received the degree of either doctor of dental surgery or doctor of dental medicine and who is licensed to practice dentistry.

**dietetic services** The delivery of care pertaining to the provision of nutrition and food service to individuals.

**disaster** *See* emergency.

**disaster plan** *See* emergency management plan.

**discharge** The point at which an individual's active involvement with an organization or program is terminated and the organization or program no longer maintains active responsibility for the care of the individual.

**discharge planning** A formalized process in a health care organization through which the need for a program of continuing and follow-up care is ascertained and, if warranted, initiated for each patient.

**disinfection** The use of a chemical procedure that eliminates virtually all recognized pathogenic microorganisms but not necessarily all microbial forms (for example, bacterial endospores) on inanimate objects.

**dispensing** *See* medication management; pharmacy services.

**distant site** In telemedicine, the site at which the practitioner providing the professional service is located.

**drug** *See* medication.

**drug administration** *See* medication management.

**drug allergies** A state of hypersensitivity induced by exposure to a particular drug antigen resulting in harmful immunologic reactions on subsequent drug exposures, such as a penicillin drug allergy. *See* medication.

**drug dispensing** *See* medication management.

**e-App** The electronic version of an organization's application for accreditation.

**Early Survey Policy** A policy that provides two options to organizations undergoing their initial Joint Commission survey. Under both options, the organization undergoes two surveys. Under the first option, the first survey is limited in scope and successful completion results in Preliminary Accreditation (*see* definition). Under the second option, the first survey is a full survey, and successful completion can lead to the organization being Accredited (*see* definition). The second survey in both options is required and will address all standards and a 4-month track record of compliance with the standards.

**effectiveness** The degree to which care is provided in the correct manner, given the current state of knowledge, to achieve the desired or projected outcome(s) for the individual.

**efficacy** The degree to which the care of the individual has been shown to accomplish the desired or projected outcome(s).

**efficiency** The relationship between the outcomes (results of care) and the resources used to deliver care.

**electroconvulsive therapy** A form of therapy that uses electricity to evoke a convulsive response.

**electronic health information** *See* information management.

**Elements of Performance (EPs)**   The specific performance expectations and/or structures or processes that must be in place in order for an organization to provide safe, high-quality care, treatment, and services.

**emergency    1.** An unexpected or sudden occasion, as in emergency surgery needed to prevent death or serious disability. **2.** A natural or man-made event that significantly disrupts the environment of care (for example, damage to the organization's building(s) and grounds due to severe winds, storms, or earthquakes); that significantly disrupts care and treatment (for example, loss of utilities such as power, water, or telephones due to floods, civil disturbances, accidents, or emergencies in the organization or its community); or that results in sudden, significantly changed or increased demands for the organization's services (for example, bioterrorist attack, building collapse, or plane crash in the organization's community). Some emergencies are called "disasters" or "potential injury creating events" (PICEs).

**emergency management plan**   The organization's written document describing the process it would implement for managing the consequences of natural disasters or other emergencies that could disrupt the organization's ability to provide care, treatment, and services. The plan identifies specific procedures that describe mitigation, preparedness, response, and recovery strategies, actions, and responsibilities. *See also* emergency, mitigation activities, preparedness activities.

**encryption**   *See* information management.

**endemic infection**   *See* infection, endemic.

**enteral nutrition**   *See* nutrition, enteral.

**entry**   The process by which an individual comes into a setting, including screening and/or assessment by the organization or the practitioner in order to determine the capacity of the organization or practitioner to provide the care, treatment, and services required to meet the individual's needs.

**environmental tours**   Activities routinely used by the organization to determine the presence of unsafe conditions and whether the organization's current processes for managing environmental safety risks are being practiced correctly and are effective.

**epidemic infection**   *See* infection, epidemic.

**epidemiologically significant infection**   *See* infection, epidemiologically significant.

**equipment management**   Activities selected and implemented by the organization to assess and control the clinical and physical risks of fixed and portable equipment used for diagnosis, treatment, monitoring, and care.

**evidence-based guidelines**   Guidelines that have been scientifically developed based on current literature and are consensus driven. These are also referred to as National Guidelines or Professional Guidelines.

**Evidence of Standards Compliance (ESC)**   A report submitted by a surveyed organization within 45 days (90 days between January 1, 2004 and December 31, 2005) of its survey, which details the action(s) that it took to bring itself into compliance with a standard or clarifies why the organization believes that was in compliance with the standard for which it received a recommendation. An ESC must address compliance at the element of performance (EP) level and include a measurement of success (MOS) (see definition) for all appropriate EP corrections.

**failure modes and effect analysis**   *See* risk assessment, proactive.

**family**   The person(s) who plays a significant role in an individual's life. This may include a person(s) not legally related to the individual. This person(s) is often referred to as a surrogate decision maker if authorized to make care decisions for the individual should he or she lose decision-making capacity. *See also* guardian; surrogate decision maker.

**fire safety management**   Activities selected and implemented by the organization to assess and control the risks of fire, smoke, and other byproducts of combustion that could occur during the organization's provision of care, treatment, and services.

**forensic program or service**   An identified program/service (for example, jail or prison mental health services, court evaluation centers, outpatient probation, parole services, DUI programs or services) that provides diagnosis, evaluation, or services mandated by the legal/corrections system.

**formulary**   A list of medications and associated information related to medication use.

**free text**   *See* information management.

**governance**   The individual(s), group, or agency that has ultimate authority and responsibility for establishing policy, maintaining quality of care, and providing for organization management and planning. Other names for this group include the board, board of trustees, board of governors, and board of commissioners.

**guardian**   A parent, trustee, conservator, committee, or other individual or agency empowered by law to act on behalf of or be responsible for an individual. *See also* family; surrogate decision maker.

**hazard vulnerability analysis**   The identification of potential emergencies and the direct and indirect effects these emergencies may have on the health care organization's operations and the demand for its services.

**hazardous condition**   Any set of circumstances (exclusive of the disease, disorder, or condition for which the patient is undergoing care, treatment, and services) defined by the organization that significantly increases the likelihood of a serious adverse outcome.

**hazardous materials and waste**   Materials whose handling, use, and storage are guided or defined by local, state, or federal regulation (for example, the Occupational Safety and Health Administration's Regulations for Bloodborne Pathogens regarding the disposal of blood and blood-soaked items; the Nuclear Regulatory Commission's regulations for the handling and disposal of radioactive waste), hazardous vapors (for example, gluteraldehyde, ethylene oxide, nitrous oxide), and hazardous energy sources (for example, ionizing or nonionizing radiation, lasers, microwave, ultrasound). Although the Joint Commission considers infectious waste as falling into this category of materials, federal regulations do not define infectious or medical waste as hazardous waste.

**hazardous materials and waste management**   Activities selected and implemented by the organization to assess and control occupational and environmental hazards of materials and waste that require special handling. *See* hazardous materials and waste.

**health care occupancy**   *See* occupancy.

**home care**   The provision of health care and related services by a licensed home health agency to individuals in their place of residence except when the individual resides in a licensed health care facility, such as a nursing home or hospital.

**home health services**   The provision of any health care services by health care professionals to patients in their place of residence. This includes, but is not limited to, performing assessments, provision of care, treatment, counseling, and/or monitoring of the patient's clinical status by nurses (both intermittent skilled and private duty), occupational therapists, physical therapists, speech-language pathologists, audiologists, social workers, dietitians, dentists, physicians, and other licensed health care professionals in the patient's home. It includes the extension or follow-up of health care services provided by hospital professional staff in the patient's home.

**home personal care and/or support services**   The provision of assistance because of a health-related condition with personal care, activities of daily living, and management of household routine by paraprofessional personnel to individuals in their place of residence. This includes the provision of services by home health aides, personal care aides, home attendants, nursing assistants, companions, and homemakers.

**hospice**   An organized program that consists of services provided and coordinated by an interdisciplinary team to meet the needs of patients who are diagnosed with a terminal illness and have a limited life span. The program specializes in palliative management of pain and other physical symptoms, meeting the psychosocial and spiritual needs of the patient and the patient's family or other primary care person(s), utilization of volunteers and provision of bereavement care to survivors. This includes, but is not limited to, all programs licensed as hospices, and Medicare-certified hospice programs. All services provided by the hospice (for example, pharmacy and home medical equipment services), and care provided in all settings (inpatient, nursing home, and so forth) are included.

**hospital**  A health care organization that has a governing body, an organized medical staff and professional staff, and inpatient facilities and provides medical, nursing, and related services for ill and injured patients 24 hours per day, seven days per week. For licensing purposes, each state has its own definition of a hospital.

**housestaff**  Individuals, licensed as appropriate, who are graduates of medical, dental, osteopathic, or podiatric schools; who are appointed to a hospital's professional graduate training program that is approved by a nationally recognized accrediting body approved by the U.S. Department of Education; and who participate in patient care under the direction of licensed independent practitioners of the pertinent clinical disciplines who have clinical privileges in the hospital and are members of, or are affiliated with, the medical staff.

**human subject research**  The use of individuals in the systematic study, observation, or evaluation of factors on preventing, assessing, treating, and understanding an illness. The term applies to all behavioral and medical experimental research that involves human beings as experimental subjects.

**indicator**  A measure used to determine, over time, an organization's performance of functions, processes, and outcomes.

**infection**  The transmission of a pathogenic microorganism to a host, with subsequent invasion and multiplication, with or without resulting symptoms of disease.

> **endemic infection**  The usual level or presence of an agent or disease in a defined population during a defined period.

> **epidemic infection**  A higher than expected level of infection by a common agent in a defined population during a defined period.

> **health care–associated infection**  An infection acquired while receiving care, treatment, and services in the health care organization.

**infection control program**  Organized system of services designed to meet the needs of the organization or individual in relation to the surveillance, prevention, and control of infection.

**information management**  Terms applicable to information management functions:

- **accountability**  All information is attributable to its source (person or device).
- **analyzing**  The process that interprets data and transforms it into information.
- **auditability**  The ability to do a methodical examination and verification of all information activities such as entering and accessing.
- **authentication**  The validation of correctness for both the information itself and the person who is the author or user of information.
- **capture**  The process of recording representations of human thought, perceptions, or actions, as well as device-generated data or information that is gathered and/or computed about a patient as part of a health care encounter or about other matters in a health care organization.
- **confidentiality**  The safekeeping of data/information so as to restrict access to individuals who have need, reason, and permission for such access.
- **data**  Uninterpreted observations or facts.
- **electronic health information**  A computerized format of the health care information in paper records that is used for the same range of purposes as paper records, namely to familiarize readers with the patient's status; to document care, treatment, and services; to plan for discharge; to document the need for care, treatment, and services; to assess the quality of care, treatment, and services; to determine reimbursement rates; to justify reimbursement claims; to pursue clinical or epidemiological research; and to measure outcomes of the care, treatment, and service process.
- **encryption**  The process of transforming plain text (readable) into cipher text that is unreadable without a special software key.
- **free text**  Free-flowing, non-structured type of speaking, writing, or inputting information.
- **integrity**  In the context of data security, data integrity means the protection of data from accidental or unauthorized intentional change.

- **interactive text**   A more complex version of structured text, as it interactively prompts and provides feedback to the person using it. Typically, it uses a higher level of computer intelligence that interacts with the person who records information.
- **interoperability**   Enables authorized users to capture, share, and report information from any system, whether paper-based or electronic-based.
- **knowledge-based information**   A collection of stored facts, models, and information that can be used for designing and redesigning processes and for problem solving. In the context of the manual, knowledge-based information is found in the clinical, scientific, and management literature.
- **nonrepudiation**   The inability to dispute a document's content or authorship.
- **privacy**   An individual's right to limit the disclosure of personal information.
- **processing**   The manipulation of data and information by editing and updating.
- **protected health information**   Health information that contains information such that an individual person can be identified as the subject of that information.
- **report generation**   The process of analyzing, organizing, and presenting recorded information for authentication and inclusion in the patient's health care record or in financial or business records.
- **retrievability**   The capability of efficiently finding relevant information.
- **security**   The protection of data from intentional or unintentional destruction, modification, or disclosure.
- **structured text**   Process that requires authors to put specific information into specific fields with passive guidance by the information system. In paper-based systems, a form encourages a practitioner to fill in fields or boxes. Electronic systems use the same principle for templates or macros, which are guides used to create standardized information documentation. The purpose is to produce data of more consistent quality, make information more usable for decision support, make information more complete and more easily retrievable, and save documentation time.
- **timeliness**   The time between the occurrence of an event and the availability of

data about the event. Timeliness is related to the use of the data.
- **transmission**   The sending of data and information from one location to another.

**informed consent**   Agreement or permission accompanied by full notice about what is being consented to. A patient must be apprised of the nature, risks, and alternatives of a medical procedure or treatment before the physician or other health care professional begins any such course. After receiving this information, the patient then either consents to or refuses such a procedure or treatment.

**initial survey**   An accreditation survey of a health care organization not previously accredited by the Joint Commission, or an accreditation survey of an organization performed without reference to any prior survey findings.

**integrity**   *See* information management.

**interactive text**   *See* information management.

**interdisciplinary**   Communication; discussion; planning; evaluation; and care, treatment, and service activities that occur formally and informally between and among team members who are representatives of multiple disciplines.

**interim life safety measures (ILSM)**   A series of 11 administrative actions intended to temporarily compensate for significant hazards posed by existing National Fire Protection Association 101® 2000 *Life Safety Code®* (LSC) deficiencies or construction activities. *See also Life Safety Code®*; fire safety management.

**interoperability**   *See* information management.

**intravenous (IV) admixture**   The preparation of pharmaceutical product which requires the measured addition of a medication to a 50ml or greater bag or bottle of IV fluid (for example, IV, IM, IT, SC, and so forth). It does not include the drawing-up of medications into a syringe for immediate use (that is, reconstitution), or the assembly and activation of an IV system that does not involve the measurement of the additive.

**invasive procedure**   A procedure involving puncture or incision of the skin, or insertion

of an instrument or foreign material into the body.

**investigational medication**    A medication or placebo used as part of a research protocol or clinical trial.

**Joint Commission on Accreditation of Healthcare Organizations (JCAHO)**    An independent, not-for-profit organization dedicated to improving the quality of care in organized health care settings. Founded in 1951, its members represent the American College of Physicians-American Society of Internal Medicine, the American College of Surgeons, the American Dental Association, the American Hospital Association, the American Medical Association, the public, and the nursing profession. The Joint Commission engages in issues and activities concerning the advancement of health care safety and quality, including public policy initiatives, standards development, and accreditation and certification programs.

**knowledge-based information**    *See* information management.

**laboratory**    *See* pathology and clinical laboratory services.

**leader**    An individual who sets expectations, develops plans, and implements procedures to assess and improve the quality of the organization's governance, management, clinical, and support functions and processes. The leaders described in the leadership function include at least the leaders of the governing body; the chief executive officer and other senior managers; departmental leaders; the elected and the appointed leaders of the medical staff and the clinical departments and other medical staff members in organizational administrative positions; and the nurse executive and other senior nursing leaders.

**licensed independent practitioner**    Any individual permitted by law and by the organization to provide care and services, without direction or supervision, within the scope of the individual's license and consistent with individually granted clinical privileges.

**licensure**    A legal right that is granted by a government agency in compliance with a statute governing an occupation (such as medicine, nursing, psychiatry, or clinical social work) or the operation of an activity

(such as in a long term care or residential treatment center).

*Life Safety Code®* (*LSC*)    A set of standards for the construction and operation of buildings, intended to provide a reasonable degree of safety to life during fires; prepared, published, and periodically revised by the National Fire Protection Association and adopted by the Joint Commission to evaluate health care organizations under its life-safety management program. *See also* interim life safety measures; fire safety management; occupancy.

**life support equipment**    Any device used for the purpose of sustaining life and whose failure to perform its primary function, when used according to manufacturer's instructions and clinical protocol, will lead to patient death in the absence of immediate intervention (examples include ventilators, anesthesia machines, and heart-lung bypass machines).

**long term care**    The health and personal care services provided to chronically ill, aged, physically disabled, or developmentally disabled persons in an institution or in the place of residence. These persons are not in an acute phase of illness, but require convalescent, physical, supportive, and /or restorative services on a long-term basis.

**loss of protective reflexes**    An inability to handle secretions without aspiration or to maintain a patent airway independently.

**management of information**    *See* information management.

**measure of success (MOS)**    A numerical or quantifiable measure usually related to an audit that determines if an action was effective and sustained due four months after Evidence of Standards Compliance (*see* definition) approval.

**measurement**    The systematic process of data collection, repeated over time or at a single point in time.

**medical equipment**    Fixed and portable equipment used for the diagnosis, treatment, monitoring, and direct care of individuals. See also equipment management.

**medical history**    A component of the medical record consisting of an account of an individual's history, obtained whenever pos-

sible from the individual, and including at least the following information: chief complaint, details of the present illness or care needs, relevant past history, and relevant inventory by body systems.

**medical record**    *See* record.

**medical record review**    The process of measuring, assessing, and improving the quality of medical record documentation—that is, the degree to which medical record documentation is accurate, complete, and performed in a timely manner. This process is carried out with the cooperation of relevant departments or services.

**medical staff**    Individuals who are subject to the bylaws and rules and regulations of the organized medical staff. *See also* organized medical staff.

**medical staff bylaws**    Regulations and/or rules adopted by the organized medical staff and the governing body of an organization for internal governance, defining rights and obligations of various officers, persons, or groups within the organized medical staff's structure.

**medical staff executive committee**    A group of medical staff members, a majority of whom are licensed physician members of the medical staff practicing in the organization, selected by the medical staff or appointed in accordance with governing body bylaws. This group is responsible for making specific recommendations directly to the organization's governing body for approval, as well as receiving and acting on reports and recommendations from medical staff committees, clinical departments or services, and assigned activity groups. The medical staff as a whole may serve as the executive committee. In smaller, less complex hospitals where the entire medical staff functions as the executive committee, it is often designated as the committee of the whole.

**Medicare Provider Analysis and Review (MedPar) Data**    Data which are collected by the Centers for Medicare & Medicaid Services (CMS) from hospitals in order for hospitals to receive reimbursement for performed services and procedures.

**medication**    Any prescription medications; sample medications; herbal remedies; vitamins; nutriceuticals; over-the-counter drugs;

vaccines; diagnostic and contrast agents used on or administered to persons to diagnose, treat, or prevent disease or other abnormal conditions; radioactive medications; respiratory therapy treatments; parenteral nutrition; blood derivatives; intravenous solutions (plain, with electrolytes and/or drugs); and any product designated by the Food and Drug Administration (FDA) as a drug. This definition of medication does not include enteral nutrition solutions (which are considered food products), oxygen, and other medical gases.

**medication error**    Any preventable event that may cause inappropriate medication use or jeopardize patient safety. *See also* adverse drug reaction; sentinel event.

**medication history**    A delineation of the drugs used by an individual (both past and present), including prescribed and unprescribed drugs and alcohol, along with any unusual reactions to those drugs. *See* medication.

**medication management**    The process an organization uses to provide medication therapy to individuals served by the organization. The steps in the medication management process include the following:

- **selection**    Safe and appropriate selection of medications available for prescribing, storage, and/or use in the organization.
- **procurement**    The task of obtaining selected medications from a source outside the organization. It does not include obtaining a medication from the organization's own pharmacy, which is considered as part of the ordering and dispensing processes.
- **storage**    The task of appropriately maintaining a supply of medications on the organization's premises.
- **prescribing or ordering**    Synonymous terms for when a licensed independent practitioner transmits a legal order or prescription directing the organization directing the preparing, dispensing, and administering of a specific medication to a specific patient. It does not include requisitions for medication supplies.
- **transcribing**    The process by which an order from a licensed independent practitioner is documented either in writing or electronically.

- **preparing**   The compounding, manipulation, or other activity needed to get a medication ready for administration exactly as ordered by the licensed independent practitioner.
- **dispensing**   Providing, furnishing, or otherwise making available a supply of medications to the individual for whom it was ordered or their representative by a licensed pharmacy according to a specific prescription or medication order, or by a licensed independent practitioner authorized by law to dispense. Dispensing does not involve providing an individual a dose of medication previously dispensed by the pharmacy.
- **administration**   The provision of a prescribed and prepared dose of an identified medication to the individual for whom it was ordered to achieve its pharmacological effect. This includes directly introducing the medication into or onto the individual's body.
- **self-administration**   Independent use by a patient of a medication, including medications that may be held by the organization for independent use by the patient.
- **monitoring**   The ongoing evaluation of an individual to whom a medication was administered, to ascertain the effectiveness and efficacy of the medication therapy and prevent the occurrence of any serious adverse outcomes.

**medication-management measurement**
The measurement, assessment, and improvement of the prescribing or ordering, preparing and dispensing, administering, and monitoring of medications.

**mental abuse**   *See* abuse.

**minimum data set**   An agreed-on and accepted set of terms and definitions constituting a core of data; a collection of related data items.

**mission statement**   A written expression that sets forth the purpose of an organization or one of its components. The generation of a mission statement usually precedes the formation of goals and objectives.

**mitigation activities**   Those activities an organization undertakes in attempting to lessen the severity and impact of a potential emergency. *See* emergency.

**multidisciplinary team**   A group of clinical staff members composed of representatives of a range of professions, disciplines, or service areas.

**near miss**   Used to describe any process variation which did not affect an outcome, but for which a recurrence carries a significant chance of a serious adverse outcome. Such a "near miss" falls within the scope of the definition of a sentinel event, but outside the scope of those sentinel events that are subject to review by the Joint Commission under its Sentinel Event Policy.

**neglect**   The absence of minimal services or resources to meet basic needs. Neglect includes withholding or inadequately providing food and hydration (without physician, patient, or surrogate approval), clothing, medical care, and good hygiene. It may also include placing the individual in unsafe or unsupervised conditions. *See also* abuse.

**network**   An entity offering comprehensive or specialty services that provides, or provides for, integrated health care services to a defined population of individuals. Networks are characterized by a centralized structure that coordinates and integrates services provided by components and practitioners participating in the network.

**nonrepudiation**   *See* information management.

**nurse executive**   A registered professional nurse who is responsible for the full-time, direct supervision of nursing services and who is currently licensed by the state in which he or she practices. Attributes of this position may be further defined in regulatory statutes.

**nursing**   The health profession dealing with nursing care and services as (1) defined by the Code of Ethics for Nurses with Interpretive Statements, Nursing's Social Policy Statement, Nurses' Bill of Rights, Scope and Standards of Nursing Practice of the American Nurses Association and specialty nursing organizations; and (2) defined by relevant state, commonwealth, or territory nurse practice acts and other applicable laws and regulations.

**nursing care**   Professional processes of assessment, diagnosis, planning, implementation, and evaluation based on the art and sci-

ence of nursing to promote health, its recovery, or a peaceful and dignified death. This includes, but is not limited to, assisting individuals, families, communities, and/or populations in understanding health needs and carrying out therapeutic plans and activities.

**nursing home**   A nonhospital health care organization with inpatient beds and an organized professional staff that provides continuous nursing and other health-related, psychosocial, and personal services to patients who are not in an acute phase of illness, but who require continued care on an inpatient basis.

**nursing services**   One or more defined units or departments within a health care organization with accountability for the delivery of quality nursing care to individuals, families, communities, and/or populations. Personnel, fiscal, capital, and intellectual resources focus on patient safety via interdisciplinary collaboration, integrated data and information management, and communication within all planning, implementation, and evaluation activities.

**nursing staff**   Personnel within a health care organization who are accountable for providing and assisting in the provision of nursing care. Such personnel must include Registered Nurses (RNs), and may include others such as Advanced Practice Registered Nurses (APRNs), Licensed Practical and Vocational Nurses (LPNs/LVNs), and nursing assistants or other designated unlicensed assistive personnel.

**nutriceuticals**   Nutritional supplements formulated in a pharmaceutical dosage form and used with the intention of deriving medical or health benefits, including preventing and treating disease. Such products may range from isolated nutrients, dietary supplements, and diets to genetically engineered "designer" foods, herbal products, and processed foods such as cereals, soups, and beverages.

**nutrition**   The sum of the processes by which one takes in and uses nutrients.

**enteral nutrition**   Nutrition provided via the gastrointestinal tract. Enteral nutrition encompasses both oral (delivered through the mouth) and tube (provided through a tube or catheter that delivers nutrients distal to the mouth) routes.

**parenteral nutrition**   Nutrients that are provided intravenously, bypassing the digestive tract, which may contain protein, sugar, fat, and added vitamins and minerals as needed by the patient. Other terms used are total parenteral nutrition (TPN), partial parenteral nutrition (PPN), and hyperalimentation (HA).

**nutrition assessment**   A comprehensive process for defining an individual's nutrition and hydration status using medical, nutrition, and medication intake histories, physical examination, anthropomorphic measurements, and laboratory data.

**nutrition care**   Interventions and counseling to promote appropriate nutrition and fluid intake, based on nutrition and hydration assessment and information about food, other sources of nutrients, and meal preparation consistent with the individual's cultural background and socioeconomic status. Nutrition therapy, a component of medical treatment, includes enteral and parenteral nutrition. *See also* nutrition.

**nutrition screening**   A process used to indicate the need for a nutritional assessment to determine whether a patient is malnourished or at risk for malnourishment.

**occupancy**

    **ambulatory health care occupancy** An occupancy used to provide services or treatment to four or more patients at the same time that either (1) renders them incapable of providing their own means of self-preservation in an emergency or (2) provides outpatient surgical treatment requiring general anesthesia.

    **business occupancy**   An occupancy used to provide outpatient care, treatment, and services that does not meet the criteria in the ambulatory health care occupancy definition (for example, three or fewer patients at the same time who are either rendered incapable of self-preservation in an emergency or are undergoing general anesthesia).

    **health care occupancy**   An occupancy used for purposes such as medical or other treatment or care of persons suffering from physical or mental illness, disease or infirmity; and for the care of infants, convalescents, or infirm aged persons.

Health care occupancies provide sleeping facilities for four or more occupants and are occupied by persons who are mostly incapable of self-preservation because of age, physical or mental disability, or because of security measures not under the occupant's control. Health care occupancies include hospitals, nursing homes, and limited care facilities.

**residential occupancy**   An occupancy in which sleeping accommodations are provided for normal residential purposes and include all buildings designed to provide sleeping accommodations.

**operative and other high risk procedures** Surgical or other procedures that put the patient at risk of death or disability. This does not include use of medications that place patients at risk.

**oral and maxillofacial surgeon**   An individual who has successfully completed a postgraduate program in oral and maxillofacial surgery accredited by a nationally recognized accrediting body approved by the U.S. Department of Education. As determined by the medical staff, the individual is also currently competent to perform a complete history and physical examination in order to assess the medical, surgical, and anesthetic risks of the proposed operative and other procedure(s).

**organization's strengths**   Areas in which an organization's performance is exemplary, as evidenced by the implementation of innovative approaches to meeting Joint Commission standards. An organization will not be cited for having a strength if the organization has a related noncompliant standard and/or partially compliant element of performance (EP).

**originating site**   In telemedicine, the site at which the patient is located at the time the service is provided.

**organized medical staff**   The governance structure of the medical staff, including the medical staff bylaws and rules and regulations to which the medical staff is subject. This structure is approved by the governing body of the organization and is accountable to the governing body for the quality of the medical care, treatment, and services provided to patients. See also medical staff.

**outpatient program**   A program that provides services to persons who generally do not need the level of care associated with the more structured environment of an inpatient or a residential program.

**parenteral nutrition**   *See* nutrition, parenteral.

**parenteral product**   A sterile pharmaceutical preparation introduced into the body through a route other than the digestive tract, as by subcutaneous, intramuscular, or intravenous injection or infusion.

**partial-hospitalization program**   A program that provides services to persons who spend only part of a 24-hour period in a behavioral health facility. Partial-hospitalization programs do not provide overnight care.

**pathology and clinical laboratory services** The services that provide information on diagnosis, prevention, or treatment of disease or the assessment of health, through the examination of the structural and functional changes in tissues and organs of the body that cause or are caused by disease. It also includes the biological, microbiological, serological, chemical, immunohematological, hematological, or other examination of materials derived from the human body.

**patient**   An individual who receives care, treatment, and services. For hospice providers, the patient and family are considered a single unit of care. Synonyms used by various health care fields include client, resident, customer, patient and family unit, consumer, and health care consumer.

**patient tracer**   The process of evaluating a patient's total care experience within a health care organization.

**performance improvement**   The continuous study and adaptation of a health care organization's functions and processes to increase the probability of achieving desired outcomes and to better meet the needs of individuals and other users of services.

**performance measurement system** An entity consisting of an automated database(s), that facilitates performance improvement in health care organizations through the collection and dissemination of process and/or outcome measures of performance. Measurement systems must be able to generate internal comparisons of organi-

zation performance over time, and external comparisons of performance among participating organizations at comparable times.

**Periodic Performance Review (PPR)**   An additional requirement of the accreditation process whereby an organization reviews its compliance with all applicable Joint Commission standards, completes and submits to the Joint Commission a plan of action (*see* definition) for any standard not in full compliance, including the identification of a measure of success (MOS) (*see* definition), and chooses to engage in a telephone discussion with a member of the Standards Interpretation Group staff to determine the acceptability of the plan of action. The PPR will encourage organizations to be in continuous compliance with Joint Commission standards. At the time of the next full survey, surveyors will validate that the MOS(s) were implemented and effective.

**personal care and support services**   Services provided in an individual's place of residence on a per-visit or per-hour basis to meet the identified needs of patients who have or are at risk of an injury, an illness, or a disabling condition and who require assistance in personal care, activities of daily living, or the administration of treatments. These services may include, but are not limited to, those provided by home health aides, personal care aides, or home attendants. These services may be provided directly or through contract with another organization or individual.

**pharmaceutical care and services**   Services provided directly or through written contract with another organization that include procuring, preparing, dispensing, and/or distributing pharmaceutical products and the ongoing monitoring of the recipient to identify, prevent, and resolve medication-related problems.

**pharmaceutical equivalence**   The degree to which two *formulations of the same medication* are identical in strength, concentration, and dosage form.

**pharmacist**   An individual who has a degree in pharmacy and is licensed and registered to prepare, preserve, compound, and dispense drugs and chemicals.

**pharmacy**   A licensed location where drugs are stored and dispensed.

**pharmacy services**   The provision of pharmaceutical care and services involving the preparation and dispensing of medications, and medication-related devices and supplies by a licensed pharmacy, with or without the provision of clinical or consultant pharmacist services.

**physical abuse**   *See* abuse.

**physical restraint**   *See* restraint.

**physician**   A doctor of medicine or doctor of osteopathy who, by virtue of education, training, and demonstrated competence, is granted clinical privileges by the organization to perform a specific diagnostic or ther*apeutic procedure(s) and who is fully* licensed to practice medicine.

**physician assistant**   An individual who practices medicine with supervision by licensed physicians, providing patients with services ranging from primary medicine to specialized surgical care. The scope of practice is determined by state law, the supervising physician's delegation of responsibilities, the individual's education and experience, and the specialty and setting in which the *individual works*.

**physician licensure**   The process by which a legal jurisdiction, such as a state, grants permission to a physician to practice medicine after finding that he or she has met acceptable qualification standards. Licensure also involves ongoing regulation of physicians by the legal jurisdiction, including the *authority to revoke or otherwise restrict a* physician's license to practice.

**plan**   A detailed method, formulated beforehand, that identifies needs, lists strategies to meet those needs, and sets goals and objectives. The format of the plan may include narratives, policies and procedures, protocols, practice guidelines, clinical paths, care maps, or a combination of these.

**plan for improvement**   For purposes of Joint Commission accreditation, an organization's written statement that details the procedures to be taken and time frames to correct existing *Life Safety Code*® deficiencies. *See also* Statement of Conditions™ (SOC); interim life safety measures; *Life Safety Code*®.

**plan of action**   A plan detailing the action(s) that an organization will take in order to come into compliance with a Joint Commission standard. A plan of action must be completed for each element of performance (EP) (see definition) associated with a noncompliant standard. A measure of success (MOS) (see definition) must also be included in the plan of action as indicated in the accreditation manual.

**podiatrist**   An individual who has received the degree of doctor of podiatry medicine and who is licensed to practice podiatry.

**point-of-care testing**   Analytical testing performed at sites outside the traditional laboratory environment, usually at or near where care is delivered to individuals. Testing may range from simple waived procedures, such as fecal occult blood, to more sophisticated chemical analyzers. The testing may be under the control of the main laboratory the direction of another specialized laboratory (such as for arterial blood gas), or under the nursing service. Testing may be categorized as waived, moderate, or high complexity under CLIA '88. Also called alternate site testing, decentralized laboratory testing, and distributed site testing.

**policies and procedures**   The formal, approved description of how a governance, management, or clinical care process is defined, organized, and carried out.

**practice guidelines**   Tools that describe processes found by clinical trials or by consensus opinion of experts to be the most effective in evaluating and/or treating a patient who has a specific symptom, condition, or diagnosis, or describe a specific procedure. Synonyms include practice parameter, protocol, preferred practice pattern, and guideline.

**practitioner**   Any individual who is qualified to practice a health care profession (for example, a physician or nurse) and is engaged in the provision of care and services. Practitioners are often required to be licensed as defined by law.

**Preliminary Denial of Accreditation**   See accreditation decisions.

**preparedness activities**   Those activities an organization undertakes to build capacity and identify resources that may be used if an emergency occurs. See emergency.

**prescribing or ordering**   See medication management.

**primary source**   The original source or an approved agent of that source of a specific credential that can verify the accuracy of a qualification reported by an individual health care practitioner. Examples include medical school, graduate education, state medical board, and federal and state licensing boards.

**primary source verification**   Verification of an individual health care practitioner's reported qualifications by the original source or an approved agent of that source. Methods for conducting primary source verification of credentials include direct correspondence, telephone verification, or secure electronic verification from the original qualification source or reports from credentials verification organizations that meet the 10 Joint Commission requirements. See the note for HR.1.20 EP 4, the rationale for HR.4.10, and the rationale for MS.4.10.

**priority focus areas**   Processes, systems, or structures in a health care organization that significantly impact the quality and safety of care. The priority focus areas are

- Assessment and Care/Services
- Communication
- Credentialed Practitioners
- Equipment Use
- Infection Control
- Information Management
- Medication Management
- Organizational Structure
- Orientation and Training
- Patient Safety
- Physical Environment
- Quality Improvement Expertise and Activity
- Rights and Ethics
- Staffing

**primary priority focus area**   Every standard is linked to one or more priority focus areas. When a surveyor has findings under a standard, he/she determines which of the linked priority focus areas is most related to the specific finding and this becomes the *primary* priority focus area. For example, a finding under standard HR.1.10 may be assigned a primary priority focus area of Staffing. The organization's accreditation report is organized by priority focus area.

**secondary priority focus areas**   The additional priority focus areas that are *also related to a specific finding, in addition to the primary priority focus area*. For example, a finding under standard HR.1.10 may be assigned a secondary priority focus area of Orientation and Training. The organization's accreditation report also lists the secondary priority focus area(s).

**priority focus process (PFP)**   The process for standardizing the priorities for sampling *during an organization's survey based on* information collected about the organization prior to survey. The process also helps to focus the survey on areas that are critical to that organization's patient safety and quality of care processes. Examples of such information may include, but not be limited to, data from the organization's e-App (see definition); the organization's plan of action prepared as part of the Periodic Performance Review (see definition) process; complaint and sentinel event information; data collected from external sources, such as MedPar (see definition) data; performance measurement data; and previous survey results.

**priority focus tool (PFT)**   An automated tool that supports the priority focus process through the use of algorithms, or sets of rules, to transform a health care organization's data into information that guides the survey process.

**privacy**   *See* information management.

**privileging**   The process whereby a specific *scope and content of patient care services* (that is, clinical privileges) are authorized for a health care practitioner by a health care organization, based on evaluation of the individual's credentials and performance. *See* licensed independent practitioner.

**processing**   *See* information management.

**program**   An organized system of services designed to address the needs of the organization or individual.

**protected health information**   *See* information management.

**protective services**   A range of sociolegal, assistive, and remedial services that facilitate the exercise of individual rights and provide certain supportive and surrogate mechanisms. *Such mechanisms are designed to* help developmentally disabled individuals reach the maximum independence possible, yet protect them from exploitation, neglect, or abuse. Depending on the nature and extent of individual needs, protective services may range from counseling to full guardianship.

**provisional accreditation**   *See* accreditation decisions.

**psychiatrist**   A physician who specializes in assessing and treating persons having psychiatric disorders; is certified by the American Board of Psychiatry and Neurology or has the documented equivalent in education, training, or experience; and is fully licensed to practice medicine in the state in which he or she practices.

**psychoactive**   *See* psychotropic/psychopharmacologic medication.

**psychotropic/psychopharmacologic medication**   Any medication whose intended purpose is to alter perception, mental status, or behavior. These include, but are not limited to, those drugs that produce drug dependence. Some examples of drug classes that are considered psychotropic/psychopharmacologic medications include, but are not limited to, hypnotics, antipsychotics, long- and short-acting benzodiazepines, sedatives/anxiolytics, and antidepressants.

**Public Information Policy**   A Joint Commission policy governing the disclosure of specific information about the performance of a health care organization or network, as well as accreditation-related information that will remain confidential. This policy covers the Joint Commission's performance reports, information publicly disclosed on request, complaint information, aggregate performance data, data released to government agencies, and the Joint Commission's right to clarify information an accredited organization releases about its accreditation status.

**qualified individual**   An individual or staff member who is qualified to provide care, treatment, and services by virtue of the following: education, training, experience, competence, registration, certification, or applicable licensure, law or regulation. Examples of qualified individuals can include the following: activities coordinator, administrator, audiologist, child psychiatrist, clinical chaplain, creative arts therapist, dietetic ser-

vices supervisor, dietitian, registered dietitian, health information administrator, health information technician, licensed practical nurse (LPN), medical radiation physician, medical technologist, music therapist, occupational therapist, occupational therapy assistant, physiatrist, physical therapist assistant, physical therapist, psychiatric nurse, psychologist, radiologic technologist, recreational therapist, recreational therapist assistant or technician, respiratory care technician, respiratory therapist, respiratory therapy technician, social work assistant, social worker, and speech-language pathologist.

**qualified individual, infection control**  An individual who is qualified to participate in one or all of the mechanisms outlined in the standards by virtue of one or more of the following: education, training, certification or licensure, or experience. Certification by the Certification Board for infection control is often a requirement for infection control practitioners.

**quality control**  A process that consists of measuring performance, comparing performance against goals, and acting on the differences when performance falls short of defined goals.

**quality of care**  The degree to which health services for individuals and populations increase the likelihood of desired health outcomes and are consistent with current professional knowledge. Dimensions of performance include the following: patient perspective issues; safety of the care environment; and accessibility, appropriateness, continuity, effectiveness, efficacy, efficiency, and timeliness of care.

**Quality Report**  A report that is available to the public that provides information about an organization's accreditation decision and the effective date for the decision, any special quality awards the organization received, the accreditation services included in the organization's accreditation award, any disease-specific care certification(s) and the effective date of each certification received by the organization, the implementation of National Patient Safety Goals by the organization, the organization's performance against National Quality Goals and the organization's performance in relation to Patient Experience of Care measures.

**range orders**  Orders in which the dose or dosing interval varies over a prescribed range, depending on the situation or individual's status.

**rationale for a standard**  Background, justification, or additional information about a standard. A rationale is not scored. Not every standard has a rationale.

**reassessment**  Ongoing data collection, which begins on initial assessment, comparing the most recent data with the data collected at earlier assessments.

**record**  **1.** The account compiled by physicians and other health care professionals of a variety of patient health information, such as assessment findings, treatment details, and progress notes. **2.** (data source) Data obtained from the records or documentation maintained on a patient in any health care setting (for example, hospital, home care, long term care, practitioner office). Includes automated and paper medical record systems.

**referral**  The sending of an individual (1) from one clinician to another clinician or specialist, (2) from one setting or service to another, or (3) by one physician (the referring physician) to another physician(s) or other resource, either for consultation or care.

**registered nurse**  An individual who is qualified by an approved postsecondary program or baccalaureate or higher degree in nursing and licensed by the state, commonwealth, or territory to practice professional nursing.

**report generation**  *See* information management.

**reprocessing**  All operations performed to render a contaminated reusable or single-use device patient-ready. The steps may include cleaning and disinfection/sterilization. The manufacturer of reusable devices and single use devices that are marketed as non-sterile should provide validated reprocessing instructions in the labeling.

**requirement for improvement (RFI)**  A recommendation that is required to be addressed in an organization's Evidence of Standards Compliance (see definition), and needs to be addressed in order for the organization to retain its accreditation decision.

Failure to adequately address a requirement for improvement after two opportunities will result in a recommendation to place the organization in Conditional Accreditation (*see* definition).

**residential occupancy**    *See* occupancy.

**residential program**    A program that provides services to individuals who need a less structured environment than that of an inpatient program and who are capable of self-preservation in the event of an internal disaster. *See also* inpatient services; outpatient program.

**respiratory care services**    Delivery of care to provide ventilatory support and associated services for individuals.

**restraint**    Any method (chemical or physical) of restricting a patient's freedom of movement, including seclusion, physical activity, or normal access to his or her body that **(1)** is not a usual and customary part of a medical diagnostic or treatment procedure to which the patient or his or her legal representative has consented; **(2)** is not indicated to treat the patient's medical condition or symptoms; or **(3)** does not promote the patient's independent functioning.

> **chemical restraint**    The inappropriate use of a sedating psychotropic drug to manage or control behavior.

> **physical restraint**    Any method of physically restricting a person's freedom of movement, physical activity, or normal access to his or her body.

**resuscitative services**    Personnel, supplies, and processes used to resuscitate an individual.

**retrievability**    *See* information management.

**Review Hearing Panel**    A panel of three individuals, including one member of the Joint Commission Accreditation Committee, which hears a presentation on the facts of the case by an organization in Preliminary Denial of Accreditation, should the organization desire such a presentation.

**risk assessment, proactive**    An assessment that examines a process in detail including sequencing of events; assesses actual and potential risk, failure, or points of vulnerability; and, through a logical process, prioritizes areas for improvement based on the actual or potential patient care impact (criticality).

**risk-management activities**    Clinical and administrative activities that organizations undertake to identify, evaluate, and reduce the risk of injury to patients, staff, and visitors and the risk of loss to the organization itself.

**root cause analysis**    A process for identifying the basic or causal factor(s) that underlie variation in performance, including the occurrence or possible occurrence of a sentinel event.

**run chart**    A display of data in which data points are plotted as they occur over time (for example, observed weights over time) to detect trends or other patterns and variation occurring over time. Run charts, as opposed to tabular frequency displays, are capable of time-order analytic studies.

**safety**    The degree to which the risk of an intervention (for example, use of a drug or a procedure) and risk in the care environment are reduced for a patient and other persons, including health care practitioners.

**safety management**    Activities selected and implemented by the organization to assess and control the impact of environmental risk, and to improve general environmental safety.

**scope of care or services**    The activities performed by governance, managerial, clinical, or support staff.

**secure**    In locked containers, in a locked room, or under constant surveillance.

**security**    *See* information management.

**security management**    A component of an organization's management of the environment of care program that maintains and improves the general security of the care environment.

**self-administration**    *See* medication management, administration.

**sentinel event**    An unexpected occurrence involving death or serious physical or psychological injury, or the risk thereof. Serious injury specifically includes loss of limb or function. The phrase "or the risk thereof" includes any process variation for which a recurrence would carry a significant chance of a serious adverse outcome.

**sexual abuse**    *See* abuse.

**Shared Visions–New Pathways® (SV–NP)**
An initiative to progressively sharpen the focus of the accreditation process on care systems critical to the safety and quality of patient care.

**staff**   Individuals, such as employees, contractors, or temporary agency personnel, who provide services in the organization.

**staffing effectiveness**   The number, competence, and skill mix of staff as related to the provision of needed services.

**standard**   A statement that defines the performance expectations, structures, or processes that must be in place for an organization to provide safe and high quality care, treatment, and service.

**Statement of Conditions™ (SOC)**   A proactive document that helps an organization to do a critical self-assessment of its current level of compliance and describe how to resolve any *Life Safety Code®* (*LSC*) deficiencies. The SOC was created to be a "living, ongoing" management tool that should be used in a management process that continually identifies, assesses, and resolves *LSC* deficiencies.

**sterilization**   The use of a physical or chemical procedure to destroy all microbial life, including highly resistant bacterial endospores.

**structured text**   *See* information management.

**subacute care**   Care that is rendered immediately after, or instead of, acute hospitalization to treat one or more specific, active, complex medical conditions or to administer one or more technically complex treatments in the context of an individual's underlying long-term conditions and overall situation. Subacute care requires the coordinated services of an interdisciplinary team.

Subacute care is generally more intensive than traditional nursing facility care and less intensive than acute inpatient care. It requires frequent (daily to weekly) patient assessment and review of the clinical course and treatment plan for a limited time period (several days to several months), until a condition is stabilized or a predetermined treatment course is completed.

This definition addresses the following seven factors the Joint Commission considers integral to the provision of subacute care:

*Time:* Subacute care is rendered immediately after, or instead of, acute hospitalization.

*Reason:* It treats one or more specific, active, complex, or unstable medical conditions or administers one or more technically complex treatments in the context of a person's underlying long-term conditions and overall situations.

*Caregivers:* It requires the services of an interdisciplinary team who is trained and knowledgeable to assess and manage the specific conditions and to perform the necessary procedures.

*Site:* It is provided as an inpatient program.

*Frequency:* It requires frequent patient assessment and review of the clinical course and treatment plan.

*Intensity:* It provides care at a level generally more intensive than provided in a traditional nursing facility and less intensive than provided in acute inpatient care.

*Duration:* It lasts for a limited time or until a condition is stabilized or a predetermined treatment course is completed.

**supplemental finding**   A recommendation that is not required to be addressed in an organization's Evidence of Standards Compliance (see definition), but should be addressed by the organization internally. A supplemental finding will also be factored into an organization's Priority Focus Process at its next survey.

**surrogate decision maker**   Someone appointed to act on behalf of another. Surrogates make decisions only when an individual is without capacity or has given permission to involve others. *See also* advocate; family.

**survey**   A key component in the accreditation process, whereby a surveyor(s)conducts an on-site evaluation of an organization's compliance with Joint Commission standards.

**full survey**   A survey that assesses an organization's compliance with all applicable Joint Commission standards.

**initial survey**   A survey of a health care organization not previously accredited by the Joint Commission, or a survey of an organization performed without reference to any prior survey findings.

**surveyor**   For purposes of Joint Commission accreditation, a physician, nurse, administrator, laboratorian, or any other health care professional who meets the Joint Commission's surveyor selection criteria, evaluates standards compliance, and provides education and consultation regarding standards compliance to surveyed organizations or networks.

**suspension, automatic**   Suspensions that are automatically enacted whenever the defined indication occurs, and not requiring discussion or investigation. Examples are loss of licensure, or exceeding the allowed medical record delinquency rate. Privileges are automatically suspended until the license is renewed, or the records are completed, or the delinquency rate falls to an acceptable level.

**suspension, summary**   While enacted automatically whenever the defined indication occurs, summary suspensions also require a subsequent evaluation or investigation of the reason the indication occurred and a decision as to whether the suspension should be continued and for what length of time. Examples are the occurrence of a sentinel event that might be related to the licensed independent practitioner's performance, or a significant complaint against the licensed independent practitioner such as misconduct or assault. The summary suspension is enacted while the incident is under investigation.

**system**   A set of interrelated parts that work together toward a common goal.

**system tracer**   A session during the on-site survey devoted to evaluating high-priority safety and quality of care issues on a systemwide basis throughout the organization. Examples of such issues may include infection control, medication management, staffing effectiveness and the use of data.

**systems analysis**   The evaluation of how well a health care organization's systems function.

**telemedicine**   The use of medical information exchanged from one site to another via electronic communications for the health and education of the patient or health care provider, and for the purpose of improving patient care.

**threshold for Conditional Accreditation**
At least two but not more than three standard deviations above the mean number of not compliant standards; the threshold for Conditional Accreditation is one rule for receiving Conditional Accreditation.

**threshold for Preliminary Denial of Accreditation**   At least three standard deviations above the mean number of not compliant standards; the threshold for Preliminary Denial of Accreditation is one rule for receiving Preliminary Denial of Accreditation.

**timeliness**   *See* information management.

**titrating orders**   Orders in which the dose is either progressively increased or decreased in response to the individual's status.

**total parenteral nutrition**   *See* nutrition, parenteral.

**tracer methodology**   A process surveyors use during the on-site survey to analyze an organization's systems, with particular attention to identified priority focus areas, by following individual patients through the organization's health care process in the sequence experienced by the patients. Depending on the health care setting, this may require surveyors to visit multiple care units, departments or areas within an organization or a single care unit to "trace" the care rendered to a patient.

**transfer**   The formal shifting of responsibility for the care of an individual (1) from one care unit to another, (2) from one clinical service to another, (3) from one licensed independent practitioner to another, or (4) from one organization to another organization.

**transmission**   *See* information management.

**urgent/immediate care services**   Those services sought for conditions that are considered less critical than those that need to be seen in an emergency center, but are not scheduled with the individual's primary care provider or the provider's designee.

**utilities management**   Activities selected and implemented by the organization to assess and control the risks of utility systems of buildings that support the provision of care, treatment, and services. Included are those activities that ensure the operational reliability of such systems and those activities

for responding to a failure of such systems.

**utility systems**   Building systems for life support; surveillance, prevention, and control of infection; environment support; and equipment support. May include electrical distribution; emergency power; vertical and horizontal transport; heating, ventilating, and air conditioning; plumbing, boiler, and steam; piped gases; vacuum systems; or communication systems including data-exchange systems.

**utilization management**   The examination and evaluation of the appropriateness of the utilization of an organization's resources. Also referred to as a utilization review.

**waived testing**   Tests that meet the Clinical Laboratory Improvement Act of 1988 (CLIA '88) requirements for waived tests; are cleared by the Food and Drug Administration for home use; employ methodologies that are so simple and accurate as to render the likelihood of erroneous results negligible; or pose no risk of harm to the patient if the test is performed incorrectly. *See also* CLIA '88.

**Written**   Information that is documented in hardcopy or electronic formats.