IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al.,  )
                                       )
                    Plaintiffs,        )
                                       )
        v.                             )     Civ. Action No. 1:06cv1087 (HHK)
                                       )
MICHAEL O. LEAVITT, et al.,            )
                                       )
                    Defendants.        )
_____)

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

        Upon consideration of defendants' motion to dismiss plaintiffs' complaint and plaintiffs'

opposition thereto, and the entire record, it is hereby

        ORDERED that defendants' motion is GRANTED, and plaintiffs' complaint is

DISMISSED.


_____                    _____
Date                               UNITED STATES DISTRICT JUDGE