IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. )<br>)<br>Plaintiffs, )<br>) CIVIL ACTION NO. 1:06cv1087<br>v. )<br>)<br>MICHAEL O. LEAVITT , SECRETARY, )<br>U.S. DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES,  et al. )<br>)<br>Defendants. )<br>) | |

**PLAINTIFFS' NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jocelyn Winston and Matthew Seiler enter their appearances on behalf of Plaintiffs in the above-captioned matter.  Please direct future communications and correspondence in this case to the following additional addressees:

> Jocelyn Winston
> Matthew Seiler
> AMERICAN NURSES ASSOCIATION
> 8515 Georgia Avenue, Suite 400
> Silver Spring, Maryland 20910

Respectfully submitted,

/s/

_____
Alice L. Bodley
General Counsel
D.C. Bar #939009

Jocelyn Winston
D.C. Bar #434639

Matthew Seiler
D.C. Bar #490767

Catherine Hodgetts
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorneys for Plaintiffs