IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, <u>et al.</u> )<br>)<br>Plaintiffs, )<br>)<br>) CIVIL ACTION NO. 1:06cv1087<br>vs. )<br>)<br>MICHAEL O. LEAVITT , SECRETARY, )<br>U.S. DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES,  <u>et al.</u> )<br>)<br>Defendants. )<br>) | |

**PLAINTIFFS' UNOPPOSED MOTION AND POINTS AND AUTHORITIES
IN SUPPORT THEREOF FOR AN ENLARGEMENT OF TIME**

    Plaintiffs in the above captioned action respectfully move this Court for an enlargement of time, up to and including November 3, 2006, in which to file their Memorandum in opposition to Defendants' Motion to Dismiss.  Plaintiffs' Memorandum is due to be filed on October 3, 2006. Plaintiffs request this 30 day enlargement to respond fully to the many issues raised by Defendants. Counsel for Plaintiffs have discussed this motion with counsel for Defendants and are authorized to state that Defendants do not oppose it.

    No previous motions requesting enlargements of time have been filed by Plaintiffs. This motion is filed pursuant to Fed. R. Civ. P.  6(b). A proposed order is attached.

Respectfully submitted,

/s/

_____

Alice L. Bodley
General Counsel
D.C. Bar #939009

Jocelyn Winston
D.C. Bar #434639

Matthew Seiler
D.C. Bar #490767

Catherine Hodgetts
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that, this 26th day of September, 2006, I caused copies of Plaintiffs' Unopposed Motion, and Memorandum in Support Thereof, for an Enlargement of Time and accompanying proposed order, as well as Plaintiffs' Notice of Appearance and the Notices of Electronic Case Filing associated with those documents, to be sent by first class mail, postage prepaid, to counsel of record for Defendants at the following address:

| | |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate General Counsel | SHEILA M. LEIBER<br>PETER ROBBINS<br>Department of Justice |
| TRACY GLOVER<br>Attorney<br>Department of Health and Human Services | 20 Massachusetts Avenue, NW<br>Room 7142<br>Washington, D.C. 20530 |

/s/
_____
Alice L. Bodley
General Counsel
D.C. Bar #939009
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorney for Plaintiffs