IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. )<br>)<br>Plaintiffs, )<br>)<br>)<br>vs. )<br>)<br>MICHAEL O. LEAVITT, SECRETARY, )<br>U.S. DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 1:06cv1087 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME**

Upon consideration of Plaintiffs unopposed motion for an enlargement of time, it is hereby:

ORDERED that Plaintiffs' motion is GRANTED, and Plaintiffs shall have up to and including November 3, 2006 in which to file their response to Defendant's Motion to Dismiss.

_____                    _____
Date                                                              UNITED STATES DISTRICT COURT