UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:06cv1087 |
| MICHAEL O. LEAVITT, et al. | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Alice Bodley, am a member in good standing of the bar of this Court. My bar number is 939009. I am moving the admission of Catherine Hodgetts to appear *pro hac vice* in this case as co-counsel for Plaintiffs.

We certify that:

1. The proposed admittee is a member in good standing of the Court of Appeals of Maryland (Date of admission: 12/14/05).

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| /s/ | /s/ |
| _____ | _____ |
| Alice L. Bodley | Catherine Hodgetts |
| American Nurses Association | American Nurses Association |
| 8515 Georgia Ave. Suite 400 | 8515 Georgia Ave. Suite 400 |
| Silver Spring, MD 20910 | Silver Spring, MD 20910 |
| 301-628-5127 | 301-628-5136 |
| 301-628-5345 (fax) | 301-628-5345 (fax) |

### Certificate of Service

I hereby certify that, this 27[h] day of September, 2006, I caused copies of the Motion for Admission Pro Hac Vice and the Notice of Electronic Case Filing associated with this document, to be sent by first class mail, postage prepaid, to counsel of record for Defendants at the following address:

| | |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate General Counsel | SHEILA M. LEIBER<br>PETER ROBBINS<br>Department of Justice |
| TRACY GLOVER<br>Attorney<br>Department of Health and Human Services | 20 Massachusetts Avenue, NW<br>Room 7142<br>Washington, D.C. 20530 |

/s/
_____
Alice L. Bodley
General Counsel
D.C. Bar #939009
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorney for Plaintiffs