UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 06-1087 (HHK) |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' motion to dismiss Plaintiffs' complaint and Plaintiffs' opposition thereto, and the entire record, it is hereby

ORDERED that Defendants' motion is denied.

_____    _____
Date                                                        UNITED STATES DISTRICT JUDGE