IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 1:06cv1087 (HHK) |
| vs. ) | |
| ) | |
| MICHAEL O. LEAVITT , SECRETARY, ) | |
| U.S. DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES,  et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' UNOPPOSED MOTION AND POINTS OF AUTHORITIES IN SUPPORT OF LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P.15, and LCvR 7(i) and LCvR 15.1, Plaintiffs in the above-captioned action respectfully move this Court for an order granting leave to file an amended complaint. For the reasons in support of this motion, Plaintiffs respectfully refer the Court to the attached memorandum of points and authorities. A proposed order is also attached.

Respectfully submitted,

/s/

_____
Alice L. Bodley
General Counsel
D.C. Bar #939009

Jocelyn Winston    Matthew Seiler    Catherine Hodgetts
D.C. Bar #434639   D.C. Bar #490767
American Nurses Association
8515 Georgia Avenue  Suite 400
Silver Spring, MD 20910
301-628-5127

1

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) Civil Action No. 1:06cv1087 (HHK) | |
| vs. ) | |
| ) | |
| MICHAEL O. LEAVITT , SECRETARY, ) | |
| U.S. DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES,  et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION**

Alice L. Bodley                               American Nurses Association
General Counsel                           8525 Georgia Avenue, Suite 400
D.C. Bar #939009                         Silver Spring, MD 20910
                                                    301-628-5127

Jocelyn Winston
Senior Counsel                             Attorneys for Plaintiffs
D.C. Bar #434639

Matthew Seiler
Staff Counsel
D.C. Bar #490767

Catherine Hodgetts
Staff Counsel

  Plaintiffs, Nurses Associations, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P.15, and LCvR 7(i) and LCvR 15.1, respectfully seek leave of the court to file an amended complaint, which is attached hereto as Exhibit A.

2

On June 15, 2006, Plaintiffs filed this action challenging the Secretary's failure to enforce Medicare Conditions of Participation regarding nurse staffing. On September 19, 2006, Defendants filed a Motion to Dismiss raising among other issues Plaintiffs' failure to plead an injury with specificity,[1] despite the fact Plaintiffs are only required to file notice pleadings.[2] Plaintiffs' Response to this Motion is due on or before November 3, 2006.

Pursuant to LCvR 7(m), counsel for Plaintiffs have discussed this motion with counsel for Defendants on or around November 1, 2006, explaining the reason for the anticipated motion in a good faith effort to determine whether there is any opposition to the relief sought and in order to include in this motion a statement that the discussion occurred and to represent to the court the response of counsel for the Defendants. Counsel for the Defendants stated that Defendants would not oppose this Motion.

According to Rule 15(a), "leave shall be freely given when justice so requires." The Supreme Court has interpreted this Rule to mean that leave should be granted unless there is an identifiable justification for denial, such as undue delay, bad faith or undue prejudice to the opposing party. In fact, it may be an abuse of discretion for the court to deny leave to amend absent a demonstrable showing of prejudice. *See Belizan v. Hershon*, 369 U.S. App. D.C. 160 (2006), *citing*, *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Assuming for the sake of argument, Plaintiffs failed to plead its injuries with sufficient specificity, Plaintiffs' amended complaint will seek to plead more specific

---

[1] *See* Defs. Mot. to Dismiss at 17, 20, 22-25, 27 and 29-31.
[2] Fed. R. Civ. P. 8(a)(2) *and* JAMES WM. MOORE ET AL., MOORE'S FEDERAL RULES PAMPHLET § 8.3[2] at p. 134 (2006) (Rule 8(a)(2)…is not to flesh out the factual details of the case, but to provide notice of the grievance).

3

injuries and causality. Furthermore, Plaintiffs' amended complaint will delete the paragraph with reference to psychiatric hospitals because of variations in the applicable law regarding such hospitals. Therefore, the Defendants may not assert that their rights have been prejudiced; as Defendants are being put on notice of said amendment prior to Defendants' filing of a Reply to Plaintiffs' Response to Defendants' Motion to Dismiss, and Plaintiffs are simply providing more detail and clarity in their Complaint.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this unopposed motion for leave to file an amended complaint. A proposed order is attached.

Respectfully submitted,

/s/

_____

Alice L. Bodley
General Counsel
D.C. Bar #939009

Jocelyn Winston
D.C. Bar #434639

Matthew Seiler
D.C. Bar #490767

Catherine Hodgetts
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorneys for Plaintiffs

**Certificate of Service**

I hereby certify that, this __<sup>th</sup> day of November, 2006, I caused copies of Plaintiffs' Motion and Points and Authorities in support thereof for Leave to File an Amended Complaint and accompanying proposed Order to be filed electronically with the Clerk of the Court using the Electronic Case Filing system which constitutes service on the following:

| | |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate General Counsel | SHEILA M. LEIBER<br>PETER ROBBINS<br>Department of Justice |
| TRACY GLOVER<br>Attorney<br>Department of Health and Human Services | 20 Massachusetts Avenue, NW<br>Room 7142<br>Washington, D.C. 20530 |

/s/
_____
Alice L. Bodley
General Counsel
D.C. Bar #939009
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorney for Plaintiffs