# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Civil Action No. 1:06cv1087 (HHK) |
| vs. | ) |
| | ) |
| MICHAEL O. LEAVITT, SECRETARY, | ) |
| U.S. DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File an Amended Complaint, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED, and Plaintiffs shall have leave to file an amended complaint, and pursuant to LCvR 15.1, Plaintiffs' First Amended Complaint shall be deemed to be filed and served on the date in which this Order is granted.

_____
Date

_____
UNITED STATES DISTRICT COURT