IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.     ) | Civ. Action No. 1:06cv1087 |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned action respectfully move this Court for an enlargement of time up to and including December 8, 2006 in which to file their reply in support of their motion to dismiss plaintiffs' original complaint and/or their answer or responsive motion to plaintiffs' first amended complaint. Defendants' motion to dismiss the original complaint was filed on September 19, 2006. On November 3, 2006, plaintiffs filed their opposition and moved for leave to amend their complaint. The Court granted the motion, and plaintiffs served a first amended complaint on November 7, 2006. Defendants' reply in support of their motion to dismiss the original complaint is therefore due on November 16, 2006, and their answer and/or responsive motion to the first amended complaint is due on November 27, 2006. Defendants anticipate filing a single response.[1]

---

[1] Where a motion to dismiss is pending and the complaint is later amended in a way that does not correct the defects identified in the motion to dismiss, the defendant "should not be required to file a new motion to dismiss," but rather the court should "consider the motion as being addressed to the amended pleading." 6 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 1476 at 558 (2d ed. 1990); see Rasul v. Bush, 215 F. Supp. 2d 55, 58 n.3 (D.D.C. 2002), aff'd, 321 F.3d 1134 (D.C. Cir. 2003), rev'd on other grounds, 542 U.S. 466 (2004); Nix v. Hoke, 62 F. Supp. 2d 110, 115 (D.D.C. 1999).

-2-

Defendants request this enlargement to give them an opportunity to confer fully with their counsel and provide the Court with the most complete and useful statement of their position. No previous enlargement has been requested with respect to this filing. Counsel for defendants have discussed this motion with counsel for plaintiffs and are authorized to state that plaintiffs have no objection. A proposed order is attached.

Respectfully submitted,

OF COUNSEL:
DANIEL MERON
General Counsel

PETER D. KEISLER
Assistant Attorney General

KATHLEEN H. MCGUAN
Associate General Counsel

JEFFREY A. TAYLOR
United States Attorney

MARK D. POLSTON
Deputy Associate General
Counsel

/s/ Peter Robbins
SHEILA M. LIEBER
PETER ROBBINS
Department of Justice
20 Massachusetts Avenue, N.W., Room 7142
Washington, D.C. 20530
Tel: (202) 514-3953
Attorneys for Defendants

TRACEY GLOVER
Attorney
Department of Health
and Human Services