THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 1:06cv1087 |
| | ) |
| MICHAEL O. LEAVITT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME**

Upon consideration of defendants' unopposed motion for an enlargement of time, it is hereby

ORDERED that defendants' motion is GRANTED, and defendants shall have up to and including December 8, 2006 in which to file their reply in support of their motion to dismiss plaintiffs' original complaint and/or their answer and/or responsive motion, if any, in connection with plaintiffs' first amended complaint.

_____                                    _____
DATE                                                                    UNITED STATES DISTRICT COURT