IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, et al., ) <br> ) <br> Defendants. ) <br> ) | Civ. Action No. 1:06cv1087 (HHK) |

## DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM IN SUPPORT THEREOF, TO EXCEED PAGE LIMITS

Defendants in the above-captioned action respectfully move this Court for leave to file a reply memorandum in support of their motion to dismiss that is 27 pages in length. Defendants request this two-page enlargement in order to give them an opportunity to provide the Court with the most complete and useful statement of their position and to allow them to respond fully to new allegations made in an amended complained filed after the motion to dismiss. Counsel for defendants have discussed this motion with counsel for plaintiffs and are authorized to state that plaintiffs do not oppose it. A proposed order is attached.

Respectfully submitted,

OF COUNSEL:
DANIEL MERON
General Counsel

PETER D. KEISLER
Assistant Attorney General

KATHLEEN H. MCGUAN
Associate General Counsel

JEFFREY A. TAYLOR
United States Attorney

| | |
|---|---|
| MARK D. POLSTON<br>Deputy Associate General<br>Counsel<br><br>TRACEY GLOVER<br>Attorney<br>Department of Health<br>and Human Services | /s/ Peter Robbins<br>SHEILA M. LIEBER<br>PETER ROBBINS<br>Department of Justice<br>20 Massachusetts Avenue, NW, Room 7142<br>Washington, D.C.  20530<br>Tel: (202) 514-3953<br>Attorneys for Defendants |