IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civ. Action No. 1:06cv1087 (HHK) |
| | ) |
| MICHAEL O. LEAVITT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXCEED PAGE LIMITS**

Upon consideration of defendants' unopposed motion to exceed page limits, it is hereby

ORDERED that defendants' motion is GRANTED, and defendants shall have leave to file a reply memorandum in support of their motion to dismiss that is 27 pages in length.

_____                    _____
Date                                                           UNITED STATES DISTRICT JUDGE