**DEFENDANTS' EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of Health and Human Services, )<br>)<br>Defendant. )<br>_____ ) | Civ. Action NO. 06-1087 (HHK) |

### DECLARATION OF SHONTE CARTER.

I, Shonte Carter, declare as follows:

1. I am a Health Insurance Specialist with the Centers for Medicare and Medicaid Services ("CMS"), Center for Medicaid and State Operations ("CMSO"). Through this work, I have a thorough understanding and familiarity with CMS's national databases for standard and complaint surveys. The information in this declaration is based on my personal knowledge and information made available to me in the course of my official duties.

2. The data available in CMS's databases show that, since 2002, the following hospitals, which are identified in plaintiffs' first amended complaint, were subject to non-complaint driven surveys: Coler-Goldwater Specialty, Coney Island Hospital, Jacobi Medical Center, North Central Bronx, Metropolitan Hospital Center, Woodhull Medical and Mental Health Centers, Sacred Heart Medical Center, and Yakima Regional Medical and Cardiac Center. During this time period, surveys based on allegations of deficiencies also were performed at Woodhull Medical and Mental Health Centers, Sacred Heart Medical Center, Yakima Regional Medical and Cardiac Center, and Queens Hospital Center. Our databases do not contain any notation that

a citation for either organization of nursing services or nurse staffing and delivery of care resulted from any of these surveys. Although CMS is still in the process of perfecting its databases, and there is some possibility for error, I am reasonably confidant that this information is correct.

3. The following health-care providers identified in the amended complaint are dually certified skilled nursing facilities and are not hospitals: Seaview Hospital Rehabilitation Center, Dr. Susan Smith McKinney Nursing/Rehabilitation Center, Elmhurst Hospital Center, and Gouvernor Nursing Facility.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on December 8, 2006

_____
SHONTE CARTER