**DEFENDANTS' EXHIBIT D**

# REVISION: Nursing Chapter for Critical Access Hospitals and Hospitals

This article contains revisions to the "Nursing" (NR) chapter for **critical access hospitals** and **hospitals**, **effective January 1, 2007**. The revisions are shown on pages 10–11 with underlining indicating new text and strikethrough indicating deleted text.

Changes include the following:

- An existing requirement is moved from a bullet in Element of Performance (EP) 1 for Standard NR.1.10 to the new EP 6, clarifying the expectation that a nursing leader, at the executive level, be actively involved in the leadership of the organization.

- The clarification of an existing Joint Commission requirement through a new hospital-specific EP 4 under Standard NR.3.10, clearly stating the expectation that at least one on-premise registered nurse provides or supervises nursing services 24 hours a day, 7 days a week. This expectation has been previously scored under the "Leadership" or the "Management of Human Resources" standards. ▲



## OFFICIAL PUBLICATION OF REVISED NURSING CHAPTER

### Revisions to Nursing Chapter

**APPLICABLE TO CRITICAL ACCESS HOSPITALS AND HOSPITALS**

*[Revision: Nursing chapter revisions.]*

**Effective January 1, 2007**

**Overview [Critical Access Hospital, Hospital]**
The quality of a [hospital]'s nursing services is built upon the leadership of a nurse executive and the work of a qualified staff. The nurse executive ensures the continuous and timely availability of nursing services ~~to patients~~. The nurse executive also ensures the quality of nursing standards of ~~patient~~ care and practice by incorporating current nursing research findings, nationally recognized professional standards, and other literature into the policies and procedures governing the provision of nursing care, treatment, and services. ~~In addition, the nurse executive develops, presents, and manages the nursing services' portion of the [hospital]'s budget.~~

~~A qualified staff provides patient care and nursing services on a continuous basis, 24 hours a day, 7 days a week, to those patients requiring such care, treatment, and services. Nursing staff monitors each patient's status and coordinates the provision of nursing care while assisting other professionals in implementing plans of care. To achieve the goal of providing quality nursing care, treatment, and services, the nurse executive participates with [hospital] leaders in defining the nursing care needs of the patient population served. The nurse executive also participates with [hospital] leaders in providing for a sufficient number of appropriately qualified nursing staff members to assess each patient's nursing care needs, plan and provide nursing care interventions, prevent complications, promote improvement in the patient's comfort and wellness, and alert other care professionals to the patient's condition, as appropriate.~~

<u>The role of nursing has evolved significantly in response to the changes in the health care industry. The nurse executive is by and large accountable for the largest patient care work force of the [hospital]. Nurse executives routinely assume oversight responsibility for the provision of effective high quality and safe nursing care throughout the [hospital]; the development of productive work teams; consumer satisfaction activities; staff retention efforts; and the development, presentation, and management of the nursing services' portion of the [hospital]'s budget. Additionally, it is not uncommon today for the role to include comparable oversight responsibility for various support services including pharmacy, respiratory therapy, or social work.</u>

<u>To effectively fulfill this ever expanding role, today's nurse executive must demonstrate an extensive knowledge of the current complexities of the health care industry, expertise in budgeting, trend variance analysis, strategic planning, marketing, and an understanding of information technology, as well as political and economic skills.</u>

<u>The standards in this chapter will evolve, over time, to reflect the increasing role of nurse executives, department level nurse managers, and staff nurses.</u>

**Standards, Rationales, Elements of Performance, and Scoring**

**Standard NR.1.10 [Critical Access Hospital, Hospital]**
A nurse executive directs the [hospital]'s nursing services.
**[Critical Access Hospital:** *Corresponds to COP 485.635(d), (d)(1), and (d)(2)* **]**

**Rationale for NR.1.10 [Critical Access Hospital, Hospital]**
<u>Effective nursing leadership is vital to establishing a cohesive and collaborative nursing-care team and ultimately to the hospital successfully maintaining fiscal balance and high-quality, safe patient care.</u> To achieve the goal of providing quality nursing care, treatment, and services, the nurse executive must assume an active leadership role in defining the nursing care needs of the patient population(s) served.

**Elements of Performance for NR.1.10**
**B** 1. **[Critical Access Hospital, Hospital]** An identified nurse leader at the executive level coordinates the following functions:

- Development of [hospital]wide patient care programs, policies, and procedures that describe how patients' nursing care needs, or the needs of patient populations receiving nursing care, treatment, and services, are assessed, evaluated, and met

- Development and implementation of the [hospital]'s plans for providing nursing care, treatment, and services to those patients requiring nursing care, treatment, and services

## Revisions to Nursing Chapter *(continued)*

- ~~Participating with governing body, management, medical staff, and clinical leaders in the [hospital]'s decision-making structures and processes~~
- Implementation of an effective, ongoing program to measure, assess, and improve the quality of nursing care, treatment, and services delivered to patients

A 2. **[Critical Access Hospital, Hospital]** The nurse executive's authority and responsibility are defined in a contract, a written agreement, a letter, a memorandum, a job or position description, or other document.

A 3. **[Critical Access Hospital, Hospital]** The nurse executive or a designee(s) approves nursing policies and procedures, nursing standards of patient care, treatment, and services, and standards of nursing practice before implementation.

B 4. **[Hospital only]** Decentralized [hospital] structures with geographically distant sites have an established process for selecting, electing, or appointing one appropriately-prepared nurse as its nurse executive.

B 5. **[Critical Access Hospital, Hospital]** The nurse executive functions at the executive level to provide effective and coordinated leadership to deliver nursing care, treatment, and services.

A 6. **[Critical Access Hospital, Hospital]** An identified nurse leader, at the executive level, assumes an active leadership role in the [hospital]'s decision-making structures and process.

A 7. **[Critical Access Hospital, Hospital]** The nurse executive participates in defined and established meetings of the [hospital]'s corporate leaders (when such leaders exist) and with other clinical and managerial leaders.

A 8. **[Hospital only]** The nurse executive has the authority to speak on behalf of nursing to the same extent that other [hospital] leaders speak for their respective disciplines or departments.

**Standard NR.2.10 [Critical Access Hospital, Hospital]**
The nurse executive is a licensed professional registered nurse qualified by advanced education and management experience.
**[Critical Access Hospital:** *Corresponds to COP 485.635(d)* **]**

**Rationale for NR.2.10 [Critical Access Hospital, Hospital]**
A nurse who possesses the requisite education to become a nurse executive has acquired extensive and valuable knowledge of the nursing profession.

**Elements of Performance for NR.2.10**
A 1. **[Critical Access Hospital, Hospital]** The nurse executive is currently licensed as a registered professional nurse in the state, commonwealth, or territory as required by law.

The following factors are considered when appointing the nurse executive (EPs 2–6):

B 2. **[Critical Access Hospital, Hospital]** Whether the prospective nurse executive possesses the knowledge and skills associated with a master's degree in nursing or a related field or another appropriate postgraduate degree, or has a written plan to obtain these qualifications

B 3. **[Critical Access Hospital, Hospital]** The [hospital]'s scope and complexity and the position's authority and responsibility

B 4. **[Critical Access Hospital, Hospital]** The scope and complexity of the nursing care needs of the major patient population(s) served

B 5. **[Critical Access Hospital, Hospital]** The availability of adequate nursing support and administrative staff and services to assist the nurse executive in the execution of the responsibilities required in this chapter and by applicable law

B 6. **[Critical Access Hospital, Hospital]** The education and experience required for peer leadership positions*

**Standard NR.3.10 [Critical Access Hospital, Hospital]**
The nurse executive establishes nursing policies and procedures, nursing standards and a nurse staffing plan(s).
**[Critical Access Hospital:** *Corresponds to COP 485.635(d), (d)(1), and (d)(2)* **]**

**Elements of Performance for NR.3.10**
A 1. **[Critical Access Hospital, Hospital]** The nurse executive, registered nurses, and other designated nursing staff members write nursing policies and procedures; nursing standards of patient care, treatment, and services; standards of nursing practice; a nurse staffing plan(s); and standards to measure, assess, and improve patient outcomes.

A 2. **[Critical Access Hospital, Hospital]** The nurse executive is responsible for ensuring that nursing policies, procedures, and standards describe and guide how the nursing staff provides the nursing care, treatment, and services required by all patients and patient populations served by the [hospital] and as defined in the [hospital]'s plan(s) for providing nursing care, treatment, and services and as required by applicable law and regulation.

A 3. **[Critical Access Hospital, Hospital]** All nursing policies, procedures, and standards are defined, documented, and accessible to the nursing staff in written or electronic format.

A 4. **[Hospital only]** The nurse executive assures the provision of nursing services 24 hours a day, 7 days a week with at least one on-premise registered nurse (RN) furnishing or supervising the service 24 hours a day, 7 days a week.

A 5. **[Critical Access Hospital, Hospital]** The nurse executive or a designee(s) exercises final authority over those associated with providing nursing care, treatment, and services.

A 6. **[Critical Access Hospital]** The nurse executive is responsible for monitoring the effectiveness of the nurse staffing plan.

---

*\* For example, when leadership peers are expected to have a master's or doctoral degree or appropriate professional certification, the nurse executive possesses similar qualifications.*