IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

---

AMERICAN NURSES ASSOCIATION, et al.   )
                                      )
                     Plaintiffs,      )
                                      )
                                      ) Civil Action No. 1:06cv1087 (HHK)
           vs.                        )
                                      )
MICHAEL O. LEAVITT, SECRETARY,        )
U.S. DEPARTMENT OF HEALTH             )
AND HUMAN SERVICES, et al.            )
                                      )
                     Defendants.      )
                                      )

---

**PLAINTIFFS' UNOPPOSED MOTION AND POINTS OF AUTHORITIES IN SUPPORT OF A STAY IN THE PROCEEDINGS**

Pursuant to Fed. R. Civ. P. 7(b) and LCvR 7, Plaintiffs in the above-captioned action respectfully move this Court for an order to temporarily stay the proceedings. For the reasons in support of this Motion, Plaintiffs respectfully refer the Court to the attached memorandum of points and authorities. A proposed order is also attached.

Respectfully submitted,

/s/
_____
Alice L. Bodley
General Counsel
D.C. Bar #939009

Jocelyn Winston
D.C. Bar #434639
American Nurses Association
8515 Georgia Avenue, Suite 400
Silver Spring, MD 20910
301-628-5127

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al. )
)
)  Civ. Action No. 06-1087 (HHK)
)
Plaintiffs, )
)
)
v. )
)
MICHAEL O. LEAVITT, SECRETARY, )
U.S. DEPARTMENT )
OF HEALTH AND HUMAN SERVICES, et al. )
)
Defendants )

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
THEIR MOTION TO STAY THE PROCEEDINGS**

Plaintiffs, Nurses Associations, by and through their undersigned counsel and pursuant to Fed.R.Civ. P.7(b) and LCvR 7, respectfully move for a temporary stay of this action.

Pursuant to LCvR 7(m), counsel for Plaintiffs have communicated with counsel for Defendants about this Motion on or around May 27, 2007, explaining the reason for the anticipated motion, in a good faith effort to determine whether there is any opposition to the relief sought and to represent to the Court the response of counsel for Defendants. Counsel for Defendants stated that Defendants would not oppose this Motion.

Plaintiffs' motion is based upon the following:

A focal point of Plaintiffs' complaint is that the registered nurse (RN) staffing standard employed by the Joint Commission for the Accreditation of Healthcare Organizations (Joint Commission) is not equivalent to the mandatory RN staffing standard set forth in the conditions of participation for the Medicare Program. Those hospitals that are accredited by the Joint Commission are "deemed to meet" the conditions of participation, "except... any standard, promulgated by the Secretary pursuant to paragraph (9) thereof, which is higher than the requirements prescribed for accreditation by such Commission." 42 U.S.C. § 1395bb(a)(4). In this case, Plaintiffs are seeking an order that would require, among other things, that Defendants ensure equivalency of the Joint Commission standard with the government's standard.

This case is pending the court's review of Defendants' motion to dismiss and the Plaintiffs' opposition thereto.

While the Joint Commission has stated that it believes that its standard is equivalent to the RN staffing requirement of the CMS conditions of participation, Plaintiffs have nevertheless suggested to the Joint Commission that it consider revising its RN staffing standard. To that end, Plaintiffs provided the Joint Commission with a proposed new draft standard and performance elements that would be equivalent to the RN staffing standard found in the Medicare Conditions of Participation. Without conceding a legal need for change, representatives of the Joint Commission have engaged in a discussion with Plaintiffs about the suggested modifications. An additional telephonic discussion and a face-to-face meeting are planned.

Plaintiffs do not know if the discussions will result in changes to the Joint Commission RN staffing standard. However, if changes are made that are consistent with Plaintiffs' proposed standard and performance elements, there is the possibility that this case may be rendered moot.

Plaintiffs request that the proceedings be stayed until October 15, 2007 with the obligation to file a status report with the Court by September 28, 2007 to update the Court on the meeting with the Joint Commission and the continued desirability of the stay.

In *IBT/HERE Employee Representatives' Council v. Gate Gourmet Division Americas et al*, 402 F. Supp 2d 289, 292 (D.D.C. 2005) (*IBT*), the court cited *Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L. Ed. 153 (1936) and restated the proposition that "a trial court has broad discretion to stay all proceedings in an action pending the resolution of independent proceedings elsewhere. The power to stay proceedings is incidental to the inherent power in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." The Court concluded its analysis and decided that the independent proceedings could "affect the parties' understanding of the scope of this case going forward, may reorient the parties' arguments, may catalyze a settlement of this matter, may moot the defendant's motion to dismiss, or may resolve the issues raised in this lawsuit in its entirety." *IBT*, 402 F.Supp 2d at 294

Wherefore, in the interest of judicial economy and efficiency for the Court and the parties, it is moved that the Court grant a stay of this matter until such time as Plaintiffs

can determine whether the Joint Commission standards will be changed in a manner that has an impact on the posture of this case.

                                            Respectfully submitted,

                                            /s/

                                            _____

                                            Alice L. Bodley
                                            General Counsel
                                            D.C. Bar #939009

                                            Jocelyn Winston
                                            D.C. Bar #434639

                                            American Nurses Association
                                            8515 Georgia Avenue
                                            Suite 400
                                            Silver Spring, MD 20910
                                            301-628-5127

                                            Counsel for Plaintiffs

## Certificate of Service

I hereby certify that on this 6th day of June, 2007, I caused copies of Plaintiffs' Motion and Points and Authorities in support thereof for a Stay of the Proceedings and accompanying proposed Order to be filed electronically with the Clerk of the Court using the Electronic Case Filing system which constitutes service on the following:

DANIEL MERON
General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel

TRACY GLOVER
Attorney
Department of Health and Human Services

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

SHEILA M. LEIBER
PETER ROBBINS
Department of Justice
20 Massachusetts Avenue, NW
Room 7142
Washington, D.C. 20530

/s/
_____
Alice L. Bodley
General Counsel
D.C. Bar #939009
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al. )
)
) Civ. Action No. 06-1087 (HHK)
)
Plaintiffs, )
)
)
v. )
)
MICHAEL O. LEAVITT, SECRETARY, )
U.S. DEPARTMENT )
OF HEALTH AND HUMAN SERVICES, et al. )
)
Defendants )

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Stay Proceedings and the entire record herein, it is hereby

ORDERED, that the Motion is GRANTED, and it is

FURTHER ORDERED that proceedings in this case are stayed until October 15, 2007 or such other date as is determined by the Court; and it is

FURTHER ORDERED, Plaintiffs shall file a notice of the status of developments external to this case that might have an impact on the proceedings no later than September 28, 2007.

Dated: _____   _____
Judge Henry H. Kennedy, Jr.
United States District Judge