IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, <u>et al.</u> )<br>)<br>Plaintiffs,  )<br>)<br>) Civil Action No. 1:06cv1087 (HHK)<br>vs.  )<br>)<br>MICHAEL O. LEAVITT , SECRETARY,  )<br>U.S. DEPARTMENT OF HEALTH  )<br>AND HUMAN SERVICES, <u>et al.</u>  )<br>)<br>Defendants.  )<br>_____ ) | |

**PLAINTIFFS' REPORT ON MATTERS AFFECTING
THE STAY IN THE PROCEEDINGS**

This matter has been stayed until October 15, 2007 to permit Plaintiffs to engage in dialogue with the Joint Commission on Accreditation of Health Care Organizations (Joint Commission) regarding its standards.  Plaintiffs' representatives have had several telephone conferences and one all-day meeting with staff members from the Joint Commission.

While the Joint Commission staff members did acknowledge that their standards need some improvement, Plaintiffs did not receive a commitment that steps would be taken in the near future to initiate changes to the standards.  Instead, Joint Commission staff members revealed a willingness only to focus more on staffing plans, address the role of the chief nurse executive, and develop more staffing-sensitive aspects of the tracer methodology during surveys.

In Plaintiffs' view, the changes proposed by the Joint Commission do not affect

the fundamental issue in this case, i.e., whether the Joint Commission standard is equivalent to the Condition of Participation regarding registered nurse staffing. The changes contemplated by the Joint Commission will be helpful in improving the evaluation of RN staffing, but without a change in the standard itself, such proposed changes will not achieve equivalency of the Joint Commission standard with the RN staffing Condition of Participation. Accordingly, Plaintiffs do not seek an extension of the stay of this case.

Respectfully submitted,

/s/
_____
Alice L. Bodley
General Counsel
D.C. Bar #939009

Jocelyn Winston
D.C. Bar #434639
American Nurses Association
8515 Georgia Avenue, Suite 400
Silver Spring, MD 20910
301-628-5127

## Certificate of Service

I hereby certify that on this 28th day of September, 2007, I caused a copy of Plaintiffs' Report on Matters Affecting the Stay in Proceedings to be filed electronically with the Clerk of the Court using the Electronic Case Filing system which constitutes service on the following:

| | |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate General Counsel | SHEILA M. LEIBER<br>PETER ROBBINS<br>Department of Justice |
| TRACY GLOVER<br>Attorney<br>Department of Health and Human Services | 20 Massachusetts Avenue, NW<br>Room 7142<br>Washington, D.C. 20530 |

/s/
_____
Alice L. Bodley
General Counsel
D.C. Bar #939009
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorney for Plaintiffs