UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al.,

        Plaintiffs,

v.

MICHAEL O. LEAVITT, et al.,

        Defendants.

Civil Action 06-01087 (HHK)

## ORDER

Before this court is defendants' motion to dismiss [# 8]. Because plaintiffs have filed an amended complaint, the motion is denied as it is moot. Accordingly, it is this 9th day of October, 2007, hereby

**ORDERED** that defendants' motion to dismiss [# 8] is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge