**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN NURSES ASSOCIATION, et al. | ) | |
| | ) | Civ. Action No. 06-1087 (HHK) |
| Plaintiffs, | ) | |
| v. | ) | |
| MICHAEL O. LEAVITT , SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | ) | |
| Defendants | ) | |

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE**

The parties hereby submit this joint stipulation regarding the schedule for filing of pleadings and seek the Court's review and approval. The parties agree as follows:

Defendants will file a motion to dismiss by November 16, 2007.

Plaintiffs will file an opposition to the motion by December 14, 2007.

Defendants will file a response by January 17, 2008.

Respectfully submitted,

/s/

Alice L. Bodley
General Counsel
D.C. Bar #939009

DRAFT

Jocelyn Winston
D.C. Bar #434639

American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorneys for Plaintiffs

/s/
_______________________________

Peter J. Robbins
D.C. Bar No.
Department of Justice
Asst. United States Attorney
20 Massachusetts Avenue, N.W.,
Room 7142
Washington, DC 20530
(202) 514-3953
Attorneys for Defendants

SO ORDERED:

_______________________________________
Judge Henry H. Kennedy, Jr.
United States District Judge

DRAFT

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of October, 2007, I caused copies of the Joint Stipulation Regarding the Briefing Schedule to be filed electronically with the Clerk of the Court using the Electronic Case Filing system which constitutes service on the following:

DANIEL MERON
General Counsel

KATHLEEN H. MCGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel

TRACY GLOVER
Attorney
Department of Health and Human Services

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

SHEILA M. LEIBER
PETER ROBBINS
Department of Justice
20 Massachusetts Avenue, NW
Room 7142
Washington, D.C. 20530

/s/
_____________________________
Alice L. Bodley
General Counsel
D.C. Bar #939009
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorney for Plaintiffs

DRAFT