UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, <u>et al.</u> )<br>)<br>Plaintiffs, )<br>)<br>) Civil Action No. 1:06cv1087 (HHK)<br>vs. )<br>)<br>MICHAEL O. LEAVITT , SECRETARY, )<br>U.S. DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, <u>et al.</u> )<br>)<br>Defendants. )<br>_____) | |

**PLAINTIFFS' UNOPPOSED MOTION AND POINTS AND AUTHORITIES IN SUPPORT OF LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P.15 and LCvR 7(i) and LCvR 15.2, Plaintiffs hereby move for an order granting leave to file a Second Amended Complaint to correct an error in the numbering of paragraphs in the First Amended Complaint. Efficiency will be served by a corrected complaint, as the parties and the Court will refer to the paragraphs in connection with Defendants' anticipated motion to dismiss. Plaintiffs respectfully refer the Court to the attached memorandum of points and authorities and the attached, proposed order. Counsel for Defendants has consented to this motion.

Respectfully submitted,

_____
Alice L. Bodley
D.C. Bar No. 939009
Jocelyn Winston
D.C. Bar No. 434639
American Nurses Association
8515 Georgia Avenue, Suite 400
Silver Spring, MD 20910
301-628-5136

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

_____
AMERICAN NURSES ASSOCIATION, et al. )
                                    )
            Plaintiffs,             )
                                    )
                                    ) Civil Action No. 1:06cv1087 (HHK)
      vs.                           )
                                    )
MICHAEL O. LEAVITT , SECRETARY,     )
U.S. DEPARTMENT OF HEALTH           )
AND HUMAN SERVICES,  et al.         )
                                    )
            Defendants.             )
_____)


**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION**

| | |
|---|---|
| Alice L. Bodley<br>General Counsel<br>D.C. Bar #939009 | American Nurses Association<br>8525 Georgia Avenue, Suite 400<br>Silver Spring, MD 20910<br>301-628-5127 |
| Jocelyn Winston<br>Senior Counsel<br>D.C. Bar #434639 | Attorneys for Plaintiffs |

    Plaintiffs, Nurses Associations, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P.15, and LCvR 7(i) and LCvR 15.1, respectfully seek leave of the court to file a second amended complaint, which is attached hereto as Exhibit A.

    On June 15, 2006, Plaintiffs filed this action challenging the Secretary's failure to enforce Medicare Conditions of Participation regarding nurse staffing.  On November 3, 2006, Plaintiffs filed an Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint which was granted by the Judge.  Thereafter on November 6, 2006 Plaintiffs filed its First Amended Complaint.  That Complaint contained an error in the numbering of

2

paragraphs 59 through 65. Plaintiffs seek to correct the numbering and request the court to issue an order granting leave to file a Second Amended Complaint.

Pursuant to LCvR 7(m), counsel for Plaintiffs have discussed this motion with counsel for Defendants on or around October 18, 2007, explaining the reason for the anticipated motion in a good faith effort to determine whether there is any opposition to the relief sought and in order to include in this motion a statement that the discussion occurred and to represent to the court the response of counsel for the Defendants. Counsel for the Defendants stated that Defendants would not oppose this Motion.

According to Rule 15(a), "leave shall be freely given when justice so requires." The Supreme Court has interpreted this Rule to mean that leave should be granted unless there is an identifiable justification for denial, such as undue delay, bad faith or undue prejudice to the opposing party. In fact, it may be an abuse of discretion for the court to deny leave to amend absent a demonstrable showing of prejudice. *See Belizan v. Hershon*, 369 U.S. App. D.C. 160 (2006), *citing*, *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Plaintiffs' Second Amended Complaint will renumber paragraphs 59 through 65 which change will not prejudice Defendants' rights.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this unopposed motion for leave to file a second amended complaint. A proposed order is attached.

Respectfully submitted,


/s/_____
Alice L. Bodley
General Counsel
D.C. Bar #939009

Jocelyn Winston
D.C. Bar #434639
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorneys for Plaintiffs

4

## CERTIFICATE OF SERVICE

    I hereby certify that I caused copies of Plaintiffs' Unopposed Motion and Points and Authorities in Support of Leave to File Second Amended Complaint and accompanying proposed order, to be filed electronically with the Clerk of the Court using the Electronic Case Filing system which constitutes service on the following:

| | |
|---|---|
| DANIEL MERON<br>General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| KATHLEEN H. MCGUAN<br>Associate General Counsel | KENNETH L. WAINSTEIN<br>United States Attorney |
| MARK D. POLSTON<br>Deputy Associate General Counsel | SHEILA M. LEIBER<br>PETER ROBBINS<br>Department of Justice |
| TRACY GLOVER<br>Attorney<br>Department of Health and Human Services | 20 Massachusetts Avenue, NW<br>Room 7142<br>Washington, D.C. 20530 |

/s/
_____
Alice L. Bodley
General Counsel
D.C. Bar #939009
Jocelyn Winston
DC Bar No. 434639
American Nurses Association
8515 Georgia Avenue
Suite 400
Silver Spring, MD 20910
301-628-5127
Attorney for Plaintiffs