**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civ Action No 1:06cv1087 (HHK) |
| vs. ) | |
| ) | |
| MICHAEL O. LEAVITT , SECRETARY, ) | |
| U.S. DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO FILE A SECOND AMENDED COMPLAINT**

Upon consideration of Plaintiffs' unopposed motion to file a Second Amended Complaint to correct an error in numbering of paragraphs, it is hereby:

ORDERED that Plaintiffs' motion is GRANTED and the Second Amended Complaint is accepted for filing.

_____              _____
Date                                       UNITED STATES DISTRICT COURT