IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06cv1087 (HHK) |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' EXHIBITS

A.  Excerpts from State Operations Manual, App. A, Survey Protocol, Regulations and Interpretative Guidelines for Hospitals (HHS Rev. 1 May 21, 2004)

B.  Excerpts from Comprehensive Accreditation Manual for Hospitals: The Official Accreditation Standards (Joint Commission 2007)

       Part 1:       Cover Page, Table of Contents, ACC-1 to ACC-25

       Part 2:       ACC-25 to ACC-41

       Part 3:       HR; NR; pages from GL