IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al.,    )
                                        )
                    Plaintiffs,         )
                                        )
            v.                          )    Civ. Action No. 1:06cv1087
                                        )
MICHAEL O. LEAVITT, et al.,             )
                                        )
                    Defendants.         )
_____)

**DEFENDANTS' EXHIBIT B**



**Joint Commission**
on Accreditation of Healthcare Organizations
Setting the Standard for Quality in Health Care

Comprehensive

Accreditation Manual

for Hospitals:

*The Official Handbook*

# camh

Standards
Rationales
Elements of Performance
Scoring

# Contents

Foreword ................................................................................................................FW-1

How to Use This Manual ......................................................................................HM-1

The Accreditation Process ...................................................................................ACC-1

Sentinel Events .....................................................................................................SE-1

National Patient Safety Goals .............................................................................NPSG-1

The Joint Commission Quality Report................................................................QR-1

Accreditation Participation Requirements .........................................................APR-1

**Standards, Rationales, Elements of Performance, and Scoring**

**Section 1: Patient-Focused Functions**

Ethics, Rights, and Responsibilities (RI) ................................................................. RI-1
Provision of Care, Treatment, and Services (PC)..................................................... PC-1
Medication Management (MM) ............................................................................... MM-1
Surveillance, Prevention, and Control of Infection (IC) .......................................... IC-1

**Section 2: Organization Functions**

Improving Organization Performance (PI) .............................................................. PI-1
Leadership (LD) ....................................................................................................... LD-1
Management of the Environment of Care (EC)........................................................ EC-1
Management of Human Resources (HR).................................................................. HR-1
Management of Information (IM) ............................................................................. IM-1

**Section 3: Structures with Functions**

Medical Staff (MS) ................................................................................................... MS-1
Nursing (NR) ........................................................................................................... NR-1

Performance Measurement and the ORYX Initiative .........................................PM-1

Simplifying Compliance Activities......................................................................SCA-1

Glossary................................................................................................................GL-1

Index.....................................................................................................................IX-1

# The Accreditation Process

## Overview

This chapter combines the former "The Joint Commission Accreditation Process" (ACC) and "Accreditation Policies and Procedures" (APP) chapters. This new chapter is arranged in the order of the accreditation process and begins with general information about the accreditation process, including the application, types of surveys, the Periodic Performance Review (PPR), priority focus areas (PFAs), and clinical/service groups (CSGs). The chapter then details what organizations can expect during the accreditation survey, including the survey agenda, tracers, and scoring guidelines. Finally the chapter includes information important to organizations after the survey, including the accreditation decision, decision rules, Evidence of Standards Compliance (ESC), and the review and appeal process.

The policies and procedures described in this chapter are relevant to all health care organizations interested in Joint Commission accreditation whether they are applying for the first time or seeking continued accreditation. You can locate the policies and procedures applicable to your organization according to where your organization is in its accreditation cycle. All organizations must follow the policies and procedures listed in this chapter to participate and continue to participate in the accreditation process. Failure to follow the policies and procedures described in this chapter can result in denial or withdrawal of accreditation. Because this information is reviewed and revised as necessary on a continuous basis, all organizations are responsible for keeping track of these policies and procedures.

**Note:** *The "Accreditation Participation Requirements" chapter includes specific requirements for accreditation participation. The Accreditation Participation Requirements (APRs) are existing policies and are currently effective for accreditation purposes. Cross-references to the APRs are noted in the applicable sections of this chapter.*

## Key Milestones in the Accreditation Process

- Each accredited organization is required to update its PPR annually.
- For initial unannounced surveys,* The Joint Commission will electronically provide PPR access (after the application and deposit are received at the Joint Commission), the output of the PFP (*see* pages ACC-16–ACC-18 for more information), and instructions to your hospital on how to proceed with the PPR. (Although access is granted to the electronic PPR tool, its completion is not required for hospitals undergoing initial survey.)
- Your hospital is encouraged to use this continuous PPR access to evaluate compliance with standards using EPs on an ongoing basis to ensure the continuous provision of safe, high-quality care (*see* the section "Scoring Compliance and Track Record Achievements" on pages ACC-32–ACC-33 for more information). For standards identified as "not compliant," your hospital will develop a plan of action with measures of success (MOS), if required.
- The PPR process will also evaluate compliance with all applicable APRs and National Patient Safety Goals.
- Full PPR: Your organization must annually update and transmit its PPR to the Joint Commission, and, if appropriate, its plan(s) of action and relevant MOS. The plan(s) of action must address all not compliant standards areas as identified in the PPR. (*See* Table 1 on page ACC-17 for more information, and the "Accreditation Participation Requirements" chapter for the full text of the PPR and its options.)
- Organizations that select PPR option 2 or option 3 are required to undergo annual announced option 2 or option 3 surveys. Each year you may choose the full, option 1, option 2, or option 3 PPR process.
- After the annual update and transmission of your PPR, your organization may elect to participate in an optional conference call with Joint Commission staff to reach final agreement on the

*Effective immediately: All initial surveys for hospitals will be conducted on an unannounced basis. See page ACC-25 for more information.

plan of action and MOS and/or discuss standards-related issues and receive approval of submitted plan(s) of action and MOS.

- For organizations that selected the full PPR, option 1, or option 2, at the time of your organization's full survey, surveyors will ask to see your MOS data, which will indicate that performance has been achieved and sustained. Surveyors will use this information as a data source, similar to PFP data.
- Your accreditation decision is not affected by the results of your PPR.
- On the day of your survey, your organization will receive PFP information for its top PFAs and CSGs on its secure extranet site. (For more information on this process, please see the PFP component on page ACC-16.) The surveyor(s) scheduled to conduct your survey will also receive the PFP output for your hospital. This information will help the surveyor(s) to focus the survey process on issues that are unique to your hospital.
- Full on-site survey occurs. The surveyor(s) will visit various services/programs using the tracer methodology. (For more information on this process, please *see* the tracer methodology component on pages ACC-29–ACC-30.)
- After evaluating your hospital's performance, the surveyor(s) will review the results of his or her findings. Before the closing conference, the surveyor(s) will enter his or her findings into laptop computers, thus producing a report of survey findings. After the report has been rendered, the surveyor or the survey team leader will meet with your hospital's chief executive officer (CEO) to provide him or her with a copy of the report. It is up to the CEO to decide whether the report will be distributed at the exit conference; however, the surveyor(s) will use the contents of the report during the exit conference. (For more information on this process, please *see* page ACC-28.) In special surveys (announced and unannounced), no survey report will be left on site.
- Shortly after your survey has taken place, the Joint Commission will post your report of survey findings on a secure automated area of The Joint Commission Connect™ extranet site that is password protected for each organization. If the surveyor(s) finds requirements for improvement in your organization, you have 45 days following the posting of your organization's Accreditation Survey Findings Report on the extranet to submit an ESC. During the 45-day period, your hospital's prior accreditation decision will remain in effect.
- Clarification (optional): If your organization believes that it was in compliance with a standard identified as "Not Compliant" at the time of survey and that there was adequate evidence of compliance available to the surveyor or the survey team, you may submit evidence in a narrative format via electronic means to support that contention. All submissions of clarifying evidence must be included as part of the ESC submission. An organization may also submit detailed evidence of information that was not immediately available at the time of survey. The submission of clarifying evidence should include an explanation as to why the surveyor(s) did not have access to the information or why it was not provided to the surveyor(s) at the time of survey. Such information must be from the time of survey, not generated after the survey date. If an organization submits clarifying evidence, it may not also submit a plan of action, an evaluation method, and an MOS for that same EP.
- **On-site Validation Survey:** If, as the result of a survey, the organization meets a decision rule for Preliminary Denial of Accreditation or Conditional Accreditation, the organization will have 10 business days from the date the survey findings are posted to the extranet to submit clarifying ESC. If, after reviewing the clarifying evidence, it is determined that the organization continues to meet a rule of Preliminary Denial of Accreditation or Conditional Accreditation, the survey results will be submitted to the Accreditation Committee for a decision. If after reviewing the organization's clarifying evidence it is determined that the organization no longer meets the decision rule for Preliminary Denial of Accreditation or Conditional Accreditation, a Joint Commission staff member will conduct an on-site validation survey to
  - Seek to validate the clarifying evidence submitted and determine if such information or data was available to the previous on-site survey team
  - Determine whether the organization does or does *not* meet a decision rule for Preliminary Denial of Accreditation or Conditional Accreditation

If the organization does *not* meet a rule for Preliminary Denial of Accreditation or Conditional Accreditation, it will be awarded Accreditation (if it is compliant with all standards) or it will be required to submit an ESC (if it still has requirements for improvement). However, if the organization does meet a decision rule for Preliminary Denial of Accreditation or Conditional Accreditation, the Joint Commission staff will recommend to the Accreditation Committee that the organization remain in Preliminary Denial of Accreditation or Conditional Accreditation. If the results of the on-site validation survey suggest that the organization falsified its clarifying evidence, a recommendation will be made to the Accreditation Committee as to whether the Information Accuracy and Truthfulness Policy should be invoked.*

There will be no charge to the organization for having an on-site validation survey.

- If, at the end of the 45-day period, your hospital successfully addresses its requirements for improvement, it will receive an accreditation decision of "Accredited" provided you had not met a rule for Conditional Accreditation or Preliminary Denial of Accreditation. After the 45-day time frame, either the ESC report is received and approved or your organization will receive an accreditation decision of "Provisional Accreditation." Your Quality Report will be made available to the public on Joint Commission's Quality Check®. (For more information on the Joint Commission Quality Report, please *see* pages QR–1–QR–14.)

## Eligibility
### Organizations Eligible for Accreditation
*General Eligibility Requirements*

Any health care organization may apply for Joint Commission accreditation under the standards in this manual† if all the following requirements are met:

- The organization is in the United States or its territories or, if outside the United States, is operated by the U.S. government, or under a charter of the U.S. Congress
- The organization assesses and improves the quality of its services. This process includes a review of care by clinicians, when appropriate.
- The organization identifies the services it provides, indicating which services it provides directly, under contract, or through some other arrangement
- The organization provides services addressed by the Joint Commission's standards

## Policies
### Scope of Accreditation Surveys
*General Survey Categories*

The Joint Commission surveys and accredits health care organizations, using standards from one or more of the following manuals:

- *Comprehensive Accreditation Manual for Hospitals: The Official Handbook*
- *Comprehensive Accreditation Manual for Critical Access Hospitals*
- *Comprehensive Accreditation Manual for Office-Based Surgery Practices*
- *Comprehensive Accreditation Manual for Ambulatory Care*
- *Comprehensive Accreditation Manual for Behavioral Health Care*
- *Comprehensive Accreditation Manual for Home Care* (includes standards for home health, personal/support care, hospice, home medical equipment, and pharmacies)
- *Comprehensive Accreditation Manual for Long Term Care*
- *Comprehensive Accreditation Manual for Laboratory and Point-of-Care Testing*

In addition to using standards, the Joint Commission also surveys organizations by using the standards, elements of performance (EPs), performance measurement data (when applicable), and APRs, including the Joint Commission National Patient Safety Goals (*see* the "Performance

---

* *See* pages ACC–8–ACC–9 for more information on decision rules.

† The Joint Commission will work with the organization to determine which standards from other accreditation manuals are applicable.

Measurement and the ORYX® Initiative" and "National Patient Safety Goals" chapters, respectively). Used in conjunction with the standards, these items help assess an organization's performance.

## Tailored Survey Policy

The Joint Commission survey, assuming satisfactory compliance, provides one accreditation award for all the organization's services, programs, and related organizations. Another service, program, or related entity (that is, component), whether providing services directly or through a contractual arrangement, is included in the survey of the applicant organization under the following circumstances:

- There are Joint Commission standards applicable to the component
- The component is overseen and managed by the applicant organization through organizational and functional integration

**Note:** *Any service, program, or related entity that is a component of an accreditation-eligible organization may independently seek accreditation if it can meet Joint Commission survey eligibility requirements. The results of such a separate accreditation survey will still apply to the overall organization's decision in accordance with applicable decision rules.*

*Organizational and functional integration* refers to the degree to which the component is overseen and managed by the applicant organization. *Applicant organization* refers both to an organization seeking accreditation and to an organization that is currently accredited. A *component* is a service, program, or related entity that delivers care or services and is eligible for survey under one of the Joint Commission's accreditation programs. These include the following:

- General, acute psychiatric, pediatric, critical access, surgical specialty, long term acute care, and rehabilitation hospitals
- Home care organizations, including those that provide home health services, personal care and support services, home infusion and other pharmacy services, long term care pharmacies and infusion centers, durable medical equipment services, and hospice services
- Skilled nursing facilities, nursing homes and other long term care facilities
- Behavioral health care organizations, including those that provide mental health services, substance abuse treatment services, foster care services, and services for persons with developmental disabilities of various ages and in various organized service settings
- Ambulatory care providers, including surgery centers and office-based surgery practices, rehabilitation centers, sleep labs, imaging centers, group practices, community health centers, student health centers, and others
- Clinical laboratories

*Organizational integration* exists when an applicant organization's governing body, either directly or ultimately, controls budgetary and resource allocation decisions for the component or, where individual corporate entities are involved, there is greater than 50% common governing board membership for the applicant organization and on the board of the component.

*Functional integration* exists when the entity meets at least three of the following eight criteria:
1. The applicant organization and the component do the following:
    - Use the same process for determining membership of licensed independent practitioners in practitioner panels or medical or professional staff and/or
    - Have a common organized medical or professional staff for the applicant organization and the component

2. The applicant organization's human resources function hires and assigns staff at the component and has the authority to do the following:
   - Terminate staff at the component
   - Transfer or rotate staff between the applicant organization and the component
   - Conduct performance appraisals of the staff who work in the component
3. The applicant organization's policies and procedures are applicable to the component, with few or no exceptions
4. The applicant organization manages significant operations of the component; that is, the component has little or no management authority or autonomy independent of the applicant organization
5. The component's patient records are integrated into the applicant organization's patient record system
6. The applicant organization applies its performance improvement program to the component and has authority to implement actions intended to improve performance at the component
7. The applicant organization bills for services provided by the component under the name of the applicant organization
8. The applicant organization and/or the component portrays to the public that the component is part of the organization through the use of common names or logos; references on letterheads, brochures, telephone-book listings, or Web sites; or representations in other published materials

A checklist to assist in determining organizational and functional integration is found on page ACC-6.*

The Joint Commission evaluates all health care services provided by the organization for which the Joint Commission has standards and makes one accreditation decision and Accreditation Survey Findings Report. An organization must be prepared to provide evidence of its compliance with each applicable standard. To gain accreditation, an organization must demonstrate overall compliance with the standards and their EPs.

## Complex Organization Survey Process

The complex organization survey process is applied to organizations that are governed by the Tailored Survey Policy. The Joint Commission conducts a complex organization survey based on the services provided by the organization, as reported in its electronic application (e-App). Because a complex organization survey process involves standards in more than one of the manuals listed in this chapter, the Joint Commission provides the organization with a copy of each of the manuals to be used in the survey before it is conducted.

An organization that has acquired a new component that requires a survey in an accreditation program that is new to the organization is given a 12-month grace period from the time the component is acquired before the performance of that component is factored into the organization's overall accreditation decision. The newly acquired component is usually surveyed within six months of its acquisition as an extension survey, even though the component would still be considered accredited.

## Single Accreditation Award

The Joint Commission survey, assuming satisfactory compliance, provides one accreditation award for all of the organization's services, programs, and related organizations. Included in each organization's survey and accreditation decision are all services, programs, and related organizations that are organizationally and functionally integrated. If, after accreditation is rendered to an organization, the organization's structure changes whereby one or more of its services, programs, or related organizations is no longer part of the organization that was originally surveyed, the service, program, or related organization is no longer included in the organization's accreditation.

## Contracted Services

The Joint Commission evaluates an organization's assessment of the quality of services provided under contractual arrangements. The Joint Commission reserves the right to evaluate, as part of its

---

* Effective immediately

survey, services provided by another organization or provider. It may survey performance issues between the contracted organization and the applicant organization, regardless of the accreditation decision of the contracted organization. The Joint Commission also surveys services provided on-site under contract.

## Inclusion of Physician Practices

Physician practices are included in an accreditation survey, provided that one or both of the following criteria are met:

- The physician practice is included in the hospital's Medicare cost report as a provider-based (that is, not freestanding) practice and/or
- The physician is employed by the hospital, and the hospital or the physician practice positively portrays to the public that the physician practice is part of the hospital

**This page is blank
due to revisions through
the *CAMH* Update.**

## Checklist to Determine Organizational and Functional Integration

| Organizational | Description | Check Yes or No | | Comments |
|---|---|---|---|---|
| 1. Governance | Governing body of the organization applying for accreditation controls budget and resource allocation for component | Yes | No | |
| 2. Shared governance | If separate corporate entities, over 50% of governing body membership is shared by the organization applying for accreditation and the component | Yes | No | |

| Functional | Description | Check Yes or No | | Comments |
|---|---|---|---|---|
| 1. Common medical staff and/or licensed independent practitioner process | Unified process for credentialing of licensed independent practitioners | Yes | No | |
| 2. Human resources | The organization applying for accreditation has hiring/firing/ performance appraisal authority over the component's staff | Yes | No | |
| 3. Policies and procedures | Common policies and procedures | Yes | No | |
| 4. Management | Component is managed by the organization applying for accreditation | Yes | No | |
| 5. Patient records | Integrated patient record system | Yes | No | |
| 6. Performance improvement | Integrated performance improvement program, with organization authority to implement performance improvement actions at component | Yes | No | |
| 7. Billing | Component's services are billed by applicant organization | Yes | No | |
| 8. Public | There is public portrayal of components as part of parent organization through names or logos, etc. | Yes | No | |

**Note:** Applicant organization needs minimum of one (1) "Yes" response for Organizational Integration; and three (3) "Yes" responses for Functional Integration to include components as "sites" on application.

## Multiorganization Option

The Joint Commission offers a multiorganization system that owns or leases at least two organizations the option of using a modified survey process. This option has the following three components:

1. A corporate orientation held at the beginning of the year
2. Surveys of participating organizations with the same survey team leader
3. A corporate summation after the last organization in the system is surveyed

A system may choose to have either a corporate orientation, a corporate summation, or both. The orientation session provides an opportunity for corporate staff to orient the survey team to the structure and practices of the system. The survey team also surveys centralized corporate services, documentation, and policies and procedures applicable to Joint Commission standards. The corporate summation provides an overall analysis of the system's strengths and weaknesses. It also provides consultation and education related to accreditation survey findings across the system. There is a separate fee for both the corporate orientation and corporate summation.

Continuity in the composition of the survey team will be maintained by the survey team leader(s). The remaining members of the survey team rotate in and out of the system's unannounced schedule. The survey team leader compiles the information necessary to support the corporate summation.

Through the multiorganization option, the Joint Commission accredits the individual health care organizations that are part of a multiorganization system, not the system itself. Therefore, each organization within a system receives its own accreditation decision and Accreditation Survey Findings Report. The findings and decision for one organization within a system have no bearing on those of another organization within the system.

## Notifying the Public About a Joint Commission Survey

Because an organization will not be able to post its survey date, and, therefore, individuals cannot request to have a Public Information Interview (PII), a new APR was established. APR 8 requires an organization to demonstrate how it communicates to its public that if members of the public have any quality of care or safety concerns about an organization, they should notify the Joint Commission. The organization may notify the public by posting an accreditation certificate, posting information on its Web site and/or in patient admission brochures, or by using any other effective means of its choice.

The public includes, but is not limited to, the following:

- Patients and their families
- Patient advocates and advocacy groups
- Members of the community for whom services are provided
- Staff members

## Initial Surveys

An organization that is seeking Joint Commission accreditation for the first time or that has not been unaccredited by the Joint Commission during the previous six months is eligible for an initial survey. The full scope of applicable standards is reviewed during the survey. The Joint Commission's policy for assessing and monitoring organizations new to the accreditation and certification process is as follows:*

- Elimination of the requirement that organizations new to the accreditation and certification process be able to demonstrate a four-month track record of compliance with the standards at the time of the initial survey.
- If an organization new to the accreditation or certification process demonstrates compliance with Joint Commission standards, without consideration of track record requirements, the organization will receive Accreditation or Certification, respectively.

---

\* Effective immediately.

**Initial survey**: An accreditation survey of a health care organization not previously accredited by the Joint Commission, or an accreditation survey of an organization performed without reference to any prior survey findings.

*Comprehensive Accreditation Manual for Hospitals: The Official Handbook*

- Organizations new to the accreditation or certification process that provide **high risk/critical services** (for example, specialty hospitals)—based on criteria yet to be determined—will be subject to a one-year follow-up survey to assess sustained compliance with the standards.
- All organizations new to the accreditation or certification process that become accredited after their initial survey will be included in a 5% "pool" of organizations undergoing a validation survey of their Evidence of Standards Compliance (ESC).
  - ○ In October 2005, the Joint Commission's Accreditation Committee approved the progressive elimination of Random Unannounced Surveys by the end of 2008, and the introduction of a new validation survey—Random Unannounced Validation Surveys of Evidence of Standards Compliance. The latter will be conducted to validate information in organizations' ESCs and to evaluate how effectively corrective actions are sustained over time.
  - ○ The new Random Unannounced ESC Validation Surveys will provide a timely mechanism for monitoring continued standards compliance for organizations new to the accreditation or certification process, versus using the organization's prior track record to predict future performance.

The accreditation effective date for an organization that undergoes an initial survey is the date on which an acceptable ESC was submitted, if the organization has an RFI. If there are no requirements for improvement, the effective date is the date after the last day of the survey.

For organizations receiving an initial survey that receive a Conditional Accreditation decision, the effective date will be the date of the Accreditation Committee meeting at which the decision was made, if the organization has submitted an acceptable ESC. If the organization has yet to submit an acceptable ESC that resolves all requirements for improvement at the time of the Accreditation Committee meeting, then the effective date for the accreditation decision is set retroactively as the date when the acceptable ESC is submitted.

**This page is blank
due to revisions through
the *CAMH* Update.**

**Fees for Postponements for Initial Surveys**

In rare circumstances, the Joint Commission may, at its discretion, approve a request to postpone a survey for an organization not meeting any of the criteria described here. In such cases, the organization may be charged a fee to defray costs. In addition, if the initial survey is of a new program or service of a complex organization already accredited, the organization may be required to undergo an extension survey. Please contact your account representative or the Pricing Unit at 630/792-5115.

**Information Accuracy and Truthfulness Policy**

The accuracy and veracity of relevant information, whether actually used in the accreditation process or not, are essential to the integrity of the Joint Commission's accreditation process. Information provided at any time by the organization must be accurate and truthful.* Such information may do the following:

- Be provided verbally or in writing
- Be obtained through direct observation or interview by Joint Commission surveyors
- Be derived from documents supplied by the organization to the Joint Commission, including, but not limited to, an organization's root cause analysis (RCA) in response to a sentinel event, an organization's request for accreditation, or a plan of correction submitted as part of the Conditional Accreditation process
- Involve data or documents transmitted electronically to the Joint Commission, including, but not limited to, data or documents provided as part of the e-App process
  or
- Involve an attestation that an organization has not knowingly used Joint Commission full-time, part-time, or intermittent surveyors to provide any accreditation-related consulting services after January 1, 2004. Examples of such services include, but are not limited to, the following:
  - ○ Helping an organization meet Joint Commission standards
  - ○ Helping an organization in the PPR process
  - ○ Conducting mock surveys for an organization
  - ○ Helping an organization in the ESC process
    or
  - ○ Providing consultation to an organization to address Priority Focus Process (PFP) information

*Falsification,* as the term is used in the Joint Commission's Information Accuracy and Truthfulness Policy, applies to both commissions and omissions in sharing information with the Joint Commission.

**Policy Requirements**

The Joint Commission's Information Accuracy and Truthfulness Policy includes the following:

1. An organization must never provide the Joint Commission with falsified information relevant to the accreditation process. The Joint Commission construes any effort to do so as a violation of the organization's obligation to engage in the accreditation process in good faith.
2. *Falsification* is defined for this policy as the fabrication, in whole or in part, and through commission or omission, of any information provided by an applicant or accredited organization to

---

* *See* APR 10 on page APR-5 in the "Accreditation Participation Requirements" chapter.

the Joint Commission. This includes, but is not limited to, any redrafting, reformatting, or content deletion of documents.

3. The organization may submit additional material that summarizes or otherwise explains original information submitted to the Joint Commission. These materials must be properly identified, dated, and accompanied by the original documents.

4. The Joint Commission conducts an evaluation when it has cause to believe that an accredited organization may have provided falsified information to the Joint Commission relevant to the accreditation process. Except as otherwise authorized by the president of the Joint Commission, the evaluation includes an unannounced on-site survey. This survey uses special protocols designed to address the alleged information falsification. It assesses the degree of actual organization compliance with the standards and EPs that are the subject of the allegation, if appropriate.

5. The Joint Commission takes action to deny accreditation to an accredited organization whenever the Joint Commission is reasonably persuaded that the organization has provided falsified information.

6. The Joint Commission notifies responsible federal and state government agencies of any organization subject to such action.

7. If an organization is denied accreditation because it provided falsified information, the Joint Commission prohibits it from participating in the accreditation process for a period of one year. The president of the Joint Commission, for good cause only, may waive all or a portion of this waiting period.

## Good Faith Participation in Accreditation

The Joint Commission requires each organization seeking accreditation or reaccreditation to engage in the accreditation process in good faith. The Joint Commission may deny accreditation to any organization that fails to participate in the accreditation process in good faith.

Ways of interfering with good faith participation can fall into the following categories:

- *Deceiving the Joint Commission.* Compliance with the Information Accuracy and Truthfulness Policy requires a commitment on the part of the accredited organization not to deceive the Joint Commission in any aspect of the accreditation process, such as during the completion of an application for accreditation, during the PPR process, or during a survey.

- *Deceiving the public.* An accredited organization is not acting in good faith if it misleads the public about the meaning and limitations of accreditation. Also, an accredited organization must not inaccurately suggest to the public that its accreditation award applies to any unaccredited affiliated or otherwise related activities.

- *Reprisals.* The Joint Commission invites open communication from any accredited organization's staff and recipients of care and services about any standards compliance or other issues relating to the accreditation process. An organization's good faith participation in the accreditation process is questioned if the organization does any of the following:
  - Attempts to discourage such communication—for example, by taking disciplinary steps against an employee solely because that employee provides information to the Joint Commission
  - Threatens those who communicate with the Joint Commission with a defamation lawsuit based solely on what was said to the Joint Commission
  - Allows the treatment or access to services of any individual or staff member to be adversely affected by his or her or a family member's communication with the Joint Commission

- *Standards compliance.* If an organization's conduct reflects a lack of commitment to standards compliance, issues of good faith may be raised. For example, an intentional refusal to attempt to comply with a standard could suggest a cavalier view of the accreditation process.

The good faith participation requirement applies continuously throughout the accreditation cycle.

## Public Information Policy*

The Joint Commission is committed to making relevant and accurate information about health care organizations available to interested parties. Information regarding a health care organiza-

---

* This policy meets the requirements of the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

tion's quality and safety of care helps organizations improve their services. This information may also help educate consumers and health care purchasers in making informed choices about health care. At the same time, it is important that confidentiality be maintained regarding certain information to encourage candor in the accreditation process. The Joint Commission's primary vehicles for providing this information publicly are Quality Check® and Quality Reports.*

**Quality Check.** Quality Check is the Joint Commission's Web site for making available descriptive and performance information about accredited and non-accredited organizations.*

To provide the public with a direct link to the Joint Commission, the accreditation certificate publicly posted in accredited organizations includes the following statement: "The Joint Commission on Accreditation of Healthcare Organizations is an independent, not-for-profit, national body that oversees the safety and quality of health care and other services provided in accredited organizations. Information about accredited organizations may be provided directly to the Joint Commission at 1-800-994-6610. Information regarding accreditation and the accreditation performance of individual organizations can be obtained through the Joint Commission's Web site."

## Early Survey Policy

The sidebar on page ACC-11 highlights Early Survey Policy Option 1 and Option 2. An organization wishing to be accredited for the first time by the Joint Commission may choose one of the two Early Survey Policy options described here. Under both Option 1 and Option 2, an organization is required to undergo two surveys. However, the nature of the surveys and potential outcomes differ. The first survey under Option 1 is a more limited survey, while the first survey under Option 2 is a full accreditation survey.

### Early Survey Policy Option 1 (Preliminary Accreditation)

**A. Eligibility.** Early Survey Policy Option 1 is available to any organization that is currently not accredited, except an organization that has been denied accreditation. An organization must declare during the application process that it wishes to be surveyed under this option.

**B. The First Survey.** When an organization chooses Option 1, the Joint Commission conducts two on-site surveys, both of which will be unannounced.* The Joint Commission can conduct the first survey as early as two months before the organization begins operating, provided that the organization meets the following criteria:

- It is licensed or has a provisional license, according to applicable law and regulation
- The building in which the services will be offered or from which the services will be coordinated is identified, constructed, and equipped to support such services
- It has identified its CEO or administrator, its director of clinical or medical services, and its nurse executive, if applicable
- It has identified the date it will begin operations

Generally, the first survey uses a limited set of standards and assesses only the organization's physical facilities, policies and procedures, plans, and related structural considerations. For this reason, Early Survey Policy Option 1 has not been recognized by the CMS to meet the requirements for Medicare certification.

**C. Preliminary Accreditation.** The Joint Commission grants Preliminary Accreditation to an organization that is in satisfactory compliance with a subset of the standards and their EPs assessed in the first survey under Option 1. An organization that is not in satisfactory compliance must reapply and begin the accreditation process again.

The Preliminary Accreditation decision includes assignment of an additional unannounced survey against the full set of applicable standards within six months of the first survey. The survey assesses evidence of compliance with the standards for at least four months.

For an organization operating when the survey is conducted, the effective date for its Preliminary Accreditation decision is the day after the survey is conducted if the organization does not receive

*Effective immediately.

any RFIs. If the organization receives at least one requirement for improvement and therefore must submit an acceptable ESC report that resolves all requirements for improvement, the effective date for Preliminary Accreditation is then set retroactively as the date of the acceptable ESC submission. For an organization not in operation, the effective date for its Preliminary Accreditation decision is the day after it begins operating if the organization does not receive any requirements for improve-

**This page is blank due to revisions through the *CAMH* Update.**

# Early Survey Policy Options

## Early Survey Policy Option 1
*First Survey*
- Conducted up to two months before opening
  - Licensed
  - Building identified, constructed, and equipped
  - CEO or administrator, director of clinical or medical services (medical director), and nurse executive identified
  - Identified opening date
- Limited set of standards (physical plant, policies and procedures)
- Unannounced
- Outcome: Preliminary Accreditation

*Second Survey*
- Four months after the decision from the first survey
- Unannounced
- Full survey
- Outcome: Change in Preliminary Accreditation decision to Accredited, Provisional Accreditation, Conditional Accreditation, Preliminary Denial of Accreditation, or Denial of Accreditation. The effective date of the accreditation decision is the day after the *second* survey if the organization does not receive any requirements for improvement. If the organization receives at least one requirement for improvement and therefore must submit an ESC that resolves all requirements for improvement, the effective date of the accreditation decision is then set retroactively as the date the successful ESC is submitted.

## Early Survey Policy Option 2
*First Survey*
- Conducted when an organization
  - Has been in operation (licensed) at least one month
  - Has cared for at least 10 patients
  - Has at least 1 patient in active treatment at time of survey
- Full survey; no track record achievement required
- Unannounced
- Outcome: Accredited, Conditional Accreditation, Preliminary Denial of Accreditation, or Denial of Accreditation

*Second Survey*
- Full, follow-up survey four months after the decision from the first survey
- Unannounced
- Addresses track record and standards compliance issues
- Outcome: Accredited or Provisional Accreditation, Conditional Accreditation, Preliminary Denial of Accreditation, or Denial of Accreditation. The effective date of the accreditation decision is the day after the *first* survey if the organization does not receive any requirements for improvement. If the organization receives at least one requirement for improvement and therefore must submit an ESC that resolves all requirements for improvement, the effective date of the accreditation decision is then set retroactively as the date the successful ESC is submitted.

**Note:** *For all surveys, the organization will incur a fee. Contact the Joint Commission Department of Planning and Financial Affairs at 630/792-5115 for more information.*

ment. If the organization receives at least one requirement for improvement and therefore must submit an acceptable ESC report that resolves all requirements for improvement, the effective date for Preliminary Accreditation is then set retroactively as the date of the acceptable ESC submission. If the organization is not in operation at the time of survey, the organization must confirm in writing the date it begins operating.

A Preliminary Accreditation decision remains in effect until the organization has completed a second, full survey or until the Joint Commission has withdrawn the Preliminary Accreditation. The Joint Commission may withdraw Preliminary Accreditation in the following situations:
- If an organization that was not providing services at the time of the first survey does not begin providing services when expected
- If an organization does not meet the survey eligibility criteria (*see* page ACC-3)
- If an organization fails to accept the date of the second survey
- or
- If an organization is found to be not in satisfactory compliance with the applicable standards and their EPs

In any of these cases, the organization must begin the accreditation process again.

**D. The Second Survey.** The second survey under Early Survey Policy Option 1 is an unannounced full accreditation survey. The Joint Commission conducts this survey at the following times:
- Approximately six months after the first survey
- At least four months after the organization begins operating

Based on survey results, the organization's accreditation decision then changes to one of the following:
- Accredited
- Provisional Accreditation
- Conditional Accreditation
- Preliminary Denial of Accreditation
  or
- Denial of Accreditation

The effective date of the accreditation decision is the day after the second survey if the organization does not receive any requirements for improvement. If the organization receives at least one requirement for improvement and therefore must submit an acceptable ESC report that resolves all requirements for improvement, the effective date for Preliminary Accreditation is then set retroactively as the date of the acceptable ESC submission. The organization's accreditation cycle begins the day after the second survey was conducted, unless the Joint Commission reached a decision to deny accreditation. Submission of an acceptable ESC may be required based on the survey findings of the second survey under Option 1.

**Early Survey Policy Option 2**
**A. Eligibility.** Early Survey Policy Option 2 is available only to an organization that meets the following criteria:
- Has never been surveyed by the Joint Commission or has not had its Joint Commission accreditation revoked for the previous two years
- Has been in actual operation for at least one month
- Has cared for at least 10 patients by the time of the first survey, with at least 1 patient in active treatment at the time of survey
- Has not been denied participation in the Medicare program as a result of a survey conducted by or action taken by CMS or the state on behalf of CMS

**B. The First Survey.** When an organization chooses Early Survey Policy Option 2, the Joint Commission conducts an unannounced initial full accreditation survey. If the organization demonstrates satisfactory compliance with standards and their EPs in the first survey, it is granted an Accredited decision, including a requirement for a second survey. This accreditation decision reflects the preliminary nature of the assessed performance. The effective date of the accreditation decision is the day after the first survey if the organization does not receive any RFI. If the organization receives at least one requirement for improvement and therefore must submit an acceptable ESC that resolves all requirements for improvement, the effective date of the accreditation decision is then set retroactively as the date the ESC is submitted.

**C. The Second Survey.** The organization undergoes a full unannounced follow-up survey in four months. The full scope of applicable standards is reviewed, with particular attention paid to the issue of sustained performance since the first survey. Organizations surveyed under the Early Survey Policy Option 2 will also be required to complete an acceptable ESC after the second survey, as appropriate.

## Before the Survey

This section provides information on the steps leading to a full accreditation survey. These steps include the application process; the assignment of an account representative; the PPR process; the

PFP; the assignment of a survey team; policies regarding survey scheduling; postponements and delays; and continuous public involvement. In accordance with the requirements of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), a health care organization and the Joint Commission must have a signed Business Associate agreement before the organization's survey can begin.

## Application for Accreditation

An organization needs to complete its e-App once, and it is required to provide updates as appropriate. The e-App can be completed via the organization's secure extranet site. When an organization notifies the Joint Commission that it wishes to become accredited, the Joint Commission provides the organization with information explaining how to access and complete its application on its secure site on the Joint Commission extranet site. After an organization completes its application, it will remain valid until the organization no longer wishes to be Joint Commission accredited, as long as the organization completes and submits its updates to the Joint Commission. Initial applications are valid for six months.

Organizations that use the e-App are able to enter data directly in the application and submit the e-App to the Joint Commission electronically. The application provides essential information about the organization, including ownership, demographics, and types and volume of services provided.

The application does the following:
- Describes the organization seeking accreditation
- Requires the organization to provide the Joint Commission with all official records and reports of public or publicly recognized licensing (for example, state licenses), examining, reviewing, or planning bodies*
- Authorizes the Joint Commission to obtain any records and reports not possessed by the organization
- When accepted, establishes the terms of the relationship between the organization and the Joint Commission

For an organization that chooses not to complete its application via its secure site on the Joint Commission extranet site, the organization may request a printed copy of the application by contacting its account representative. An organization can find out who its account representative is by calling 630/792-3007.

## Accreditation Contract

The Joint Commission has begun annual subscription billing. As a result, organizations seeking Joint Commission accreditation for the first time or re-accreditation with the Joint Commission must sign an accreditation contract. This contract is separate from the e-App.

Contracts are available for printing and approval via each organization's secure extranet site. An organization will not be scheduled for survey until a contract is in effect. Governmental organizations may enter into unique contracts with the Joint Commission in accordance with the scope of services available from the Joint Commission and the laws for contracting that bind that government entity.

An organization will not be scheduled for survey until it signs an accreditation contract. When this happens, the Joint Commission will proceed with the organization's survey plans unless the organization notifies the Joint Commission in writing of its intent to withdraw from accreditation and terminate the accreditation contract. Notification in writing is necessary to terminate the accreditation contract, halt survey scheduling, and avoid a final decision of Denial of Accreditation. If an organization fails to notify the Joint Commission in writing of its intent to withdraw from accreditation and terminate its accreditation contract before a scheduled unannounced survey, the Joint Commission's decision rules provide for a final decision of Denial of Accreditation.†

---

* *See* APR 1 on page APR-2 in the "Accreditation Participation Requirements" chapter.

† Effective immediately.

### Accuracy of the Application Information

The Joint Commission schedules surveys based on information provided in an organization's e-App. With the information provided, the Joint Commission determines the number of days required for a survey and the number of surveyors.

Inaccurate or incomplete information in the e-App may necessitate an additional survey, which could delay the Joint Commission's Accreditation Decision and Accreditation Survey Findings Report. It may also cause the organization to incur additional survey charges.

**This page is blank
due to revisions through
the CAMH Update**

**Handling Changes Affecting Application Information***

At any time during the accreditation process, an organization may undergo a change that modifies the information reported in its e-App. The organization must notify the Joint Commission in writing within 30 calendar days after such a change is made. Information that must be reported includes the following:

- A change in ownership
- A change in location
- A significant increase or decrease in the volume of services
- The addition of a new type of health service or site of care
- The acquisition of a new component
- The deletion of an existing health service or site of care
  or
- The deletion of an existing component

The Joint Commission may conduct an additional survey at a later date if its surveyor or survey team arrives at the organization and discovers that a change was not reported. The Joint Commission may also survey any unreported services and sites addressed by its standards. The Joint Commission makes the final accreditation decision for the organization only after surveying all or an appropriate sample of all services, programs, and sites provided by the organization for which the Joint Commission has standards. Information reported in the e-App is subject to the Joint Commission's Information Accuracy and Truthfulness Policy (*see* page ACC-8).

## Forfeiture of Survey Deposit

A nonrefundable, nontransferable deposit toward accreditation fees is required for initial surveys only. The Joint Commission applies the deposit to the organization's accreditation fees if a survey is conducted. An organization scheduled for an initial survey forfeits its deposit if its survey is not conducted within six months of submitting its application. The organization must then reapply and submit a new deposit to begin the accreditation process again.

## An Organization's Secure Site on the Joint Commission Extranet Site

A key feature of the Joint Commission's accreditation process is increased use of technology. The use of technology better enables the Joint Commission and accredited organizations to communicate accreditation-related information in a more efficient and timely manner.

To fully use technology in the accreditation process, the Joint Commission provides each organization with a secured Web site on the Joint Commission's extranet site. Access to this site can only be accomplished through the use of the organization's password. This site permits an organization to complete its e-App and PPR electronically. In addition, shortly after an organization's survey, the organization's Accreditation Survey Findings Report and its ESC report are posted on the organization's secure extranet site.

## Role of the Account Representative

The Joint Commission assigns an account representative to an organization after receiving its e-App. This person serves as the primary contact between the organization and the Joint Commission. He or she coordinates survey planning and handles policies, procedures, accreditation issues or services, and inquiries throughout the accreditation cycle. If an organization does not know who its account representative is, it can call 630/792-3007.

## Survey Fees

Since January 2006, the Joint Commission has used a subscription billing system for all programs (with the exception of opioid treatment providers). For all accredited programs, the subscription approach involves an annual billing at a base rate and the assessment of an add-on fee to cover

---

* *See* APR 2 on page APR-2 in the "Accreditation Participation Requirements" chapter.

survey-related costs in those years in which an on-site survey is conducted. The use of an annual fee subscription approach is more consistent with the continuous nature of the Joint Commission's current accreditation process.

The nonrefundable annual fee is assessed on each accredited program and is due each January. Electronic invoices will be posted to the organization's Jayco® extranet site; paper invoices will not be sent. The annual fee level for an organization is determined based on the organization's size and complexity, just as in the previous approach. The annual fee for organizations applying for accreditation for the first time will be prorated, based upon the quarter in which the application for accreditation and deposit is submitted.

In addition to annual fees, organizations are also billed an on-site survey fee after the survey has been performed. The on-site survey fee, which is designed to cover the costs of performing a survey, is due upon receipt. Other types of surveys such as conditional follow-up surveys and PPR surveys, will continue to be charged separately, after the event has occurred.

The annual payment will also not take into account the costs of having as part of the survey team a specialist surveyor, such as an ambulatory health care specialist, chemical dependency specialist, or a *Life Safety Code®*\* (*LSC*) Specialist on a hospital survey (*see* below). Thus, if an organization has one of these specialist surveyors, the organization will be invoiced subsequently to the event, to cover the costs of having these surveyors.

For an initial survey, an organization must send a nonrefundable deposit toward accreditation fees with its e-App.

An organization that has not paid its annual or on-site accreditation fee in full prior to issuance of the accreditation decision and report must remit the outstanding balance within 60 calendar days from receipt of the report. Failure to provide timely payment of any Joint Commission fees may result in the loss of accreditation. The Joint Commission notifies an organization with significant standards compliance problems of either a Conditional Accreditation or a Preliminary Denial of Accreditation decision as soon as possible, whether or not payment has been received.

Questions regarding fees can be directed to the Pricing Unit (pricingunit@jcaho.org) or by calling 630/792-5115.

## Periodic Performance Review

The PPR process is a key component in the more continuous accreditation process. It is designed to help organizations incorporate Joint Commission standards as part of routine operations and ongoing quality improvement efforts. An organization has access to its PPR tool on a continuous basis throughout its accreditation cycle. The PPR tool becomes available to organizations seeking accreditation for the first time after submitting their e-App and deposit. The PPR tool permits the organization to evaluate compliance with all applicable Joint Commission standards and EPs. For every not compliant standard, the organization must identify a plan of action at the EP level, identifying how it plans to come into compliance with the requirement(s). This plan must include an MOS, if applicable, for each EP within a standard that is identified as not compliant and that requires an MOS. (Not all EPs require an MOS, and an organization needs to demonstrate achievement with an MOS only for an EP that is within a not compliant standard and that requires an MOS.) The MOS is a numeric or other quantitative measure, usually related to an audit, that can help determine whether a planned action was effective and sustained.

The PPR helps your hospital review applicable standards, APRs, and National Patient Safety Goals; assess compliance; develop and implement plans of action; and identify measures by which you will gauge your success in carrying out those plans. By participating in the PPR, your hospital will be better able to incorporate Joint Commission standards into routine operations, which in turn will help to ensure the provision of safe, high-quality care on an ongoing basis.

---

\* *Life Safety Code®* is a registered trademark of the National Fire Protection Association, Quincy, MA.

The evaluation and plan of action must be completed electronically on the organization's secure extranet site and transmitted to the Joint Commission by its annual due date. Following receipt of the evaluation and plan of action, and if requested by the organization, staff from the Joint Commission's Standards Interpretation Group schedule a telephone call with the organization to discuss and agree upon an acceptable plan of action. The time line for the PPR is such that the organization should have sufficient time to implement the actions identified in the plan of action. The track record will be based on the plan of action implementation date. (The PPR submission is not required of organizations undergoing initial survey.)

An organization is required to annually submit to the Joint Commission an update to its PPR. Organizations that select option 2 or option 3 are required to undergo annual option 2 or option 3 surveys.*

Due dates for annual PPR updates will be at one-year intervals after the organization's last full survey. For example, if a hospital had its last full survey end on January 1, 2006, its next annual PPR update would be due January 1, 2007, and the following annual PPR updates would be due January 1, 2008. If a full survey occurs before an organization's anticipated PPR update due date, the PPR due date will reset accordingly. Each accredited organization must either submit its updated PPR to the Joint Commission or select option 1, option 2, or option 3 on an annual basis. An organization may change its selection or options as often as annually. The annual update to the PPR facilitates a hospital's ongoing quality improvement efforts and supports a continuous accreditation process. If your hospital's laboratory services are accredited by the Joint Commission, the laboratory PPR will be due at the same time as the hospital's PPR.

Table 1 on pages ACC-17–ACC-18 outlines some of the activities in each of these options.

## Plans of Action
A plan of action is a detailed description of how a hospital plans to bring into compliance any standard identified as "not compliant" in the PPR (plans of action are not required for standards where some EPs are marked "partial compliance" but where the standard does not meet the level of "not compliant"). The plan of action should include the planned action to be taken and target implementation dates. If the EP requires an MOS when lack of compliance exists, you must also describe the MOS or how you plan to measure your successful implementation of your plans of action.

The PPR will only affect an organization's accreditation decision if the organization fails to participate in the PPR process, whether the full or one of the three options, or through the PPR process an immediate threat to life situation is identified and a special survey is conducted. If you need more information while completing your PPR, please contact your account representative at 630/792-3007.

## Priority Focus Process
An important component of the Joint Commission's accreditation process is the PFP, which guides the surveyor(s) in planning and conducting your on-site survey. This focuses survey activities on the organization-specific issues that are most relevant to safety and quality of care (referred to as priority focus areas [PFAs]). The PFP can be considered a process for standardizing the PFAs for review during survey. The PFP uses an automated tool, which takes available data from a variety of sources—including e-Apps for accreditation, previous survey findings, complaint data, and publicly available external data—and integrates them to identify CSGs and PFAs for your hospital. The PFP converts these data into information that focuses survey activities, increases consistency in the accreditation process, and customizes the accreditation process to make it specific to your hospital, and guides tracer activities (see pages ACC-29–ACC-30 for more information on the tracer methodology) and is a starting point for the survey.

Your hospital will receive PFP information for its top PFAs and CSGs on its secure extranet site. Complex organizations that are surveyed under more than one accreditation program will receive

---

* See pages APR 7–APR-8 for the full text of the PPR and its options.

## Table 1. PPR Options

**Full PPR**
- Organization uses the automated PPR tool to assess and score compliance with EPs for each applicable standard
- Organization creates a plan of action* addressing each EP scored partial or insufficient compliance within any standards found not compliant
- Organization identifies an MOS, if required, for each EP scored partial or insufficient compliance within any standards scored not compliant
- Organization submits PPR to Joint Commission annually
- Organization may elect to participate in a conference call with Joint Commission staff to discuss plan(s) of action, MOS, and other standards-related issue of their choosing. If a conference call is not requested, the data will be reviewed by Joint Commission staff. Should they determine a conference call is needed, your organization will be contacted to schedule a call.
- Because the Joint Commission may request a conference call even if an organization does not request one, all organizations submitting the full PPR or option 2 second submission with not compliant standards need to enter their conference call "avoid dates" when they submit their PPR. "Avoid dates" are dates on which the organization prefers that the conference call not be scheduled.
- Joint Commission staff reviews and approves plan(s) of action during conference call
- Surveyors review any required MOS at full survey

**Option 1**
- Organization uses PPR tool to annually affirm that, for substantive reasons, legal counsel advises organization not to participate in the full PPR and instead will complete a PPR and plan of action and identify appropriate MOS
- Organizations can use the PPR tool to score compliance and can print and view standards and EPs to conduct its assessment on paper. These data are not submitted to the Joint Commission.
- Organization affirms that it has completed an assessment of its compliance with applicable EPs and developed plans of action and MOS, as necessary, but does not submit data to Joint Commission
- Organization can submit standards-related issues in the PPR tool for telephone discussion with Joint Commission staff, if desired, and receive design approval
- Surveyors review any required MOS at full survey

**Option 2**
- Organization uses PPR tool to annually attest that, after careful consideration with legal counsel, it has decided not to participate in full PPR and instead intends to undergo either a limited survey, or a full-length PPR survey. The organization may choose between either the limited survey or the full-length survey. When an organization selects a full-length PPR options 2 or 3 survey, it may independently select these options without advice of legal counsel.
- The limited survey will be approximately one-third the length of the full survey; a fee will be charged
- Organizations that choose a full-length PPR survey will also be charged a fee. The full-length PPR survey can be either announced or unannounced, depending upon the organization's request.
- Survey will be conducted using tracer methodology and PPR output; all standards are subject to review
- Surveyor leaves written report of findings with organization
- The organization must submit the tool again within 30 days of the survey. This submission addresses not compliant standards, choice of a conference call, and any other topics for discussion with Joint Commission staff.
- Organization creates a plan of action and any required MOS for each standard scored not compliant and submits data to Joint Commission via the PPR tool within 30 days of survey

*(continued on next page)*

---

* A plan of action details the action(s) an organization will take to come into compliance with each standard identified as not compliant.

Copyright 2008 Joint Commission on Accreditation of Healthcare Organizations. All Rights Reserved.

## Table 1. PPR Options *(continued)*

- Organization may elect to participate in a conference call with Joint Commission staff to discuss the plan(s) of action and MOS. If a conference call is not requested, the data will be reviewed by Joint Commission staff. Should it determine a conference call is needed, your organization will be contacted to schedule a call.
- Joint Commission staff reviews and approves plan(s) of action during conference call
- Surveyors will review any required MOS at full survey

**Option 3**
- Organization uses the PPR tool to annually attest that after careful consideration with legal counsel, it has decided not to participate in the full PPR and instead intends to undergo either a limited survey, or a full-length PPR survey. The organization may choose between either the limited survey or the full-length survey. When an organization selects a full-length PPR options 2 or 3 survey, it may independently select these options without advice of legal counsel.
- The limited survey will be approximately one-third the length of the full survey; a fee will be charged.
- Organizations that choose a full-length PPR survey will also be charged a fee. The full-length PPR survey can be either announced or unannounced, depending upon the organization's request.
- Survey will be conducted using tracer methodology and PFP output; all standards are subject to review
- Unlike option 2, however, option 3 stipulates that no written report of findings will be left at the organization. The surveyor delivers an oral report of findings at the closing conference of the on-site survey.
- The organization must submit the tool again within 30 days of the survey. This submission addresses the choice of a conference call and any topics for discussion with Joint Commission staff.
- At the time of the organization's full survey, the surveyors will receive no information relating to the organization's option 3 survey findings.

program-specific PFP information and organization-level PFP information that is a summary of all programs' data and information.

From these sources, the PFP identifies PFAs for each hospital on which surveyors initially will focus during the initial part of the on-site survey. Surveyors will use the PFP in the following ways:
- The surveyor(s) assigned to your hospital will have access to your hospital's PFP information via the surveyor extranet
- The surveyor(s) will review the PFP information for hospital-specific PFAs as well as for hospital-specific CSGs
- As part of the planning process, the surveyor(s) will begin to assess and plan his or her tracer activities
- During the on-site survey, the surveyor(s) will use the hospital's active patient list to select tracer patients

As the survey progresses, the surveyor(s) may find other priority areas that need addressing and may begin to focus less on the PFP suggested list and more on what he or she is finding.

The PFP will also be used for a hospital undergoing its initial survey. The only difference with this type of hospital (versus a hospital that has already gone through a survey) is in the available data inputs that feed the PFP. Hospitals undergoing initial survey will not have previous requirements for improvement (referred to as "type I recommendations" before January 1, 2004) available to feed into the PFP. For initial surveys, the Joint Commission will only be able to feed e-App data, external data (as applicable), and Office of Quality Monitoring (OQM) data into the PFP.

After these data are transformed to become the PFP information, the process for initial surveys is no different from the process for any other type of survey. The data will be aggregated in the same

manner to determine the PFAs and CSGs for the hospital. Beginning in 2007, PFP data will be updated quarterly, as changes warrant.

## Priority Focus Areas

PFAs are processes, systems, or structures in a health care organization that significantly impact safety and/or the quality of care provided. The list of PFAs was developed from information gathered through Joint Commission experience, published literature, and consensus. Joint Commission categorized the different processes, systems, and structures leading to improved health care in 14 PFAs. The PFAs evolved from this process of identifying common patterns that are useful in building positive health care outcomes and safe, high-quality health care.

The PFAs provide a consistent yet customized approach to providing an initial focus for the on-site survey process, and they may assist the health care organization at the time of its PPR.

The PFAs are the following:
- Assessment and Care/Services
- Communication
- Credentialed Practitioners
- Equipment Use
- Infection Control
- Information Management
- Medication Management
- Organizational Structure
- Orientation & Training
- Patient Safety
- Physical Environment
- Quality Improvement Expertise/Activities
- Rights & Ethics
- Staffing

PFAs guide the surveyor with assessing standards compliance in relation to the individual tracer activities. Outside formal conferences/interviews, much of the survey will consist of reviewing issues in the form of tracer methodology (for more information, please *see* the "Tracer Methodology" section on page ACC-29). The tracer methodology incorporates the use of the PFP information, follows the care experience for individuals initially identified by CSGs, and allows the surveyor to identify performance issues that may be related to PFAs for your organization.

Definitions for the PFAs follow.

**Assessment and Care/Services**   Assessment and Care/Services for patients comprise the execution of a series of processes including, as relevant, screening; assessment; planning care, treatment, and/or services; provision of care; ongoing reassessment of care; and discharge planning, referral for continuing care, or discontinuation of services. Assessment and Care/Services are fluid in nature to accommodate a patient's needs. Although some elements of Assessment and Care/Services may occur only once, other aspects may be repeated or revisited as the patient's needs or care delivery priorities change. Successful implementation of improvements in Assessment and Care/Services rely on the full support of leadership.

Subprocesses of Assessment and Care/Services include the following:
- Screening
- Assessment
- Reassessment
- Planning care, treatment, and services
- Provision of care, treatment, and services
- Discharge planning or discontinuation of services

**Communication**   Communication is the process by which information is exchanged between individuals, programs/services, or organizations. Effective communication successfully permeates

every aspect of a health care organization, from the provision of care to performance improvement, resulting in a marked improvement in the quality of care delivery and functioning.

Subprocesses of Communication include the following:
- Provider and/or staff–patient communication
- Patient and family education
- Staff communication and collaboration
- Information dissemination
- Multidisciplinary teamwork

**Credentialed Practitioners**  Credentialed Practitioners are health care professionals whose qualifications to provide patient care services have been verified and assessed, resulting in the assignment of clinical responsibilities. The category varies from organization to organization and from state to state. It includes licensed independent practitioners and others who are permitted to provide patient care services under the direction of a sponsoring physician. Licensed independent practitioners are permitted by law and the health care organization to provide care and services without clinical supervision or direction within the scope of their license and consistent with individually assigned clinical responsibilities.

**Equipment Use**  Equipment Use incorporates the selection, delivery, setup, and maintenance of equipment and supplies to meet patient and staff needs. It generally includes movable equipment, as well as management of supplies that staff members use (for example, gloves, syringes). (Equipment Use does not include fixed equipment such as built-in oxygen and gas lines and central air-conditioning systems; such items are included in the Physical Environment PFA.) Equipment Use includes planning and selecting; maintaining, testing, and inspecting; educating and providing instructions; delivery and setup; and risk prevention related to equipment and/or supplies.

Subprocesses of Equipment Use include the following:
- Selection
- Maintenance strategies
- Periodic evaluation
- Orientation and training

**Infection Control**  Infection Control includes the surveillance/identification, prevention, and control of infections among patients, employees, physicians, and other licensed independent practitioners, contract service workers, volunteers, students, and visitors. This is a systemwide, integrated process that is applied to all programs, services, and settings.

Subprocesses of Infection Control include the following:
- Surveillance/identification
- Prevention and control
- Reporting
- Measurement

**Information Management**  Information Management is the interdisciplinary field concerning the timely and accurate creation, collection, storage, retrieval, transmission, analysis, control, dissemination, and use of data or information, both within an organization and externally, as allowed by law and regulation. In addition to written and verbal information, supporting information technology and information services are also included in Information Management.

Subprocesses of Information Management include the following:
- Planning
- Procurement
- Implementation
- Collection
- Recording
- Protection
- Aggregation
- Interpretation

- Storage and retrieval
- Data integrity
- Information dissemination

**Medication Management**  Medication Management encompasses the systems and processes an organization uses if an organization provides medication to individuals served by the organization. This is usually a multidisciplinary, coordinated effort of health care staff, implementing, evaluating, and constantly improving the processes of selecting, procuring, storing, ordering, transcribing, preparing, dispensing, administering (including self-administering), and monitoring the effects of medications throughout the patients' continuum of care. In addition, Medication Management involves educating patients and, as appropriate, their families, about each medication, its administration and use, and potential side effects.

Subprocesses of Medication Management include the following:
- Selection
- Procurement
- Storage
- Prescribing or ordering
- Preparing
- Dispensing
- Administration
- Monitoring

**Organizational Structure**  The Organizational Structure is the framework for an organization to carry out its vision and mission. The implementation is accomplished through corporate bylaws and governing body policies, organization management, compliance, planning, integration and coordination, and performance improvement. Included are the organization's governance, as well as business ethics, contracted organizations, and management requirements.

Subprocesses of Organizational Structure include the following:
- Management requirements
- Corporate bylaws and governing body plans
- Organization management
- Compliance
- Planning
- Business ethics
- Contracted services

**Orientation & Training**  Orientation is the process of educating newly hired staff in health care organizations to organizationwide, departmental, and job-specific competencies before they provide patient care, treatment, and services. "Newly hired staff" include, but are not limited to, regular staff employees, contracted staff, agency (temporary) staff, float staff, volunteer staff, students, housekeeping, and maintenance staff.

Training refers to the development and implementation of programs that foster staff development and continued learning, address skill deficiencies, and thereby help ensure staff retention. More specifically, training entails providing opportunities for staff to develop enhanced skills related to revised processes that may have been addressed during orientation, new patient care techniques, or expanded job responsibilities. Whereas orientation is a one-time process, training is a continuous one.

Subprocesses of Orientation & Training include the following:
- Organizationwide orientation
- Program/service orientation
- Job-specific orientation
- Training and continuing or ongoing education

**Patient Safety**  Effective Patient Safety entails proactively identifying the potential and actual risks to safety, identifying the underlying cause(s) of the potential, and making the necessary improve-

ments to reduce risk. It also entails establishing processes to respond to sentinel events, identifying risks through RCA, and making necessary improvements. This involves a systems-based approach that examines all activities within an organization that contribute to the maintenance and improvement of patient safety, such as performance improvement and risk management, to ensure that the activities work together, not independently, to improve care and safety. The systems-based approach is driven by organization leadership; anchored in the organization's mission, vision, and strategic plan; endorsed and actively supported by medical staff and nursing leadership; implemented by directors; integrated and coordinated throughout the organization's staff; and continuously re-engineered using proven, proactive performance improvement modalities. In addition, effective reduction of errors and other factors that contribute to unintended adverse outcomes in an organization requires an environment in which patients, their families, and organization staff and leaders can identify and manage actual and potential risks to safety.

Subprocesses of Patient Safety include the following:
- Planning and designing services
- Directing services
- Integrating and coordinating services
- Error reduction and prevention
- The use of Sentinel Event Alerts
- Joint Commission's National Patient Safety Goals
- Clinical practice guidelines
- Active patient involvement in their care

**Physical Environment**  The Physical Environment refers to a safe, accessible, functional, supportive, and effective physical environment for patients, staff members, workers, and other individuals by managing physical design; construction and redesign; maintenance and testing; planning and improvement; and risk prevention, defined in terms of utilities, fire protection, security, privacy, storage, and hazardous materials and waste. The Physical Environment may include the home in the case of in-home programs and foster care.

Subprocesses of Physical Environment include the following:
- Physical design
- Construction and redesign
- Maintenance and testing
- Planning and improvement
- Risk prevention

**Quality Improvement Expertise/Activities**  Quality Improvement identifies the collaborative and interdisciplinary approach to the continuous study and improvement of the processes of providing health care services to meet the needs of consumers and others. Quality improvement depends on understanding and revising processes on the basis of data and knowledge about the processes themselves. Quality improvement involves identifying, measuring, implementing, monitoring, analyzing, planning, and maintaining processes to ensure they function effectively. Examples of quality improvement activities include designing a new service, flowcharting a clinical process, collecting and analyzing data about performance measures or patient outcomes, comparing the organization's performance to that of other organizations, selecting areas for priority attention, and experimenting with new ways of carrying out a function.

Subprocesses of Quality Improvement Expertise/Activities include the following:
- Identifying issues and establishing priorities
- Developing measures
- Collecting data to evaluate status on outcomes, processes, or structures
- Analyzing and interpreting data
- Making and implementing recommendations
- Monitoring and sustaining performance improvement

**Rights & Ethics**  Rights & Ethics include patient rights and organizational ethics as they pertain to patient care. Rights & Ethics addresses issues such as patient privacy, confidentiality and protection

of health information, advance directives (as appropriate), organ procurement, use of restraints, informed consent for various procedures, and the right to participate in care decisions.

Subprocesses of Rights & Ethics include the following:
- Patient rights
- Organizational ethics pertaining to patient care
- Organizational responsibility
- Consideration of patient
- Care sensitivity
- Informing patients and/or family

**Staffing**  Effective Staffing entails providing the optimal number of competent personnel with the appropriate skill mix to meet the needs of a health care organization's patients based on that organization's mission, values, and vision. As such, it involves defining competencies and expectations for all staff (the competencies of licensed independent practitioners and medical staff are addressed in the Credentialed Practitioners PFA for all accreditation programs). Staffing includes assessing those defined competencies and allocating the human resources necessary for patient safety and improved patient outcomes.

Subprocesses of Staffing include the following:
- Competency
- Skill mix
- Number of staff

## Clinical/Service Groups

CSGs categorize patients and/or services into distinct populations for which data can be collected. The Joint Commission created the list of CSGs based on data gathered from e-Apps from each accreditation program and on publicly available data from external sources. The list then underwent a thorough review to make sure that all categories were actually representative of populations served or services provided by the organizations surveyed by the individual accreditation programs. Joint Commission surveyors use a hospital's CSGs combined with other hospital-specific data to get a better understanding of the hospital's systems and the patients it serves. Tracer patients are selected according to CSGs.

The CSGs for hospitals follow.

**Clinical/Service Groups for Hospitals**
- Cardiac surgery
- Cardiology*
- Dentistry
- Dermatology
- Endocrinology
- Gastroenterology
- General medicine
- General surgery
- Gynecology
- Hematology
- HIV infection
- Neonatology*
- Nephrology
- Neurology
- Neurosurgery
- Normal newborns
- Obstetrics*
- Oncology
- Ophthalmology

---

* ORYX core measure areas.

- Orthopedic
- Otolaryngology
- Pediatrics*
- Psychiatry
- Pulmonary*
- Rehabilitation
- Rheumatology
- Substance abuse
- Thoracic surgery
- Trauma
- Urology
- Vascular surgery
- Other

# During the Survey

During an accreditation survey, the Joint Commission evaluates an organization's performance of functions and processes aimed at continuously improving patient outcomes. The survey process focuses on assessing performance of important patient-centered and organization functions that support the safety and quality of patient care. This assessment is accomplished through evaluating an organization's compliance with the applicable standards in this manual, based on the following:

- Tracing the care delivered to patients
- Verbal and written information provided to the Joint Commission
- On-site observations and interviews by Joint Commission surveyors
- Documents provided by the organization

The Joint Commission's accreditation process seeks to help organizations identify and correct problems and improve the safety and quality of care and services provided.

A survey is designed to be individualized to each organization, to be consistent, and to support the organization's efforts to improve performance. The Joint Commission determines the length of a survey based on information supplied in the e-App that describes the organization's size and scope of services. In addition, Joint Commission surveyors may conduct some survey activities on evenings, nights, and weekends as necessary.†

## The On-Site Survey

This section includes information relevant to an organization that has applied for an accreditation survey and is ready for the survey process. It provides an overview of the survey process, including use of the PFP.

The Joint Commission's accreditation process focuses on systems critical to the safety and the quality of care, treatment, and services. It represents a shift from a focus on survey preparation to a focus on continuous operational improvement by encouraging hospitals to incorporate the standards as a guide for routine operations.

Under this accreditation process, the unannounced full survey is the on-site evaluation piece of a continuous process. (Organizations such as the Department of Defense and Bureau of Prisons, and organizations providing foster care will receive advance notice of their survey date.) The accreditation process encourages organizations to embed the standards into routine operations to achieve and maintain excellent operational systems on an ongoing basis. Initiatives such as the continuous PPR (discussed on page ACC-15) and the sharing of PFP information (discussed on pages ACC-16 and ACC-18) facilitate this.

---

\* ORYX core measure areas.
† Effective immediately.

## Unannounced Surveys

The Joint Commission conducts surveys in an unannounced fashion, with the following exceptions:

- Situations in which it would not be logical or feasible to conduct an unannounced survey, such as with the Bureau of Prisons or the Department of Defense facilities
- PPR option 2 and option 3 surveys (*see* pages ACC-17–ACC-18 for more information on these options)

Between 2006 and 2008 the unannounced survey will occur in the year that the organization is due to have its triennial survey (laboratories will have their survey prior to when their current accreditation is due to expire). Subsequent unannounced surveys will occur 18 to 39 months after the organization's first unannounced survey (subsequent unannounced surveys for laboratories will occur within 24 months after its previous unannounced survey). The timing of this latter survey and all succeeding unannounced surveys will be based on pre-established criteria generated from PFP data.

With an *unannounced survey,* an accredited organization will receive *no notice* of its survey date prior to the start of the survey. In concert with the unannounced survey process, the following procedures will be implemented:

- Accredited organizations will be able to identify up to 10 days each year in which an unannounced survey should be avoided. These 10 days should not include federal holidays but may include regional events in which it may be difficult to conduct a survey during a given period. The Joint Commission will make every effort to accommodate the organization regarding avoiding these 10 days. However, the Joint Commission reserves the right to conduct a survey during an "avoid period" if the reason(s) given to avoid a survey at that time is such that a survey can be reasonably accomplished.
- An annual subscription billing model has been implemented. *See* page HM-11 for further details.
- Because an accredited organization will not be able to post its survey date, and, therefore individuals cannot request to have a PII, a new APR was established. This APR requires an organization to demonstrate how it communicates to its public that if members of the public have any quality of care or safety concerns, they should notify the Joint Commission.
- On the morning of an organization's survey, the letter of introduction, the survey agendas and the biographies and pictures of the surveyors assigned to conduct the survey will be posted to the organization's secure site on the Joint Commission extranet site.
- If an organization knows of a surveyor who works or has worked at the organization or a competing organization or has had personal experience with the survey or that represents a potential conflict, the organization is asked to identify the individual(s) in its e-App.