## Survey Agenda

The on-site survey process shifts the focus from survey preparation to continuous operational improvement in support of safe, high-quality care, treatment, and services.

The survey agenda will include the following elements:*

**Survey Planning Session.** During this session, the surveyor(s) will review data and information about the hospital MOS generated from the full PPR, option 1, or option 2, and plan the survey agenda. The surveyor(s) will also select initial tracer patients. As part of the survey process, surveyors will review the organization's MOS information.

**Opening Conference and Orientation to the Organization.** During the opening conference, the surveyor(s) describes the structure and content of the survey to the organization, while the organization provides the surveyor(s) with information about the organization. At this time, your hospital will briefly explain its structures, mission, vision, and relationship with the community. This provides the surveyor(s) with baseline information about the organization that can help focus subsequent survey activities.

**Leadership Session.** During the leadership session, surveyors discuss the following with leaders:
- Information gathering and baseline assessment of leadership-level, system issues—system standards, management oversight and direction, and other leadership responsibilities
- Leadership's approach to the PPR and methods used to address areas needing improvement
- Ongoing initiatives to improve delivery of health care
- Safety program and National Patient Safety Goals
- Oversight by governance or board
- PFP output related to CSGs and PFAs

**Individual Tracers.** During the individual tracer activity, the surveyor(s) will do the following:
- Follow the course of a type of care, treatment, and service provided to the patient by the hospital
- Assess the interrelationships among disciplines and services/programs and the important functions in the care, treatment, and services provided
- Evaluate the performance of processes relevant to the care, treatment, and service needs of the patient, with particular focus on the integration and coordination of distinct but related processes
- Identify vulnerabilities in the care processes

**Individual-based System Tracers.** Individual-based system tracers are interactive sessions with the surveyor(s) and hospital staff that explore the performance of important patient-related functions that cross the hospital. The surveyor(s) and hospital staff will address critical risk points and provide education during the individual-based system tracer sessions. The following are the individual-based system tracers:
- Data use
- Infection control
- Medication management, if within the scope of the organization

An organization will not be scheduled for survey until it signs an accreditation contract. Once this happens, the Joint Commission will proceed with the organization's survey plans unless the organization notifies the Joint Commission in writing of its intent to withdraw from accreditation and terminate the accreditation contract. Notification in writing is necessary to terminate the accreditation contract, halt survey scheduling, and avoid a final decision of Denial of Accreditation. If an organization fails to notify the Joint Commission in writing of its intent to withdraw from accreditation and terminate its accreditation contract before a scheduled unannounced survey, the Joint Commission's decision rules provide for a final decision of Denial of Accreditation.†

---

* Please *see* the *Survey Activity Guide*, which is available on your extranet site or your account representative, if not available on the extranet site. For more detailed information on the survey process, call your account representative at 630/792-3007.

† Effective immediately

As surveyors go through the individual tracers to determine standards compliance as it relates to care delivered to the selected patient, they also assess the organization's overall systems by conducting individual-based system tracers. Individual-based system tracers focus on high-risk processes across the organization.

**Daily Briefings.** During the daily briefing session, organization staff are briefed on the previous day's survey findings and any significant patterns or trends that are becoming evident in the survey. During the daily briefing, the surveyor(s) will do the following:

- Facilitate leadership's understanding of the survey process and the findings that contribute to the accreditation decision

**This page is blank
due to revisions through
the *CAMH* Update.**

- Report on findings from the previous day's survey activities
- Emphasize patterns or trends of significant concern that could lead to noncompliance determinations
- Highlight any positive findings or exemplary performance
- Allow the hospital to provide information that may have been missed during the previous survey day
- Review the agenda for the survey day ahead and make any necessary adjustments based on hospital needs or the need for more intensive assessment of an issue

**Special Issue Resolution.** This session provides an opportunity for the surveyor(s) to follow up on potential findings that could not be resolved in other survey activities or address any requested PIIs.

**Competence Assessment Process.** This process will help the hospital and the surveyor(s) do the following:
- Identify the competence-assessment, process-related strengths and vulnerabilities of the organization
- Begin the assessment or determine the degree of compliance with relevant standards
- Identify human resources issues requiring further exploration

**Medical Staff Credentialing and Privileging.** This activity will help the organization and the surveyor(s) to identify specific issues related to the following:
- Evaluation of the process the hospital uses to collect relevant data for decisions for credentialing and privileging
- Evaluation of consistent implementation of the credentialing and privileging process
- Evaluation of processes for the granting and the appropriate delineation of privileges
- Determination that practitioners practice within the limited scope of delineated privileges
- Link results of peer review and focused monitoring to the credentialing and privileging process
- Identify vulnerabilities in the credentialing, privileging, and appointment process

**Credentialing and Assigning of Clinical Responsibilities.** This activity will help the organization and the surveyor(s) identify specific issues related to the following:
- Evaluation of the process the hospital uses to collect relevant data for decisions for credentialing
- Evaluation of consistent implementation of the credentialing and assigning of clinical responsibilities process
- Evaluation of processes for the privileges
- Determination that practitioners practice within the limited scope of assigned clinical responsibilities
- Link results of peer review and focused monitoring to the credentialing process
- Identify vulnerabilities in the credentialing and assigning of clinical responsibilities

**Environment of Care Session.** This session will help the hospital and the surveyor(s) do the following:
- Identify vulnerabilities and strengths in the organization's processes
- Begin to identify or determine the action(s) necessary to address any identified vulnerabilities
- Begin the assessment or determine the hospital's actual degree of compliance with relevant standards
- Identify environment of care processes requiring further evaluation of implementation
- Identify issues requiring further exploration

***Life Safety Code® (LSC) Building Tour*** (as applicable). This session will help the organization and the surveyor(s) do the following:
- Identify areas of concern in the organization's processes for designing buildings to *LSC* requirements
- Identify areas of concern in the organization's processes for maintaining buildings to *LSC* requirements
- Identify areas of concern in the organization's processes for identifying and resolving *LSC* problems

- Determine the organization's degree of compliance with relevant *LSC* requirements
- Identify or determine the action(s) necessary to address any identified *LSC* problems

**Clinical Leadership and Staff Discussion Session.**\* This group session focuses on the involvement of clinical leaders and staff in the provision of care.† This activity is intended to do the the following:

- Begin a dialogue with the surveyor about the quality and safety of care provided by the organization
- Address the continuum of care provided to the patients by the organization in its various clinics and locations with particular focus on the integration and coordination of processes
- Assess the interrelationships and communication between and among disciplines, departments, programs, services, or settings (as applicable) in the organization
- Provide an opportunity to confirm the surveyor's observations and/or assessment of standards-based issues
- Identify potential opportunities for organizational improvement at the organization, system, or process level
- Provide consultation and education as time permits

**Governance Discussion Session.**\* This session focuses on the organization's governance and is intended to address the following:

- The structure and composition of the governing body
- The functioning, participation, and involvement of the governing body in the oversight and operation of the organization
- The level of communication among the board members
- The governing body's perception of its role in the organization
- The knowledge of the governing body members with respect to federal law and regulation
- The governing body's understanding of performance improvement approaches and methods and involvement in the organization's approach to performance improvement
- Pertinent Leadership standards relevant to the governing body's role in the organization

**Surveyor Team Meeting.** On surveys being conducted by more than one surveyor, scheduled team meetings provide an opportunity for the surveyor(s) to share information and observations, plan for upcoming survey activities, and plan for communication and coordination with the organization.

**Surveyor Report Preparation.** The surveyor(s) will use this time to compile, analyze, and organize the data he or she has collected throughout the survey into a report reflecting the organization's compliance with standards.

**CEO Exit Briefing and Organization Exit Conference.** During the CEO Exit Briefing the surveyor(s) will review the outcome of the survey, present the Accreditation Survey Findings Report, discuss any concerns that the CEO has with the report, and determine the need for any special arrangements for the Organization Exit Conference.

During the Organization Exit Conference the surveyor(s) will report the outcome of the survey and present the Accreditation Survey Findings Report if desired by the CEO, review the issues of standards compliance that have been identified during the survey, allow the organization a final on-site opportunity to question the survey findings or provide additional material regarding standards' compliance, and review required follow-up actions, as applicable.

## Survey Team Composition

An accreditation survey may be conducted by a survey team rather than by an individual surveyor. The composition of an organization's survey team is based on the information provided in its e-App. Surveyors assess and provide education as part of the survey process.

---

\* These on-site survey activities are only applicable to Bureau of Primary Health Care–supported organizations.

† Effective immediately.

## The Survey Team Leader

If more than one surveyor is required, one of the surveyors on each organization survey team is designated as the "team leader." The team leader is responsible for integration, coordination, and communication of on-site survey activities. In addition to direct participation as an active member of the survey team, the team leader serves as the primary point of on-site contact between the organization and the Joint Commission. Among other responsibilities, the team leader leads the opening conference and the daily and exit briefings.

## *Life Safety Code*® Specialist Scope of Service*

A *Life Safety Code* Specialist will be added to the survey team for one day for all critical access hospital and hospital surveys beginning in 2008.

For hospitals and critical access hospitals with more than 750,000 square feet, the *Life Safety Code* Specialist surveys will be extended from one day to two days in 2008.

**Note:** *This change does not consider bed numbers. With this change, a large facility with fewer than 200 licensed beds that has never had a* Life Safety Code *Specialist survey could now potentially have such a survey for two days.*

**Note:** *Under certain conditions, in 2007 the Joint Commission may begin to include a second survey day for the* Life Safety Code *Specialist for organizations with more than 750,000 square feet. These "conditions" will be determined by the following process:*

- *The Joint Commission will conduct a prospective review of all hospitals due for survey in 2007.*
- *Data will be collected for the subset of those hospitals that report more than 750,000 square feet in the Basic Building Information on their electronic Application for Accreditation (e-App), regardless of bed count.*
  - *The following data will be collected:*
    - *The number of monitored critical beds*
    - *The number of buildings*
    - *The age of the buildings*
    - *The portion (percentage) of the building(s) that has been renovated*
    - *The portion (percentage) of the building(s) that has fire suppression systems in place*
    - *Whether the building(s) has the following two life safety features: 1) An addressable fire alarm, and 2) smoke detection*
    - *Priority Focus Process data for the priority focus area of "Physical Environment"*
  - *A team composed of an Engineer from the Joint Commission's Standards Interpretation Group, a Field Director from Accreditation and Certification Operations, and the Manager of Accreditation Systems Integration will review the data and determine the need for a second day of a* Life Safety Code *Specialist survey on a case-by-case basis.*
  - *If it is then determined that a second day of a* Life Safety Code *Specialist survey is needed, the survey team complement will be adjusted to include the second day.*
    - *In some instances, an organization that has less than 200 beds may now have a* Life Safety Code *Specialist for two days, based on the organization's size (more than 750,000 square feet) and the aforementioned criteria.*

The *Life Safety Code* Specialist is responsible for evaluating specific environment of care and *Life Safety Code* accreditation criteria and educating the organization during the survey about related compliant and not compliant areas, opportunities for improvement, and remedial action that may be required. The survey method will not change for the *Life Safety Code* Specialist, other than inclusion in all acute care and critical access hospitals.

## Tracer Methodology

The tracer methodology is the cornerstone of the Joint Commission on-site survey. The tracer methodology does the following:

---

* Effective January 1, 2008.

*Comprehensive Accreditation Manual for Hospitals: The Official Handbook*

## Table 2. Program-Specific Tracer Applicability Objectives

| Organization Type | Program-Specific Tracer | Applicability | Objectives |
|---|---|---|---|
| Hospital | Laboratory Integration | All Hospitals | • To evaluate the consistent application of processes related to laboratory testing throughout the hospital<br>• To evaluate the exchange of information (specimen collection, test results including critical test results, specimen collection and handling, specimen identification) and integration of the laboratory process in the hospital setting<br>• To identify hospital process- and possibly system-level issues contributing to a lack of integration |
| Hospital with psychiatric services | Suicide Prevention | Hospitals with psychiatric inpatient settings | • To evaluate the effectiveness of the organization's suicide prevention strategy<br>• To identify process- and possibly system-level issues contributing to suicide attempts |

- Incorporates the use of PFP information
- Follows the experience of care for a number of individuals (initially identified by CSGs) through the organization's entire health care process
- Allows the surveyor(s) to identify performance issues (that may be related to PFAs) in one or more steps of the process, or in the interfaces between processes

### Program-Specific Tracers

The Joint Commission is implementing specific tracer activities in hospitals to better address the unique characteristics and relevant issues of the organizations in these programs. Table 2 above contains your hospital-specific tracer activities including applicability and objectives.

The goal of the program-specific tracer activity is to identify safety concerns within different levels and types of care. Program-specific tracers bring a targeted focus on important issues relevant to the following information:

- Types of services offered by the organization
- Programs being surveyed
- The organization's PFAs

Topics for the program-specific tracers were identified through a review of expert literature, research, input from the field, and subject matter expertise. Program-specific tracers evaluate program-specific issues and compliance with relevant standards that impact patient safety.

**Note:** *Program-specific tracers will only be conducted if they apply to the specific organization being surveyed.*

### Individual Tracer Activity

The individual tracer activity is an evaluation method that is conducted during an on-site survey and is designed to "trace" the care experiences that a patient had while at the hospital. The tracer methodology is a way to analyze a hospital's system of providing care, treatment, and services using actual patients as the framework for assessing standards compliance. The surveyor(s) will use the following general criteria to select initial individual tracers:

- Patients in top CSGs for that organization
- Patients who cross programs (for example, long term care residents who present at a hospital or some care patients received from a hospital in complex organizations)
- Patients related to individual-based system tracer topics (*see* the "Individual-Based System Tracer Activity" section on page ACC-30), such as infection control or medication management
- Patients receiving complex services, such as surgery or treatment in an intensive care unit*

Patients selected for initial individual tracer activity will most likely be those identified in the hospital's PFP information as listed in the CSGs. Based on identified CSGs, the surveyor(s) will identify individual tracers and follow specific patients through the hospital's processes. A surveyor will not only examine the individual components of a system but will also evaluate how the components of a system interact with each other. In other words, a surveyor will look at the care, treatment, and services provided by each department/unit/program and service, as well as how departments/units/programs and services work together. The surveyor(s) may start where the patient is currently located. He or she can then move to where the patient first entered the organization's systems; an area of care provided to the patient that may be a priority for that organization; or to any areas in which the patient received care, treatment, and services. The order will vary. Along the way, the surveyor(s) will speak with the health care staff member(s) who actually provided the care to that individual tracer patient—or, if that staff member(s) is not available, will speak with another staff member(s) who provides the same type of care.

Based on the findings of the surveyor(s), he or she may select similar patients to trace. The tracer methodology permits surveyors to "pull the threads" if there is a reason to believe that an issue needs further exploration.

---

* Please *see* the *Survey Activity Guide*, which is available by calling your account representative, for more detailed information on other program-specific criteria for tracer selection.

### Individual-Based System Tracer Activity

Individual-based system tracers explore one specific system or process across the organization, focusing, when possible, on the experiences of specific patients or activities relevant to specific patients. This differs from individual tracers in that during individual tracers, the surveyor follows an individual through his or her course of care, evaluating all aspects of care as opposed to a "system." During the individual-based system tracer sessions, the surveyor(s) evaluates the system/process, including the integration of related processes and the coordination and communication among disciplines and departments in those processes.

An individual-based system tracer includes an interactive session (involving a surveyor and relevant staff members) in tracing a "system" within the organization based on information from individual tracers. Points of discussion in the interactive session include the following:

- The flow of the process across your hospital, including identification and management of risk points, integration of key activities, and communication among staff/units involved in the process
- Strengths in the process and possible actions to be taken in areas needing improvement
- Issues requiring further exploration in other survey activities
- A baseline assessment of standards compliance
- Education by the surveyor, as appropriate

The three topics evaluated with individual-based system tracers are data use, infection control, and medication management, although the number of individual-based system tracers varies based on survey length. Despite survey length, the data use individual-based system tracer is always performed.

**Data Use** The data use individual-based system tracer focuses on how your hospital collects, analyzes, interprets, and uses data to improve patient safety and care.

**Infection Control** The infection control individual-based system tracer explores your hospital's infection control processes. The goals of this session are to assess your hospital's compliance with the relevant infection control standards, identify infection control issues that require further exploration, and determine actions that may be necessary to address any identified risks and improve patient safety.

**Medication Management** The medication management individual-based system tracer explores your hospital's medication management processes while focusing on subprocesses and potential risk points (such as hand-off points). This tracer activity helps the surveyor(s) evaluate the continuity of medication management from procurement of medications through the monitoring of their effects on patients.

### The Role of Hospital Staff in Tracer Methodology

To help the surveyor(s) in the tracer methodology process, staff will be asked to provide the surveyor(s) with a list of active patients, including the patients' names, current locations in the hospital, and diagnoses, as appropriate. The surveyor(s) may request assistance from hospital staff for selection of appropriate tracer patients. As the surveyor(s) moves around a hospital, he or she will ask to speak with the staff members who have been involved in the tracer patient's care, treatment, and services. If those staff members are not available, the surveyor(s) will ask to speak to another staff member who would perform the same function(s) as the member who has cared for or is caring for the tracer patient. Although it is preferable to speak with the direct caregiver, it is not mandatory because the questions that will be asked are questions that any caregiver should be able to answer in providing care to the patient being traced.

## Feedback Sessions

Surveyors will communicate their observations at daily briefings, if requested to do so by the organization. If the organization has additional information that would demonstrate compliance with a standard that a surveyor has indicated may be a requirement for improvement, the organization should supply that information to the surveyor(s) as soon as possible.

## Final On-Site Survey Activities

At the organization exit conference, the survey team presents survey findings and a written Accreditation Survey Findings Report. A written report is not provided at the completion of a for-cause unannounced survey.

## Threat to Health or Safety

The Joint Commission may consider for accreditation purposes a surveyor's finding that some aspect of an organization's operation is having or may potentially have a serious adverse effect on patient health or safety and that immediate action must be taken.

Surveyors notify the organization's CEO and Joint Commission headquarters staff immediately if they identify any condition they believe poses a serious threat to public or patient health or safety. The president of the Joint Commission, or if the president is unavailable, his or her designee, can then issue an expedited Preliminary Denial of Accreditation decision based on such notification, which includes the public posting of this decision on Quality Check. He or she promptly informs the organization's CEO and appropriate governmental authorities of this decision and the findings that led to this action. The Accreditation Committee of the Joint Commission Board of Commissioners confirms or reverses the decision at its next meeting. The Accreditation Committee may take into consideration an organization's corrective actions or responses to a serious threat situation. The organization can provide information to demonstrate that the serious threat-to-life situation has been corrected prior to the Accreditation Committee's consideration of the Preliminary Denial of Accreditation decision.

In these situations, the corrective action is considered when a single issue leads to the adverse finding and the organization demonstrates that it did the following:
- Took immediate action to completely remedy the situation
- Prepared a thorough and credible RCA
- Adopted systems changes to prevent a future recurrence of the problem

If the organization demonstrates that it has taken corrective action, the Joint Commission will conduct an on-site survey to validate the implementation of the corrective action and that the immediate threat situation is no longer present.

## The Accreditation Survey Findings Report

Following evaluation of an organization's performance of functions and processes, the surveyor (or survey team) reviews the results of integrated individual findings. Then, with the use of laptop-based decision support software, the surveyor (or survey team) produces the organization's Accreditation Survey Findings Report. The surveyor (or survey team leader) meets with the organization's CEO prior to the closing conference and provides him or her with a copy of the report. The CEO determines whether this report is distributed at the closing conference. The surveyor (or survey team) uses the report contents in making his or her closing conference presentations.

Shortly after a survey, an organization's report of survey findings is posted on the organization's secure extranet site. The report includes, as appropriate, requirements for improvement and supplemental findings.

If an organization does not receive any requirements for improvement, the organization's accreditation decision is rendered at the same time that the organization's Accreditation Survey Findings Report is available, and it is effective the day after the completion of the survey. If an organization receives requirements for improvement, then the organization's accreditation decision is rendered following the submission of an acceptable ESC report. An acceptable ESC report is due within 45 calendar days following the posting of the Accreditation Survey Findings Report. The organization's accreditation decision is retroactive to the day after the last day of the survey, unless the organization is undergoing its first Joint Commission survey. In that case, the effective date for accreditation is set retroactively as the date on which an acceptable ESC that resolves all requirements for improvement is submitted. For an organization that receives a notification that it will be recommended for either Conditional Accreditation or Preliminary Denial of Accreditation, the

*Comprehensive Accreditation Manual for Hospitals: The Official Handbook*

accreditation decision is rendered by the Joint Commission's Accreditation Committee. (*See* "The Evidence of Standards Compliance Process" section on page ACC-33.)

## Conducting a Public Information Interview

Because all surveys are now unannounced,* PIIs are conducted only if someone contacts the surveyor(s) during an on-site survey to request a PII and the survey schedule can accommodate the PII.

## Scoring Compliance and Track Record Achievements

An accredited organization is expected to remain in continuous compliance with the standards and their EPs throughout its accreditation cycle. Standards are judged "Compliant" or "Not Compliant" based on the scoring pattern of their associated EPs. EPs are performance expectations for meeting a particular standard.

The accreditation decision will be based on a simple count of the standards that are judged not compliant. The EPs for each standard will be scored on the following scale:

| | |
|---|---|
| **0** | Insufficient compliance |
| **1** | Partial compliance |
| **2** | Satisfactory compliance |
| **NA** | Not applicable |

The determination as to whether an organization is compliant with a given standard is based on the scoring of that standard's EPs. An EP is a specific performance expectation related to a standard that details the specific structures or processes that must be in place for a hospital to provide quality care, treatment, and services.

Two components are scored for each EP: (1) compliance with the requirement itself **and** (2) compliance with the track record[†] for that requirement. (**Note:** *The track record is not applicable when assessing compliance in the PPR.*)

To determine your compliance with an EP, first look at the EP scoring category listed immediately preceding the scoring scale in the margin next to the EP. There are three scoring categories: A, B, and C. For more information on these scoring categories, please refer to the "How to Use This Manual" chapter.

In addition to the requirements specifically stated in the EPs, EPs are also scored in accordance with the following track record achievements:

| Score | Re-Survey[‡] |
|---|---|
| 2 | 12 months |
| 1 | 6 to 11 months |
| 0 | Fewer than 6 months |

If during an on-site survey, your hospital has been found to be not compliant with one or more standards, you must submit an ESC[§] for each standard that is not compliant. The ESC must address compliance at the EP level; when an EP within a not compliant standard requires an MOS,[‖] your

---

* Please *see* page ACC-25 for exceptions to unannounced surveys.

[†] **Track record** The amount of time that an organization has been in compliance with a standard, element of performance, or other requirement.

[‡] Effective immediately.

[§] **Evidence of Standards Compliance (ESC)** A report submitted by a surveyed organization within 45 days of its survey, which details the action(s) that it took to bring itself into compliance with a standard or clarifies why the organization believes that it was in compliance with the standard for which it received an RFI. An ESC must address compliance at the element of performance (EP) level and include a measure of success (MOS) (*see* definition) for all appropriate EP corrections.

[‖] **Measure of success (MOS)** A numerical or quantifiable measure usually related to an audit that determines whether an action was effective and sustained due four months after Evidence of Standards Compliance (*see* definition) approval.

hospital must establish an MOS compliance goal for each EP when completing the ESC.* Also *see* pages ACC-1–ACC-2 for information on submitting an optional clarification as part of the ESC for standards identified as not compliant.

*See* the "How to Use This Manual" chapter for detailed information on sample sizes. *See* page ACC-49 in this chapter for more information on the MOS decision rules.

After you have evaluated and scored each EP for a particular standard, use these simple rules to determine your compliance with the standard itself:

- Your hospital is not in compliance (that is, "not compliant") with the standard if any EP is scored 0
- Your hospital is not in compliance (that is, "not compliant") with the standard if 35% or more of its EPs are scored 1

For practical purposes, in conducting a survey, surveyors ordinarily limit their evaluation of an accredited organization's track record of compliance to 12 months for a resurvey.

Surveyors may evaluate compliance over a shorter or longer time frame, depending on circumstances encountered during the survey. For example, the required time frame for full compliance with applicable standards and EPs for new services cannot exceed the time the service has been in operation. As another example, certain activities that are conducted infrequently, such as biennial credentialing, may require evaluation over a longer interval to ensure an adequate sample size for valid assessment. For a resurvey, an organization's track record generally affects the scoring of standards as follows:

**Score 0**   Fewer than 6 consecutive months before survey
**Score 1**   6 to 11 consecutive months before survey
**Score 2**   12 consecutive months before survey

# After the Survey

This section includes information relevant to an organization that has recently participated in an accreditation survey. Material includes information on the ESC process, the MOS process, the types of accreditation decisions, how to request review of Preliminary Denial of Accreditation decisions, how to appeal Denial of Accreditation decisions, and how to use and display an accreditation award.

## The Evidence of Standards Compliance Process

For every requirement for improvement cited in an organization's Accreditation Survey Findings Report, the organization must submit an ESC. The ESC report is available for completion on the organization's secure extranet site at the same time that the organization's Accreditation Survey Findings Report is posted.

An acceptable ESC report must detail the action(s) that the organization took to bring itself into compliance with a standard or clarify why the organization believes that it is in compliance with the standard for which it received a requirement for improvement. An acceptable ESC must address compliance at the EP level and include an MOS, if applicable. An MOS is a numeric or

---

* **Note:** *Not every EP requires an MOS. EPs that do require an MOS are clearly marked in the standards chapters in this manual. Organizations are required to demonstrate achievement with an MOS only for EPs within a not compliant standard that requires an MOS. Organizations do not need to demonstrate achievement with an MOS for any EP within a compliant standard.*

quantifiable measure, usually related to an audit, that determines whether an action is effective and sustained. (*See* "Measure(s) of Success Report," below.)

An acceptable ESC report is due within 45 calendar days following the posting of the Accreditation Survey Findings Report. Following a successful submission of the report, the organization receives an accreditation decision. If the organization implements actions to address its requirements for improvement, the organization's accreditation decision is Accredited. If an organization's ESC report does not acceptably address its requirements for improvement, then the organization's accreditation decision is Provisional Accreditation, which can eventually lead to a Conditional Accreditation or Preliminary Denial of Accreditation decision.

## Conditional Accreditation, Preliminary Denial of Accreditation, and the ESC Report

If an organization is notified that a recommendation is to be made to the Joint Commission's Accreditation Committee for either Conditional Accreditation or Preliminary Denial of Accreditation, the organization has 10 business days to provide information to clarify any of the requirements for improvement cited in its Accreditation Survey Findings Report through its ESC report.

After reviewing the organization's clarifying information and determining that the organization has no longer met the decision rule for Preliminary Denial of Accreditation or Conditional Accreditation, the Joint Commission will follow up with an on-site validation survey to do the following:

- Seek to validate the clarifying information submitted and determine if such information or data was available to the previous on-site survey team
- Determine whether the organization does or does *not* meet a decision rule for Preliminary Denial of Accreditation or Conditional Accreditation

If the organization does *not* meet a rule for Preliminary Denial of Accreditation or Conditional Accreditation, it will be awarded Accreditation (if it is compliant with all standards) or it will be required to submit an ESC (if it still has requirements for improvement). However, if the organization continues to meet a decision rule for Preliminary Denial of Accreditation or Conditional Accreditation, the Joint Commission staff will recommend to the Accreditation Committee that the organization remain in Preliminary Denial of Accreditation or Conditional Accreditation. If the results of the on-site validation survey suggest that the organization knowingly falsified its clarifying information, the staff will recommend to the Accreditation Committee that the Information Accuracy and Truthfulness Policy should apply.

## Measure(s) of Success Report

If possible, an organization is required to submit an MOS report within four months of submitting an acceptable ESC report. The MOS report should demonstrate whether each MOS identified in the organization's ESC report was reached.

## Accreditation Decisions

An organization's accreditation decision becomes official following submission of its acceptable ESC resolving all requirements for improvement, which is retroactive to the day after the last day of the full survey, or, in the case of Preliminary Denial of Accreditation, on the date the Accreditation Committee makes a decision. For organizations undergoing an initial survey, the accreditation decision becomes official the day of the Accreditation Committee meeting or an acceptable ESC resolving all requirements for improvement is submitted (if that occurs after the Accreditation Committee meeting). When an organization's accreditation decision becomes official, it is publicly disclosable. There are six possible accreditation decisions:

1. Accredited
2. Provisional Accreditation
3. Conditional Accreditation
4. Preliminary Denial of Accreditation
5. Denial of Accreditation
6. Preliminary Accreditation (Early Survey Policy, Option 1 process only)

*See* "The Accreditation Decision Process" section on pages ACC-40–ACC-43 for more information.

An organization's request to withdraw from the accreditation process after undergoing survey and before a final decision has been made does not terminate the decision-making process. The Joint Commission then issues a final accreditation decision.

## Review and Appeal of Preliminary Denial of Accreditation and Denial of Accreditation Decisions

The appeal procedures are set forth in the "Review and Appeal Procedures" section of this chapter, on pages ACC-54–ACC-62. Two additional procedures specific to Preliminary Denial of Accreditation and Denial of Accreditation decisions are described here.

When an organization receives written notice from the Joint Commission that a recommendation of Preliminary Denial of Accreditation is proposed for submission to the Accreditation Committee, the organization has 10 business days from receipt of that notification to submit to the Joint Commission an acceptable ESC report and clarifying information that demonstrates that it was in fact in compliance with one or more standards in question at the time of survey.

If after Joint Commission review of any submitted materials, the Preliminary Denial of Accreditation recommendation will still be made, the organization will have five business days from receipt of this notification to submit a written response directly to the Accreditation Committee.

## Weighted Decision Rules

The weighted decision rules are applied to rendering accreditation decisions in complex organizations. When a secondary component of a complex organization meets rules of Conditional Accreditation or Preliminary Denial of Accreditation as a consequence of invoking the Threat to Health or Safety Policy or not complying with the Information Accuracy and Truthfulness Policy or an APR, that accreditation decision would apply equally to the component and the complex organization of which the component is a part.

*See* Table 4 on page ACC-37 for more information on the weighted decision rules.

## Essential Laboratory Function

Because pathology and clinical laboratory services are "essential" hospital services, and a hospital is required to provide or provide for these services to be eligible for accreditation, the weighted decision rules do not apply when the pathology and clinical laboratory services within a hospital meet a rule for Preliminary Denial of Accreditation or Conditional Accreditation.

Because of the essential nature of pathology and clinical laboratory services, the Joint Commission has determined that a hospital's accreditation decision should not be protected if the level of standards compliance for laboratory services is lower than that of the hospital because the performance of all other essential hospital services is considered in the hospital's accreditation decision. Therefore, if a hospital laboratory receives an accreditation decision of Provisional Accreditation, Conditional Accreditation, or Preliminary Denial of Accreditation, the hospital receives the same decision.

## Award Display and Use

The Joint Commission provides each accredited organization with one certificate of accreditation per program. There is no charge for the initial certificate(s). Additional certificates may be purchased. Such requests should be sent to the certificate coordinator in the Division of Accreditation and Certification Operations at the Joint Commission.

The certificate and all copies remain the Joint Commission's property. They must be returned if either of the following situations occurs:
- The organization is issued a new certificate, reflecting a name change
  or
- The organization's accreditation decision is changed, withdrawn, or denied for any reason

*Comprehension Accreditation Manual for Hospitals: The Official Handbook*

## Table 3. Joint Commission Accreditation Decisions

The Joint Commission has six accreditation decision categories. Each decision and the conditions that lead to it are described here.

| Accreditation Decision Category | Conditions That Lead to This Type of Decision |
|---|---|
| Accredited | The organization is in compliance with all applicable standards at the time of the on-site survey or has successfully addressed all requirements for improvement in an Evidence of Standards Compliance within 45 days following the posting of the Accreditation Survey Findings Report. |
| Provisional Accreditation | The organization fails to successfully address all requirements for improvement in an Evidence of Standards Compliance within 45 days following the posting of the Accreditation Survey Findings Report. |
| Conditional Accreditation | The organization is not in substantial compliance with the applicable standards, as usually evidenced by a count of the number of standards identified as not compliant at the time of survey which is between 1½ and 3 standard deviations above the mean number of not compliant standards for organizations in that accreditation program. The organization must remedy identified problem areas through preparation and submission of an Evidence of Standards Compliance and subsequently undergo an on-site, follow-up survey. |
| Preliminary Denial of Accreditation | There is justification to deny accreditation to the organization as usually evidenced by a count of the number of not compliant standards at the time of survey which is 3 or more standard deviations above the mean number of standards identified as not compliant for organizations in that accreditation program. The decision is subject to review and appeal prior to the determination to deny accreditation; the appeal process may also result in a decision other than Denial of Accreditation. |
| Denial of Accreditation | The organization has been denied accreditation. All review and appeal opportunities have been exhausted. |
| Preliminary Accreditation | The organization demonstrates compliance with selected standards in the first of two surveys conducted under the Early Survey Policy Option 1. |

An organization accredited by the Joint Commission must be accurate in describing to the public the nature and meaning of its accreditation and its award.* When an organization receives an accreditation award, the Joint Commission sends the organization guidelines for characterizing the accreditation award.

Accreditation award certificates include language about educating patients and their families on how to contact the Joint Commission.

---

* *See* APR 11 on page APR-6 in the "Accreditation Participation Requirements" chapter.

## Table 4. Weighted Decision Rules

| Primary Program | Secondary Programs |
|---|---|
| One program in a complex organization is to be identified as "primary" (this is not a change from the previous rule). | If one of the secondary programs meets a rule for Preliminary Denial of Accreditation, the overall decision for the organization is Conditional Accreditation. |
| If the primary program meets a rule for Provisional Accreditation, Conditional Accreditation, or Preliminary Denial of Accreditation, the overall decision for the organization is Provisional Accreditation, Conditional Accreditation, or Preliminary Denial of Accreditation, respectively. | If one of the secondary programs meets a rule for Conditional Accreditation, the overall decision for the organization is Provisional Accreditation. |
| If the primary or any secondary program meets a rule for Provisional Accreditation, the overall decision for the organization is Provisional Accreditation. | If two or more of the secondary programs meet rules for Preliminary Denial of Accreditation, the overall decision for the organization is Preliminary Denial of Accreditation. |
|  | If two or more of the secondary programs meet rules for Conditional Accreditation, the overall decision for the organization is Conditional Accreditation. |
| *Note: Weighted decision rules are not applicable when the laboratory is the secondary program.* | If the primary or any secondary program meets a rule for Provisional Accreditation, the overall decision for the organization is Provisional Accreditation. |

An organization may not engage in any false or misleading advertising of an accreditation award. Any such advertising may be grounds for the Joint Commission to deny accreditation. For example, an organization may not represent its accreditation as being awarded by any of the Joint Commission's corporate members. These include the American College of Physicians, the American College of Surgeons, the American Dental Association, the American Hospital Association, and the American Medical Association. The Joint Commission has permission to reprint the seals of its corporate members on certificates of accreditation. However, these seals must not be reproduced or displayed separately from the certificate.

Any organization that materially misleads the public about any matter relating to its accreditation must undertake corrective advertising to a degree acceptable to the Joint Commission in the same medium in which the misrepresentation occurred. If an organization fails to undertake the required corrective advertising following the communication of false or misleading advertising about its accreditation decision, the organization may be subject to loss of accreditation.

The Joint Commission's logo is a registered trademark. An accredited organization may use the logo if it follows these guidelines:
- The logo must remain in the same proportional relationship as provided and should not be displayed any larger than an organization's own logo
- The logo's format cannot be changed, the name may not be separated from the symbol, and the logo must be printed in the original color
- Graphic devices such as seals, other words, or slogans cannot be added to the logo, except for the words "Accredited by"
- These guidelines apply to logo use on all print materials, Internet Web pages, and promotional items, such as coffee mugs, T-shirts, and notepads. Contact the Joint Commission Department of Communications at 630/792-5631 for questions about using the Joint Commission logo.

## Additional Accreditation Activities

This section provides information that is relevant to organizations between Joint Commission surveys. Material includes the duration of an accreditation award; the process for continuing accredi-

Comprehensive Accreditation Manual for Hospitals: The Official Handbook

tation; how to notify the Joint Commission in the event of organization changes, including the opening or closing of a unit or services, addition or deletion of components, leadership changes, mergers, consolidations, and acquisitions; and unscheduled and unannounced for-cause surveys.

### Reentering the Accreditation Process

For a previously accredited organization to be designated as "new," it must not have participated in the accreditation process during the previous six months. If an organization is reentering the accreditation process before six months have passed, it must demonstrate a continuing 12-month track record of compliance with the standards.

### Duration of Accreditation Award

An accreditation award is continuous until the organization has its next full survey, which is usually around three years, unless accreditation is revoked for cause or as otherwise outlined in this chapter. An organization may request a full accreditation survey more frequently than when it is due to have a survey. The Joint Commission, at its discretion and in accordance with its mission, determines whether to honor the request. An organization should send such a request to its Joint Commission account representative.

### Continuous Compliance

The Joint Commission expects an accredited organization to be in continuous compliance with all applicable standards and EPs. It may ask an organization to supply, in writing, information about compliance with standards. It may also survey an organization at any time with or without notice in response to complaints, media coverage, or other information that raises questions about the adequacy of patient health and safety protections (*see* "Unscheduled and Unannounced For-Cause Surveys" on page ACC-39). The Joint Commission might also conduct a survey if an organization fails to respond to a request for more information.

The Joint Commission may view an organization's failure to permit a survey as the organization no longer wanting to participate in the accreditation process. In such a case, the Joint Commission begins proceedings to deny accreditation to the organization.*

### Continuing Accreditation

An organization's accreditation cycle is continuous, as long as the organization does both of the following:
● Has a full, unannounced survey within 39 months of its last survey
● Continues to meet all accreditation-related requirements as required, including, but not limited to, submission of an annual PPR, and an annual subscription payment

### Duration of the Accreditation Decision

An organization's previous accreditation decision remains in effect until a decision is made either to accredit or to preliminarily deny accreditation to the organization.

### Notifying the Joint Commission About Organizational Changes

Accreditation is neither automatically transferred nor continued if significant changes occur within an organization. When significant changes occur, the organization must notify the Joint Commission in writing not more than 30 calendar days after such change is made. The organization must also notify the Joint Commission in writing if it opens or closes any units or services. Beginning in 2006, organizations will be able to report information about changes at their organization on a continuous basis through their extranet site.

When an organization offers at least 25% of its services or programs at a new location or in a significantly altered physical plant, the organization must also fill out and submit to the Joint Commis-

---

* See APR 3 on page APR-2 in the "Accreditation Participation Requirements" chapter.

sion Part 2: Basic Building Information of the Statement of Conditions™ (SOC) compliance document; Part 3E or 3F of the Statement of Fire Safety (SFS); and Part 4: Plan for Improvement, should *LSC* deficiencies be present. (For a copy of the SOC, visit the Joint Commission's Web site, at http://www.jointcommission.org, and select Accredited Organizations, then your accreditation program, then Standards, and then Statement of Conditions.) Failure to provide timely notification to the Joint Commission of these changes may result in the organization's loss of accreditation. If completion dates for a Plan for Improvement cannot be achieved, the organization is to contact the Joint Commission's engineering staff to request an extension.

## Mergers, Consolidations, and Acquisitions
In the case of a merger, a consolidation, or an acquisition, the Joint Commission may decide that the organization responsible for services must have a survey. Barring exceptional circumstances, the Joint Commission continues the accreditation of the organization undergoing the kind of changes described here until it determines whether an extension survey is necessary.

**Note:** *If, after accreditation is rendered to an organization, the organization's structure changes whereby one or more of its services, programs, or related organizations are no longer part of the organization that was originally surveyed, the service, program, or related organization is no longer included in the organization's accreditation.*

*When an accredited organization acquires another organization and an extension survey is conducted, the survey findings resulting from the extension survey are maintained separately from, and are not reflected in, the accreditation decision of the acquiring organization for 12 months following the acquisition. After the 12-month period, any outstanding standards compliance problems in the acquired component(s) are reflected in the accreditation decision of the acquiring organization.*

## Extension Surveys
An extension survey is conducted at an accredited organization or at a site that is owned and operated by the organization if the accredited organization's current accreditation is not due to expire for at least nine months and when at least one of the conditions above is met. The results of an extension survey may affect the organization's accreditation decision.

An extension survey of an organization may be necessary if the organization has done any of the following:
- Instituted a new service or program for which the Joint Commission has standards
- Changed ownership and has a significant number of changes in the management and clinical staff or operating policies and procedures
- Offered at least 25% of its services at a new location or in a significantly altered physical plant
- Expanded its capacity to provide services by 25% or more, as measured by patient volume, pieces of equipment, or other relevant measures
- Provided a more intensive level of service
  or
- Merged with, consolidated with, or acquired an unaccredited site, service, or program for which there are applicable Joint Commission standards and EPs

## Accreditation Status of Organizations That Cease Services After a Disaster*
The Joint Commission will discontinue the accreditation of organizations that have been closed or out of service for more than six months as a result of a disaster.

The Joint Commission's complete process for determining the accreditation status of organizations that cease services following a disaster is listed below, in chronological order.

For the first 30 days after a disaster and/or the organization's decision to cease operations, the organization's original Joint Commission accreditation status will stay in effect. When the organization resumes operation, the time frame for complying with any outstanding Joint Commission require-

_____
* Effective immediately.

Comprehensive Accreditation Manual for Hospitals: The Official Handbook

ments (such as the PPR or ESC) will also resume. In most cases, the Joint Commission will not need to survey the affected organization to reassess its level of standards compliance. If the Joint Commission decides to conduct a survey, however, the organization's accreditation decision will be driven by the survey findings.

If the organization resumes services from 31 to 90 days after a disaster, the Joint Commission will conduct an extension survey to determine the organization's accreditation status. The circumstances surrounding the organization's closure will determine the survey's length and scope.

For organizations that resume services from 91 days up to six months after a disaster, the Joint Commission will require an environment of care on-site survey. This survey will preferably take place one to two weeks after services are resumed. It is assumed that these organizations have received clearance from the fire marshal and other local/state authorities before resuming services. In addition, the Joint Commission will conduct a second on-site survey approximately four months after services have been resumed to evaluate sustained compliance with Joint Commission standards and requirements. The track record requirement for demonstrating standards compliance will be four months.

If an organization does not resume services within six months after a disaster or the decision to cease operations, the Joint Commission will discontinue its accreditation. If the organization resumes services, it must re-apply to become accredited. In such cases, the accreditation process will involve at least two surveys. The first survey will be conducted at the organization's request, and will assess the organization's ability to provide safe patient care. The organization may qualify for an accreditation award as a result of this survey. The second survey will be conducted approximately four months later to assess sustained compliance with Joint Commission requirements. The track record requirement for demonstrating standards compliance will be four months.

The Joint Commission will continue to list all affected organizations as Accredited up to six months after a disaster, unless survey findings dictate otherwise.

While working with affected health care organizations in the aftermath of a catastrophic event, the Joint Commission will be sensitive to these organizations' needs and will work with responsible state and federal agencies to help reestablish the organizations' operations as well as their qualification for accreditation.

## Unscheduled and Unannounced For-Cause Surveys

The Joint Commission may perform a for-cause unannounced survey when it becomes aware of potentially serious standards compliance or patient care or safety issues, or when it has other valid reasons for surveying an accredited organization.*

**Note:** *For-cause unannounced surveys should not be confused with regular unannounced surveys, as described on page ACC-25.*

A for-cause unannounced survey can take place at any point in an organization's accreditation cycle. No preliminary report is generated after a for-cause unannounced survey.

---

* *See APR 3 on page APR-2 in the "Accreditation Participation Requirements" chapter.*

**This page is blank
due to revisions through
the *CAMH* Update.**

**Note:** *An organization is charged for a for-cause unannounced survey, regardless of the outcome. An organization can determine the cost of such a survey by calling the Joint Commission's Pricing Unit at 630/792-5115. However, an organization is not charged for random unannounced surveys. (For additional information on random unannounced surveys, see below.)*

Reasons for for-cause unannounced surveys include occurrence of any event or series of events in an accredited organization that creates either of the following significant situations:
- Concern that a continuing threat may exist to the safety or care of patients at risk
  or
- Indication that the organization is not or has not been in compliance with the Joint Commission's Information Accuracy and Truthfulness Policy

Such a survey can either include all the organization's services or only those areas where a serious concern may exist.

The Joint Commission may deny an organization accreditation if the organization does not allow the Joint Commission to conduct an unscheduled or unannounced survey.

## Random Unannounced Surveys
A random unannounced survey is generally conducted 9 to 30 months following the accreditation date (that is, the date after the last day of the full survey). An organization receives no advance notice of a random unannounced survey. One surveyor conducts each such survey for one day. An organization is not charged for a random unannounced survey.

During a random unannounced survey, the surveyor assesses both fixed and variable components, or performance areas. Fixed components are identified each year for organizations based on the highest PFAs and selected National Patient Safety Goals. Fixed components are identified based on the degree of actual or perceived risk to the care of patients posed by noncompliance with applicable standards related to these elements. Fixed components for each accreditation program are published in *Joint Commission Perspectives*® and are listed on the Joint Commission Web site. Variable components are identified through the PFP Presurvey information run through the PFP identifies prioritized organization-specific PFAs to be evaluated. (*See* the section "The Priority Focus Process" on page ACC-16 for more information on presurvey information.) The surveyor may also expand the scope of a random unannounced survey based on findings at the time of that survey.

## The Accreditation Decision Process
The goal of the accreditation decision and reporting approach is to move hospitals away from focusing on achieving high scores to achieving and maintaining safe, high-quality systems of care, treatment, and services. During the decision process, there are no numerical scores, and thus no scores are disclosed to the organizations or to the public. The lack of scores facilitates shifting the focus from passing the exam to continuous operational improvement. For more information on the hospital accreditation decision rules, *see* pages ACC-43–ACC-51.

Key elements of the accreditation decision process include the following:
- Scoring of EPs is on the following scale: satisfactory compliance (2), partial compliance (1), insufficient compliance (0), or not applicable (NA)
- Standards are identified as compliant or not compliant based on the scoring pattern of their associated EPs
- The surveyor(s) leaves an Accreditation Survey Findings Report of findings on site (for special surveys, no report is left on site)
- The Accreditation Survey Findings Report will be posted on the hospital's secure, password-protected extranet Web site space shortly after survey
- If requirements for improvement (RFIs) are cited, the organization has a 45-day window to submit an ESC report to address correction of the RFIs. The accreditation decision is rendered following the submission of the ESC report. For organizations receiving a Preliminary Denial of Accreditation or Conditional Accreditation decision, the decision will be effective on the day

the decision is rendered. For organizations that do not receive any RFIs, the accreditation decision will be effective the day after the last day of survey.

For more information on the scoring process, *see* pages HM-6–HM-9 in the "How to Use This Manual" chapter.

## Accreditation Decision Categories

The Joint Commission's six accreditation decision categories are as follows:*

- **Accredited**—The organization is in compliance with all standards at the time of the on-site survey or has successfully addressed all requirements for improvement in an ESC within 45 days following the posting of the Accreditation Survey Findings Report.
- **Provisional Accreditation**—The organization fails to successfully address all requirements for improvement in an ESC within 45 days following the posting of the Accreditation Survey Findings Report.
- **Conditional Accreditation**—The organization is not in substantial compliance with the applicable standards, as usually evidenced by a count of the number of standards identified as not compliant at the time of survey which is between 1-1/2 and 3 standard deviations above the mean number† of not compliant standards for organizations in that accreditation program. The organization must remedy identified problem areas through preparation and submission of ESC and subsequently undergo an on-site, follow-up survey.

  **Note:** *These thresholds are triggers for an Accreditation Committee determination about a Conditional Accreditation decision. The Accreditation Committee considers each organization and decides whether to apply the decision rules for Conditional Accreditation based on the thresholds, or to exercise its discretion in appropriate cases and render an alternative decision on the survey.*

  *The key points of reference from year to year are the standard deviations that establish the trigger points as mentioned above, not the number of actual RFIs that may change over time based on field performance (see Table 5 for program-specific numbers).*

- **Preliminary Denial of Accreditation**—There is justification to deny accreditation to the organization as usually evidenced by a count of the number of not compliant standards at the time of survey which is 3 or more standard deviations above the mean number of standards identified as not compliant for organizations in that accreditation program. The decision is subject to review and appeal prior to the determination to deny accreditation; the appeal process may also result in a decision other than Denial of Accreditation.

  **Note:** *These thresholds are triggers for an Accreditation Committee determination about a Preliminary Denial of Accreditation decision. The Accreditation Committee considers each organization and decides whether to apply the decision rules for Preliminary Denial of Accreditation based on the thresholds, or to exercise its discretion in appropriate cases and render an alternative decision on the survey.*

  *The key points of reference from year to year are the standard deviations that establish the trigger points as mentioned above, not the number of actual RFIs which may change over time based on field performance (see Table 5 for program-specific numbers).*

- **Denial of Accreditation**—The organization has been denied accreditation. All review and appeal opportunities have been exhausted.
- **Preliminary Accreditation**—The organization demonstrates compliance with selected standards in the first of two surveys conducted under the Early Survey Policy Option 1.

## Components of the Decision Process

This section provides an overview of the Joint Commission's accreditation decision process.

The surveyor(s) will leave the survey findings report with the hospital; the survey findings will be organized by the following:

---

* Table 3 (page ACC-36) provides a description of each category and the conditions that lead to it.

† The mean is based on the previous years' scoring in each program.