# Management of Human Resources

## Overview

The goal of the human resources function is to ensure that the hospital determines the qualifications and competencies for staff* positions based on its mission, population(s), and care, treatment, and services. Hospitals must also provide the right number of competent staff to meet patients' needs. To meet this goal, the hospital carries out the following processes and activities:

- **Planning.** The planning process defines the qualifications, competencies, and staffing necessary to provide for the organization's care, treatment, and services.
- **Providing competent staff.** The hospital provides for competent staff either through traditional employer–employee arrangements or through contractual arrangements with other entities or persons.
- **Orienting, training, and educating staff.** The hospital provides ongoing in-service and other education and training to increase staff knowledge of specific work-related issues.
- **Assessing, maintaining, and improving staff competence.** Ongoing, periodic competence assessment evaluates staff members' continuing abilities to perform throughout their association with the organization.
- **Promoting self-development and learning.** Staff is encouraged to pursue ongoing professional development goals and provide feedback about the work environment.

---

**Glossary Terms**
These key terms have specific Joint Commission definitions. Please access the Glossary found near the end of your manual for the Joint Commission definition and appropriate use.

| | |
|---|---|
| control chart | licensure |
| indicator | run chart |
| licensed independent practitioner | staff |

---

* As appropriate to their roles and responsibilities, all people who provide care, treatment, and services in the organization, including those receiving pay (e.g., permanent, temporary, and part-time personnel, as well as contract employees), volunteers and health profession students. The definition of staff does not include licensed independent practitioners who are not paid staff or who are not contract employees.

# Standards

The following is a list of all standards for this function. They are presented here for your convenience without footnotes or other explanatory text. If you have a question about a term used here, please check the Glossary.

### Planning

**HR.1.10**  The hospital provides an adequate number and mix of staff consistent with the hospital's staffing plan.

**HR.1.15**  Not applicable

**HR.1.20**  Staff qualifications are consistent with his or her job responsibilities.

### Disaster Responsibilities

**HR.1.25**  The hospital may assign disaster responsibilities to volunteer practitioners.

**HR.1.30**  The hospital uses data from clinical/service screening indicators and human resource screening indicators to assess and continuously improve staffing effectiveness.

### Orientation, Training, and Education

**HR.2.10**  The hospital provides initial orientation.

**HR.2.20**  Staff and licensed independent practitioners, as appropriate, can describe or demonstrate their roles and responsibilities relative to safety.

**HR.2.30**  Ongoing education, including in-services, training, and other activities, maintains and improves staff competence.

### Assessing Competence

**HR.3.10**  Staff competence to perform job responsibilities is assessed, demonstrated, and maintained.

**HR.3.20**  The hospital periodically conducts performance evaluations.

**HR.3.25 Through HR.5.40**   Not applicable

Scoring Grid
0  Insufficient compliance
1  Partial compliance
2  Satisfactory compliance
NA Not applicable

# Standards, Rationales, Elements of Performance, and Scoring

## Planning

### Standard HR.1.10
The hospital provides an adequate number and mix of staff consistent with the hospital's staffing plan.

❏ Compliant
❏ Not Compliant

### Rationale for HR.1.10
An organization must provide appropriate types and numbers of qualified staff necessary to furnish the care, treatment, and services offered by the organization. This can be done either through traditional employer–employee arrangements or through contractual arrangements. *See* the "Nursing" chapter for additional information regarding the provision of nursing care services.

### Element of Performance for HR.1.10
1. The hospital has an adequate number and mix of staff to meet the care, treatment, and service needs of the patients.

B | 0 | 1 | 2 | NA

### Standard HR.1.15
Not applicable

### Standard HR.1.20
Staff qualifications are consistent with his or her job responsibilities.

❏ Compliant
❏ Not Compliant

### Elements of Performance for HR.1.20
1. The organization defines the required competence and qualifications of staff in each program(s) or service(s).

B | 0 | 1 | 2 | NA

Ⓜ 2. When the hospital requires current licensure, certification, or registration, but these credentials are not required by law or regulation, the hospital verifies these credentials at the time of hire and upon expiration of the credentials.

C | 0 | 1 | 2 | NA

3. When current licensure, certification, or registration are required by law or regulation to practice a profession,* the hospital verifies these credentials with the primary source at the time of hire and upon expiration of the credentials.

A | 0 | 1 | 2 | NA

> **Note 1:** *It is acceptable to verify current licensure, certification, or registration with the primary source via a secure electronic communication or by telephone, if this verification is documented. For additional information, see "primary source verification" in the Glossary.*
>
> **Note 2:** *A primary source of information may designate another agency to communicate credentials information. The designated agency then can be used as a primary source.*
>
> **Note 3:** *An external organization (for example, a credentials verification organization [CVO]) may be used to collect credentials information. A CVO must meet the CVO guidelines listed in the Glossary.*

---

\* **Profession** is a specialized work function within society, generally performed by a professional. It often refers specifically to fields that require extensive study and mastery of specialized knowledge and skills. Examples of a profession include but are not limited to a nurse, pharmacist, medical technologist, respiratory care practitioner, radiology technician and social worker.

**Scoring Grid**
0  Insufficient compliance
1  Partial compliance
2  Satisfactory compliance
NA  Not applicable

C [ 0 | 1 | 2 | NA ]   Ⓜ 4. The hospital also verifies the education, experience, and competence appropriate for assigned responsibilities.

C [ 0 | 1 | 2 | NA ]   Ⓜ 5. The hospital also verifies information on criminal background if required by law and regulation or hospital policy.

C [ 0 | 1 | 2 | NA ]   Ⓜ 6. The hospital also verifies compliance with applicable health screening requirements if required by law and regulation or established by the hospital.*

C† [ 0 | 1 | 2 | NA ]  Ⓜ 7. The information obtained from EPs 2–6 is used in making decisions regarding staff job responsibilities.

A† [ 0 | 1 | 2 | NA ]     8. All staff that provide patient care, treatment, and services possess a license, certification, or registration as required by law and regulation.

9. Not applicable

10. Not applicable

**EPs 11 and 12 apply to staff other than physician assistants (PAs) and advanced practice registered nurses (APRNs)**

C [ 0 | 1 | 2 | NA ]   Ⓜ 11. Prior to the provision of care, treatment or services, the qualifications and competence of a non-employee individual, brought into the hospital by a licensed independent practitioner to provide care, treatment or services within the scope of the hospital's services are assessed by the hospital and determined to be commensurate with the qualifications and competence required if the individual were to be employed by the hospital to perform the same or similar services.

**Note:** *When the service to be provided by the individual is not currently performed by anyone employed by the hospital, it is leadership's responsibility to consult the appropriate professional organization guidelines with respect to expectations for credentials and competence.*

C [ 0 | 1 | 2 | NA ]   Ⓜ 12. The hospital reviews the qualifications, performance, and competence of each non-employee individual brought into the hospital by a licensed independent practitioner to provide care, treatment, or services at the same frequency as individuals employed by the hospital.

**EP 13 applies to physician assistants and APRNs**

A [ 0 | 1 | 2 | NA ]   13. The leaders ensure that physician assistants and APRNs who practice within the hospital are credentialed and privileged and reprivileged through the medical staff process or an equivalent process that has been approved by the governing body. An equivalent process at a minimum does the following:
- Evaluates the applicant's credentials
- Evaluates the applicant's current competence
- Includes peer recommendations
- Involves communication with and input from individuals and committees, including the (Medical Staff Executive Committee), in order to make an informed decision regarding the applicant's request for privileges

B [ 0 | 1 | 2 | NA ]   14. Staff supervises students when they provide patient care, treatment, and services as part of their training.

---

* Organizations should consider the applicability of the Americans with Disabilities Act (ADA), and if applicable, review policies and procedures. Federal entities are required to comply with the Rehabilitation Act of 1974.

† Effective immediately

Scoring Grid
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

# Disaster Responsibilities

## Standard HR.1.25
The hospital may assign disaster responsibilities to volunteer practitioners.

❑ Compliant
❑ Not Compliant

### Rationale for HR.1.25
When the disaster plan has been implemented (*see* standard EC.4.10 for a description of emergency management planning requirements) and the immediate needs of the patients cannot be met, the hospital may implement a modified process for determining qualifications and competence of volunteer practitioners* (*see* EPs 5–8). The volunteer practitioners that are addressed by this standard only include those practitioners that are required by law and regulation to have a license, certification, or registration to practice their profession. The usual process to determine the qualifications and competence of these practitioners would not allow a volunteer practitioner to provide immediate care, treatment, and services in the event of a disaster (refer to the Glossary for definitions of disaster and emergency) due to the length of time it would take to complete the process. A similar modified process for the assignment of disaster privileges for volunteer licensed independent practitioners exists at standard MS.4.110.

While this standard allows for a method to streamline the process for determining qualifications and competence, safeguards must be in place to assure that the volunteer practitioners are competent to provide safe and adequate care, treatment, and services. Even in a disaster, the integrity of the following two parts of the usual process for determining qualifications and competence must be maintained:
1. Verification of licensure, certification, or registration required to practice a profession
2. Oversight of the care, treatment, and services provided

This option to assign disaster responsibilities to volunteer practitioners is made on a case-by-case basis in accordance with the needs of the organization and its patients, and on the qualifications of its volunteer practitioners.

There are a number of state and federal systems engaged in pre-event verification of qualifications that may facilitate the assigning of disaster responsibilities to volunteer practitioners at the time of a disaster. Examples of such systems include the Medical Reserve Corps (MRC[†]) and the Emergency System for Advance Registration of Volunteer Health Professionals (ESAR-VHP[‡]). It is expected that additional programs will emerge and evolve.

### Elements of Performance for HR.1.25
1. Disaster responsibilities are assigned only when the following two conditions are present: the emergency management plan has been activated, and the hospital is unable to meet immediate patient needs.

    A [ 0 | 1 | 2 | NA ]

2. The hospital identifies in writing the individual(s) responsible for assigning disaster responsibilities.

    A [ 0 | 1 | 2 | NA ]

---

* Individuals who are qualified to practice a health care profession (for example, a nurse) and are engaged in the provision of care and services. Practitioners are often required to be licensed as defined by law.

† **MRC** Medical Reserve Corps units comprise of locally-based medical and public health volunteers who can assist their communities during emergencies, such as an influenza epidemic, a chemical spill, or an act of terrorism. The MRC Program was formed in 2002, in cooperation with the White House's USA Freedom Corps, as one of the charter programs of Citizen Corps. Pre-identifying, training and organizing medical and public health professionals to strengthen their communities through volunteerism is at the core of the MRC concept. MRC volunteers offer their expertise throughout the year by supporting local public health initiatives, such as immunization and prevention activities. When an emergency community need occurs, MRC volunteers can work in coordination with existing local emergency response programs.

‡ **ESAR-VHP** The Emergency System for Advance Registration of Volunteer Health Professionals (ESAR-VHP) program, created by the Health Resources and Services Administration (HRSA), allows for the advance registration and credentialing of healthcare professionals needed to augment a hospital or other medical facility to meet increased patient/victim care and increased surge capacity needs.

**Scoring Grid**
- 0 Insufficient compliance
- 1 Partial compliance
- 2 Satisfactory compliance
- NA Not applicable

**B** [ 0 | 1 | 2 | NA ]  3. The hospital describes in writing a mechanism (for example, direct observation, mentoring, and clinical record review) to oversee the professional performance of volunteer practitioners who are assigned disaster responsibilities.

**B** [ 0 | 1 | 2 | NA ]  4. The hospital has a mechanism to identify volunteer practitioners that have been assigned disaster responsibilities.

**A** [ 0 | 1 | 2 | NA ]  5. For volunteer practitioners to be assigned disaster responsibilities, the hospital obtains for each volunteer practitioner at a minimum, a valid government-issued photo identification issued by a state or federal agency (e.g., driver's license or passport) and at least one of the following:
- A current hospital picture identification card that clearly identifies professional designation
- A current license, certification, or registration
- Primary source verification of licensure, certification, or registration (if required by law and regulation to practice a profession)
- Identification indicating that the individual is a member of a Disaster Medical Assistance Team (DMAT*), or MRC, ESAR-VHP, or other recognized state or federal organizations or groups
- Identification indicating that the individual has been granted authority to render patient care, treatment, and services in disaster circumstances (such authority having been granted by a federal, state, or municipal entity)
- Identification by current organization member(s) who possesses personal knowledge regarding the volunteer practitioner's qualifications

**A** [ 0 | 1 | 2 | NA ]  6. Primary source verification of licensure, certification, or registration (if required by law and regulation to practice a profession) begins as soon as the immediate situation is under control, and is completed within 72 hours from the time the volunteer practitioner presents to the organization.

**Note:** *In the extraordinary circumstance that primary source verification of licensure, certification, or registration (if required by law and regulation to practice a profession) cannot be completed in 72 hours (for example, no means of communication or a lack of resources), it is expected that it be done as soon as possible. In this extraordinary circumstance, there must be documentation of the following: why primary source verification could not be performed in the required time frame; evidence of a demonstrated ability to continue to provide adequate care, treatment, and services; and an attempt to rectify the situation as soon as possible. Primary source verification of licensure, certification, or registration (if required by law and regulation to practice a profession) would not be required if the volunteer practitioner has not provided care, treatment, and services under the disaster responsibilities.*

**B** [ 0 | 1 | 2 | NA ]  7. The hospital oversees the professional practice of volunteer practitioners.

**A** [ 0 | 1 | 2 | NA ]  8. The hospital makes a decision (based on information obtained regarding the professional practice of the volunteer practitioner) within 72 hours related to the continuation of the disaster responsibilities initially assigned.

### Introduction to Staffing Effectiveness

Staffing effectiveness is defined as the number, competency, and skill mix of staff in relation to the provision of needed care and treatment. Effective staffing has been linked to positive patient outcomes and improved quality and safety of care. This standard is designed to help health care organizations determine and continuously improve the effectiveness of their nurse staffing (including registered nurses, licensed practical nurses, and nursing assistants or aides) through an objective,

---

* **DMAT** A group of medical and support personnel designed to provide emergency medical care during a disaster or other unusual event. The DMAT is a component of the National Disaster Medical System (NDMS). The Department of Health and Human Services in partnership with other Federal Agencies such as Department of Defense, Department of Veterans Affairs, and the Federal Emergency Management Agency administer the program.

Case 1:06-cv-01087-HHK   Document 24-6   Filed 11/16/2007   Page 7 of 20

*Management of Human Resources*

Scoring Grid
0  Insufficient compliance
1  Partial compliance
2  Satisfactory compliance
NA Not applicable

evidence-based approach. Other types of practitioners may be included if the organization chooses to do so. The described goal relies on the use of relevant clinical/service outcome and human resource screening indicators to monitor for, identify and trigger nursing-related improvement opportunities in the provision of patient care. In its simplest conception, the standard reflects the application of continuous quality improvement methods to the performance of staffing effectiveness.

This staffing standard requires health care organizations to collect data on relevant human resource and clinical/service screening indicators for a minimum of two units/divisions,* determine the desired performance for each indicator, trend the data over time, and analyze variation from desired performance. It may be appropriate to rotate the units/divisions being monitored over time, after sufficient data have been reviewed to conclude that care on these units is stable. The use of multiple indicators increases the likelihood that existing problems will be identified and appropriately characterized. The use of nursing-sensitive measures makes it likely that problems identified will be staffing-related. However, this will not be universally true—the types of root causes may be identified and will need to be addressed.

Many hospitals will find that they are already collecting the types of data contemplated by this standard. Since indicators selected are hospital-specific and part of internal performance improvement activities, and are not designed for comparison with other health care organizations, it may be appropriate to rotate indicator selection, after sufficient data have been reviewed to conclude that performance is stable and acceptable.

Methods of data collection and tools for data analysis do not need to be sophisticated, and may vary based on the availability of resources. Simple control charts or other graphics to display data may be sufficient.

The purpose of collecting data for these indicators is to screen for possible nurse staffing issues and then to analyze underlying causes when the data do not meet performance expectations. Identification of statistical correlations among measure results is not required; however, identified relationships among results may provide clues to underlying causes.

The data for each screening indicator are analyzed to identify any variations from desired performance by individual measure. Variations in performance trigger further analysis to determine the causes of the variation and whether staffing effectiveness issues might be affecting outcomes of care. When variation from desired performance is detected in one indicator, other indicator results are reviewed to identify information that may assist in clarifying the potential cause of variation.

The organization drills down to determine the cause(s) of variation when data varies from what is expected; the organization then undertakes steps leading to appropriate actions that are likely to remedy identified problems. For example, analysis of the data may indicate the need for evaluation of the organization's staffing practices. If so, the organization take specific actions to improve its performance. Examples of strategies that may be used to address identified staffing issues include the following:
- Staff recruitment
- Education/training
- Service curtailment
- Increased technology support
- Reorganization of work flow
- Provision of additional ancillary or support staff
- Adjustment of skill mix

❑ Compliant
❑ Not Compliant

### Standard HR.1.30
The hospital uses data from clinical/service screening indicators and human resource screening indicators to assess and continuously improve staffing effectiveness.

---

* Unit/division refers to level at which staffing is planned and is provided within the organization. For example, staffing may be planned for individual units or for a group of units, such as all medical/surgical units.

**Scoring Grid**
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

### Rationale for HR.1.30
Significant changes in nurse staffing level and the skill mix of nursing personnel in health care organizations raise questions about potential adverse effects on the quality and safety of patient care related to staffing effectiveness. The Joint Commission has developed a comprehensive approach to the management of staffing effectiveness that looks at staffing as more than just "numbers." The approach relies on data driven quality improvement principles and is objective and methodologically sound. Since the causes and consequences of diminished staffing effectiveness differ from organization to organization, the approach allows flexibility to reflect characteristics unique to individual health care settings.

### Elements of Performance for HR.1.30

A [0 1 2 NA]
1. The hospital identifies no fewer than two inpatient units/divisions for which data on staffing effectiveness are to be collected.

   **Note:** If the hospital has only one *unit/division*, the hospital may collect data for that *single unit/division*.

B [0 1 2 NA]
2. The hospital identifies the units/divisions (no less than two) based on assessment of relevant information or risk, including
   - Knowledge about staffing issues likely to impact patient safety or quality of care
   - Patient population served
   - Type of setting
   - Review of existing data (e.g., incident logs, sentinel event data, performance improvement reports)
   - Input from clinical staff who provide patient care

   **Note:** *If the hospital has only one unit/division, the hospital need not apply these criteria.*

A [0 1 2 NA]
3. A minimum set of four indicators are selected for each of the identified inpatient units/divisions.

   **Note:** *Hospitals are free to choose the same set, the same set in part or completely different measure sets for each identified unit/division.*

B [0 1 2 NA]
4. The hospital determines the indicators for each unit/division based on assessment of relevant information or risk, including the following:
   - Knowledge about staffing issues likely to impact patient safety or quality of care
   - Patient population served
   - Type of setting
   - Review of existing data (e.g., incident logs, sentinel event data, performance improvement reports)
   - Input from clinical staff who provide patient care

A [0 1 2 NA]
5. Of the four indicators required for each unit/division, two must be clinical/service indicators and two must be human resource indicators.

A [0 1 2 NA]
6. One of the human resource indicators and one of the clinical/service indicators must be selected from the Joint Commission's list of approved indicators.*

   **Note:** *Additional indicators may be selected from among the hospital's own indicators.*

A [0 1 2 NA]
7. The human resource indicators for all identified units/divisions include all nursing staff (including registered nurses, licensed practical nurses, and nursing assistants or aides).

   **Note:** *Decisions regarding stratification of data by discipline are left to the hospital.*

---

\* The Joint Commission's list of approved screening indicators consists of National Quality Forum (NQF) nursing sensitive patient care measures and Joint Commission consensus measures.

Case 1:06-cv-01087-HHK    Document 24-6    Filed 11/16/2007    Page 9 of 20

*Management of Human Resources*

Scoring Grid
0  Insufficient compliance
1  Partial compliance
2  Satisfactory compliance
NA Not applicable

8. When the hospital chooses to include other practitioner groups (in addition to nursing staff in the human resource indicators for the identified units/divisions, this decision is based on the impact the absence of such care/service providers would be expected to have on patient outcomes.

   **B** | 0 | 1 | 2 | NA |

9. The hospital does the following:
   - Defines the numerator and denominator for indicators chosen
   - Standardizes the data element definitions for each indicator, including those indicators applied in more than one setting
   - Determines acceptable ranges/parameters/trigger levels* for the indicators

   **B** | 0 | 1 | 2 | NA |

10. The hospital does the following for each unit/division selected:
    - Collects data for all indicators
    - Analyzes data for all indicators
    - Reviews all indicator data together when analyzing variation from desired performance for additional information that may assist in identifying any potential causes of variation
    - Investigates to identify any staffing effectiveness issues when indicator data varies from expected
    - Takes appropriate action in response to analyzed data

    **B** | 0 | 1 | 2 | NA |

11. The hospital reports at least annually to the leaders on the results of data analyses related to staffing effectiveness (*see* PI.1.10 and PI.2.20) and any actions taken to resolve identified problems.

    **A** | 0 | 1 | 2 | NA |

**List of Joint Commission Approved Subjects for Screening Indicators for Hospitals**
1. Patient/family complaints/satisfaction (Clinical/Service)
2. Adverse drug events (Clinical/Service)
3. Injuries to patients (Clinical/Service)
4. Skin breakdown (Clinical/Service)
5. Pneumonia (Clinical/Service)
6. Postoperative infections (Clinical/Service)
7. Urinary tract infections (Clinical/Service)
8. Upper gastrointestinal bleeding (Clinical/Service)
9. Shock/cardiac arrest (Clinical/Service)
10. Length of stay (Clinical/Service)
11. Death among surgical inpatients with treatable serious complications (failure to rescue) (Clinical/Service) (National Quality Forum measure)
12. Pressure ulcer prevalence (Clinical/Service) (National Quality Forum measure)
13. Falls prevalence (Clinical/Service) (National Quality Forum measure)
14. Falls with injury (Clinical/Service) (National Quality Forum measure)
15. Restraint prevalence (vest and limb only) (Clinical/Service) (National Quality Forum measure)
16. Urinary catheter-associated urinary tract infection for intensive care unit patients (Clinical/Service) (National Quality Forum measure)
17. Central line catheter-associated blood stream infection rate for intensive care unit and high-risk nursery patients (Clinical/Service) (National Quality Forum measure)
18. Ventilator-associated pneumonia for intensive care unit and high-risk nursery patients (Clinical/Service) (National Quality Forum measure)
19. Smoking cessation counseling for acute myocardial infarction (Clinical/Service) (National Quality Forum measure)
20. Smoking cessation counseling for heart failure (Clinical/Service) (National Quality Forum measure)
21. Smoking cessation counseling for pneumonia (Clinical/Service) (National Quality Forum measure)

---

* Acceptable ranges/parameters/trigger levels may be reflective of past performance, expert opinion, expert literature, or a combination of these. The ranges/parameters/trigger levels should be reasonable goals that are possible to attain. When desired ranges/parameters/trigger levels are not met, an investigation into the cause(s) is needed.

Scoring Grid
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

*Comprehensive Accreditation Manual for Hospitals: The Official Handbook*

Case 1:06-cv-01087-HHK   Document 24-6   Filed 11/16/2007   Page 10 of 20

22. Overtime (Human Resource)
23. Staff vacancy rate (Human Resource)
24. Staff satisfaction (Human Resource)
25. Staff turnover rate (Human Resource)
26. Understaffing as compared to organization's staffing plan (Human Resource)
27. Staff injuries on the job (Human Resource)
28. On-call or per diem use (Human Resource)
29. Sick time (Human Resource)
30. Agency staff use (Human Resource)
31. Skill mix (registered nurse, licensed vocational nurse/licensed practical nurse, unlicensed assistive personnel, and contract) (Human Resource) (National Quality Forum measure)
32. Nursing care hours per patient day (registered nurse, licensed practical nurse, and unlicensed assistive personnel) (Human Resource) (National Quality Forum measure)
33. Practice Environment Scale-Nursing Work Index (PES-NWI) composite and five subscales (Human Resource) (National Quality Forum measure)
34. Voluntary turnover (Human Resource) (National Quality Forum measure)

**Note:** *Information on National Quality Forums National Voluntary Consensus Standards for Nursing-Sensitive Care, including the specific definitions for each indicator, can be found at http://www.qualityforum.org and at http://www.qualityforum.org/txNCappCspec2-7-04.pdf.*

## Orientation, Training, and Education



### Standard HR.2.10
The hospital provides initial orientation.

### Rationale for HR.2.10
Orientation is a process in which initial job training and information is provided to staff. Staff orientation promotes safe and effective job performance. Some elements of orientation need to occur before staff provide care, treatment, and services. Other elements of orientation can occur when staff are providing care, treatment, and services.

### Elements of Performance for HR.2.10




1. The organization determines what key elements of orientation should occur before staff provide care, treatment, and services.

Ⓜ 2. The organization orients staff to the identified key elements prior to the provision of care, treatment, and services.

Ⓜ 3. As appropriate, staff orientation addresses the hospital's mission and goals.

Ⓜ 4. As appropriate, staff orientation addresses hospitalwide policies and procedures (including safety and infection control) and relevant unit, setting, or program-specific policies and procedures.

Ⓜ 5. As appropriate, staff orientation addresses specific job duties and responsibilities and service, setting, or program-specific job duties and responsibilities related to safety and infection control.

6. Not applicable

Ⓜ 7. As appropriate, staff orientation addresses cultural diversity and sensitivity.

Ⓜ 8. Staff orientation includes education about the rights of patients and ethical aspects of care, treatment, and services and the process used to address ethical issues.



Scoring Grid
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

9. Not applicable

Ⓜ 10. Orientation and education for forensic staff include how to interact with patients; procedures for responding to unusual clinical events and incidents; the hospital's channels of clinical, security, and administrative communication; and distinctions between administrative and clinical seclusion and restraint.

                          C [ 0 | 1 | 2 | NA ]

## Standard HR.2.20

❑ Compliant
❑ Not Compliant

Staff and licensed independent practitioners, as appropriate, can describe or demonstrate their roles and responsibilities relative to safety.

### Rationale for HR.2.20

The human element is the most critical factor in any process, determining whether the right things are done correctly. The best policies and procedures for minimizing risks in the environment where care, treatment, and services are provided are meaningless if staff, licensed independent practitioners if applicable, do not know and understand them well enough to perform them properly.

It is important that everyday precautions identified by the health care organization for minimizing various risks, including those related to patient safety and environmental safety,* are properly implemented. It is also important that the appropriate emergency procedures be instituted should an incident or failure occur in the environment.

### Elements of Performance for HR.2.20

Staff and licensed independent practitioners as appropriate, can describe or demonstrate the following (EPs 1–4):

Ⓜ 1. Risks within the hospital's environment       C [ 0 | 1 | 2 | NA ]

Ⓜ 2. Actions to eliminate, minimize, or report risks       C [ 0 | 1 | 2 | NA ]

Ⓜ 3. Procedures to follow in the event of an incident       C [ 0 | 1 | 2 | NA ]

Ⓜ 4. Reporting processes for common problems, failures, and user errors       C [ 0 | 1 | 2 | NA ]

## Standard HR.2.30

❑ Compliant
❑ Not Compliant

Ongoing education, including in-services, training, and other activities, maintains and improves staff competence.

### Elements of Performance for HR.2.30

1. Staff training occurs when job responsibilities or duties change.       B [ 0 | 1 | 2 | NA ]

Ⓜ 2. Staff participate in ongoing in-services, training, or other activities to increase knowledge of work-related issues.       C [ 0 | 1 | 2 | NA ]

Ⓜ 3. Ongoing in-services and other education and training of staff are appropriate to the needs of the population(s) served and comply with law and regulation.       C [ 0 | 1 | 2 | NA ]

Ⓜ 4. Ongoing in-services, training, or other staff activities emphasize specific job-related aspects of safety and infection prevention and control.       C [ 0 | 1 | 2 | NA ]

Ⓜ 5. Ongoing in-services, training, or other staff education incorporate methods of team training, when appropriate.       C [ 0 | 1 | 2 | NA ]

Ⓜ 6. Ongoing in-services, training, or other staff education reinforce the need and ways to report unanticipated adverse events.       C [ 0 | 1 | 2 | NA ]

---

\* The "Management of the Environment of Care" chapter of this manual identifies risks associated with the following categories: safety, security, hazardous materials and waste, emergency management, medical equipment, and utility management.

**Scoring Grid**
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

C [ 0 | 1 | 2 | NA ]   Ⓜ 7.  Ongoing in-services or other staff education are offered in response to learning needs identified through performance improvement findings and other data analysis (that is, data from staff surveys, performance evaluations, or other needs assessments).

C [ 0 | 1 | 2 | NA ]   Ⓜ 8.  Ongoing staff education is documented.

## Assessing Competence

❑ Compliant
❑ Not Compliant

### Standard HR.3.10
Staff competence to perform job responsibilities is assessed, demonstrated, and maintained.

### Rationale for HR.3.10
Competence assessment is systematic and allows for a measurable assessment of the person's ability to perform required activities. Information used as part of competence assessment may include data from performance evaluations, performance improvement, and aggregate data on competence, as well as the assessment of learning needs.

### Elements of Performance for HR.3.10

B [ 0 | 1 | 2 | NA ]   1.  The competence assessment process for staff is based on the population(s) served.

B [ 0 | 1 | 2 | NA ]   2.  The competence assessment process for staff is based on the defined competencies to be required.

B [ 0 | 1 | 2 | NA ]   3.  The competence assessment process for staff is based on the defined competencies to be assessed during orientation.

B [ 0 | 1 | 2 | NA ]   4.  The competence assessment process for staff is based on the defined competencies that need to be assessed and reassessed on an ongoing basis, based on techniques, procedures, technology, equipment, or skills needed to provide care, treatment, and services.

B [ 0 | 1 | 2 | NA ]   5.  The competence assessment process for staff is based on a defined time frame for how often competence assessments are performed for each person, minimally, once in the three-year accreditation cycle and in accordance with law and regulation.

B [ 0 | 1 | 2 | NA ]   6.  The competence assessment process for staff is based on the assessment methods (appropriate to determine the skill being assessed).

B [ 0 | 1 | 2 | NA ]   7.  The competence assessment process for staff is based on the use of qualified individuals to assess competence.

   **Note:** *When there is no qualified individual in the organization that performs comparable care, treatment, and services, the organization may*
   - *Utilize qualified staff from other organizations to assist with the assessment of competence*
   OR
   - *Consult the appropriate professional organization guidelines with respect to expectations for competence and use these guidelines to assess competence*

C [ 0 | 1 | 2 | NA ]   Ⓜ 8.  The hospital assesses and documents staff's ability to carry out assigned responsibilities safely, competently, and in a timely manner upon completion of orientation.

C [ 0 | 1 | 2 | NA ]   Ⓜ 9.  The hospital assesses staff according to its competence assessment process.

B [ 0 | 1 | 2 | NA ]   10. When improvement activities lead to a determination that a person with performance problems is unable or unwilling to improve, the hospital takes appropriate action (which may include modifying the person's job assignment).

Case 1:06-cv-01087-HHK    Document 24-6    Filed 11/16/2007    Page 13 of 20

*Management of Human Resources*

Scoring Grid
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

## Standard HR.3.20

The hospital periodically conducts performance evaluations.

❏ Compliant
❏ Not Compliant

### Rationale for HR.3.20
Performance is evaluated as an ongoing process for providing positive and negative feedback to staff. Formal performance evaluations can be conducted concurrently with competence assessments or can be completed at a separate time.

### Elements of Performance for HR.3.20

Ⓜ 1. The hospital conducts performance evaluations periodically at time frames identified by the hospital (at a minimum, at least once in the three-year accreditation cycle).

C | 0 | 1 | 2 | NA

Ⓜ 2. Performance is evaluated based on the performance expectations described in job descriptions.

C | 0 | 1 | 2 | NA

3. Not applicable

Ⓜ 4. Performance evaluations are documented.

C | 0 | 1 | 2 | NA

## Standard HR.3.25 Through HR.5.40
Not applicable

# Nursing

## Overview

The quality of a hospital's nursing services is built upon the leadership of a nurse executive and the work of a qualified staff. The nurse executive ensures the continuous and timely availability of nursing services. The nurse executive also ensures the quality of nursing standards of care and practice by incorporating current nursing research findings, nationally recognized professional standards, and other literature into the policies and procedures governing the provision of nursing care, treatment, and services.

The role of nursing has evolved significantly in response to the changes in the health care industry. The nurse executive is by and large accountable for the largest patient care work force of the organization. Nurse executives routinely assume oversight responsibility for the provision of effective, high quality and safe nursing care throughout the organization; the development of productive work teams; consumer satisfaction activities; staff retention efforts; and the development, presentation and management of the nursing services' portion of the hospital's budget. Additionally, it is not uncommon today for the role to include comparable oversight responsibility for various support services including pharmacy, respiratory therapy or social work.

To effectively fulfill this ever expanding role, today's nurse executive must demonstrate an extensive knowledge of the current complexities of the health care industry, expertise in budgeting, trend variance analysis, strategic planning, marketing, and an understanding of information technology, as well as political and economic skills.

The standards in this chapter will evolve, over time, to reflect the increasing role of nurse executives, department level nurse managers, and staff nurses.*

---

**Glossary Terms**
These key terms have specific Joint Commission definitions. Please access the Glossary found near the end of your manual for the Joint Commission definition and appropriate use.

| | |
|---|---|
| leader | nursing staff |
| nurse executive | plan |
| nursing care | policies and procedures |
| nursing services | registered nurse |

---

\* Effective July 1, 2007

## Standards

The following is a list of all standards for this function. They are presented here for your convenience without footnotes or other explanatory text. If you have a question about a term used here, please check the Glossary.

**NR.1.10**   A nurse executive directs the hospital's nursing services.

**NR.2.10**   The nurse executive is a licensed professional registered nurse qualified by advanced education and management experience.

**NR.3.10**   The nurse executive establishes nursing policies and procedures, nursing standards, and a nurse staffing plan(s).

*Nursing* Scoring Grid
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

# Standards, Rationales, Elements of Performance, and Scoring

### Standard NR.1.10
A nurse executive directs the hospital's nursing services.

❏ Compliant
❏ Not Compliant

### Rationale for NR.1.10*
Effective nursing leadership is vital to establishing a cohesive and collaborative nursing care team and ultimately to the hospital successfully maintaining fiscal balance and high quality, safe patient care. To achieve the goal of providing quality nursing care, treatment, and services, the nurse executive must assume an active leadership role in defining the nursing care needs of the patient population served.

### Elements of Performance for NR.1.10

1. An identified nurse leader at the executive level coordinates the following functions:
   - Development of hospitalwide patient care programs, policies, and procedures that describe how patients' nursing care needs, or the needs of patient populations receiving nursing care, treatment, and services, are assessed, evaluated, and met
   - Development and implementation of the hospital's plans for providing nursing care, treatment, and services to those patients requiring nursing care, treatment, and services
   - Implementation of an effective, ongoing program to measure, assess, and improve the quality of nursing care, treatment, and services delivered to patients

   B  0  1  2  NA

2. The nurse executive's authority and responsibility are defined in a contract, a written agreement, a letter, a memorandum, a job or position description, or other document.

   A  0  1  2  NA

3. The nurse executive or a designee(s) approves nursing policies and procedures, nursing standards of patient care, treatment, and services, and standards of nursing practice before implementation.

   A  0  1  2  NA

4. Decentralized hospital structures with geographically distant sites have an established process for selecting, electing, or appointing one appropriately prepared nurse as its nurse executive.

   B  0  1  2  NA

5. The nurse executive functions at the executive level to provide effective and coordinated leadership to deliver nursing care, treatment, and services.

   B  0  1  2  NA

6. An identified nurse leader at the executive level, assumes an active leadership role with the organization's governing body, management, organized medical staff, and clinical leaders in the organization's decision-making structures and process.*

   A  0  1  2  NA

7. The nurse executive participates in defined and established meetings of the hospital's corporate leaders (when such leaders exist) and with other clinical and managerial leaders.

   A  0  1  2  NA

8. The nurse executive has the authority to speak on behalf of nursing to the same extent that other hospital leaders speak for their respective disciplines or departments.

   A  0  1  2  NA

### Standard NR.2.10
The nurse executive is a licensed professional registered nurse qualified by advanced education and management experience.

❏ Compliant
❏ Not Compliant

---

* Effective July 1, 2007

CAMH *Update 1, March 2007*                                                                                                    NR – 3

**Scoring Grid**
0   Insufficient compliance
1   Partial compliance
2   Satisfactory compliance
NA  Not applicable

### Rationale for NR.2.10
A nurse who possesses the requisite education to become a nurse executive has acquired extensive and valuable knowledge of the nursing profession.

### Elements of Performance for NR.2.10

A [ 0 | 1 | 2 | NA ]
1. The nurse executive is currently licensed as a registered professional nurse in the state, commonwealth, or territory as required by law.

The following factors are considered when appointing the nurse executive:

B [ 0 | 1 | 2 | NA ]
2. Whether the prospective nurse executive possesses the knowledge and skills associated with a master's degree in nursing or a related field or another appropriate postgraduate degree, or has a written plan to obtain these qualifications

B [ 0 | 1 | 2 | NA ]
3. The hospital's scope and complexity and the position's authority and responsibility

B [ 0 | 1 | 2 | NA ]
4. The scope and complexity of the nursing care needs of the major patient population(s) served

B [ 0 | 1 | 2 | NA ]
5. The availability of adequate nursing support and administrative staff and services assist the nurse executive in the execution of the responsibilities required in this chapter and by applicable law

B [ 0 | 1 | 2 | NA ]
6. The education and experience required for peer leadership positions*

❏ Compliant
❏ Not Compliant

### Standard NR.3.10
The nurse executive establishes nursing policies and procedures, nursing standards, and a nurse staffing plan(s).

### Elements of Performance for NR.3.10

A [ 0 | 1 | 2 | NA ]
1. The nurse executive, registered nurses, and other designated nursing staff members write nursing policies and procedures; nursing standards of patient care, treatment, and services; standards of nursing practice; a nurse staffing plan(s); and standards to measure, assess, and improve patient outcomes.

A [ 0 | 1 | 2 | NA ]
2. The nurse executive is responsible for ensuring that nursing policies, procedures, and standards describe and guide how the nursing staff provides the nursing care, treatment, and services required by all patients and patient populations served by the hospital and as defined in the hospital's plan(s) for providing nursing care, treatment, and services and as required by applicable law and regulation.

A [ 0 | 1 | 2 | NA ]
3. All nursing policies, procedures, and standards are defined, documented, and accessible to the nursing staff in written or electronic format.

A [ 0 | 1 | 2 | NA ]
4. The nurse executive assures the provision of nursing services 24 hours a day, 7 days a week with at least one on-premise registered nurse (RN) furnishing or supervising the service 24 hours a day 7 days a week.†

A [ 0 | 1 | 2 | NA ]
5. The nurse executive or a designee(s) exercises final authority over those associated with providing nursing care, treatment, and services.

---

* For example, when leadership peers are expected to have a masters or doctoral degree or appropriate professional certification, the nurse executive possesses similar qualifications.

† Effective July 1, 2007.

# Glossary

**abuse**   Intentional maltreatment of an individual which may cause injury, either physical or psychological. *See also* neglect.

>   **mental abuse**   Includes humiliation, harassment, and threats of punishment or deprivation.
>
>   **physical abuse**   Includes hitting, slapping, pinching, or kicking. Also includes controlling behavior through corporal punishment.
>
>   **sexual abuse**   Includes sexual harassment, sexual coercion, and sexual assault.

**accountability**   *See* information management.

**accreditation**   Determination by the Joint Commission's accrediting body that an eligible health care organization complies with applicable Joint Commission standards. *See also* accreditation decisions.

**accreditation cycle**   A period of accreditation at the conclusion of which, accreditation expires unless a full survey is performed.

**accreditation decisions**   Categories of accreditation that an organization can achieve based on a Joint Commission survey. These decision categories are

- **Accredited**   The organization is in compliance with all standards at the time of the on-site survey or has successfully addressed all requirements for improvement in an Evidence of Standards Compliance report (*see definition*) within 45 days following the survey.
- **Provisional Accreditation**   The organization fails to successfully address all requirements for improvement in an ESC within 45 days following the posting of the Accreditation Survey Findings Report.
- **Conditional Accreditation**   The organization is not in substantial compliance with the standards, as usually evidenced by a count of the number of standards identified as not compliant at the time of survey which is between 1½ and 3 standard deviations above the mean number of noncompliant standards for organizations in that accreditation program. The organization must remedy identified problem areas through preparation and submission of an ESC and subsequently undergo an on-site, follow-up survey.
- **Preliminary Denial of Accreditation**   There is a preliminary finding of justification to deny accreditation to the organization as usually evidenced by a count of the number of noncompliant standards at the time of survey which is at least three standard deviations above the mean number of standards identified as not compliant for organizations in that accreditation program. The decision is subject to review and appeal prior to the determination of a final denial of accreditation.
- **Denial of Accreditation**   The organization has been denied accreditation. All review and appeal opportunities have been exhausted.
- **Preliminary Accreditation**   The organization demonstrates compliance with selected standards in the first of two surveys conducted under the Early Survey Policy Option 1 (*see definition*).

**accreditation process**   A continuous process whereby health care organizations are required to demonstrate to the Joint Commission that they are providing safe, high quality of care, as determined by compliance with Joint Commission standards, National Patient Safety Goals recommendations, and performance measurement requirements. Key components of this process are an on-site evaluation of an organization by Joint Commission surveyors, a Periodic Performance Review, and quarterly submission of performance measurement data to the Joint Commission, as applicable.

**accreditation survey findings**   Findings from an on-site evaluation conducted by Joint Commission's surveyors that result in an organization's accreditation decision.

**Accreditation Survey Findings Report**   A report of an organization's survey findings; the report includes requirements for improvement (*see definition*) and supplemental findings (*see definition*), as appropriate.

- side the organization. It does not include obtaining a medication from the organization's own pharmacy, which is considered as part of the ordering and dispensing processes.
- **storage**   The task of appropriately maintaining a supply of medications on the organization's premises.
- **secure***   In locked containers, in a locked room, or under constant surveillance.
- **prescribing or ordering**   Synonymous terms for when a licensed independent practitioner transmits a legal order or prescription to the organization directing the preparing, dispensing, and administering of a specific medication to a specific patient. It does not include requisitions for medication supplies.
- **transcribing**   The process by which an order from a licensed independent practitioner is documented either in writing or electronically.
- **preparing**   The compounding, manipulation, or other activity needed to get a medication ready for administration exactly as ordered by the licensed independent practitioner.
- **dispensing**   Providing, furnishing, or otherwise making available a supply of medications to the individual for whom it was ordered or their representative by a licensed pharmacy according to a specific prescription or medication order, or by a licensed independent practitioner authorized by law to dispense. Dispensing does not involve providing an individual a dose of medication previously dispensed by the pharmacy.
- **administration**   The provision of a prescribed and prepared dose of an identified medication to the individual for whom it was ordered to achieve its pharmacological effect. This includes directly introducing the medication into or onto the individual's body.
- **self-administration**   Independent use by a patient of a medication, including medications that may be held by the organization for independent use by the patient.
- **monitoring**   The ongoing evaluation of an individual to whom a medication was administered, to ascertain the effectiveness and efficacy of the medication therapy and prevent the occurrence of any serious adverse outcomes.

**medication-management measurement**   The measurement, assessment, and improvement of the prescribing or ordering, preparing and dispensing, administering, and monitoring of medications.

**mental abuse**   See abuse.

**minimum data set**   An agreed-on and accepted set of terms and definitions constituting a core of data; a collection of related data items.

**mission statement**   A written expression that sets forth the purpose of an organization or one of its components. The generation of a mission statement usually precedes the formation of goals and objectives.

**mitigation activities**   Those activities an organization undertakes in attempting to lessen the severity and impact of a potential emergency. See emergency.

**multidisciplinary team**   A group of clinical staff members composed of representatives of a range of professions, disciplines, or service areas.

**near miss**   Used to describe any process variation which did not affect an outcome, but for which a recurrence carries a significant chance of a serious adverse outcome. Such a "near miss" falls within the scope of the definition of a sentinel event, but outside the scope of those sentinel events that are subject to review by the Joint Commission under its Sentinel Event Policy.

**neglect**   The absence of minimal services or resources to meet basic needs. Neglect includes withholding or inadequately providing food and hydration (without physician, patient, or surrogate approval), clothing, medical care, and good hygiene. It may also include placing the individual in unsafe or unsupervised conditions. See also abuse.

**network**   An entity offering comprehensive or specialty services that provides, or provides for, integrated health care services to a defined population of individuals. Networks are characterized by a centralized structure that coordinates and integrates services provided by components and practitioners participating in the network.

**nonrepudiation**   See information management.

**nurse executive**   A registered professional nurse who is responsible for the full-time,

direct supervision of nursing services and who is currently licensed by the state in which he or she practices. Attributes of this position may be further defined in regulatory statutes.

**nursing** The health profession dealing with nursing care and services as (1) defined by the Code of Ethics for Nurses with Interpretive Statements, Nursing's Social Policy Statement, Nurses' Bill of Rights, Scope and Standards of Nursing Practice of the American Nurses Association and specialty nursing organizations; and (2) defined by relevant state, commonwealth, or territory nurse practice acts and other applicable laws and regulations.

**nursing care** Professional processes of assessment, diagnosis, planning, implementation, and evaluation based on the art and science of nursing to promote health, its recovery, or a peaceful and dignified death. This includes, but is not limited to, assisting individuals, families, communities, and/or populations in understanding health needs and carrying out therapeutic plans and activities.

**nursing home** A nonhospital health care organization with inpatient beds and an organized professional staff that provides continuous nursing and other health-related, psychosocial, and personal services to patients who are not in an acute phase of illness, but who require continued care on an inpatient basis.

**nursing services** One or more defined units or departments within a health care organization with accountability for the delivery of quality nursing care to individuals, families, communities, and/or populations. Personnel, fiscal, capital, and intellectual resources focus on patient safety via interdisciplinary collaboration, integrated data and information management, and communication within all planning, implementation, and evaluation activities.

**nursing staff** Personnel within a health care organization who are accountable for providing and assisting in the provision of nursing care. Such personnel must include Registered Nurses (RNs), and may include others such as Advanced Practice Registered Nurses (APRNs), Licensed Practical or Vocational Nurses (LPNs/LVNs), and nursing assistants or other designated unlicensed assistive personnel.

**nutriceuticals** Nutritional supplements formulated in a pharmaceutical dosage form and used with the intention of deriving medical or health benefits, including preventing and treating disease. Such products may range from isolated nutrients, dietary supplements, and diets to genetically engineered "designer" foods, herbal products, and processed foods such as cereals, soups, and beverages.

**nutrition** The sum of the processes by which one takes in and uses nutrients.

> **enteral nutrition** Nutrition provided via the gastrointestinal tract. Enteral nutrition encompasses both oral (delivered through the mouth) and tube (provided through a tube or catheter that delivers nutrients distal to the mouth) routes.
>
> **parenteral nutrition** Nutrients that are provided intravenously, bypassing the digestive tract, which may contain protein, sugar, fat, and added vitamins and minerals as needed by the patient. Related terms are total parenteral nutrition (TPN), partial parenteral nutrition (PPN), and hyperalimentation (HA).

**nutrition assessment** A comprehensive process for defining an individual's nutrition and hydration status using medical, nutrition, and medication intake histories, physical examination, anthropomorphic measurements, and laboratory data.

**nutrition care** Interventions and counseling to promote appropriate nutrition and fluid intake, based on nutrition and hydration assessment and information about food, other sources of nutrients, and meal preparation consistent with the individual's cultural background and socioeconomic status. Nutrition therapy, a component of medical treatment, includes enteral and parenteral nutrition. *See also* nutrition.

**nutrition screening** A process used to indicate the need for a nutritional assessment to determine whether a patient is malnourished or at risk for malnourishment.

**occupancy**

> **ambulatory health care occupancy** An occupancy used to provide services or treatment to four or more patients at the same time that either (1) renders them incapable of providing their own means of self-preservation in an emergency or