IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. Action No. 1:06cv1087 (HHK) ) |
| MICHAEL O. LEAVITT, et al., | ) ) |
| Defendants. | ) ) |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of defendants' motion to dismiss plaintiffs' Second Amended Complaint and plaintiffs' opposition thereto, and the entire record, it is hereby

ORDERED that defendants' motion is GRANTED, and plaintiffs' Second Amended Complaint is DISMISSED.

_____                                         _____
Date                                                                                UNITED STATES DISTRICT JUDGE