IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. | ) Case No. 1:06cv1087 (HHK) |
| Plaintiffs, | ) The Honorable Henry H. Kennedy |
| vs. | ) |
| MICHAEL O. LEAVITT, et al. | ) |
| Defendants | ) |

### DECLARATION OF LINDA STIERLE IN SUPPORT OF JURISDICTION

**LINDA STIERLE, MSN, RN, CNAA, BC**, under penalty of perjury, says the following:

1. I make this declaration of my own personal knowledge. I am competent to testify to the matters set forth herein.

2. I am the Chief Executive Officer of the American Nurses Association and have served in my capacity as Chief Executive Officer at all times relevant to this litigation.

3. I have reviewed the complaint filed by the American Nurses Association and I am familiar with the allegations set forth in the complaint.

4. The mission of the American Nurses Association (hereinafter "ANA") is described, in part, in the ANA Bylaws, which provide that one of the purposes of the ANA is to "work for the improvement of health standards and the availability of healthcare services for all people…." Further, one of the functions of ANA, as stated in the ANA Bylaws, is to "initiate and influence legislation, governmental programs, national health policy..." thereby aiding citizens to enjoy a better health care benefit.

5. The Core Purpose of the ANA is to advance the nursing profession to improve health for all.

6. One of the Core Issues of the ANA is to protect patients and nurses by ensuring an appropriate number and mix of nursing staff in health care facilities throughout the United States, including but not limited to the States of New York and Washington.

7. The ANA has developed principles for nurse staffing, which were published under the same title ("principles"). Subsequently, the

ANA published interpretive guidelines on the principles to better educate staff nurses about the need for appropriate RN staffing and how appropriate levels are determined consistent with patient needs. The principles provide a framework to help nurses and administrators address questions about appropriate staffing, provide measurable criteria to assess the sufficiency of staffing and the criteria for reviewing staffing systems to ensure they are comprehensive in their framework and to serve as a guide to making staffing decisions at the level where health care is given, considering first and foremost the concern for the patient and the type of care the patient receives. The principles acknowledge that adequate nurse staffing is critical to the delivering of quality patient care. The principles have been incorporated into legislative and collective bargaining contract language in health care facilities around the country, including health care facilities in the States of New York and Washington. The principles were developed after a long process which included a review and synopsis of Medicare Conditions of Participation and a review of the accreditation standards of the Joint Commission on the Accreditation of Healthcare Organizations.

8. On June 7, 2006, the Board of Directors of ANA approved the filing of this lawsuit for the purpose of protecting its organizational interests outlined above, among others. These organizational interests are germane to the purposes of the ANA outlined above and to the purposes of the ANA set forth in paragraph 9 of Plaintiffs' Second Amended Complaint.

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, the foregoing statements are true and correct.

Linda Stierle, MSN, RN, CNAA, BC
Chief Executive Officer
American Nurses Association

2