IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL O. LEAVITT, et al. <br><br> Defendants | ) Case No. 1:06cv1087 <br> ) <br> ) The Honorable Henry H. Kennedy <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION IN SUPPORT OF JURISDICTION

Judith A. Huntington, under penalty of perjury, hereby states the following:

1. I make this declaration of my own personal knowledge. I am competent to testify to the matters set forth herein.

2. I am the Executive Director of the Washington State Nurses Association (WSNA) and have served in my capacity as Executive Director at all times relevant to this litigation.

3. I have reviewed the complaint filed in this case and I am familiar with the allegations set forth in the complaint.

4. WSNA has RN members who work in Joint Commission accredited hospitals.

5. To address violations of our members' rights in connection with deficient levels of RN staffing in the accredited hospitals, WSNA has had to expend money on WSNA staff time and on legal fees. An example of this is the pursuit of an arbitration case between WSNA and Sacred Heart Medical Center and decided by Arbitrator Levak on May 28, 2006. The Arbitrator made specific findings that the hospital failed to provide sufficient RN staff or other support staff to provide break relief. Sacred Heart Medical Center is a Joint Commission-accredited hospital. As a result of the arbitration, I learned that the insufficient RN staffing caused WSNA RN members who were employed by Sacred Heart Medical Center to suffer increased fatigue and anxiety levels, and at times, made it impossible for WSNA RN members to provide the immediate bedside care needed by the patients

unless RNs did not take the breaks to which they were entitled under the terms of their collective bargaining agreement.

6. WSNA continues to expend financial resources of the association to monitor RN staffing levels in accredited hospitals and to respond to RN members' problems arising from insufficient staff.

7. RN members of WSNA employed at Joint Commission accredited hospitals continue to inform WSNA that they suffer from higher levels of fatigue and anxiety as a result of deficient levels of RN staffing. Further, RN members of WSNA have reported to WSNA occasions when patients do not get the immediate beside care of an RN as needed, due to deficient RN staffing.

8. WSNA has expended in excess of $10,000 in funds to offset the financial strains suffered by registered nurses, including ANA members, who are on strike in Kentucky and West Virginia. The strike involves over 800 nurses who work in nine (9) Joint Commission-accredited facilities owned by Appalachian Regional Health Care. Nurses are striking to improve unsafe staffing practices for the improvement of patient care. The financial assistance provided by WSNA will help the striking nurses to avoid foreclosures, bankruptcies and other financial hardships.

9. The Mission of WSNA is to "provide leadership for the nursing profession and promote quality healthcare for consumers through education, advocacy and influencing health care policy in the State of Washington."

10. The Board of Directors of WSNA approved the filing of this lawsuit expressly for the purpose of protecting its organizational interests outlined above. These organizational interests are germane to the purposes of WSNA outlined above and to the purposes of the WSNA set forth in paragraph 11 of Plaintiffs' Second Amended Complaint.

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, the foregoing statements are true and correct.

_(signature)_
Judith A. Huntington
Executive Director
Washington State Nurses Association