GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that the attached is a true and correct copy of the documents for this entity as shown by the records of this office.

**AMERICAN NURSES' ASSOCIATION**

**IN TESTIMONY WHEREOF** I have hereunto set my hand and caused the seal of this office to be affixed this **12th** day of **June, 2007**.

LINDA K. ARGO
Interim Director

*Patricia E. Grays*

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

THIS IS TO CERTIFY that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the 3rd day of May, 1917, a *Certificate of Incorporation of:*

**AMERICAN NURSES' ASSOCIATION**

WE FURTHER CERTIFY that said Certificate of Incorporation has not been dissolved or revoked as of the date herinafter set forth.

IN TESTIMONY WHEREOF I have hereunto set my hand and caused the seal of this office to be affixed this **12th** day of **June, 2007**.

LINDA K. ARGO
Interim Director

Business and Professional Licensing Administration

_____
PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor

014586

295

| American Nurses' Association | ) ) | No. 14586 | Recorded May 3rd, 1917. at 11:49 A. M. |

## CERTIFICATE OF INCORPORATION

We, the undersigned, a majority of whom are residents of the District of Columbia, desiring to avail ourselves of the provisions of Sec. 599, et sequitur of the Code of Laws of the District of Columbia, do hereby certify as follows:-

1. The name or title by which this Society shall be known is American Nurses' Association.

2. The term for which it is organized shall be perpetual.

3. The purposes of this corporation are and shall be to promote the professional and educational advancement of nurses in every proper way; to elevate the standard of nursing education; to establish and maintain a code of ethics among nurses; to distribute relief among such nurses as may become ill, disabled or destitute; to disseminate information on the subject of nursing by publications in official periodicals or otherwise; to bring into communication with each other various nurses and associations and federations of nurses throughout the United States of America; and to succeed to all rights and property held by the American Nurses' Association as a corporation duly incorporated under and by virtue of the laws of the State of New York.

4. The number of its trustees for the first year of its existence shall be thirteen.

IN WITNESS WHEREOF the undersigned Jane A. Delano, a resident of the District of Columbia, and Georgia M. Nevins, a resident of the District of Columbia, and Clara D. Noyes, a resident of the District of Columbia, and Annie W. Goodrich, a resident of the City of New York, and Sarah E. Sly, a resident of Birmingham, Mich., have hereunto set our hands and seals this 28th, day of April, 1917.

          Jane A. Delano    (Seal)
          Georgia M. Nevins    (Seal)
          Annie W. Goodrich    (Seal)
          Clara D. Noyes    (Seal)
          Sarah E. Sly    (Seal)

State of Pennsylvania
Philadelphia County    SS:

Personally appeared before me a Notary Public in and for the Commonwealth of Penna. Jane A. Delano, Georgia M. Nevins, Annie W. Goodrich, Clara D. Noyes and Sarah E. Sly, who are personally well known to me to be the individuals who signed the foregoing and annexed certificate of incorporation and acknowledged the same to be their act and deed.

Given under my hand and notarial seal this 28th, day of April, 1917.

(Notarial Seal)    Commission expires 19th, Jan. 1919.    Rose Marie Kelly
                                                                   Notary Public.