# The Nursing Shortage in New York City Public Hospitals

## *How is it affecting patients?*

**October 18, 2005**



NEW YORK STATE NURSES ASSOCIATION

11 Cornell Road, Latham, NY 12110
120 Wall Street, New York, NY 10005

1-800-724-NYRN (6976)
www.nysna.org

# New York City public hospitals face a severe nursing shortage

Hospitals operated by the New York City Health & Hospitals Corporation (HHC) are experiencing an erosion of registered nurse staffing levels that is affecting the quality of patient care.

Over the past five years, the number of full-time registered nurses working for the city dropped from 7,093 to 6,414 or nearly 9.6%. During the same period, the average daily patient census at city public hospitals decreased only slightly, from 6,811 to 6,639.

### Fewer nurses to care for patients



## Nurses are leaving New York City's public hospitals

According to HHC's own data, 44% of newly hired RNs leave the HHC system within three years.

- 23% leave during their first year
- 18% leave during their second year
- 11% leave during their third year

In addition, the most experienced nurses are nearing retirement, with 23% of the nurse workforce over the age of 55 and 22% with 20 or more years of service. By 2010, HHC will need to replace more than 50% of its nursing staff just to maintain current and inadequate staffing levels.

The starting salary of an entry-level nurse at a public hospital is $55,000, more than 11% lower than at private hospitals (many of which are located in the same neighborhoods as HHC facilities). After 30 years of experience, that discrepancy grows to 20%. These salary disparities make recruitment and retention almost impossibly difficult.

## How does nurse staffing affect patients?

This crisis of nurse recruitment and retention in New York City's public hospitals results in severe nurse understaffing, which in turn puts patients at risk. Recent studies have shown that nurse staffing is a significant factor in patient recovery rates.

Most hospital patients are on medical/surgical units. Low nurse staffing in these areas is likely to affect the health of large numbers of people. A study published in the *Journal of the American Medical*

*Association* found that patients on medical/surgical units with RN-to-patient staffing ratios of 1:8 were 31% more likely to die within 30 days than those in units with ratios of 1:4. According to the U.S. Agency for Healthcare Research and Quality, nurse staffing is a key factor in the prevention of complications such as urinary tract infections, pneumonia, shock, and gastrointestinal bleeding.

### Critical Care Units

Patients on critical care units are the most likely to develop sudden, life-threatening complications. The American Association of Critical Care Nurses recommends that the ratio of RNs to patients on such units should be 1:1 or 1:2, depending on the condition of the patients. NYSNA members have documented RN-to-patient ratios in CCUs as high as 1:4. On one day last April at Woodhull Medical and Mental Health Center, there were two RNs in the CCU trying to care for 12 critically ill patients.

### Emergency Departments

In many communities, the emergency department (ED) has become the healthcare safety net. Last month, a report released by the American College of Emergency Physicians stated that emergency department visits have increased by 26% over the past decade. An insufficient number of nurses in the ED results in long waits for patients and a greater chance that life-threatening conditions will not be assessed in time.

### Psychiatric Units

The dangers of insufficient staffing on psychiatric units are significant for both patients and nurses. A study published in *Psychiatric Services* documented 1,289 violent incidents in three inpatient psychiatric units over a seven-month period, 78% of which were directed at nursing staff. The risk decreased when nursing staff increased.

## Nurses have documented unsafe patient care conditions

NYSNA's Protest of Assignment (POA) system allows registered nurses to document when they are given assignments that, in their professional judgment, put patients at risk. RNs at HHC hospitals filed more than 3,700 protests between September 2003 and September 2005.

The POA forms signed by nurses include the statement, "In my professional judgment, today's assignment is unsafe . . . I will, under protest, attempt to carry out the assignment to the best of my professional ability."

As shown in the table on the next page, unsafe assignments tended to be clustered in critical care units, the emergency department, medical/surgical units, and psychiatric units.

- **23.7%** of the unsafe patient care conditions were documented by nurses working in critical care units (CCUs).
- **19.7%** were filed by RNs working in emergency departments.
- **19.4%** were reported by RNs working in medical/surgical units.
- **17.8%** were filed by RNs working in psychiatric units.

## Number of Protests of Assignment Filed (by Type of Unit)

| | | |
|---|---|---|
| Critical Care | 878 | 23.7% |
| Emergency Department | 731 | 19.7% |
| Medical/Surgical | 716 | 19.3% |
| Psychiatry | 660 | 17.8% |
| Maternity/GYN | 166 | 4 5% |
| Pediatrics | 150 | 4.1% |
| Nursing Home | 149 | 4 0% |
| Other | 114 | 3.1% |
| OR/Recovery | 54 | 1 5% |
| Ambulatory Care | 42 | 1.1% |
| Stepdown | 42 | 1.1% |
| **TOTAL** | **3,702** | **100.0%** |

## What conditions prompted the Protests of Assignment?

The table below summarizes the reasons nurses filed the POAs. It is possible for one nurse to indicate more than one reason for filing the POA. In many cases, all of the reasons related to insufficient staffing were cited for an incident. These are:

- Inadequate time for documentation
- Caseload too high and impedes patient care
- Inadequate number of qualified staff

This is a clear indication that inadequate staffing is a severe problem for RNs in New York City's public hospitals.

### Reasons for Protests of Assignment

| | |
|---|---|
| Patient acuity higher than usual | 3.4% |
| Inadequate number of qualified staff | 11.4% |
| Volume of admissions and discharges | 4.3% |
| Not adequately trained for this situation | 1.8% |
| Don't have resources needed (supplies, equipment, medication) | 3.4% |
| Caseload too high and impedes patient care | 33.3% |
| Inadequate time for documentation | 35.5% |
| Mandatory overtime | 1.5% |
| Other | 5.3% |
| **Total** | **100.0%** |

**The most commonly cited reason for protest was that nurses had insufficient time to complete documentation (35.5%).**

Insufficient time for documentation is related to a high number of patients per nurse. When faced with the choice of providing care to patients or completing documentation, registered nurses will always choose the former. This is not a choice they should have to make, however, because documentation is a key factor in patient safety. Accurate charts are necessary for the continuity of patient care from shift to shift and from provider to provider.

4

**The second most common reason was that nurses' caseloads were too high and impeded patient care (33.3%).**

Nurses in these situations were not just unable to complete paperwork. They were unable to complete the patient care tasks they felt were necessary.

**The third most common reason was an inadequate number of qualified staff (11.1%).**

This response could relate not only to an insufficient number of RNs, but to RNs who were inexperienced, inadequately trained assistive personnel, and nurses who were "floated" to unfamiliar units.

## What the Protests of Assignment data reveals

The NYSNA POA system, which has been adopted by other nurses' unions, was created to protect nurses. If nurses accept assignments they believe to be unsafe and patient harm occurs, they can be subject to both professional discipline and malpractice actions. If they refuse the assignment, they can be charged with unprofessional conduct by the state and/or fired by their employer.

The POA system serves as a paper trail. It is signed by both the RN and his or her supervisor, documenting what the nurse considers to be an unsafe assignment. It is designed to ensure that the hospital at least shares liability if patient harm occurs. The forms are used at 125 facilities in New York and New Jersey where NYSNA is the union for registered nurses.

The POA report does not reflect *all* of the unsafe patient care incidents that may have occurred at HCC facilities. As the process is time-consuming and presents some degree of risk to the nurse (as it must be signed by the supervisor), filing a POA indicates a high level of commitment to nursing practice.

The report does represent the very real concerns of real nurses on the front lines of patient care in our city. The POAs are an accurate reflection of the types of challenges faced by these nurses as they struggle to care for their patents. They are a warning that inadequate staffing and high RN vacancy rates in city hospitals impact patient safety.

## In nurses' own words . . .

Nurses have the option of adding comments to their protest forms. Here is a sampling of the conditions under which they are working in city hospitals.

**Emergency Room**
**July 20, 2003, 9:15 a.m.**

There are 4 RNs for 15 patients. "It is impossible to give quality nursing care at this time because I am the only nurse in the med rooms. There are six admissions that require ongoing reassessment and nursing care. One person requires total care. Along with this caseload, I am responsible for triaging the EMS cases that are directed to the area and care for the many other patients that are treated and released from the area. This is an ongoing nursing issue."

**Medical/Surgical Unit**
**January 6, 2004, 8 a.m.**

There are 2 RNs on duty for 23 patients. "I've been assigned 12 patients. No head nurse. Tasks include blood glucose monitoring, dressings, nasogastric tubes, suctioning, medication administration through both IV and PO, fall and safety rounds, assist and supervise nurses aides with total care, assist in feeding. All patients are over age 65."

**Intensive Care Unit**
**October 12, 2003, 3 a.m.**

There are 7 RNs on duty for 19 patients (full capacity). "I am now assigned 3 patients and am covering for another nurse with 3 patients. There is one nurses aide to cover the floor and break time."

**Intensive Care Unit**
**March 21, 2005**

There are 2 RNs (one is a temporary agency nurse) caring for 12 patients. "Patient care and safety is being jeopardized. Very high risk for medication errors. Nothing is being done concerning this critical problem."

**Medical/Surgical Unit**
**November 23, 2003, 11:30 p.m.**

There are 3 RNs on duty for 28 patients. "We've had four admissions and one attempted elopement. The elopement was placed on 1:1 observation, leaving me with charge nurse responsibility and 16 patients."

**Medical/Surgical Unit,**
**January 3, 2004, 7:20 a.m.**

There is 1 RN on duty for 22 patients. "The critical staffing situation has been allowed to go without further effort from management. The supervisor was aware of this situation and provided no coverage for this unit, leaving myself and patients in danger. I am doing charge duties as well as medications."

**Pyschiatric Unit**
**January 4, 2004, 7:11 a.m.**

There is 1 RN on duty for 22 patients. "For the third day in a row, I have been left on the unit under very dangerous conditions with no staff. Patients are unable to be properly cared for with such inadequate staffing."

**Psychiatric Unit**
**April 9, 2005, 5:36 p.m.**

There is 1 RN on duty for 23 patients. Nine patients are considered risks for assault or suicide. "The volume of care is more than I can safely administer medications, supervise ancillary staff, observe the patients, and also be accountable for staff and clients."

**Emergency Department**
**January 16, 2005, 8:30 a.m.**

There is 1 RN on duty. "I was the only RN assigned to adult walk-in triage, with no patient care assistants. During a 10-hour period, 120 patients were seen."

**Med/Surg Observational Unit**
**December 14, 2002**

"The assignment was not safe. I was left alone on the medical/surgical observation unit with two patient care associates. At one point, I was told that I was required to do admission and medication administration on the regular floor. I reluctantly complied with the request [leaving no RN in the unit]."

6

## Common-sense steps to ease the shortage of RNs

Stopping the erosion of nurses from city hospitals is key to improving patient safety. It also will ensure the future of the HHC system and save the city millions of dollars.

- HHC spent $67.9 million in FY 2005 on agency nurses (temporary staff hired through outside contractors).
- HHC will spend an estimated $69.5 million annually to address an average turnover rate of 644 nurses per year over the next five years.

HHC's nurse turnover costs include direct recruitment costs related to advertising, job fair attendance and interviewing; training and orientation of new hires (with additional costs for specialized positions such as ICU, CCU or OR); lost productivity as new hires replace experienced nurses. Additional costs include increased overtime and/or agency nurse costs; increased turnover rates due to short staffing; impacts on patient care including patient outcomes, reimbursement penalties, and lawsuits.

Published studies place the cost of replacing an RN at approximately 100% of the RN's salary, with higher costs for specialty positions. Other studies find that turnover costs for replacing RNs range from 31% to 160% of salary.

- HHC could save $1.2 million to $12.9 million in 2005 by reducing RN turnover by 20%.
- "Real productivity" in a healthcare facility means quality patient care. Reducing nurse turnover will safeguard quality patient care while reducing HHC outlays for lost productivity.

HHC and the Bloomberg Administration should:

- Safeguard patient care and improve RN working conditions by restoring safe nurse-patient ratios.
- Focus resources on closing the salary gap between HHC and private facilities so nurses remain in the public system, rather than spending millions on turnover costs and temporary help.
- Implement a nurse preceptor program and a clinical ladder to help HHC retain new RNs, enhance RN training, recognize RN excellence, and create more options for career advancement within HHC.
- Involve nurse leaders in all levels of management and solicit input from nursing staff on decisions about work design, scheduling, implementation, and especially patient safety, as recommended by the Institute of Medicine and numerous studies.