UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. Action No. 06-1087 (HHK) |
| | ) |
| MICHAEL O. LEAVITT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING DEFENDANTS' MOTION TO**
**DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Upon consideration of Defendants' motion to dismiss Plaintiffs' second amended complaint and Plaintiffs' opposition thereto, and the entire record, it is hereby

ORDERED that Defendants' motion to dismiss is DENIED.

_____          _____
Date                                UNITED STATES DISTRICT COURT