IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al. )
)
       Plaintiffs, )
)
) Civ Action No 1:06cv1087 (HHK)
       vs. )
)
MICHAEL O. LEAVITT, SECRETARY, )
U.S. DEPARTMENT OF HEALTH )
AND HUMAN SERVICES, et al. )
)
       Defendants. )
)

## ORDER GRANTING PLAINTIFFS' MOTON FOR JURISDICTIONAL DISCOVERY

Upon motion of plaintiff and for good cause shown, Plaintiffs' Motion for Jurisdictional Discovery is **GRANTED**.

Plaintiffs' shall have 120 days to complete jurisdictional discovery. Plaintiffs' Supplemental Brief in Support of Jurisdiction shall be filed within fourteen (14) days thereafter. Defendants shall have fourteen (14) days to respond.

IT IS SO ORDERED.

_____                                         _____
Date                                                      UNITED STATES DISTRICT COURT