IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06cv1087 (HHK) |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION, AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

Defendants in the above-captioned action respectfully move this Court for an enlargement of time up to and including January 17, 2008 in which to file their opposition to Plaintiffs' Motion for Order of Jurisdiction or, in the Alternative, to Permit Jurisdictional Discovery.  The jurisdictional/discovery motion was filed on December 17, 2007 as an adjunct to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.  (Docs. 25, 27).  By operation of the local rules, defendants' opposition to plaintiffs' jurisdictional/discovery motion is due on December 31, 2007.  By scheduling order previously entered by the Court (Doc. 21), defendants' reply in support of their motion to dismiss is due on January 17, 2008.  The parties have agreed that all issues raised by plaintiffs in response to defendants' motion to dismiss should be addressed at the same time, and defendants request this enlargement to accomplish that result.  No previous enlargements with respect to the jurisdictional/discovery motion have been requested.

-2-

    Counsel for defendants have conferred with counsel for plaintiffs and are authorized to state that plaintiffs have no objection. A proposed order is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: |  |
| DANIEL MERON | JEFFREY S. BUCHOLTZ |
| General Counsel | Acting Assistant Attorney General |
|  |  |
| MARK D. POLSTON | JEFFREY A. TAYLOR |
| Associate General Counsel | United States Attorney |
|  |  |
| CAROL J. BENNETT | /s/ Peter Robbins |
| Acting Deputy Associate | SHEILA M. LIEBER |
| General Counsel for Litigation | PETER ROBBINS |
|  | United States Department of Justice |
| DAVID HOSKINS | 20 Massachusetts Avenue, N.W., Room 7142 |
| LAWRENCE J. HARDER | Washington, D.C. 20530 |
| Attorneys | Tel: (202) 514-3953 |
| United States Department of |  |
| Health and Human Services |  |