IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al.,  )
                                         )
             Plaintiffs,             )
                                         )
             v.                       )    Civ. Action No. 1:06cv1087 (HHK)
                                         )
MICHAEL O. LEAVITT, et al.,          )
                                         )
             Defendants.          )
_____)

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
## FOR AN ENLARGEMENT OF TIME

Upon consideration of defendants unopposed motion for an enlargement of time, it is

hereby

ORDERED that defendants' motion is GRANTED, and defendants shall have up to and

including January 17, 2008 in which to file their opposition to Plaintiffs' Motion for Order of

Jurisdiction or, in the Alternative, to Permit Jurisdictional Discovery.

_____                   _____

DATE                             UNITED STATES DISTRICT COURT