IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06cv1087 (HHK) |
| ) | |
| MICHAEL O. LEAVITT, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT MOTION , AND MEMORANDUM
IN SUPPORT THEREOF, FOR AN ENLARGEMENT OF TIME**

     The parties in the above-captioned action respectfully move this Court for an enlargement of defendants' time up to and including February 7, 2008 in which to file their reply in support of their motion to dismiss plaintiffs' second amended complaint and their opposition to plaintiffs' motion for order of jurisdiction or, in the alternative, to permit jurisdictional discovery.  Both filings are currently due on January 17, 2008.  No previous enlargements have been requested with respect to the reply memorandum, and one enlargement was previously granted to make the opposition memorandum due on the same day as the reply.  At plaintiffs' request, the parties have scheduled a meeting to discuss a possible voluntary exchange of information that might address plaintiffs' discovery-related concerns.  The purpose of the enlargement requested here is to facilitate that discussion and possibly narrow the issues.   A proposed order is attached.

                                                                       Respectfully submitted,

                                                                       /s/ Alice L. Bodley
                                                                       Alice L. Bodley
                                                                       General Counsel
                                                                       D.C. Bar #9390009
                                                                       Jocelyn Winston
                                                                       D.C. Bar #434639

-2-

        American Nurses Association
        8515 Georgia Avenue
        Suite 400
        Silver Spring, MD 20910
        (301) 628-5127
        Attorneys for Plaintiffs

| | |
|---|---|
| OF COUNSEL: | |
| JAMES C. STANSEL | JEFFREY S. BUCHOLTZ |
| Acting General Counsel | Acting Assistant Attorney General |
| | |
| CAROL J. BENNETT | JEFFREY A. TAYLOR |
| Acting Associate General Counsel | United States Attorney |
| | |
| MARK D. POLSTON | /s/ Peter Robbins |
| Deputy Associate | SHEILA M. LIEBER |
| General Counsel for Litigation | PETER ROBBINS |
| | United States Department of Justice |
| DAVID HOSKINS | 20 Massachusetts Avenue, N.W., Room 7142 |
| LAWRENCE J. HARDER | Washington, D.C. 20530 |
| Attorneys | Tel: (202) 514-3953 |
| United States Department of | |
| Health and Human Services | Attorneys for Defendants |