IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. Action No. 1:06cv1087 (HHK) ) |
| MICHAEL O. LEAVITT, et al., | ) ) |
| Defendants. | ) ) |

**ORDER GRANTING JOINT MOTION
FOR AN ENLARGEMENT OF TIME**

Upon consideration of the parties' joint motion for an enlargement of time, it is hereby

ORDERED that the motion is GRANTED, and defendants shall have up to and including February 7, 2008 in which to file their reply in support of their motion to dismiss plaintiffs' second amended complaint, and their opposition to plaintiffs' motion for order of jurisdiction or, in the alternative, to permit jurisdictional discovery.

_____                                  _____
DATE                                                                             UNITED STATES DISTRICT COURT