**DEFENDANTS' EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary of Health and Human Services, ) <br> ) <br> Defendant. ) <br> _____) | Civ. Action NO. 06-1087 (HHK) |

## **DECLARATION OF SHONTE CARTER**.

I, Shonte Carter, declare as follows:

1. I am a Health Insurance Specialist with the Centers for Medicare and Medicaid Services ("CMS"), Center for Medicaid and State Operations ("CMSO"). Through this work, I have a thorough understanding and familiarity with CMSO's national databases for standard and complaint surveys. The information in this declaration is based on my personal knowledge and information made available to me in the course of my official duties.

2. The data available in CMSO's databases show that, since 2002, the following hospitals, which are identified in plaintiffs' second amended complaint, were subject to non-complaint driven (standard) surveys: Bellevue Hospital Center, City Hospital Center at Elmhurst, Coler-Goldwater Specialty Hospital, Coney Island Hospital, Harlem Hospital Center, Jacobi Medical Center, Metropolitan Hospital Center, North Central Bronx Hospital, Lincoln Medical and Mental Health Center, Queens Hospital Center, and Yakima Regional Medical and Cardiac Center.[1] During this time period, surveys based on allegations of deficiencies

---

[1] The statement in the previous declaration that Sacred Heart Medical Center and Woodhull Medical and Mental Health Center had been subject to standard surveys was incorrect.

(complaints) were performed at Sacred Heart Medical Center, Woodhull Medical and Mental Health Center, Lincoln Medical and Mental Health Center, Queens Hospital Center, and Yakima Regional Medical and Cardiac Center.

3. Our database indicates that none of the hospitals identified in the complaint were cited under 42 C.F.R. § 482.23(b) or (b)(1) for a failure to have registered nurse immediately available to provide bedside care. Although CMS is still in the process of perfecting its databases, and there is some possibility for error, I am reasonably confidant that this information is correct.

4. The following health-care providers identified in the amended complaint are dually certified skilled nursing facilities and are not hospitals: Seaview Hospital Rehabilitation Center, Dr. Susan Smith McKinney Nursing/Rehabilitation Center, and New Gouverneur Hospital Nursing Facility.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on February 7, 2008

SHONTE CARTER