IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN NURSES ASSOCIATION, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. Action No. 1:06cv1087 (HHK) |
| MICHAEL O. LEAVITT, et al., | ) |
| Defendants. | ) |

**ORDER DENYING PLAINTIFFS' MOTION FOR ORDER OF JURISDICTION
OR, IN THE ALTERNATIVE, TO PERMIT JURISDICTIONAL DISCOVERY**

Upon consideration of plaintiffs' Motion for Order of Jurisdiction or, in the Alternative, to Permit Jurisdictional Discovery, defendants' opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is DENIED.

_____
DATE

_____
UNITED STATES DISTRICT COURT