IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

AMERICAN NURSES ASSOCIATION, et al.  ) Case No. 1:06cv1087
) 
) The Honorable Henry H. Kennedy
   Plaintiffs,                       )
                                     )
   vs.                               )
                                     )
MICHAEL O. LEAVITT, et al.           )
                                     )
   Defendants                        )

### Declaration of Maureen E. Cones
### In Support of Plaintiffs' Reply to
### Defendants' Opposition to Jurisdictional Discovery Motion

Maureen E. Cones, under penalty of perjury, hereby states the following:

1. I make this declaration of my own personal knowledge. I am competent to testify to the matters set forth herein.

2. I am employed as Senior Counsel with Defendant American Nurses Association. I am familiar with the above-captioned litigation, including the factual and legal issues and procedural posture of the case.

3. During the week of December 10, 2007, I participated in a telephone conference with Attorney Peter Robbins, counsel for Defendants ("December 2007 teleconference"). Also present on the telephone was Attorney Jocelyn Winston, Senior Counsel for Plaintiff American Nurses Association. Attorney Alice L. Bodley, General Counsel for Plaintiff American Nurses Association, joined the December 2007 teleconference in progress.

4. Plaintiffs initiated the teleconference in an effort to comply with LCvR 7(m).

5. The purposes of the December 2007 teleconference were to: (1) inform Defendants' counsel of Plaintiffs' intent to file Plaintiffs' motion for order of jurisdiction or, in the alternative, for jurisdictional discovery ("jurisdictional discovery motion"); and (2) determine if the issues raised in that motion could be resolved without the aid and intervention of this court.

6. During that telephone conference, Attorney Robbins indicated his understanding of Plaintiffs' intent, although he expressed a desire to oppose the motion. He requested an extension of time to file Defendants' reply in support of Defendants' motion to dismiss so that it could be filed together with a memorandum opposing Plaintiffs' jurisdictional discovery motion.

7. Plaintiffs' counsel consented to the extension of time. As a result of that telephone conference, on January 11, 2008, the parties filed a Joint Motion for Enlargement of Time.

8. In the December 2007 teleconference, Attorney Robbins offered to provide jurisdictional discovery if Defendants would identify those items which they seek to discover.

9. At that time, counsel for Plaintiffs had not yet determined the matters upon which they would seek jurisdictional discovery. Accordingly, Counsel for Defendants agreed to attempt to identify the items and issues on which they wanted to obtain jurisdictional discovery and to confer with defense counsel at a later time.

10. As agreed, on January 23, 2008, Plaintiffs' counsel initiated a telephone conference with Attorney Robbins and requested certain jurisdictional discovery.

11. In that telephone conference, Attorney Robbins disputed Defendants' entitlement to discover the requested items but offered to provide whatever documents his clients had which he did not find to be objectionable.

12. Also during their January 23, 2008 discussion, Plaintiffs' counsel offered to provide Defendants' counsel with draft discovery requests to facilitate review and discussion, but were informed by Attorney Robbins that a discovery meeting would have to precede such an action.

13. To date, no jurisdictional discovery has been provided.

I declare, under penalty of perjury, that, to the best of my knowledge, information and belief, the foregoing statements are true and correct.

_Maureen E. Cones_
Maureen E. Cones, Esq.
Senior Counsel
American Nurses Association