| Factual Discovery Sought | Relationship to Subject Matter Jurisdiction | Reference[1] |
|---|---|---|
| Evidence of effectiveness of sample-based and allegation driven surveys. | Redressability | 3 |
| Evidence of Defendants' interpretation of whether the statutes and regulations at issue in this case are intended to protect advocacy groups and Plaintiffs' activities. | Zone of Interests | 3, 18 |
| Evidence of whether Defendants have denied "deemed" status to any hospital for failure to comply with the bedside care availability standard. | Impairment of Plaintiffs' ability to advocate their members' interests | 4 |
| Evidence of the effect on nurse staffing of placement of hospitals on the sample-based and allegation-driven survey track versus the periodic survey track. | Traceability; Redressability | 6 |
| Evidence of the effect of Defendants' treatment of the bedside care availability regulation as an (e)(5) provision on hospital staffing. | Traceability; Redressability | 6 |
| Evidence of Defendants' records, views and actions pertaining to promulgation of the Conditions of Participation at issue in this case. | Traceability; Redressability | 29 |
| Evidence of changes in hospital staffing after being moved from the sample-based survey track to the periodic survey track. | Traceability; Redressability | 7, 8 |
| Evidence that sample-based and allegation-driven enforcement of the bedside availability regulation results in a lower rate of registered-nurse hiring than results from periodic surveys. | Traceability | 8, 9 |
| Evidence of Defendants' interpretation that the only means to enforce the bedside care availability regulation is by removing hospitals from the sample-based survey track and placing them on a periodic survey track. | Traceability  Jurisdiction under the Administrative Procedure Act | 8-10  22-23 |

---

[1] All references refer to page numbers of Defendants' Reply in Support of Their Motion to Dismiss and Opposition to Plaintiffs' Motion for Order of Jursidiction or, in the Alternative, to permit Jurisdictional Discovery. This reference is provided so that the court can refer to Defendants' brief in opposition to resolve any question about whether and how the information sought to be discovered relates to the existence of subject matter jurisdiction.

| Factual Discovery Sought | Relationship to Subject Matter Jurisdiction | Reference[1] |
|---|---|---|
| Evidence of differences between Defendants' interpretation of the bedside care availability standard and the JCAHO staffing standards. | Redressability | 13-17 |
| Evidence that hospitals that have been switched to periodic-track enforcement have altered their registered nurse staffing. | Redressability | 13-17 |

[1] This list is not intended to be exhaustive.