**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN NURSES ASSOCIATION, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 06-cv-1087 (HHK) |
| MICHAEL O. LEAVITT, Secretary, U.S. Department of Health and Human Services, et al. | ) ) ) ) | |
| Defendants | ) ) ) | |

## NOTICE OF APPEARANCE

Please take notice that James C. Luh will appear in this action as counsel for defendants

Michael O. Leavitt, Secretary, U.S. Department of Health and Human Services, and Kerry N.

Weems, Acting Administrator, Centers for Medicare and Medicaid Services. Mr. Luh appears in

this action pursuant to Local Civil Rule 83.2(e) of the Rules of the United States District Court

for the District of Columbia and is not a member of the District of Columbia Bar.

Dated: May 14, 2008                          Respectfully submitted,

                                             GREGORY G. KATSAS
                                             Acting Assistant Attorney General

                                             JEFFREY A. TAYLOR
                                             United States Attorney

                                             SHEILA M. LIEBER
                                             Deputy Director

                                             /s/ JAMES C. LUH                            
                                             JAMES C. LUH
                                             Trial Attorney
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             20 Massachusetts Ave NW
                                             Washington DC 20530
                                             Tel: (202) 514-4938
                                             Fax: (202) 616-8460
                                             E-mail: James.Luh@usdoj.gov
                                             Attorneys for Defendant